**Schulte Roth&Zabel** LLP

901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
202.729.7470
202.730.4520 fax

www.srz.com

Writer's Direct Number
202.729.7462

Writer's E-mail Address
Adam.Hoffinger@srz.com

March 2, 2020

**BY ECF AND EMAIL**

Honorable Andrew L. Carter, Jr.
United States District Court for the Southern
District of New York
40 Foley Square, Room 435
New York, NY 10007

   Re: <u>Lazare Kaplan International Inc. v. KBC Bank N.V., 11 Civ. 9490 (ALC)</u>

Dear Judge Carter:

  We are counsel to Lazare Kaplan International Inc. ("Lazare") in the above-referenced action. On September 27, 2018, we wrote the Court to request a pre-motion conference prior to filing Lazare's anticipated motion, pursuant to Rule 60(b)(2) and (3) of the Federal Rules of Civil Procedure ("Motion"), for relief from this Court's August 29, 2018 Opinion and Order ("Order") granting Defendant KBC Bank N.V.'s ("KBC") motion to dismiss Lazare's First Amended Complaint ("FAC"). *See* ECF # 285.

  On February 4, 2020, this Court entered an Order denying the request for a pre-motion conference and setting a briefing schedule for the Motion ("Briefing Schedule"). *See* ECF ## 292 and 293. Pursuant to that Order, Lazare's Motion is due on March 4, 2020.

  We write to advise the Court that Lazare will not be filing a Motion and respectfully request this Court's Briefing Schedule be marked off the docket.

           Respectfully submitted,

           /s/ Adam Hoffinger

           Adam Hoffinger

cc: All Counsel of Record (via ECF and E-mail)