# EXHIBIT H

| Date | Payee | $ Amount |
|---|---|---|
| 1/2/08 | SODIAM | 451,845.39 |
| 1/4/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 1/11/08 | BANCO TOTTA e ACORES | 2,000,025.00 |
| 1/17/08 | SODIAM | 379,750.94 |
| 1/18/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 1/25/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 2/1/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 2/8/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 2/15/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 2/20/08 | SODIAM | 358,991.22 |
| 2/22/08 | BANCO TOTTA e ACORES | 2,000,025.00 |
| 2/25/08 | SODIAM | 39,380.00 |
| 3/3/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 3/7/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 3/10/08 | BANCO TOTTA e ACORES | 3,000,025.00 |
| 3/11/08 | SODIAM | 287,325.00 |
| 3/14/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 3/21/08 | BANCO TOTTA e ACORES | 3,000,025.00 |
| 3/26/08 | SODIAM | 629,789.07 |
| 3/28/08 | BANCO TOTTA e ACORES | 3,000,025.00 |
| 4/4/08 | BANCO TOTTA e ACORES | 2,000,025.00 |
| 4/11/08 | BANCO TOTTA e ACORES | 2,000,025.00 |
| 4/28/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 4/29/08 | SODIAM | 604,316.44 |
| 5/6/08 | BANCO TOTTA e ACORES | 2,000,025.00 |
| 5/9/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 5/19/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 5/23/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 6/2/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 6/3/08 | SODIAM | 467,056.31 |
| 6/6/08 | BANCO TOTTA e ACORES | 2,000,025.00 |
| 6/13/08 | BANCO TOTTA e ACORES | 2,000,025.00 |
| 6/20/08 | BANCO TOTTA e ACORES | 1,500,025.00 |
| 6/30/08 | BANCO TOTTA e ACORES | 1,500,025.00 |
| 6/30/08 | SODIAM | 427,632.29 |
| 7/7/08 | BANCO TOTTA e ACORES | 1,500,025.00 |
| 7/11/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 7/18/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 8/8/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 8/11/08 | SODIAM | 458,871.32 |
| 8/15/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 8/22/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 9/2/08 | BANCO TOTTA e ACORES | 2,500,025.00 |
| 9/5/08 | BANCO TOTTA e ACORES | 2,500,025.00 |
| 9/9/08 | SODIAM | 582,417.40 |
| 9/12/08 | BANCO TOTTA e ACORES | 1,000,025.00 |

| | | |
|---|---|---|
| 9/18/08 | SODIAM | 264,237.47 |
| 9/19/08 | BANCO TOTTA e ACORES | 3,000,025.00 |
| 10/17/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 10/20/08 | SODIAM | 245,332.48 |
| 10/24/08 | BANCO TOTTA e ACORES | 1,000,025.00 |
| 11/7/08 | BANCO TOTTA e ACORES | 500,025.00 |
| 11/10/08 | SODIAM | 177,498.80 |
| | Total | 63,375,419.13 |



## KBC BANK N.V.

**TRANSFER FORM**

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

**NAME OF ACCOUNT :** LAZARE KAPLAN INTERNATIONAL INC.

**ACCOUNT NUMBER :** 24079801

**TODAY'S DATE:** *1/2/2008*       **VALUE DATE :** *1/2/2008*

**PLEASE PAY: AMOUNT: USD** $ 451,845.39

**CHARGES** (deducted from amount):           USD 25.00

**PAY TO:** (US Bank)  : HSBC NY

**BENEFICIARY BANK:** BANCO DE FOMENTO ANGOLA
                SWIFT:  BFMXAOLU

**BENEFICIARY CUST:** SODIAM – SOCIEDADE DE
                COMMERCIALIZACAO DE DIAMANTES
                DE ANGOLA

**ACCOUNT NUMBER:** 0501/31/3294048/001

**REFERENCE:** IBAN AO 06000600000329404831182

_____            _____
**AUTHORIZED SIGNATURE**                 **AUTHORIZED SIGNATURE**



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
(212) 541-0600

### TRANSFER FORM

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 1/4/2008        VALUE DATE : 1/4/2008

PLEASE PAY: AMOUNT: USD $1,000,025.00

CHARGES (deducted from amount):        USD 25.00

PAY TO: (US Bank) :   HSBC BANK U.S.A. – BUFFALO, NEW YORK
                      CHIPS:  0108
                      SWIFT:  MRMDUS33
                      FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different )   Address :   AVENIDA 4 DE FEVEREIRO
                             LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER: 40396115001
REFERENCE: _____
          _____

_____
AUTHORIZED SIGNATURE
SIGNATURE

_____
AUTHORIZED
SIGNATURE



# KBC BANK N.V.

**TRANSFER FORM**

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 1/11/2008          VALUE DATE : 1/11/2008

PLEASE PAY:  AMOUNT:  USD  $2,000,025.00

CHARGES (deducted from amount):                USD 25.00

PAY TO: (US Bank)  :     HSBC BANK U.S.A. – BUFFALO, NEW YORK
                                      CHIPS:  0108
                                      SWIFT: MRMDUS33
                          FEDWIRE/ABA NO: _____

BENEFICIARY BANK:  BANCO TOTTA de ANGOLA
(if different )    Address :     AVENIDA 4 DE FEVEREIRO
                                      LUANDA, ANGOLA

BENEFICIARY CUST:  LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

AUTHORIZED SIGNATURE                    AUTHORIZED
SIGNATURE                                      SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
(212) 541-0600

