# EXHIBIT I



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

**TRANSFER FORM**

---

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE: 01/23/2006*     *VALUE DATE : 01/23/2006*

PLEASE PAY:  AMOUNT:  USD  $10,464,086.49

CHARGES (deducted from amount):         USD 25.00

PAY TO: (US Bank)  : HSBC NY

BENEFICIARY BANK: BAI – BANCO AFRICANO DE INVESTIMENTO
    SWIFT:  BAIPAOLU

BENEFICIARY CUST: SODIAM – SOCIEDADE DE
           COMERCIALIZACAO DE DIAMANTES

ACCOUNT NUMBER:  2878682

    REFERENCE:  IBAN 004000000287868215159
          REF: 006/SOD-DPF/06

_____        _____
AUTHORIZED SIGNATURE             AUTHORIZED SIGNATURE

17188