# EXHIBIT J



## KBC BANK N.V.

**TRANSFER FORM**

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

---

NAME OF ACCOUNT : LAZARE KAPLAN INTERNATIONAL INC.

ACCOUNT NUMBER : 24079801

*TODAY'S DATE: 12/02/2008*    *VALUE DATE : 12/02/2008*

PLEASE PAY:   AMOUNT:   USD   $550,025.00

CHARGES (deducted from amount):              USD 25.00

PAY TO: (US Bank)  :

           CHIPS:
           SWIFT:

BENEFICIARY BANK:  HSBC Bank USA
                          Attn: Global Products Group
(if different)    Address :   452 Fifth Avenue
                          New York, NY 10018
        SWIFT: MRMDUS33

BENEFICIARY CUST: Willis Limited
ACCOUNT NUMBER: 000-010588

REFERENCE:           __GNYA96B, MN51387___

AUTHORIZED
SIGNATURE

AUTHORIZED
SIGNATURE



# KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
*(212) 541-0600*

**TRANSFER FORM**

---

**NAME OF ACCOUNT**: LAZARE KAPLAN INTERNATIONAL INC.

**ACCOUNT NUMBER**: 24079801

**TODAY'S DATE:** 11/26/2008    **VALUE DATE:** 11/26/2008

**PLEASE PAY: AMOUNT:** USD $454966.95

**CHARGES (deducted from amount):**    USD 25.00

**PAY TO: (US Bank)**:    NATIONAL WESTMINSTER BANK, NEW YORK

**BENEFICIARY BANK:** NATIONAL WESTMINSTER BANK P/C
(if different)   **Address:**    Holborn Circus Branch, 1 Hatton Garden
London  EC1P 1DU

**BENEFICIARY CUST:** DE BEERS UK LIMITED
**ACCOUNT NUMBER:** 140-00-140/00/27501582
**ROUTING NUMBER:** 56-00-20
**SWIFT CODE:** NWBKGB2LXXX
**IBAN CODE:**

**REFERENCE:** VAS Payment SF/2008/0081001458

---

AUTHORIZED SIGNATURE                    AUTHORIZED SIGNATURE