# EXHIBIT K

KBC BANK NEW YORK BRANCH
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

**KBC**

LAZARE KAPLAN INTERNATIONAL, INC.
19 WEST 44TH STREET
16TH FLOOR
NEW YORK

Account #: 24079801-USD                   Statement Date: 08/01/2008 - 08/29/2008

| No | Post Date | Value Date | Sender Ref. | Cust Ref | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|---|---|---|
| 8 | 08/06/2008 | 08/06/2008 | 7 | | 100.00 | | |
| | | MONTH ACTIVITY FEES FOR JULY 2008 | | | | | |
| 9 | 08/06/2008 | 08/06/2008 | ZBA-080805-38 | ZBA-080805-38 | 205,884.00 | | |
| | | Zero Balancing Movement | | | | | |
| | 08/06/2008 | | | | | Closing Balance: | 0.00 |
| 10 | 08/08/2008 | 08/08/2008 | BLNY2210033 | 20080808D000739 | | 500,000.00 | |
| | | ORG LAZARE KAPLAN A DIVISION OF NY NY 10036 SND BANK LEUMI USA NEW YORK,NY FED IMA 20080808B1Q8031C000096 | | | | | |
| 11 | 08/08/2008 | 08/08/2008 | ZBA-080808-36 | ZBA-080808-36 | | 500,025.00 | |
| | | Zero Balancing Movement | | | | | |
| 12 | 08/08/2008 | 08/08/2008 | 001A80808PR03222 | | 1,000,025.00 | | |
| | | ORG LAZARE KAPLAN INTERNATIONAL, INC. NEW YORK, NY 10036 IBK HSBC BANK USA BUFFALO,NY BBK BANCO TO TTA DE ANGOLA LUANDA, ANGOLA BNF LAZARE KAPLAN INTERNATIONAL, INC. FED IMA 20080808B1Q8841C000192 | | | | | |
| | 08/08/2008 | | | | | Closing Balance: | 0.00 |
| 13 | 08/11/2008 | 08/11/2008 | ZBA-080811-36 | ZBA-080811-36 | | 458,871.32 | |
| | | Zero Balancing Movement | | | | | |
| 14 | 08/11/2008 | 08/11/2008 | 001A80811PR03388 | | 458,871.32 | | |
| | | /ACC/IBAN AO 06000600000329404831182 ORG LAZARE KAPLAN INTERNATIONAL, INC. NEW YORK, NY 10036 IBK HSBC BANK USA BUFFALO,NY BBK BANCO DE FOMENTO SARL ANGOLA LUANDA, ANGOLA BNF SODIAM SOCIEDADE DE A NGOLA CHIPS ISN 001641 CHIPS SSN 0330240 CHIPS RSN 001632 | | | | | |
| | 08/11/2008 | | | | | Closing Balance: | 0.00 |
| 15 | 08/13/2008 | 08/13/2008 | 0958727974080813 | 7330808135 00801 | | 5,499,970.00 | |
| | | /ACC/YOUR KBC BANK NV 10TH FLR NEW /YORKNY 10019 USA ORG /000002227604666 DUBAI OGB ABN AMRO BANK N V DUBAI DUBAI, UNITED ARAB EMIRATES SND ABN AMRO BANK N.V. JERSEY CITY,NJ FED IMA 20080813B1QFI1A002096 | | | | | |

ALL ITEMS ARE CREDITED AS OF THE DATE RECEIVED AT THE BANK SUBJECT TO FINAL COLLECTION AND RECEIPT OF PROCEEDS IN CASH OR UNCONDITIONAL CREDIT. THIS STATEMENT SHALL BE DEEMED ACCEPTED BY YOU UNLESS YOU INFORM US IN WRITING OF ANY DISCREPANCY WITHIN THIRTY (30) DAYS OF ITS RECEIPT.