# EXHIBIT L



**ANTWERP DIAMOND BANK NV**

Lazare Kaplan International Inc.
Attn. Mr. William Moryto
Lazare Kaplan Belgium NV
529 Fifth Avenue

NEW YORK, NY 10017

Antwerp, April 8th 2005

Dear Sirs,

Reference is made to the loan documents between Lazare Kaplan International Inc. and Antwerp Diamond Bank NV dated January 22nd 2004 (in replacement of loan documentation dated October 12th 2001) and between Lazare Kaplan Belgium NV and Antwerp Diamond Bank NV dated October 5th 2001.

We understand that Lazare Kaplan International Inc. and certain of its subsidiaries are changing their loan facilities, as the same may be amended from time to time. The facility in Yen with ABN-Amro for the Japanese business for a counter value of US$ 10,000,000 will be reduced to a counter value of US$ 5,000,000. The facility with ABN-Amro for Lazare Kaplan International Inc. in NY will be increased with the same amount, being US$ 5,000,000.

In connection with the amendment of these facilities we hereby grant our consent, with the understanding that the existing exclusivity of credit granting of Lazare Kaplan Belgium NV with Antwerp Diamond Bank NV is maintained.

Yours faithfully,

Philippe Loral
Senior Vice President
Head of North American Relations

Willy Laeremans
Senior Vice President
Credit Division

---

Pelikaanstraat 54        Tel.     : 03/204.72.04        H.R.A.  30908
B-2018 Antwerpen 1       Telefax  : 03/233.90.95        P.R.    000-0018639-15
                         Telex    : 31673 ADIABA B      BTW     BE 404.465.551
                         Swift    : ADIABE 22