# EXHIBIT M



**ANTWERP DIAMOND BANK NV**



*4334*
LAZARE KAPLAN INTERNATIONAL INC.
19 WEST 44TH STREET 16TH FLOOR
NEW YORK, NY 10036
V.S.A.

Antwerp, 20 April 2005.

Dear valued client,

We take this opportunity to inform you that Mr. Andrew Rogow has tendered his resignation to pursue other career opportunities. The Executive Committee wishes to thank him for his valued contributions.

We are pleased to announce that Mr. Marc Weiss has been promoted to Senior Vice President and General Manager of the New York Representative Office.

Mr. Weiss has been involved in financing companies in the diamond and jewelry industries for more then 25 years and has been Senior Representative Officer for Antwerp Diamond Bank's New York Representative Office since its inception.

Mr. Weiss will be contacting you in due course to ensure that your financing requirements continue to be considered on a timely basis. Please feel free to call on Mr. Weiss at any time.

Very truly yours,

Pierre De Bosscher
Managing Director
Member of the Executive Committee

Paul C. Goris
Chairman

Pelikaanstraat 54 - B-2018 Antwerpen - Belgium
tel. +32 (0)3 204 72 04 - fax +32 (0)3 233 90 95 - telex 31673 ADIA BA B - Swift ADIA BE 22 - H.R.A. 30908 - BTW BE 404 465 551 - P.R. 000-0018639-15
Member of KBC Banking & Insurance