# EXHIBIT N

# Antwerp Diamond Bank NV
## Borrowing Base Certificate



Date: 11/30/2008

Client: Lazare Kaplan Int. Inc.

Credit line ADB NY:       45,000,000 USD
Credit line ADB HO:       25,000,000 USD
Credit line HSBC:                  0 USD
Credit line Bank Leumi:   10,000,000 USD
Credit line ABN Amro:     40,294,000 USD
Total banking facility:  120,294,000 USD

Formula: 75% of total bank withdrawals is to be covered by gross receivables (excluding A/R due from affiliated companies and joint-ventures); the remainder to be covered by inventory at 50%

### Receivables

| | | | | |
|---|---|---|---|---|
| LKI Inc. * | Total receivables | USD | 36,027,000 | |
| | Ineligible receivables (due from affiliated companies) | - USD | 8,930,000 | |
| LKB | Total receivables | + USD | 40,977,000 | |
| | Ineligible receivables (due from affiliated companies) | - USD | 111,000 | |
| | Ineligible receivables (financed at ADB HO) | - USD | 0 | |
| LK Japan | Total receivables | + USD | 2,029,000 | |
| | Ineligible receivables (due from affiliated companies) | - USD | 0 | |
| Bellataire | Total receivables | + USD | 8,536,000 | |
| | Ineligible receivables (due from affiliated companies) | - USD | 0 | |

* contains the receivables in Lazare Kaplan Division (New York) and Preferred Diamonds Division (New York)

Gross eligible receivables                                78,528,000 [1]

### Payables

Total payables                       USD   77,949,000

### Inventory

In house                             USD   89,705,000
On consignment                     + USD   34,020,000

Total inventory                      USD         123,725,000

Total inventory  x advance rate of  50%   USD   61,862,500 [2]

### Bank debt

Bank debt ADB NY          USD   39,766,000 (should not exceed  45,000,000 USD)
Bank debt ADB HO        + USD    2,815,000 (should not exceed  25,000,000 USD)
Bank debt HSBC          + USD            0 (should not exceed           0 USD)
Bank debt Bank Leumi    + USD    7,800,000 (should not exceed  10,000,000 USD)
Bank debt ABN Amro      + USD   29,883,000 (should not exceed  40,294,000 USD)

Total bank debt                              80,264,000 [3]

Balance gross accounts receivables [1]        USD   78,528,000
Bank debt [2] x   75% (=min. % to be covered by rec.)   - USD   60,198,000

Balance                                       USD           18,330,000 [A]

Balance eligible accounts receivables [A]     USD   18,330,000
Total inventory x advance rate    50% [2]   + USD   61,862,500
Bank debt [3] x   25% (=max. % to be covered by inventory)   - USD   20,066,000

Balance                                       USD           60,126,500 [B]

If either A or B is negative, the credit is out of formula.

Maximum total bank withdrawal for the next period   USD   104,704,000   [C]
Bank debt other bank(s)                              USD    40,498,000   [D]

Total maximum withdrawal at ADB for the next period (*)   USD   45,000,000

(*) = lesser amount of (i) credit limit ADB or (ii) ([C] - [D]); this amount will vary depending on withdrawals at other banks

Date: 12/31/08           Signature(s): [signature]