# EXHIBIT A

**Belgian Code of Civil Procedure**

### Article 811

The courts and tribunals cannot order *ex officio* that a third party be involved in the proceedings.

### Article 870

Every party must provide the evidence of the facts it puts forward.

### Article 877

If there are serious, precise and concurring presumptions that a party to the proceedings or a third party is in possession of a document containing the proof of a fact relevant to the case, the judge may order that the document, or a certified copy thereof, be added to the procedural file.

### Article 878

In the event a third party has possession of a document, the judge will first request that party to add the original or a copy thereof to the procedural file in the manner and within the time-limit set by him.

The third party can submit his comments in writing or in closed hearing.

The parties may review these comments and respond to them.

The judge's request shall be transmitted to the third party by the court registrar by court letter.

### Article 882

If the parties or third parties without legal justification fail to produce the document or a copy thereof in accordance with the judge's order, they can be condemned to pay damages as the judge sees fit.

### Article 918

The examination of witnesses will be held before the judges who have permitted or ordered it, or before the judge assigned in the judgment.

### Article 925

In the event a witness, summoned by the court registrar, does not appear, the court can, at the request of a party, order that the witness by subpoenaed by writ of summons.

The judge decides on the location, day and time of the hearing upon which the witness will be examined.

### Article 926

A subpoenaed witness who does not appear, shall be condemned by court order to a fine of EUR 2.50 to EUR 250, without prejudice to a party's right to claim damages.

The court order shall be notified to the witness containing a summons to appear within the ordinary time-limit for summons, in order to be heard at the hearing indicated by the judge.

### Article 938

The judge can, either *ex officio* or at the request of a party, ask the witness any question that may clarify or complete the testimony.

The judge can order that the original version or a copy of documents produced by the witness are added to the procedural file.  If need be, a copy will be made by the court registrar.

### Article 1050

In all cases an appeal can be lodged as soon as the judgement has been rendered, even if it is a judgement where no decision on the merits is taken or a judgement by default.

Against a decision relating to jurisdiction, an appeal can only be lodged together with the appeal against the final judgment.

**Gerechtelijk Wetboek**

### Artikel 811

De hoven en rechtbanken kunnen niet ambtshalve bevelen dat een derde in het geding wordt betrokken.

### Artikel 870

Iedere partij moet het bewijs leveren van de feiten die zij aanvoert.

### Artikel 877

Wanneer er gewichtige, bepaalde en met elkaar overeenstemmende vermoedens bestaan dat een partij of een derde een stuk onder zich heeft dat het bewijs inhoudt van een ter zake dienend feit, kan de rechter bevelen dat het stuk of een eensluidend verklaard afschrift ervan bij het dossier van de rechtspleging wordt gevoegd.

### Artikel 878

Indien een derde het stuk onder zich heeft, verzoekt de rechter deze vooraf het origineel of een afschrift ervan bij het dossier van de rechtspleging te voegen op de wijze en binnen de termijn die hij bepaalt.

De derde kan zijn opmerkingen bij geschrifte of in raadkamer voordragen.

De partijen mogen er inzage van nemen en er op antwoorden.

Het verzoek van de rechter wordt door de griffier aan de derde gezonden bij gerechtsbrief.

### Artikel 882

Partijen of derden die zonder wettige reden nalaten het stuk zelf of het afschrift over te leggen volgens de beslissing van de rechter, kunnen worden veroordeeld tot zodanige schadevergoeding als behoort.

### Artikel 918

Het getuigenverhoor wordt gehouden door de rechters die het hebben toegestaan of bevolen of door de rechter die in het vonnis is aangewezen.

### Artikel 925

Indien een door de griffier opgeroepen getuige niet verschijnt, kan de rechter op verzoek van een partij bevelen dat de getuige bij deurwaardersexploot zal worden gedagvaard.

De rechter bepaalt de plaats, de dag en het uur van de zitting waarop de getuige zal worden gehoord.

### **Artikel 926**

Een gedagvaarde getuige die niet verschijnt, wordt bij beschikking van de rechter veroordeeld tot een geldboete van 2,50 euro tot 250 euro, onverminderd de schadevergoeding voor de partij.

De beschikking wordt aan de getuige betekend met dagvaarding om te verschijnen binnen de gewone dagvaardingstermijnen ten einde te worden gehoord op de zitting die de rechter aanwijst.

### **Artikel 938**

De rechter kan, hetzij ambtshalve, hetzij op verzoek van een partij, aan de getuige alle vragen stellen waardoor het getuigenis kan worden verduidelijkt of aangevuld.

De rechter kan bevelen dat de door de getuige overgelegde stukken in origineel of in afschrift bij het dossier van de rechtspleging worden gevoegd. Het afschrift wordt zo nodig terstond gemaakt door toedoen van de griffier.

### **Artikel 1050**

In alle zaken kan hoger beroep worden ingesteld zodra het vonnis is uitgesproken, zelfs al is dit een beslissing alvorens recht te doen of een verstekvonnis.

Tegen een beslissing inzake bevoegdheid kan slechts hoger beroep worden ingesteld samen met het hoger beroep tegen het eindvonnis.

**Code judiciaire**

### Article 811

Les cours et tribunaux ne peuvent ordonner d'office la mise en cause d'un tiers.

### Article 870

Chacune des parties a la charge de prouver les faits qu'elle allègue.

### Article 877

Lorsqu'il existe des présomptions graves, précises et concordantes de la détention par une partie ou un tiers, d'un document contenant la preuve d'un fait pertinent, le juge peut ordonner que ce document ou une copie de celui-ci certifiée conforme, soit déposé au dossier de la procédure.

### Article 878

Si le document est détenu par un tiers, le juge l'invite préalablement à déposer ce document en original ou en copie au dossier de la procédure selon les modalités et dans le délai qu'il indique.

Le tiers peut faire valoir ses observations par écrit ou en chambre du conseil.

Les parties sont autorisées à prendre connaissance de celles-ci et à y répondre.

L'invitation du juge est donnée au tiers par les soins du greffier, sous pli judiciaire.

### Article 882

La partie ou le tiers qui s'abstiennent, sans motif légitime, de produire le document ou sa copie, selon la décision du juge, peuvent être condamnés à tels dommages-intérêts qu'il appartiendra.

### Article 918

L'enquête est tenue par les juges qui l'ont autorisée ou ordonnée ou par le juge qui sera désigné dans le jugement.

### Article 925

Si le témoin convoqué par le greffier ne comparaît pas, le juge peut, à la demande d'une partie, ordonner que le témoin sera cité par exploit d'huissier.

Le juge fixe les lieu, jour et heure de l'audience à laquelle le témoin sera entendu.

### **Article 926**

Le témoin cité et défaillant est condamné par ordonnance du juge à une amende de 2,50 euros à 250 euros sans préjudice des dommages-intérêts au profit de la partie.

L'ordonnance est signifiée au témoin avec citation à comparaître dans les délais ordinaires de citation pour être entendu à l'audience indiquée par le juge.

### **Article 938**

Le juge peut, soit d'office, soit à la demande d'une partie, poser au témoin toute question de nature à préciser ou compléter la déposition.

Le juge peut ordonner que les documents produits par le témoin soient déposés au dossier de la procédure en original ou en copie. La copie est au besoin établie sur-le-champ à l'intervention du greffier.

### **Article 1050**

En toutes matières l'appel peut être formé dès la prononciation du jugement, même si celui-ci est une décision avant dire droit ou s'il a été rendu par défaut.

Contre une décision rendue sur la compétence, un appel ne peut être formé qu'avec l'appel contre le jugement définitif.