# EXHIBIT B

**Belgian Civil Code**

    **Article 1315**

He who demands the fulfilment of an obligation, must prove the existence thereof.

Inversely, he who claims to be freed, must provide evidence of the payment or of the fact which caused his obligation to perish.

**Burgerlijk Wetboek**

    **Artikel 1315**

Hij die de uitvoering van een verbintenis vordert, moet het bestaan daarvan bewijzen.

Omgekeerd moet hij die beweert bevrijd te zijn, het bewijs leveren van de betaling of van het feit dat het tenietgaan van zijn verbintenis heeft teweeggebracht.

**Code Civil**

    **Article 1315**

Celui qui réclame l'exécution d'une obligation, doit la prouver.

Réciproquement, celui qui se prétend libéré, doit justifier le payement ou le fait qui a produit l'extinction de son obligation.