# EXHIBIT C

**Belgian Commercial Code**

### Article 25

Other than via the means of evidence allowed by civil law, commercial obligations can also be evidenced by witness testimony in all cases where the court considers this appropriate, except for the exceptions stipulated for special circumstances.

Sale and purchase can be demonstrated by means of an accepted invoice, without prejudice to the other means of evidence which are permitted by the laws in commercial law.

**Wetboek van Koophandel**

### Artikel 25

Behalve door de bewijsmiddelen die het burgerlijk recht toelaat, kunnen handelsverbintenissen ook worden bewezen door getuigen in alle gevallen waarin de rechtbank oordeelt dit te moeten toestaan, behoudens de uitzonderingen bepaald voor bijzondere gevallen.

Koop en verkoop kan bewezen worden door middel van een aanvaarde factuur, onverminderd de andere bewijsmiddelen die door de wetten op de koophandel zijn toegelaten.

**Code de commerce**

### Article 25

Indépendamment des moyens de preuve admis par le droit civil, les engagements commerciaux pourront être constatés par la preuve testimoniale, dans tous les cas où le tribunal croira devoir l'admettre, sauf les exceptions établies pour des cas particuliers.

Les achats et les ventes pourront se prouver au moyen d'une facture acceptée, sans préjudice des autres modes de preuve admis par la loi commerciale.