# EXHIBIT O

## Constitutional Code

### Article 144

Disputes relating to civil rights are exclusively reserved to the jurisdiction of the courts.

### Article 145

Disputes relating to political rights are reserved to the jurisdiction of the courts, except for the exceptions stipulated by law.

## Grondwet

### Artikel 144

Geschillen over burgerlijke rechten behoren bij uitsluiting tot de bevoegdheid van de rechtbanken.

### Artikel 145

Geschillen over politieke rechten behoren tot de bevoegdheid van de rechtbanken, behoudens de bij de wet gestelde uitzonderingen.

## Constitution

### Article 144

Les contestations qui ont pour objet des droits civils sont exclusivement du ressort des tribunaux.

### Article 145

Les contestations qui ont pour objet des droits politiques sont du ressort des tribunaux, sauf les exceptions établies par la loi.