# EXHIBIT 1

**Antwerp Diamond Bank**

Account Number : 640043340148  USD          DATE: 01-AUG-08
Name: LAZARE KAPLAN                Statement Number: 92    /1
      INTERNATIONAL INC.
BIC: ADIABE22XXX  IBAN: 640043340148

| DATE | DESCRIPTION | VALUE | AMOUNT |
|---|---|---|---|
| 01-AUG-08 | BALANCE FORWARD | | 44,741,806.88- |
| | PAYMENT 000FTBV082140234 | 01-AUG-08 | 2,059,409.27 - |
| | PAYMENT 000FTBV082140238 | 01-AUG-08 | 3,999,974.00 + |
| | NEW BALANCE | | 42,801,242.15- |

**Antwerp Diamond Bank**

Account Number : 640043340148  USD          DATE: 04-AUG-08
Name: LAZARE KAPLAN                Statement Number: 93    /1
      INTERNATIONAL INC.
BIC: ADIABE22XXX  IBAN: 640043340148

| DATE | DESCRIPTION | VALUE | AMOUNT |
|---|---|---|---|
| 02-AUG-08 | BALANCE FORWARD | | 42,801,242.15- |
| | PAYMENT 000FTBV082170172 | 01-AUG-08 | 62,727.60 + |
| | NEW BALANCE | | 42,738,514.55- |



**Antwerp Diamond Bank**

Account Number : 640043340148  USD          DATE: 05-AUG-08
Name: LAZARE KAPLAN                Statement Number: 94    /1
      INTERNATIONAL INC.
BIC: ADIABE22XXX IBAN: 640043340148

| DATE | DESCRIPTION | VALUE | AMOUNT |
|---|---|---|---|
| 05-AUG-08 | BALANCE FORWARD | | 42,738,514.55- |
| | PAYMENT | 04-AUG-08 | 204,485.00 - |
| | 000FTBV082180010 | | |
| | NEW BALANCE | | 42,942,999.55- |



**Antwerp Diamond Bank**

Account Number : 640043340148  USD          DATE: 06-AUG-08
Name: LAZARE KAPLAN                Statement Number: 95    /1
      INTERNATIONAL INC.
BIC: ADIABE22XXX IBAN: 640043340148

| DATE | DESCRIPTION | VALUE | AMOUNT |
|---|---|---|---|
| 06-AUG-08 | BALANCE FORWARD | | 42,942,999.55- |
| | PAYMENT | 06-AUG-08 | 205,984.00 + |
| | 000FTBV082190367 | | |
| | NEW BALANCE | | 42,737,015.55- |

**Antwerp Diamond Bank**

Account Number : 640043340148  USD          DATE: 07-AUG-08
Name: LAZARE KAPLAN                 Statement Number: 96    /1
      INTERNATIONAL INC
BIC: ADIABE22XXX IBAN: 640043340148

| DATE | DESCRIPTION | VALUE | AMOUNT |
|---|---|---|---|
| 07-AUG-08 | BALANCE FORWARD | | 42,737,015.55- |
| | PAYMENT 000FTBV082200062 | 06-AUG-08 | 100.00 - |
| | NEW BALANCE | | 42,737,115.55- |

**Antwerp Diamond Bank**

Account Number : 640043340148  USD          DATE: 11-AUG-08
Name: LAZARE KAPLAN                 Statement Number: 97    /1
      INTERNATIONAL INC
BIC: ADIABE22XXX IBAN: 640043340148

| DATE | DESCRIPTION | VALUE | AMOUNT |
|---|---|---|---|
| 08-AUG-08 | BALANCE FORWARD | | 42,737,115.55- |
| | PAYMENT 000FTBV082240200 | 08-AUG-08 | 500,000.00 + |
| | PAYMENT 000FTBV082240002 | 08-AUG-08 | 1,000,025.00 - |
| | NEW BALANCE | | 43,237,140.55- |

**Antwerp Diamond Bank**

Account Number : 640043340148  USD           DATE: 12-AUG-08
Name: LAZARE KAPLAN                Statement Number: 98    /1
      INTERNATIONAL INC.
BIC: ADIABE22XXX  IBAN: 640043340148

| DATE | DESCRIPTION | VALUE | AMOUNT |
|---|---|---|---|
| 12-AUG-08 | BALANCE FORWARD | | 43,237,140.55- |
| | PAYMENT | 11-AUG-08 | 458,871.32  - |
| | 000FTBV082250012 | | |
| | NEW BALANCE | | 43,696,011.87- |

**Antwerp Diamond Bank**

Account Number : 640043340148  USD           DATE: 14-AUG-08
Name: LAZARE KAPLAN                Statement Number: 99    /1
      INTERNATIONAL INC.
BIC: ADIABE22XXX  IBAN: 640043340148

| DATE | DESCRIPTION | VALUE | AMOUNT |
|---|---|---|---|
| 13-AUG-08 | BALANCE FORWARD | | 43,696,011.87- |
| | PAYMENT | 13-AUG-08 | 5,499,970.00  + |
| | 000FTBV082270174 | | |
| | NEW BALANCE | | 38,196,041.87- |