# EXHIBIT 3

11/18/01  16:13 FAX 2129565580          KBC                                        ☑001/004

# FACSIMILE



## KBC BANK N.V.

New York Branch
125 West 55th Street
New York, NY 10019
(212) 541-0600

| | | | |
|---|---|---|---|
| TO: | Mr. William Moryto, Lazare Kaplan International Inc. | | |
| FAX: | 697 3197 | | |
| FROM: | Maaike Maeckelbergh | DIRECT PHONE: | 212-541-0718 |
| | Associate  ICM | DIRECT FAX: | 212-956-5580 |
| DATE: | 11/16/01 | | |
| e-mail: | maria.maeckelbergh@kbc.be | | Ron 212-541-0639 |
| RE: | opening of account at KBC New York Branch | | |
| Number of pages including cover sheet [4] | | | |

Dear Mr. Moryto:

We are pleased to inform you that we have received the authorization from Antwerp Diamond Bank to make the following account operational

#24079801 LAZARE KAPLAN INTERNATIONAL INC.

This account is subject to a management fee according to enclosed schedule.
Wire transfers are $25. May I remind you to include the wire fee in the amount of your transfer as our system will automatically deduct this fee from the amount to be sent to the beneficiary.
It is the policy of KBC New York that customers confirm faxed payments for proper receipt.

We enclose a transfer form for your convenience.

Kindly note that checks deposited in your account will be credited and available on the second business day after the day of deposit.

.../...

11/16/01  16:13 FAX 2129565580          KBC                                    ☒002/004

Page 2

The coordinates for the bank are: KBC Bank NV
                                   125 West 55th Street
                                   New York, NY 10019
                                   ABA # is 026008248
                                   CHIPS # 824
                                   Tel. : General number 212 541 0600
                                   Fax: 212 956 5580

We welcome you to KBC Bank New York Branch and look forward to being of service to you.

Sincerely,

Maaike Maeckelbergh
ICM
01/8978

11/16/01  16:13 FAX 2129565580          KBC                                    ☒003/004

# TRANSFER FORM

DATE: _____

VALUE DATE: _____

- **FROM ACCOUNT NUMBER**      _____

- **NAME OF ACCOUNT:** _____

Please pay the following:

- AMOUNT         USD_____

  BENE-DEDUCT CHARGES _____

- TO :
    Beneficiary's bank:        _____
         ABA #                 _____
         CHIPS #               _____

    Name of Beneficiary        _____

    Account number             _____

    REFERENCE:                 _____
                               _____
                               _____

    Correspondent Bank (if necessary):   ABA #    _____
                                         CHIPS    _____

AUTHOIRIZED SIGNATURE(S)

_____



# KBC BANK N.V.
New York Branch

## FEE SCHEDULE FOR USD CLEARING ACCOUNT*

- Management Fee: up to 50 transactions a month (excluding wire transfers).. $100.00
               up to 100 transactions a month............................................ $200.00
               up to 500 transactions a month............................................ $400.00
- Wire transfer charge.................................................................................................$25.00
- Check returned for insufficient funds..................................................................$20.00
- Stop payment issued on check.............................................................................$20.00
- Certified check.........................................................................................................$20.00
- Collection of check (in addition to fee of issuing bank)....................................$50.00
- Collection of promissory note (in addition to fee of issuing bank)................$100.00

* Please note that checks deposited in the account are credited and made available on the second business day after the day of deposit