# EXHIBIT 4

KOPIE

# Antwerpse **Diamantbank NV**



*Except as modified by the Letter Agreement as of December 14, 2000*

B001B

The undersigned requests the Bank to open an account subject to the "General Conditions for Banking Operations", registered 02.11.00, and subject to the "General Credit Granting Conditions", registered 11.03.99; he/she declares having received a copy of both and he/she fully and unconditionally agrees herewith. He/She equally declares having received a copy of the Deposit Protection Reglementation in effect since 1.1.95.

Account number: 640-04334-01 - 81        ES 5200            COUNTRY CODE   010

Account Name: LAZARE KAPLAN INTERNATIONAL INC        NACE CODE: 51561

Corporation name: LAZARE KAPLAN INTERNATIONAL INC
Activity:
Registered Office:
Executive Office:
Established in:
Nominal Capital:                                       VAT n°.:
Phone:                    CellPhone:                   Fax n°.:
Trade register:           Number:                      S.S. n°.:

Mailing address:

---

Persons who are authorized on behalf of the Corporation:

Name: William H. Moryto         Given Name(s):
Spouse: Lillian Moryto
Address: 8 East Creek Drive, Holmdel, N.J. 07733
Nationality: U.S.A.    Power(s): Vice President    Officer: Chief Financial Officer
Place of Birth: Brooklyn N.Y. U.S.A.   Date of Birth: 8/26/55   Professional Card:

Name:                           Given Name(s):
Spouse:
Address:
Nationality:            Power(s):                Officer:
Place of Birth:         Date of Birth:           Professional Card:

---

Antwerp,   20-12-2000               Signature(s),

Introduction: Lazare Kaplan Belgium NV

Language: D-F-E    Code Signal: I K A G         First Deposit:

Made by PD/MW                                   Approval D.C.R.

Peter DRIESEN
Vice-President
Head of the Representative Office

Theo STROUS