# EXHIBIT 5

**Antwerpse Diamantbank NV**

Datum / Date: 20/12/00

640 - 043340/-8/

Rekeninghouder - Account holder: Lazare Kaplan International Inc.

Land code / Country code: 010

| Naam / Name Hoedanigheid / Capacity | Voornaam / First name | Wijze van tekenen / Mode of signing | Handtekening / Signature |
|---|---|---|---|
| 1. Tempelsman President | Leon | Any Two of the Following | [signature] |
| 2. Tempelsman Chairman of the Board | Maurice | | [signature] |
| 3. Speisman Senior Vice President - Sales | Robert | | [signature] |
| 4. Moryto Vice President & CFO | W. William | | William H. Moryto |

M 02972