# EXHIBIT
# 6

# Antwerpse **Diamantbank NV**



*Except as modified by the Letter Agreement as of December 14, 2000*

B001B

The undersigned requests the Bank to open an account subject to the "General Conditions for Banking Operations", registered 02.11.00, and subject to the "General Credit Granting Conditions", registered 11.03.99; he/she declares having received a copy of both and he/she fully and unconditionally agrees herewith. He/She equally declares having received a copy of the Deposit Protection Reglementation in effect since 1.1.95.

Account number : 640-0433401 – 81      ES 5200      COUNTRY CODE

Account Name : LAZARE KAPLAN INTERNATIONAL INC      NACE CODE :

Corporation name : LAZARE KAPLAN INTERNATIONAL INC
Activity :
Registered Office :
Executive Office :
Established in :
Nominal Capital : .................................... VAT n° :
Phone : ................. CellPhone : ......... Fax n° :
Trade register : ............ Number : ........ S.S. n° :

Mailing address :

Persons who are authorized on behalf of the Corporation:

Name : William H. Moryto          Given Name(s) :
Spouse : William Moryto
Address : 8 East Peak Drive  Holmdel N.J 07733
Nationality : U.S.A   Power(s) : Vice President   Officer : Chief Financial Officer
Place of Birth : Brooklyn N.Y. U.S.A.   Date of Birth : 8/26/58.   Professional Card :

Name :          Given Name(s) :
Spouse :
Address :
Nationality : ....... Power(s) : ....... Officer :
Place of Birth : ....... Date of Birth : ....... Professional Card :

Antwerp,          Signature(s),

Introduction : ......................................

Language : D-F-E   Code Signal : I K A G   First Deposit :

Made by PD/MW   Approval D.C.R.

Peter DRIESEN
Vice-President
Head of the Representative Office

## Antwerpse Diamantbank NV

Datum :
Date : _____

640 - *043340/ - 8/*

Rekeninghouder - *Account holder :* _____

*Lazare Kaplan International Inc.*

Land code : *010*
*Country code :*

| | Naam / *Name* <br> Hoedanigheid / *Capacity* | Voornaam / *First name* | Wijze van tekenen <br> *Mode of signing* | Handtekening <br> *Signature* |
|---|---|---|---|---|
| 1. | Tempelsman <br> President | Leon | Any Two of the Following | *[signature]* |
| 2. | Tempelsman <br> Chairman of the Board | Maurice | | *[signature]* |
| 3. | Speisman <br> Senior Vice President - Sales | Robert | | *[signature]* |
| 4. | Moryto A. <br> Vice President & CFO | William | | *[signature]* |

M 02972