# EXHIBIT 7


KOPIE

ROERENDE VOORHEFFING
GEIND BIJ WIJZE VAN AFHOUDING OP ZEKERE INKOMSTEN VAN ROERENDE KAPITALEN
Toepassing van ((art. 107,§2,5°,b), en 110,4°b) KB/WIB 92

## Getuigschrift

Opgesteld overeenkomstig artikel 117, § 6, KB/WIB 92 en betreffende de inkomsten uit gelddeposito's of uit niet door effekten aan toonder vertegenwoordigde schuldvorderingen en leningen verleend of toegekend aan spaarders niet-inwoners.

................LAZARE....KAPLAN....INTERNATIONAL.,.INC............

..................................................................................................
(naam, voornamen of volledige benaming en adres van de deponent)

houder bij de ANTWERPSE DIAMANTBANK N.V.

van het (de) gelddeposito(s) nummer(s) . . . . . . . . . . . . . 4334 . . . . . . . . . .

bevestigt :

1° niet-inwoner te zijn, d.w.z. in België :

    a)   niet zijn/haar woonplaats of de zetel van zijn/haar fortuin te hebben;
    b)   niet haar maatschappelijke zetel, voornaamste inrichting, zetel van bestuur of beheer te hebben (1);

2°   dat hij/zij eigenaar of vruchtgebruiker is van de rentegevende roerende kapitalen;

3°   dat voor zover hij/zij een beroepswerkzaamheid in België uitoefent, hij/zij die kapitalen niet gebruikt heeft voor die beroepswerkzaamheid.

verbindt er zich toe aan de bank onmiddellijk elke wijziging te melden die de juistheid van dit getuigschrift zou aantasten.

Gedaan te New York . . . . op October 29, 2001

Gemachtigde handtekening (en) en hoedanigheden

(1) De vennootschappen, verenigingen enz. - behalve de buitenlandse gemeenschappelijke beleggingsfondsen open voor het publiek - zonder rechtspersoonlijkheid dienen te bevestigen dat aan de voorwaarde onder 1 a) door alle leden voldaan is.

free translation - verso - traduction libre                    931231

traduction libre
PRECOMPTE MOBILIER PERCU PAR VOIE DE RETENUE SUR CERTAINS REVENUS DE CAPITAUX MOBILIER
Application de(( Art. 107 §2,5°.b) et 110,4°b) AR/CIR92
Attestation

Etablie conformément à l'article 117,§6,AR/CIR 92 et relative à des revenus de dépôts de fonds ou de créances ou prêts non réprésentés par des titres au porteur, attribué à des épargnants non-résidents.
..................................................................
(nom, prénom ou dénomination et adresse complète du déposant)

titulaire à la Antwerpse Diamantbank N.V.
du (des) dépôt(s) de fonds numéro(s) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . certifie :

1°  a) qu'il n'a pas en Belgique son domicile, ou le siège de sa fortune,
    b) n'ayant pas son siège social, ni son principal établissement administratif, ni son siège de direction ou d'administration (1),
2°  qu'il est propriétaire ou usufruitier des avoirs productifs des revenus,
3°  que pour autant qu'il exercice une activité professionnelle en Belgique, il n'a pas affecté ces avoirs à cette dernière,

s'engage à signaler immédiatement à la Banque toute modification qui affecterait l'exactitude de la présente attestation.
                                    Fait à                    , le
                                    Signature (2)

(1) Les sociétés, associations etc., sauf les fonds communs de placement étrangers ouverts au public - qui ne sont pas dotées de la personnalité juridique - doivent certifier que la condition sub a) est remplie dans le chef de tous leurs membres.
(2) Pour les sociétés, associations, établissements et organismes quelconques la (les) signature(s) autorisée(s) doit(doivent) être suivie(s) de la qualité du (des) signataire(s).

free translation
FISCAL DEDUCTION ON CERTAIN REVENUES OF MOVEABLE CAPITAL
Implementation of(( Art 107§2,5°.b) and 110,4°b) - KB/WIB 92
Attestation

Drawn up in accordance with article 117, §6, KB/WIB 92 and relative to revenues of deposits or of claims or loans not represented by bearer certificates, attributed to non-resident depositors.
..................................................................
(name, first name or denomination and full address of the depositor)

holder at the Antwerpse Diamantbank N.V. of the deposit(s) numbers . . . . . . . . . . . . . . certifies :

1°  a) not having in Belgium his domicile nor the seat of his fortune,
    b) not having his head office, nor his main administrative branch, nor his registered management or Board of Directors office (1),
2°  to be proprietor or usufructuary of those funds which have produced revenues,
3°  that in so far he is carrying on a profession in Belgium he has not affected these assets to the latter,

engages himself to report immediately to the Bank any alteration which would affect the accuracy of present attestation.
                                    Done in                    , the
                                    Signature (2)

(1) The companies, associations etc., except the foreign investment trusts open to the public - which are not provided with the legal status - have to certify that condition sub a) is fulfilled on account of all their