# EXHIBIT 9



# Antwerp Diamond Bank

Diamond bankers. Since 1934.

5649
MORYTO William H
LAZARE KAPLAN BELGIUM NV
HOVENIERSSTRAAT 30 B 162
2018 ANTWERPEN
BELGIE
C/O M. MARC OST

| Your ref. | our ref.<br>SV/vvdn/admsec | date<br>01/09/2009 | enclosure(s) |
|---|---|---|---|
| Contact person<br>Veerle Van den Neucker | ☎ direct phone<br>03 204 72 53 | 🖷 direct fax<br>03 204 74 28 | ✉ e-mail address<br>vvandenneucker@adia.be |

**Your identity Card / Passport**

Dear Client,

Checking your file we noticed that your identification document has expired.

In accordance with the Belgian law, banks are obliged to provide the administrative files of the account holders and the proxy holders with a valid identification document.

The Commission of Banking, Finance and Insurance obliges all financial institutions to take measures against clients who do not comply with the above mentioned law. These measures could implicate: closing the account and withdrawing the proxies. Of course we want to prevent this.

In order for us to make a copy of your new identity card/passport with proof of address, please visit our commercial desk before 30 September 2009.

If you have an electronic identity card, we can register the information.

We thank you for your collaboration.

Yours truly,

Veerle Van den Neucker
*Administrative Secretariat*

Stéphane Vinogradoff
*Secretary -General*

Antwerp Diamond Bank nv　　PHONE +32 3 204 72 04　　P.R. 000-0018639-15
Pelikaanstraat 54　　FAX +32 3 233 90 95　　BTW BE 0404.465.551
2018 Antwerp　　E-MAIL info@adia.be　　RPR Antwerpen
Belgium　　WEB www.antwerpdiamondbank.com

Member of the KBC Group　