# EXHIBIT 10

## Marc Ost

From:       Marc Ost [most@idealcut.com]
Sent:       woensdag 2 september 2009 15:22
To:         'vvandenneucker@adia.be'
Subject:    Lazare Kaplan Belgium NV / POCL NV

  
2352_001.pdf    ATT00063.txt

                        Geachte,

Betreft : Uw ref SV/vvdn/admsec

Hierbij sturen wij U een copy van de paspoort van William H Moryto, door U gevraagd voor de firma's Lazare Kaplan Belgium NV en POCL NV.

Hoogachtend,

Marc Ost,
Financial Controller
Lazare Kaplan Belgium NV
Hoveniersstraat 30 B 162
2018 Antwerpen
Belgium
Tel   323-213.81.00
Fax   323-233.49.08

-----Original Message-----
From: Bill Moryto [mailto:bmoryto@idealcut.com]
Sent: woensdag 2 september 2009 15:05
To: most@idealcut.com
Subject: Fwd: Attached Image


Hi Marc:
Attached please find my current passport copy for ADB files.
Regards
Bill

DISCLAIMER

This transmission and the information contained herein and/or in any attachments hereto and/or in any attachments thereto is privileged and/or confidential and is intended ONLY for the use of the individual(s) and/or entity(s) named above. If you are not the intended recipient, you are strictly prohibited from disclosing, printing, copying, using or disseminating this transmission and any such attachments and any information contained in this transmission and/or in any such attachments. ANY unauthorized interception of this transmission and/or any such attachments is a violation of federal criminal law.
If you have received this transmission in error, please notify the sender immediately and delete the transmission and all such attachments.

1