**TRANSFER FORM**

---

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 1/17/2008        VALUE DATE : 1/17/2008

PLEASE PAY:  AMOUNT:  USD  $ 379,750.94

CHARGES (deducted from amount):             USD 25.00

PAY TO: (US Bank)  : HSBC NY

BENEFICIARY BANK: BANCO DE FOMENTO ANGOLA
          SWIFT:  BFMXAOLU

BENEFICIARY CUST: SODIAM – SOCIEDADE DE
          COMMERCIALIZACAO DE DIAMANTES
          DE ANGOLA

ACCOUNT NUMBER:  0501/31/3294048/001

   REFERENCE:  IBAN AO 06000600000329404831182

AUTHORIZED SIGNATURE                  AUTHORIZED SIGNATURE



## KBC BANK N.V.

**TRANSFER FORM**

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

**TODAY'S DATE: 1/18/2008     VALUE DATE : 1/18/2008**

PLEASE PAY: AMOUNT: USD  $1,000,025.00

CHARGES (deducted from amount):                    USD 25.00

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                                  CHIPS:  0108
                                  SWIFT: MRMDUS33
                        FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different )    Address :    AVENIDA 4 DE FEVEREIRO
                                  LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

_____
AUTHORIZED SIGNATURE
SIGNATURE

_____
AUTHORIZED
SIGNATURE



# KBC BANK N.V.

## TRANSFER FORM

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 1/25/2008    VALUE DATE : 1/25/2008

PLEASE PAY: AMOUNT: USD  $1,000,025.00

CHARGES (deducted from amount):        USD 25.00

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                        CHIPS:  0108
                        SWIFT:  MRMDUS33
                        FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different )    Address :    AVENIDA 4 DE FEVEREIRO
                                LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____


AUTHORIZED SIGNATURE
SIGNATURE

AUTHORIZED
SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
(212) 541-0600

**TRANSFER FORM**

---

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 2/1/2008     VALUE DATE : 2/1/2008

PLEASE PAY:  AMOUNT:  USD  $1,000,025.00

CHARGES (deducted from amount):          USD 25.00

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                        CHIPS:  0108
                        SWIFT: MRMDUS33
                        FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different )   Address :    AVENIDA 4 DE FEVEREIRO
                              LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

---

----------------------------------
AUTHORIZED SIGNATURE
SIGNATURE

AUTHORIZED
SIGNATURE



# KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
(212) 541-0600

## TRANSFER FORM

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 2/8/2008        VALUE DATE : 2/8/2008

PLEASE PAY:  AMOUNT:  USD  $1,000,025.00

CHARGES (deducted from amount):              USD 25.00

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                        CHIPS:  0108
                        SWIFT: MRMDUS33
                        FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different )    Address :    AVENIDA 4 DE FEVEREIRO
                                LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER: 40396115001
REFERENCE: _____

_____
AUTHORIZED SIGNATURE
SIGNATURE

_____
AUTHORIZED
SIGNATURE



# KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
(212) 541-0600

## TRANSFER FORM

---

**NAME OF ACCOUNT** : LAZARE KAPLAN INTERNATIONAL INC.

**ACCOUNT NUMBER** : 24079801

**TODAY'S DATE:** 2/15/2008    **VALUE DATE** : 2/15/2008

**PLEASE PAY: AMOUNT: USD** $1,000,025.00

**CHARGES (deducted from amount):**            USD 25.00

**PAY TO: (US Bank)** :   HSBC BANK U.S.A. – BUFFALO, NEW YORK
                              CHIPS:  0108
                              SWIFT:  MRMDUS33
                         FEDWIRE/ABA NO: _____

**BENEFICIARY BANK:** BANCO TOTTA de ANGOLA
(if different)    **Address** :   AVENIDA 4 DE FEVEREIRO
                              LUANDA, ANGOLA

**BENEFICIARY CUST:** LAZARE KAPLAN INTERNATIONAL, INC.
**ACCOUNT NUMBER:** 40396115001
**REFERENCE:** _____

---

_____
AUTHORIZED SIGNATURE
SIGNATURE

_____
AUTHORIZED
SIGNATURE

20/02/2008  21:12    +41-...  20-5664              HOTEL BAUR AU L/                  PAGE  01/02
02/20/2008  16:07    2128577560                                                       PAGE  01/02



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
(212) 541-0600

### TRANSFER FORM

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 2/20/2008        VALUE DATE : 2/20/2008

PLEASE PAY:  AMOUNT:  USD  $ 358,991.22

CHARGES (deducted from amount):              USD 25.00

PAY TO: (US Bank)  : HSBC NY

BENEFICIARY BANK: BANCO DE FOMENTO ANGOLA
            SWIFT:  BFMXAOLU

BENEFICIARY CUST: SODIAM – SOCIEDADE DE
                 COMMERCIALIZACAO DE DIAMANTES
                 DE ANGOLA

ACCOUNT NUMBER: 0501/31/3294048/001

REFERENCE:  IBAN AO 06000600000329404831182

_____                    _____
AUTHORIZED SIGNATURE                  AUTHORIZED SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

**TRANSFER FORM**

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE: 2/22/2008*     *VALUE DATE : 2/22/2008*

PLEASE PAY:  AMOUNT:  USD  $2,000,025.00

CHARGES (deducted from amount):               USD 25.00

PAY TO: (US Bank)  :     HSBC BANK U.S.A. – BUFFALO, NEW YORK
                         CHIPS:  0108
                         SWIFT: MRMDUS33
                         FEDWIRE/ABA NO: _____

BENEFICIARY BANK:  BANCO TOTTA de ANGOLA
(if different )   Address :    AVENIDA 4 DE FEVEREIRO
                              LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

_____

AUTHORIZED SIGNATURE
SIGNATURE

AUTHORIZED
SIGNATURE



## KBC BANK N.V.

**New York Branch**
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

**TRANSFER FORM**

---

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 2/25/2008    VALUE DATE : 2/25/2008

PLEASE PAY: AMOUNT: USD $ 39,380.00

CHARGES (deducted from amount):    USD 25.00

PAY TO: (US Bank) : HSBC NY

BENEFICIARY BANK: BANCO DE FOMENTO ANGOLA
SWIFT: BFMXAOLU

BENEFICIARY CUST: SODIAM – SOCIEDADE DE
COMMERCIALIZACAO DE DIAMANTES
DE ANGOLA

ACCOUNT NUMBER: 0501/31/3294048/001

REFERENCE: IBAN AO 06000600000329404831182

_____
**AUTHORIZED SIGNATURE**

_____
**AUTHORIZED SIGNATURE**



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

### TRANSFER FORM

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE: 3/3/2008*   *VALUE DATE : 3/3/2008*

PLEASE PAY:  AMOUNT:  USD  $1,000,025.00

CHARGES (deducted from amount):                    USD 25.00

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                                      CHIPS:  0108
                                      SWIFT:  MRMDUS33
                              FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different )     Address :     AVENIDA 4 DE FEVEREIRO
                                          LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

AUTHORIZED SIGNATURE
SIGNATURE

AUTHORIZED
SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

**TRANSFER FORM**

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE: 3/7/2008*       *VALUE DATE : 3/7/2008*

PLEASE PAY:  AMOUNT:  USD  **$1,000,025.00**

CHARGES (deducted from amount):              USD 25.00

PAY TO: (US Bank)  :   HSBC BANK U.S.A. – BUFFALO, NEW YORK
                          CHIPS:  0108
                          SWIFT:  MRMDUS33
                          FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different )   Address :    AVENIDA 4 DE FEVEREIRO
                               LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

_____
AUTHORIZED SIGNATURE
SIGNATURE

_____
AUTHORIZED
SIGNATURE



**KBC BANK N.V.**

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

**TRANSFER FORM**

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE: 3/10/2008*          *VALUE DATE : 3/10/2008*

PLEASE PAY:  AMOUNT:  USD  $3,000,025.00

CHARGES (deducted from amount):          USD 25.00

PAY TO: (US Bank) :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                       CHIPS:  0108
                       SWIFT:  MRMDUS33
                       FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different )    Address :    AVENIDA 4 DE FEVEREIRO
                               LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

_____

_____

_____          _____
AUTHORIZED SIGNATURE               AUTHORIZED
SIGNATURE                          SIGNATURE



## KBC BANK N.V.

**New York Branch**
**125 West 55th Street**
**New York, NY 10019**
*(212) 541-0600*

## TRANSFER FORM

---

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE: 3/11/2008*    *VALUE DATE : 3/11/2008*

PLEASE PAY:  AMOUNT:  USD  $ 287,325.00

CHARGES (deducted from amount):         USD 25.00

PAY TO: (US Bank)  : HSBC NY

BENEFICIARY BANK:  BANCO DE FOMENTO ANGOLA
         SWIFT:  BFMXAOLU

BENEFICIARY CUST:  SODIAM – SOCIEDADE DE
         COMMERCIALIZACAO DE DIAMANTES
         DE ANGOLA

ACCOUNT NUMBER:  0501/31/3294048/001

REFERENCE:  IBAN AO 06000600000329404831182

_____
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE



## KBC BANK N.V.

**TRANSFER FORM**

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

---

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 3/14/2008    VALUE DATE : 3/14/2008

PLEASE PAY:  AMOUNT:  USD  $1,000,025.00

CHARGES (deducted from amount):    USD 25.00

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
CHIPS:  0108
SWIFT:  MRMDUS33
FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different )    Address :    AVENIDA 4 DE FEVEREIRO
LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____
_____

_____
AUTHORIZED SIGNATURE
SIGNATURE

_____
AUTHORIZED
SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
(212) 541-0600

### TRANSFER FORM

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 3/21/2008        VALUE DATE : 3/21/2008

PLEASE PAY: AMOUNT: USD   $3,000,025.00

CHARGES (deducted from amount):          USD 25.00

PAY TO: (US Bank)  :   HSBC BANK U.S.A. – BUFFALO, NEW YORK
                       CHIPS:  0108
                       SWIFT: MRMDUS33
                       FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different)    Address :    AVENIDA 4 DE FEVEREIRO
                              LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

_____              _____
AUTHORIZED SIGNATURE                   AUTHORIZED
SIGNATURE                              SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
(212) 541-0600

### TRANSFER FORM

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 3/26/2008        VALUE DATE : 3/26/2008

PLEASE PAY:  AMOUNT:  USD  $ 629,789.07

CHARGES (deducted from amount):                    USD 25.00

PAY TO: (US Bank)  : HSBC NY

BENEFICIARY BANK:  BANCO DE FOMENTO ANGOLA
    SWIFT:  BFMXAOLU

BENEFICIARY CUST:  SODIAM – SOCIEDADE DE
    COMMERCIALIZACAO DE DIAMANTES
    DE ANGOLA

ACCOUNT NUMBER:  0501/31/3294048/001

REFERENCE:  IBAN AO 06000600000329404831182

_____
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

**TRANSFER FORM**

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE: 3/28/2008*      *VALUE DATE : 3/28/2008*

PLEASE PAY:  AMOUNT:  USD  $3,000,025.00

CHARGES (deducted from amount):                    USD 25.00

PAY TO: (US Bank)  :     HSBC BANK U.S.A. – BUFFALO, NEW YORK
                                        CHIPS:  0108
                                        SWIFT:  MRMDUS33
                                FEDWIRE/ABA NO: _____

BENEFICIARY BANK:  BANCO TOTTA de ANGOLA
(if different )  Address :     AVENIDA 4 DE FEVEREIRO
                                     LUANDA, ANGOLA

BENEFICIARY CUST:  LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____    _____

_____
AUTHORIZED SIGNATURE
SIGNATURE

_____
AUTHORIZED
SIGNATURE



# KBC BANK N.V.

## **TRANSFER FORM**

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

**TODAY'S DATE:** *4/4/2008*      *VALUE DATE :  4/4/2008*

PLEASE PAY:  AMOUNT:  USD  $2,000,025.00

CHARGES (deducted from amount):            USD 25.00

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                         CHIPS:  0108
                         SWIFT:  MRMDUS33
                         FEDWIRE/ABA NO: _____

BENEFICIARY BANK:  BANCO TOTTA de ANGOLA
(if different )  Address :    AVENIDA 4 DE FEVEREIRO
                             LUANDA, ANGOLA

BENEFICIARY CUST:  LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

_____                    _____
AUTHORIZED SIGNATURE                   AUTHORIZED
SIGNATURE                              SIGNATURE              19706



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

**TRANSFER FORM**

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

**TODAY'S DATE: 4/11/2008**    *VALUE DATE : 4/11/2008*

PLEASE PAY: AMOUNT: USD  $2,000,025.00

CHARGES (deducted from amount):          USD 25.00

PAY TO: (US Bank) :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                       CHIPS:  0108
                       SWIFT: MRMDUS33
                       FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different )   Address :    AVENIDA 4 DE FEVEREIRO
                               LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER: 40396115001
REFERENCE:

_____
AUTHORIZED SIGNATURE
SIGNATURE

_____
AUTHORIZED
SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

**TRANSFER FORM**

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE: 4/25/2008*    VALUE DATE : 4/25/2008    *28*

PLEASE PAY:  AMOUNT:  USD  $1,000,025.00

CHARGES (deducted from amount):    USD 25.00

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
CHIPS:  0108
SWIFT: MRMDUS33
FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different )    Address :    AVENIDA 4 DE FEVEREIRO
LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

_____                    _____
AUTHORIZED SIGNATURE                AUTHORIZED
SIGNATURE                           SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
(212) 541-0600

## TRANSFER FORM

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 4/29/2008      VALUE DATE : 4/29/2008

PLEASE PAY:  AMOUNT:  USD  $ 604,316.44

CHARGES (deducted from amount):              USD 25.00

PAY TO: (US Bank)  : HSBC NY

BENEFICIARY BANK:  BANCO DE FOMENTO ANGOLA
                    SWIFT:  BFMXAOLU

BENEFICIARY CUST:  SODIAM – SOCIEDADE DE
                    COMMERCIALIZACAO DE DIAMANTES
                    DE ANGOLA

ACCOUNT NUMBER:  0501/31/3294048/001

REFERENCE:  IBAN AO 060006000000329404831182

_____          _____
AUTHORIZED SIGNATURE                      AUTHORIZED SIGNATURE



# KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

## TRANSFER FORM

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*5/6/2008*

**TODAY'S DATE: 5/5/2008**     *VALUE DATE : 5/5/2008*

PLEASE PAY: AMOUNT: USD  $2,000,025.00

CHARGES (deducted from amount):     USD 25.00

PAY TO: (US Bank) :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                        CHIPS:  0108
                        SWIFT: MRMDUS33
                        FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different)   Address :   AVENIDA 4 DE FEVEREIRO
                             LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

_____
AUTHORIZED SIGNATURE
SIGNATURE

_____
AUTHORIZED
SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

### TRANSFER FORM

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

**TODAY'S DATE: 5/9/2008**    *VALUE DATE : 5/9/2008*

PLEASE PAY: AMOUNT: USD $1,000,025.00

CHARGES (deducted from amount):    USD 25.00

PAY TO: (US Bank) :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
CHIPS: 0108
SWIFT: MRMDUS33
FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different) Address :    AVENIDA 4 DE FEVEREIRO
LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER: 40396115001
REFERENCE: _____

_____
**AUTHORIZED SIGNATURE**
SIGNATURE

_____
**AUTHORIZED**
SIGNATURE



# KBC BANK N.V.

**TRANSFER FORM**

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE: 5/16/2008*    *VALUE DATE : 5/16/2008*

PLEASE PAY:  AMOUNT:  USD  $1,000,025.00

CHARGES (deducted from amount):                USD 25.00

PAY TO: (US Bank)  :     HSBC BANK U.S.A. – BUFFALO, NEW YORK
                                  CHIPS:  0108
                                  SWIFT: MRMDUS33
                        FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different )    Address :    AVENIDA 4 DE FEVEREIRO
                                  LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER: 40396115001
REFERENCE: _____

---

AUTHORIZED SIGNATURE
SIGNATURE

AUTHORIZED
SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

**TRANSFER FORM**

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

**TODAY'S DATE: 5/23/2008**      *VALUE DATE : 5/23/2008*

PLEASE PAY:  AMOUNT:  USD   $1,000,025.00

CHARGES (deducted from amount):            USD 25.00

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                                  CHIPS:  0108
                                  SWIFT: MRMDUS33
                                  FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different )   Address :    AVENIDA 4 DE FEVEREIRO
                                        LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER: 40396115001
REFERENCE:            _____
                          _____

_____
AUTHORIZED SIGNATURE
SIGNATURE

_____
AUTHORIZED
SIGNATURE



# KBC BANK N.V.

**New York Branch**
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

## TRANSFER FORM

---

**NAME OF ACCOUNT** : LAZARE KAPLAN INTERNATIONAL INC.

**ACCOUNT NUMBER** : 24079801

*TODAY'S DATE:* **6/2/2008**    *VALUE DATE :* **6/2/2008**

**PLEASE PAY: AMOUNT: USD $1,000,025.00**

**CHARGES (deducted from amount):**    **USD 25.00**

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                                CHIPS:  0108
                                SWIFT: MRMDUS33
                   FEDWIRE/ABA NO: _____

**BENEFICIARY BANK: BANCO TOTTA de ANGOLA**
**(if different )    Address :    AVENIDA 4 DE FEVEREIRO**
                               **LUANDA, ANGOLA**

**BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.**
**ACCOUNT NUMBER: 40396115001**
**REFERENCE:** _____

---

**AUTHORIZED SIGNATURE**
SIGNATURE

**AUTHORIZED**
**SIGNATURE**



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

**TRANSFER FORM**

---

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE: 6/3/2008*      *VALUE DATE : 6/3/2008*

PLEASE PAY:  AMOUNT:  USD  $ 467,056.31

CHARGES (deducted from amount):                     USD 25.00

PAY TO: (US Bank)  : HSBC NY

BENEFICIARY BANK:  BANCO DE FOMENTO ANGOLA
          SWIFT:  BFMXAOLU

BENEFICIARY CUST:  SODIAM – SOCIEDADE DE
                   COMMERCIALIZACAO DE DIAMANTES
                   DE ANGOLA

ACCOUNT NUMBER:  0501/31/3294048/001

REFERENCE:  IBAN AO 06000600000329404831182

_____
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
(212) 541-0600

### TRANSFER FORM

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 6/6/2008        VALUE DATE : 6/6/2008

PLEASE PAY:  AMOUNT:  USD  $2,000,025.00

CHARGES (deducted from amount):              USD 25.00

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                                   CHIPS:  0108
                                   SWIFT: MRMDUS33
                        FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different )    Address :    AVENIDA 4 DE FEVEREIRO
                                LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

_____
AUTHORIZED SIGNATURE
SIGNATURE

_____
AUTHORIZED
SIGNATURE



# KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

## TRANSFER FORM

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE: 6/13/2008*      *VALUE DATE : 6/13/2008*

PLEASE PAY:  AMOUNT:  USD  $2,000,025.00

CHARGES (deducted from amount):              USD 25.00

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
CHIPS:  0108
SWIFT:  MRMDUS33
FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different)    Address :    AVENIDA 4 DE FEVEREIRO
LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

_____                    _____
AUTHORIZED SIGNATURE                      AUTHORIZED
SIGNATURE                               SIGNATURE



# KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

## TRANSFER FORM

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE:* 6/20/2008    *VALUE DATE :* 6/20/2008

PLEASE PAY:  AMOUNT:  USD  $1,500,025.00

CHARGES (deducted from amount):                USD 25.00

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                                CHIPS:  0108
                                SWIFT:  MRMDUS33
                                FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different)    Address :    AVENIDA 4 DE FEVEREIRO
                                LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

_____            _____
AUTHORIZED SIGNATURE                 AUTHORIZED
SIGNATURE                                   SIGNATURE



# KBC BANK N.V.

**TRANSFER FORM**

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

---

**NAME OF ACCOUNT** : LAZARE KAPLAN INTERNATIONAL INC.

**ACCOUNT NUMBER** : 24079801

**TODAY'S DATE:** 6/27/2008    **VALUE DATE :** 6/27/2008   *30 ℓ*

**PLEASE PAY:  AMOUNT:  USD  $1,500,025.00**

**CHARGES** (deducted from amount):            USD 25.00

PAY TO: (US Bank)   :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                                        CHIPS:  0108
                                        SWIFT:  MRMDUS33
                                        FEDWIRE/ABA NO: _____

**BENEFICIARY BANK: BANCO TOTTA de ANGOLA**
(if different)    Address :    AVENIDA 4 DE FEVEREIRO
                                        LUANDA, ANGOLA

**BENEFICIARY CUST:** LAZARE KAPLAN INTERNATIONAL, INC.
**ACCOUNT NUMBER:**  40396115001
**REFERENCE:** _____
                            _____

_____                    _____
**AUTHORIZED SIGNATURE**                    **AUTHORIZED**
 SIGNATURE                                         SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

**TRANSFER FORM**

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE: 6/30/2008*    *VALUE DATE : 6/30/2008*

PLEASE PAY:  AMOUNT:  USD  $ 427,632.29

CHARGES (deducted from amount):          USD 25.00

PAY TO: (US Bank)  : HSBC NY

BENEFICIARY BANK:  BANCO DE FOMENTO ANGOLA
      SWIFT:  BFMXAOLU

BENEFICIARY CUST:  SODIAM – SOCIEDADE DE
                COMMERCIALIZACAO DE DIAMANTES
                DE ANGOLA

ACCOUNT NUMBER:  0501/31/3294048/001

REFERENCE:  IBAN AO 06000600000329404831182

_____
**AUTHORIZED SIGNATURE**

_____
**AUTHORIZED SIGNATURE**



## KBC BANK N.V.

**New York Branch**
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

$\boxed{\textbf{TRANSFER FORM}}$

---

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE: 7/7/2008*      *VALUE DATE : 7/7/2008*

PLEASE PAY:  AMOUNT:  USD  $1,500,025.00

CHARGES (deducted from amount):          USD 25.00

PAY TO: (US Bank)  :     HSBC BANK U.S.A. – BUFFALO, NEW YORK
                         CHIPS:  0108
                         SWIFT:  MRMDUS33
                         FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different )     Address :     AVENIDA 4 DE FEVEREIRO
                                  LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER: 40396115001
REFERENCE: _____

_____

**AUTHORIZED SIGNATURE**
**SIGNATURE**

**AUTHORIZED**
**SIGNATURE**



## KBC BANK N.V.

**TRANSFER FORM**

New York Branch
125 West 55th Street
New York, NY 10019
(212) 541-0600

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 7/11/2008    VALUE DATE : 7/11/2008

PLEASE PAY:  AMOUNT:  USD  $1,000,025.00

CHARGES (deducted from amount):              USD 25.00

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                                       CHIPS:  0108
                                       SWIFT:  MRMDUS33
                                       FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different)   Address :    AVENIDA 4 DE FEVEREIRO
                                       LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

                                                       _____

_____                  _____
AUTHORIZED SIGNATURE                                AUTHORIZED
SIGNATURE                                                    SIGNATURE



# KBC BANK N.V.

**TRANSFER FORM**

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

---

**NAME OF ACCOUNT** : LAZARE KAPLAN INTERNATIONAL INC.

**ACCOUNT NUMBER** : 24079801

**TODAY'S DATE:** 7/18/2008    **VALUE DATE :** 7/18/2008

**PLEASE PAY: AMOUNT: USD** $1,000,025.00

**CHARGES (deducted from amount):**    USD 25.00

**PAY TO: (US Bank) :**    HSBC BANK U.S.A. – BUFFALO, NEW YORK
CHIPS: 0108
SWIFT: MRMDUS33
FEDWIRE/ABA NO: _____

**BENEFICIARY BANK:** BANCO TOTTA de ANGOLA
**(if different) Address :**    AVENIDA 4 DE FEVEREIRO
LUANDA, ANGOLA

**BENEFICIARY CUST:** LAZARE KAPLAN INTERNATIONAL, INC.
**ACCOUNT NUMBER:** 40396115001
**REFERENCE:** _____
_____

_____
AUTHORIZED SIGNATURE
SIGNATURE

_____
AUTHORIZED
SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

**TRANSFER FORM**

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE: 8/8/2008*      *VALUE DATE : 8/8/2008*

PLEASE PAY:  AMOUNT:  USD  $1,000,025.00

CHARGES (deducted from amount):            USD 25.00

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                        CHIPS:  0108
                        SWIFT:  MRMDUS33
                        FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different )    Address :    AVENIDA 4 DE FEVEREIRO
                                LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

_____

_____                      _____
AUTHORIZED SIGNATURE                    AUTHORIZED
SIGNATURE                               SIGNATURE



# KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
(212) 541-0600

TRANSFER FORM

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 8/11/2008    VALUE DATE : 8/11/2008

PLEASE PAY:  AMOUNT:  USD  $ 458,871.32

CHARGES (deducted from amount):                USD 25.00

PAY TO: (US Bank)  : HSBC NY

BENEFICIARY BANK:  BANCO DE FOMENTO ANGOLA
           SWIFT:  BFMXAOLU

BENEFICIARY CUST: SODIAM – SOCIEDADE DE
           COMMERCIALIZACAO DE DIAMANTES
           DE ANGOLA

ACCOUNT NUMBER:  0501/31/3294048/001

REFERENCE:  IBAN AO 06000600000329404831182

_____
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
(212) 541-0600

**TRANSFER FORM**

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 8/15/2008      VALUE DATE : 8/15/2008

PLEASE PAY:  AMOUNT:  USD  $1,000,025.00

CHARGES (deducted from amount):            USD 25.00

PAY TO: (US Bank)   :   HSBC BANK U.S.A. – BUFFALO, NEW YORK
                       CHIPS:  0108
                       SWIFT:  MRMDUS33
                       FEDWIRE/ABA NO: _____

BENEFICIARY BANK:  BANCO TOTTA de ANGOLA
(if different)    Address :    AVENIDA 4 DE FEVEREIRO
                              LUANDA, ANGOLA

BENEFICIARY CUST:  LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

_____

AUTHORIZED SIGNATURE
SIGNATURE

AUTHORIZED
SIGNATURE



# KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
(212) 541-0600

## TRANSFER FORM

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 8/22/2008    VALUE DATE : 8/22/2008

PLEASE PAY:  AMOUNT:  USD  $ 1,000,025.00

CHARGES (deducted from amount):            USD 25.00

BENEFICIARY BANK:  KBC New York

BENEFICIARY CUST:  INVESTIGATIONS SUSPENSE

ACCOUNT NUMBER:  90107509

REFERENCE:

_____
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE



# KBC BANK N.V.

### TRANSFER FORM

New York Branch
125 West 55th Street
New York, NY 10019
(212) 541-0600

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 9/2/2008      VALUE DATE : 9/2/2008

PLEASE PAY: AMOUNT: USD $2,500,025.00

CHARGES (deducted from amount):           USD 25.00

PAY TO: (US Bank) :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
CHIPS: 0108
SWIFT: MRMDUS33
FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different)    Address :    AVENIDA 4 DE FEVEREIRO
LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER: 40396115001
REFERENCE: _____

_____

_____
AUTHORIZED SIGNATURE
SIGNATURE

AUTHORIZED
SIGNATURE



# KBC BANK N.V.

**New York Branch**
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

## TRANSFER FORM

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE: 9/5/2008*     *VALUE DATE : 9/5/2008*

PLEASE PAY:  AMOUNT:  USD  $2,500,025.00

CHARGES (deducted from amount):          USD 25.00

PAY TO: (US Bank)  :     HSBC BANK U.S.A. – BUFFALO, NEW YORK
                         CHIPS:  0108
                         SWIFT:  MRMDUS33
                         FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different)   Address :   AVENIDA 4 DE FEVEREIRO
                             LUANDA, ANGOLA

BENEFICIARY CUST:  LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE:        _____

                  _____

------------------------------------
AUTHORIZED SIGNATURE
SIGNATURE

AUTHORIZED
SIGNATURE



# KBC BANK N.V.

**New York Branch**
**125 West 55th Street**
**New York, NY 10019**
*(212) 541-0600*

| TRANSFER FORM |
|---|

---

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 9/9/2008        VALUE DATE : 9/9/2008

PLEASE PAY: AMOUNT: USD $ 582,417.40

CHARGES (deducted from amount):                USD 25.00

PAY TO: (US Bank)  : HSBC NY

BENEFICIARY BANK: BANCO DE FOMENTO ANGOLA
            SWIFT: BFMXAOLU

BENEFICIARY CUST: SODIAM – SOCIEDADE DE
            COMMERCIALIZACAO DE DIAMANTES
            DE ANGOLA

ACCOUNT NUMBER: 0501/31/3294048/001

REFERENCE: IBAN AO 06000600000329404831182

_____          _____
AUTHORIZED SIGNATURE                AUTHORIZED SIGNATURE



## KBC BANK N.V.

**New York Branch**
**125 West 55th Street**
**New York, NY 10019**
**(212) 541-0600**

### TRANSFER FORM

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE: 9/12/2008*    *VALUE DATE : 9/12/2008*

PLEASE PAY:  AMOUNT:  USD  $1,000,025.00

CHARGES (deducted from amount):        USD 25.00

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                              CHIPS:  0108
                              SWIFT:  MRMDUS33
                         FEDWIRE/ABA NO: _____

BENEFICIARY BANK:  BANCO TOTTA de ANGOLA
(if different)   Address :    AVENIDA 4 DE FEVEREIRO
                              LUANDA, ANGOLA

BENEFICIARY CUST:  LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE:          _____
                    _____

_____

AUTHORIZED SIGNATURE
SIGNATURE

AUTHORIZED
SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

**TRANSFER FORM**

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE: 9/18/2008*    *VALUE DATE : 9/18/2008*

PLEASE PAY: AMOUNT: USD $ 264,237.47

CHARGES (deducted from amount):                    USD 25.00

PAY TO: (US Bank)  : HSBC NY

BENEFICIARY BANK: BANCO DE FOMENTO ANGOLA
SWIFT: BFMXAOLU

BENEFICIARY CUST: SODIAM – SOCIEDADE DE
COMMERCIALIZACAO DE DIAMANTES
DE ANGOLA

ACCOUNT NUMBER:  0501/31/3294048/001

REFERENCE:  IBAN AO 06000600000329404831182

_____                    _____
AUTHORIZED SIGNATURE                    AUTHORIZED SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

**TRANSFER FORM**

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

**TODAY'S DATE:** 9/19/2008     **VALUE DATE :** 9/19/2008

PLEASE PAY:  AMOUNT:  USD  $3,000,025.00

CHARGES (deducted from amount):         USD 25.00

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                        CHIPS:  0108
                        SWIFT:  MRMDUS33
                        FEDWIRE/ABA NO: _____

BENEFICIARY BANK:  BANCO TOTTA de ANGOLA
(if different )    Address :    AVENIDA 4 DE FEVEREIRO
                                LUANDA, ANGOLA

BENEFICIARY CUST:  LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE:            _____
                     _____

_____          _____
AUTHORIZED SIGNATURE               AUTHORIZED
SIGNATURE                          SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
(212) 541-0600

**TRANSFER FORM**

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 10/17/2008        VALUE DATE : 10/17/2008

PLEASE PAY:  AMOUNT:  USD  $1,000,025.00

CHARGES (deducted from amount):        USD 25.00

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                        CHIPS:  0108
                        SWIFT:  MRMDUS33
                        FEDWIRE/ABA NO: _____

BENEFICIARY BANK:  BANCO TOTTA de ANGOLA
(if different)   Address :    AVENIDA 4 DE FEVEREIRO
                             LUANDA, ANGOLA

BENEFICIARY CUST:  LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

_____        _____
AUTHORIZED SIGNATURE            AUTHORIZED
SIGNATURE                       SIGNATURE



# KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

### TRANSFER FORM

---

**NAME OF ACCOUNT :** LAZARE KAPLAN INTERNATIONAL INC.

**ACCOUNT NUMBER :** 24079801

*TODAY'S DATE: 10/20/2008*          *VALUE DATE : 10/20/2008*

**PLEASE PAY:  AMOUNT:  USD  $ 245,332.48**

**CHARGES** (deducted from amount):                    **USD 25.00**

**PAY TO: (US Bank)  :** HSBC NY

**BENEFICIARY BANK:** BANCO DE FOMENTO ANGOLA
            SWIFT:  BFMXAOLU

**BENEFICIARY CUST:** SODIAM – SOCIEDADE DE
            COMMERCIALIZACAO DE DIAMANTES
            DE ANGOLA

**ACCOUNT NUMBER:**  0501/31/3294048/001

**REFERENCE:**  IBAN AO 06000600000329404831182

_____              _____
AUTHORIZED SIGNATURE                  AUTHORIZED SIGNATURE



## KBC BANK N.V.

**TRANSFER FORM**

New York Branch
125 West 55th Street
New York, NY 10019
(212) 541-0600

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 10/24/2008        VALUE DATE : 10/24/2008

PLEASE PAY: AMOUNT:  USD  $1,000,025.00

CHARGES (deducted from amount):        USD 25.00

PAY TO: (US Bank)  :    HSBC BANK U.S.A. – BUFFALO, NEW YORK
                        CHIPS:  0108
                        SWIFT: MRMDUS33
                        FEDWIRE/ABA NO: _____

BENEFICIARY BANK: BANCO TOTTA de ANGOLA
(if different)    Address :    AVENIDA 4 DE FEVEREIRO
                               LUANDA, ANGOLA

BENEFICIARY CUST: LAZARE KAPLAN INTERNATIONAL, INC.
ACCOUNT NUMBER:  40396115001
REFERENCE: _____

_____        _____
AUTHORIZED SIGNATURE                    AUTHORIZED
SIGNATURE                               SIGNATURE



# KBC BANK N.V.

**New York Branch**
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

## TRANSFER FORM

**NAME OF ACCOUNT :** LAZARE KAPLAN INTERNATIONAL INC.

**ACCOUNT NUMBER :** 24079801

**TODAY'S DATE:** *11/7/2008*　　**VALUE DATE :** *11/7/2008*

**PLEASE PAY: AMOUNT: USD** $500,025.00

**CHARGES** (deducted from amount):　　　　　　USD 25.00

**PAY TO: (US Bank)  :**　　HSBC BANK U.S.A. – BUFFALO, NEW YORK
　　　　　　　　　　　　　CHIPS:  0108
　　　　　　　　　　　　　SWIFT:  MRMDUS33
　　　　　　　　　　FEDWIRE/ABA NO: _____

**BENEFICIARY BANK:**  BANCO TOTTA de ANGOLA
(if different)　**Address :**　　AVENIDA 4 DE FEVEREIRO
　　　　　　　　　　　　　　LUANDA, ANGOLA

**BENEFICIARY CUST:**  LAZARE KAPLAN INTERNATIONAL, INC.
**ACCOUNT NUMBER:**  40396115001
**REFERENCE:**　　　　_____

_____　　_____
**AUTHORIZED SIGNATURE**　　**AUTHORIZED**
**SIGNATURE**　　　　　　　　　**SIGNATURE**



# KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

### TRANSFER FORM

---

**NAME OF ACCOUNT** : LAZARE KAPLAN INTERNATIONAL INC.

**ACCOUNT NUMBER** : 24079801

*TODAY'S DATE:* **11/12/2008**          *VALUE DATE :* **11/12/2008**

**PLEASE PAY:  AMOUNT:   USD   $ 177,498.80**

**CHARGES** (deducted from amount):                    **USD 25.00**

PAY TO: (US Bank)  : HSBC NY

**BENEFICIARY BANK:  BANCO DE FOMENTO ANGOLA**
            SWIFT:  BFMXAOLU

**BENEFICIARY CUST:  SODIAM – SOCIEDADE DE
            COMMERCIALIZACAO DE DIAMANTES
            DE ANGOLA**

**ACCOUNT NUMBER:   0501/31/3294048/001**

    REFERENCE:   IBAN AO 06000600000329404831182

_____          _____
AUTHORIZED SIGNATURE                  AUTHORIZED SIGNATURE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

**TRANSFER FORM**

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

TODAY'S DATE: 11/26/2008    VALUE DATE : 11/26/2008

PLEASE PAY:  AMOUNT:  USD  $454966.95

CHARGES (deducted from amount):                USD 25.00

PAY TO: (US Bank)  :    NATIONAL WESTMINSTER BANK, NEW YORK

BENEFICIARY BANK:  NATIONAL WESTMINSTER BANK P/C
(if different )    Address :    Holborn Circus Branch, 1 Hatton Garden
                               London  EC1P 1DU

BENEFICIARY CUST:  DE BEERS UK LIMITED
ACCOUNT NUMBER:  140-00-140/00/27501582
ROUTING NUMBER:  56-00-20
        SWIFT CODE:  NWBKGB2LXXX
        IBAN CODE:

REFERENCE:  VAS Payment SF/2008/0081001458

---------------------------
AUTHORIZED SIGNATURE

---------------------------
AUTHORIZED SIGNATURE