# EXHIBIT 11

```
Account Number : 640043340148  USD        DATE: 29-MAY-12
Name: LAZARE KAPLAN              Statement Number:      /1
       INTERNATIONAL INC.
BIC: ADIABE22XXX IBAN: BE11 6400 4334 0148
-------------------------------------------------------------
DATE   DESCRIPTION      VALUE              AMOUNT
-------------------------------------------------------------
-------------------------------------------------------------
01-JAN-08   BALANCE FORWARD                31,969,125.87-
    PAYMENT           02-JAN-08        451,845.39  -
       000FTBV080030190
    PAYMENT           31-DEC-07      7,124,279.71  -
       000FTBV080030002
03-JAN-08   BALANCE                         39,545,250.97-
    PAYMENT           04-JAN-08      1,000,025.00  -
       000FTBV080070002
07-JAN-08   BALANCE                         40,545,275.97-
    PAYMENT           07-JAN-08           100.00  -
       000FTBV080080072
08-JAN-08   BALANCE                         40,545,375.97-
    PAYMENT           11-JAN-08      4,999,974.00  +
       000FTBV080110288
    PAYMENT           11-JAN-08      2,000,025.00  -
       000FTBV080110400
-------------------------------------------------------------
Account Number : 640043340148  USD        DATE: 29-MAY-12
Name: LAZARE KAPLAN              Statement Number:      /2
       INTERNATIONAL INC.
-------------------------------------------------------------
DATE   DESCRIPTION      VALUE              AMOUNT
-------------------------------------------------------------
-------------------------------------------------------------
11-JAN-08   BALANCE                         37,545,426.97-
    PAYMENT           14-JAN-08        500,025.00  -
       000FTBV080150032
    PAYMENT           14-JAN-08        184,389.64  -
       000FTBV080150034
    PAYMENT           14-JAN-08        798,768.24  -
       000FTBV080150030
15-JAN-08   BALANCE                         39,028,609.85-
    PAYMENT           16-JAN-08      1,579,889.80  -
       000FTBV080170142
    PAYMENT           17-JAN-08        131,798.36  -
       000FTBV080170302
17-JAN-06   BALANCE                         40,740,298.01-
    PAYMENT           17-JAN-08        379,750.94  -
       000FTBV080180010
    PAYMENT           18-JAN-08      1,000,025.00  -
       000FTBV080180332
-------------------------------------------------------------
Account Number : 640043340148  USD        DATE: 29-MAY-12
Name: LAZARE KAPLAN              Statement Number:      /3
       INTERNATIONAL INC.
-------------------------------------------------------------
DATE   DESCRIPTION      VALUE              AMOUNT
-------------------------------------------------------------
-------------------------------------------------------------
    PAYMENT           18-JAN-08         86,657.25  +
       000FTBV080180338
18-JAN-08   BALANCE                         42,033,416.70-
    PAYMENT           23-JAN-08      4,999,974.00  +
       000FTBV080230389
    PAYMENT           23-JAN-08        335,223.14  -
       000FTBV080230467
23-JAN-08   BALANCE                         37,368,665.84-
    PAYMENT           24-JAN-08        229,034.90  -
       000FTBV080240438
```

```
        000FTBV080250337
    PAYMENT              24-JAN-08           1,052,590.31  -
        000FTBV080250002
25-JAN-08    BALANCE                        38,584,404.37-
    PAYMENT              25-JAN-08        1,000,025.00  -
---------------------------------------------------------------
Account Number : 64043340148  USD        DATE:  29-MAY-12
Name: LAZARE KAPLAN             Statement Number:        /4
        INTERNATIONAL INC.
---------------------------------------------------------------
DATE   DESCRIPTION      VALUE                    AMOUNT
---------------------------------------------------------------
---------------------------------------------------------------
        000FTBV080280002
    PAYMENT              25-JAN-08        3,000,000.00  +
        000FTBV080280286
    PAYMENT              25-JAN-08          167,599.07  +
        000FTBV080280260
28-JAN-08    BALANCE                        36,416,830.30-
    PAYMENT              28-JAN-08        4,149,507.23  -
        000FTBV080290002
    PAYMENT              29-JAN-08        2,500,000.00  -
        000FTBV080290335
    PAYMENT              29-JAN-08          114,504.95  +
        000FTBV080290333
29-JAN-08    BALANCE                        37,951,832.58-
    PAYMENT              01-FEB-08        1,000,025.00  -
        000FTBV080320330
01-FEB-08    BALANCE                        38,951,857.58-
    PAYMENT              01-FEB-08        1,250,000.00  +
---------------------------------------------------------------
Account Number : 64043340148  USD        DATE:  29-MAY-12
Name: LAZARE KAPLAN             Statement Number:        /5
        INTERNATIONAL INC.
---------------------------------------------------------------
DATE   DESCRIPTION      VALUE                    AMOUNT
---------------------------------------------------------------
---------------------------------------------------------------
        000FTBV000350212
04-FEB-08    BALANCE                        37,701,857.58-
    PAYMENT              08-FEB-08        1,000,025.00  -
        000FTBV080390303
    PAYMENT              07-FEB-08        7,800,000.00  +
        000FTBV080390234
    PAYMENT              08-FEB-08        4,999,974.00  +
        000FTBV080390246
08-FEB-08    BALANCE                        25,901,908.58-
    PAYMENT              11-FEB-08          335,178.90  -
        000FTBV080430002
12-FEB-08    BALANCE                        26,237,087.48-
    PAYMENT              13-FEB-08          167,576.95  +
        000FTBV080440398
13-FEB-08    BALANCE                        26,069,510.53-
    PAYMENT              14-FEB-08              100.00  -
        000FTBV080460096
---------------------------------------------------------------
Account Number : 64043340148  USD        DATE:  29-MAY-12
Name: LAZARE KAPLAN             Statement Number:        /6
        INTERNATIONAL INC.
---------------------------------------------------------------
DATE   DESCRIPTION      VALUE                    AMOUNT
---------------------------------------------------------------
---------------------------------------------------------------
    PAYMENT              15-FEB-08        1,000,025.00  -
        000FTBV080460462
15-FEB-08    BALANCE                        27,069,635.53-
    PAYMENT              15-FEB-08        3,442,588.61  -
        000FTBV080490002
18-FEB-08    BALANCE                        30,512,224.14-
    PAYMENT              20-FEB-08          358,991.22  -
        000FTBV080520246
    PAYMENT              20-FEB-08          504,864.92  -
        000FTBV080520004
21-FEB-08    BALANCE                        31,376,080.28-
```

```
22-FEB-08    BALANCE                            26,376,106.28-
    PAYMENT          22-FEB-08      8,000,025.00  -
      000FTBV080560116
    PAYMENT          22-FEB-08      2,000,025.00  -
------------------------------------------------------------
Account Number : 64004340148  USD      DATE: 29-MAY-12
Name: LAZARE KAPLAN            Statement Number:        /7
      INTERNATIONAL INC.
------------------------------------------------------------
DATE   DESCRIPTION      VALUE              AMOUNT
------------------------------------------------------------

      000FTBV080560002
    PAYMENT          25-FEB-08      4,502,397.79  -
      000FTBV080560298
25-FEB-08    BALANCE                            40,878,554.07-
    PAYMENT          25-FEB-08         39,380.00  -
      000FTBV080570026
26-FEB-08    BALANCE                            40,917,934.07-
    PAYMENT          28-FEB-08        500,000.00  +
      000FTBV080600248
29-FEB-08    BALANCE                            40,417,934.07-
    PAYMENT          29-FEB-08      1,321,292.71  +
      000FTBV080630194
    PAYMENT          03-MAR-08        252,419.96  +
      000FTBV080630308
    PAYMENT          03-MAR-08      1,000,025.00  -
      000FTBV080630306
03-MAR-08    BALANCE                            39,844,246.40-
------------------------------------------------------------
Account Number : 64004340148  USD      DATE: 29-MAY-12
Name: LAZARE KAPLAN            Statement Number:        /8
      INTERNATIONAL INC.
------------------------------------------------------------
DATE   DESCRIPTION      VALUE              AMOUNT
------------------------------------------------------------

    PAYMENT          03-MAR-08        473,444.15  -
      000FTBV080640016
    PAYMENT          04-MAR-08      4,999,974.00  +
      000FTBV080640254
    PAYMENT          04-MAR-08      1,737,342.86  -
      000FTBV080640352
04-MAR-08    BALANCE                            37,055,059.41-
    PAYMENT          07-MAR-08      1,448,189.89  -
      000FTBV080700008
    PAYMENT          07-MAR-08      1,000,025.00  -
      000FTBV080700002
    PAYMENT          07-MAR-08        333,540.66  -
      000FTBV080700004
10-MAR-08    BALANCE                            39,836,814.96-
    PAYMENT          10-MAR-08      3,000,025.00  -
      000FTBV080710280
11-MAR-08    BALANCE                            42,836,839.96-
------------------------------------------------------------
Account Number : 64004340148  USD      DATE: 29-MAY-12
Name: LAZARE KAPLAN            Statement Number:        /9
      INTERNATIONAL INC.
------------------------------------------------------------
DATE   DESCRIPTION      VALUE              AMOUNT
------------------------------------------------------------

    PAYMENT          11-MAR-08        287,325.00  -
      000FTBV080720016
12-MAR-08    BALANCE                            43,124,164.96-
    PAYMENT          13-MAR-08        166,757.83  +
      000FTBV080730464
    PAYMENT          12-MAR-08            100.00  -
      000FTBV080730056
13-MAR-08    BALANCE                            42,957,507.13-
    PAYMENT          17-MAR-08        130,559.00  +
      000FTBV080770348
    PAYMENT          17-MAR-08        151,481.00  +
      000FTBV080770346
```

```
17-MAR-08   BALANCE                           43,675,492.13-
     PAYMENT              17-MAR-08       125,111.25  +
     000FTBV080780334
------------------------------------------------------------------
Account Number : 64043340148  USD       DATE:  29-MAY-12
Name: LAZARE KAPLAN              Statement Number:      /10
     INTERNATIONAL INC.
------------------------------------------------------------------
DATE   DESCRIPTION       VALUE                AMOUNT
------------------------------------------------------------------

     PAYMENT              17-MAR-08       243,327.75  +
     000FTBV080780318
     PAYMENT              18-MAR-08     4,999,974.00  +
     000FTBV080780340
18-MAR-08   BALANCE                        38,307,079.13-
     PAYMENT              18-MAR-08       559,200.00  +
     000FTBV080790316
19-MAR-08   BALANCE                        37,747,879.13-
     PAYMENT              21-MAR-08       331,983.58  -
     000FTBV080850186
     PAYMENT              21-MAR-08     3,000,025.00  -
     000FTBV080850188
     PAYMENT              25-MAR-08       165,979.29  -
     000FTBV080850868
25-MAR-08   BALANCE                        40,913,908.42-
     PAYMENT              25-MAR-08     2,974,817.96  -
     000FTBV080860208
------------------------------------------------------------------
Account Number : 64043340148  USD       DATE:  29-MAY-12
Name: LAZARE KAPLAN              Statement Number:      /11
     INTERNATIONAL INC.
------------------------------------------------------------------
DATE   DESCRIPTION       VALUE                AMOUNT
------------------------------------------------------------------

     PAYMENT              26-MAR-08     4,999,974.00  +
     000FTBV080860246
26-MAR-08   BALANCE                        38,888,752.38-
     PAYMENT              26-MAR-08       629,789.07  -
     000FTBV080870084
     PAYMENT              27-MAR-08        60,789.86  +
     000FTBV080870238
27-MAR-08   BALANCE                        39,457,751.59-
     PAYMENT              27-MAR-08     5,078,729.33  -
     000FTBV080880002
     PAYMENT              28-MAR-08     1,370,320.40  +
     000FTBV080880306
     PAYMENT              28-MAR-08     2,649,974.00  +
     000FTBV080880308
28-MAR-08   BALANCE                        40,516,186.52-
     INTEREST SETTLEMENT 01-APR-08       471,842.27  -
     001ICZKUSD 00002
------------------------------------------------------------------
Account Number : 64043340148  USD       DATE:  29-MAY-12
Name: LAZARE KAPLAN              Statement Number:      /12
     INTERNATIONAL INC.
------------------------------------------------------------------
DATE   DESCRIPTION       VALUE                AMOUNT
------------------------------------------------------------------

     PAYMENT              28-MAR-08     3,000,025.00  -
     000FTBV080910002
31-MAR-08   BALANCE                        43,988,053.79-
     PAYMENT              02-APR-08       108,636.57  +
     000FTBV080940216
03-APR-08   BALANCE                        43,879,417.22-
     PAYMENT              03-APR-08           100.00  -
     000FTBV080950036
     PAYMENT              03-APR-08     1,000,000.00  +
     000FTBV080950318
04-APR-08   BALANCE                        42,879,517.22-
     PAYMENT              04-APR-08        23,755.18  -
     000FTBV080980002
```

```
07-APR-08   BALANCE                               44,903,297.40-
   PAYMENT              09-APR-08         4,999,974.00  +
---------------------------------------------------------------
Account Number : 640043340148  USD        DATE: 29-MAY-12
Name: LAZARE KAPLAN                Statement Number:      /13
      INTERNATIONAL INC.
---------------------------------------------------------------
DATE   DESCRIPTION       VALUE                AMOUNT
---------------------------------------------------------------
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
      000FTBV081000292
09-APR-08   BALANCE                               39,903,323.40-
   PAYMENT              09-APR-08         1,633,890.41  -
      000FTBV081010222
10-APR-08   BALANCE                               41,537,213.81-
   PAYMENT              11-APR-08         2,000,025.00  -
      000FTBV061050002
14-APR-08   BALANCE                               43,537,238.81-
   PAYMENT              17-APR-08         3,999,974.00  +
      000FTBV081080264
   PAYMENT              17-APR-08           604,129.68  -
      000FTBV081080362
17-APR-08   BALANCE                               40,141,394.49-
   PAYMENT              21-APR-08           360,214.82  -
      000FTBV081120256
21-APR-08   BALANCE                               40,501,609.31-
   PAYMENT              23-APR-08           180,094.91  +
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Account Number : 640043340148  USD        DATE: 29-MAY-12
Name: LAZARE KAPLAN                Statement Number:      /14
      INTERNATIONAL INC.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DATE   DESCRIPTION       VALUE                AMOUNT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
      000FTBV081140334
   PAYMENT              23-APR-08           302,052.34  +
      000FTBV081140336
23-APR-08   BALANCE                               40,019,462.06-
   PAYMENT              25-APR-08         5,999,974.00  +
      000FTBV081160180
25-APR-08   BALANCE                               34,019,488.06-
   PAYMENT              28-APR-08           139,010.42  -
      000FTBV081190240
28-APR-08   BALANCE                               34,158,498.48-
   PAYMENT              28-APR-08         2,235,986.26  -
      000FTBV081200070
   PAYMENT              28-APR-08         3,638,050.99  -
      000FTBV081200002
   PAYMENT              28-APR-08         1,000,025.00  -
      000FTBV081200014
29-APR-08   BALANCE                               41,032,560.73-
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Account Number : 640043340148  USD        DATE: 29-MAY-12
Name: LAZARE KAPLAN                Statement Number:      /15
      INTERNATIONAL INC.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DATE   DESCRIPTION       VALUE                AMOUNT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   PAYMENT              29-APR-08           604,316.44  -
      000FTBV081210240
   PAYMENT              30-APR-08            69,492.71  +
      000FTBV081210367
30-APR-08   BALANCE                               41,567,384.46-
   PAYMENT              30-APR-08         2,000,000.00  +
      000FTBV081260652
   PAYMENT              02-MAY-08           500,025.00  -
      000FTBV081260456
   PAYMENT              02-MAY-08         2,000,000.00  +
      000FTBV081260838
05-MAY-08   BALANCE                               38,067,409.46-
   PAYMENT              06-MAY-08               100.00  -
      000FTBV081280048
```

```
07-MAY-08    BALANCE                              40,067,534.46-
------------------------------------------------------------
Account Number : 64004334014B  USD      DATE:  29-MAY-12
Name: LAZARE KAPLAN           Statement Number:      /16
      INTERNATIONAL INC.
------------------------------------------------------------
DATE    DESCRIPTION        VALUE              AMOUNT
------------------------------------------------------------
------------------------------------------------------------
      PAYMENT            09-MAY-08    1,000,025.00  -
        000FTBV081340002
13-MAY-08    BALANCE                              41,067,559.46-
      PAYMENT            15-MAY-08      471,745.66  -
        000FTBV081360305
15-MAY-08    BALANCE                              41,539,305.12-
      PAYMENT            15-MAY-08      700,000.00  +
        000FTBV081370199
16-MAY-08    BALANCE                              40,839,305.12-
      PAYMENT            19-MAY-08    1,000,025.00  -
        000FTBV081410002
      PAYMENT            19-MAY-08    1,862,401.99  -
        000FTBV081410004
20-MAY-08    BALANCE                              43,701,732.11-
      PAYMENT            21-MAY-08    6,999,974.00  +
        000FTBV081420260
21-MAY-08    BALANCE                              36,701,758.11-
------------------------------------------------------------
Account Number : 64004334014B  USD      DATE:  29-MAY-12
Name: LAZARE KAPLAN           Statement Number:      /17
      INTERNATIONAL INC.
------------------------------------------------------------
DATE    DESCRIPTION        VALUE              AMOUNT
------------------------------------------------------------
------------------------------------------------------------
      PAYMENT            22-MAY-08      286,293.98  -
        000FTBV081430270
      PAYMENT            21-MAY-08      500,025.00  -
        000FTBV081430004
22-MAY-08    BALANCE                              37,488,077.09-
      PAYMENT            23-MAY-08    1,152,106.90  -
        000FTBV081440210
23-MAY-08    BALANCE                              38,640,183.99-
      PAYMENT            23-MAY-08    1,000,025.00  -
        000FTBV081470002
26-MAY-08    BALANCE                              39,640,208.99-
      PAYMENT            27-MAY-08    4,073,437.62  -
        000FTBV081490002
28-MAY-08    BALANCE                              43,713,646.61-
      PAYMENT            29-MAY-08    4,999,974.00  +
        000FTBV081500288
      PAYMENT            29-MAY-08      235,860.33  +
------------------------------------------------------------
Account Number : 64004334014B  USD      DATE:  29-MAY-12
Name: LAZARE KAPLAN           Statement Number:      /18
      INTERNATIONAL INC.
------------------------------------------------------------
DATE    DESCRIPTION        VALUE              AMOUNT
------------------------------------------------------------
------------------------------------------------------------
        000FTBV081500395
      PAYMENT            29-MAY-08      576,040.95  +
        000FTBV081500397
29-MAY-08    BALANCE                              37,901,771.33-
      PAYMENT            29-MAY-08    2,750,000.00  +
        000FTBV081510238
      PAYMENT            30-MAY-08      143,134.49  +
        000FTBV081510355
30-MAY-08    BALANCE                              35,008,636.84-
      PAYMENT            30-MAY-08      900,000.00  +
        000FTBV081540122
02-JUN-08    BALANCE                              34,108,636.84-
      PAYMENT            02-JUN-08    1,000,025.00  -
        000FTBV081550002
03-JUN-08    BALANCE                              35,108,661.84-
```

```
-------------------------------------------------------------
Account Number : 640043340148  USD        DATE: 29-MAY-12
Name: LAZARE KAPLAN          Statement Number:        /19
      INTERNATIONAL INC.
-------------------------------------------------------------
DATE    DESCRIPTION      VALUE              AMOUNT
-------------------------------------------------------------
        PAYMENT          03-JUN-08          467,056.31  -
          000FTBV081560018
        PAYMENT          03-JUN-08        2,586,351.43  -
          000FTBV081560002
04-JUN-08    BALANCE                       39,462,094.58-
        PAYMENT          04-JUN-08        1,568,214.95  -
          000FTBV081570002
05-JUN-08    BALANCE                       41,030,309.53-
        INVOICE          09-JUN-08            240.00  -
          0005756081610028
        INVOICE          09-JUN-08            167.00  -
          0005756081610032
        PAYMENT          06-JUN-08        2,000,025.00  -
          000FTBV081610018
09-JUN-08    BALANCE                       43,030,741.53-
        PAYMENT          11-JUN-08          500,025.00  -
          000FTBV081640092
-------------------------------------------------------------
Account Number : 640043340148  USD        DATE: 29-MAY-12
Name: LAZARE KAPLAN          Statement Number:        /20
      INTERNATIONAL INC.
-------------------------------------------------------------
DATE    DESCRIPTION      VALUE              AMOUNT
-------------------------------------------------------------
        PAYMENT          11-JUN-08            100.00  -
          000FTBV081640040
12-JUN-08    BALANCE                       43,530,866.53-
        PAYMENT          13-JUN-08        6,999,974.00  +
          000FTBV081650336
        PAYMENT          12-JUN-08          535,063.78  -
          000FTBV081650200
        PAYMENT          12-JUN-08          750,025.00  -
          000FTBV081650204
13-JUN-08    BALANCE                       37,815,981.31-
        PAYMENT          13-JUN-08        2,000,025.00  -
          000FTBV081680004
16-JUN-08    BALANCE                       39,816,006.31-
        PAYMENT          19-JUN-08        1,171,719.92  -
          000FTBV081720002
20-JUN-08    BALANCE                       40,987,726.23-
        PAYMENT          20-JUN-08        1,065,102.19  -
-------------------------------------------------------------
Account Number : 640043340148  USD        DATE: 29-MAY-12
Name: LAZARE KAPLAN          Statement Number:        /21
      INTERNATIONAL INC.
-------------------------------------------------------------
DATE    DESCRIPTION      VALUE              AMOUNT
-------------------------------------------------------------
          000FTBV081750028
        PAYMENT          20-JUN-08        1,500,025.00  -
          000FTBV081750002
23-JUN-08    BALANCE                       43,552,853.42-
        PAYMENT          23-JUN-08          250,000.00  -
          000FTBV081760260
        PAYMENT          24-JUN-08        9,999,974.00  +
          000FTBV081760276
24-JUN-08    BALANCE                       33,302,879.42-
        PAYMENT          25-JUN-08          401,326.22  -
          000FTBV081770268
25-JUN-08    BALANCE                       33,704,205.64-
        PAYMENT          27-JUN-08          585,847.46  +
          000FTBV081790288
27-JUN-08    BALANCE                       33,118,358.18-
        INTEREST SETTLEMENT  01-JUL-08        443,792.52  -
```

```
Account Number : 640043340148  USD        DATE:  29-MAY-12
Name: LAZARE KAPLAN            Statement Number:        /22
      INTERNATIONAL INC.
------------------------------------------------------------
DATE   DESCRIPTION        VALUE              AMOUNT
------------------------------------------------------------
------------------------------------------------------------
30-JUN-08   BALANCE                          33,561,150.70-
   PAYMENT               30-JUN-08    1,500,000.00 +
      000FTBV081830284
   PAYMENT               30-JUN-08      427,632.29 -
      000FTBV081830018
   PAYMENT               30-JUN-08    5,057,796.88 -
      000FTBV081830002
   PAYMENT               30-JUN-08    4,100,017.11 -
      000FTBV081830006
   PAYMENT               30-JUN-08    1,500,025.00 -
      000FTBV081830008
01-JUL-08   BALANCE                          43,146,621.98-
   PAYMENT               03-JUL-08    2,200,000.00 +
      000FTBV081860150
04-JUL-08   BALANCE                          40,946,621.98-
   PAYMENT               07-JUL-08    1,500,025.00 -
      000FTBV081900002
------------------------------------------------------------
Account Number : 640043340148  USD        DATE:  29-MAY-12
Name: LAZARE KAPLAN            Statement Number:        /23
      INTERNATIONAL INC.
------------------------------------------------------------
DATE   DESCRIPTION        VALUE              AMOUNT
------------------------------------------------------------
------------------------------------------------------------
08-JUL-08   BALANCE                          42,446,646.98-
   PAYMENT               08-JUL-08      775,000.00 +
      000FTBV081910218
   PAYMENT               08-JUL-08    3,227,922.15 -
      000FTBV081910002
09-JUL-08   BALANCE                          44,899,569.13-
   PAYMENT               10-JUL-08    2,999,974.00 +
      000FTBV081920164
10-JUL-08   BALANCE                          41,899,595.13-
   PAYMENT               10-JUL-08    1,000,025.00 -
      000FTBV081960054
   PAYMENT               11-JUL-08    1,000,025.00 -
      000FTBV081960234
14-JUL-08   BALANCE                          43,899,645.13-
   PAYMENT               14-JUL-08          100.00 -
      000FTBV081970032
15-JUL-08   BALANCE                          43,899,745.13-
------------------------------------------------------------
Account Number : 640043340148  USD        DATE:  29-MAY-12
Name: LAZARE KAPLAN            Statement Number:        /24
      INTERNATIONAL INC.
------------------------------------------------------------
DATE   DESCRIPTION        VALUE              AMOUNT
------------------------------------------------------------
------------------------------------------------------------
   PAYMENT               18-JUL-08      200,650.61 +
      000FTBV082000313
18-JUL-08   BALANCE                          43,699,094.52-
   PAYMENT               18-JUL-08    1,000,025.00 -
      000FTBV082040002
   PAYMENT               18-JUL-08      750,000.00 +
      000FTBV082040453
   PAYMENT               21-JUL-08      325,898.00 -
      000FTBV082040188
   PAYMENT               21-JUL-08      411,993.01 -
      000FTBV082040186
22-JUL-08   BALANCE                          44,687,010.53-
   PAYMENT               24-JUL-08    2,999,974.00 +
      000FTBV082060206
24-JUL-08   BALANCE                          41,687,036.53-
   PAYMENT               28-JUL-08      162,936.50 +
      000FTBV082100376
```

```
Name: LAZARE KAPLAN              Statement Number:        /25
      INTERNATIONAL INC.
-----------------------------------------------------------------
DATE    DESCRIPTION       VALUE             AMOUNT
-----------------------------------------------------------------

      PAYMENT            25-JUL-08        750,000.00  +
      000FTBV082100264
28-JUL-08   BALANCE                       40,774,100.03-
      PAYMENT            29-JUL-08        3,842,149.44  -
      000FTBV082120012
      CHARGES BALANCE    25-JUL-08            77.21  -
      CONFIRMATION
      0005988082120002

30-JUL-08   BALANCE                       44,616,326.68-
      PAYMENT            30-JUL-08        125,480.20  -
      000FTBV082130002
31-JUL-08   BALANCE                       44,741,806.88-
      PAYMENT            01-AUG-08        2,059,409.27  -
      000FTBV082140234
      PAYMENT            01-AUG-08        3,999,974.00  +
      000FTBV082140238
01-AUG-08   BALANCE                       42,801,242.15-
-----------------------------------------------------------------
Account Number : 640043340148  USD      DATE:  29-MAY-12
Name: LAZARE KAPLAN              Statement Number:        /26
      INTERNATIONAL INC.
-----------------------------------------------------------------
DATE    DESCRIPTION       VALUE             AMOUNT
-----------------------------------------------------------------

      PAYMENT            01-AUG-08         62,727.60  +
      000FTBV082170172
04-AUG-08   BALANCE                       42,738,514.55-
      PAYMENT            04-AUG-08        204,485.00  -
      000FTBV082180010
05-AUG-08   BALANCE                       42,942,999.55-
      PAYMENT            06-AUG-08        205,984.00  +
      000FTBV082190367
06-AUG-08   BALANCE                       42,737,015.55-
      PAYMENT            06-AUG-08        100.00  -
      000FTBV082200062
07-AUG-08   BALANCE                       42,737,115.55-
      PAYMENT            08-AUG-08        500,000.00  +
      000FTBV082240200
      PAYMENT            08-AUG-08        1,000,025.00  ·
      000FTBV082240002
11-AUG-08   BALANCE                       43,237,140.55-
-----------------------------------------------------------------
Account Number : 640043340148  USD      DATE:  29-MAY-12
Name: LAZARE KAPLAN              Statement Number:        /27
      INTERNATIONAL INC.
-----------------------------------------------------------------
DATE    DESCRIPTION       VALUE             AMOUNT
-----------------------------------------------------------------

      PAYMENT            11-AUG-08        458,871.32  -
      000FTBV082250012
12-AUG-08   BALANCE                       43,696,011.87-
      PAYMENT            13-AUG-08        5,499,970.00  +
      000FTBV082270174
14-AUG-08   BALANCE                       38,196,041.87-
      PAYMENT            15-AUG-08        367,473.06  -
      000FTBV082320204
      PAYMENT            15-AUG-08        1,000,025.00  -
      000FTBV082320208
      PAYMENT            18-AUG-08        3,620,314.68  -
      000FTBV082320474
      PAYMENT            19-AUG-08        8,956,691.03  -
      001FONY082320002
      INTERNAL TRANSFER  19-AUG-08        8,956,691.03  +
      000FBKS082320134
19-AUG-08   BALANCE                       42,183,854.62-
```

```
Name: LAZARE KAPLAN              Statement Number:          /28
      INTERNATIONAL INC.
----------------------------------------------------------------
DATE    DESCRIPTION        VALUE                AMOUNT
----------------------------------------------------------------
----------------------------------------------------------------
        PAYMENT            20-AUG-08        3,999,974.00  +
        000FTBV082330208
20-AUG-08   BALANCE                        39,183,880.61-
        PAYMENT            20-AUG-08         500,000.00  +
        000FTBV082340178
21-AUG-08   BALANCE                        38,683,880.61-
        PAYMENT            22-AUG-08       2,388,671.21  +
        000FTBV082380174
        PAYMENT            25-AUG-08       4,662,331.53  -
        000FTBV082380168
        PAYMENT            25-AUG-08         328,024.36  -
        000FTBV082380170
        PAYMENT            22-AUG-08       1,000,025.00  -
        000FTBV082380014
        PAYMENT            22-AUG-08         128,058.48  -
        000FTBV082380006
25-AUG-08   BALANCE                        42,413,648.77-
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Account Number : 640043340148  USD     DATE: 29-MAY-12
Name: LAZARE KAPLAN              Statement Number:          /29
      INTERNATIONAL INC.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
DATE    DESCRIPTION        VALUE                AMOUNT
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        PAYMENT            26-AUG-08       1,000,000.00  +
        000FTBV082400044
27-AUG-08   BALANCE                        41,413,648.77-
        PAYMENT            28-AUG-08         271,370.42  +
        000FTBV082410326
28-AUG-08   BALANCE                        41,142,278.35-
        PAYMENT            29-AUG-08       5,999,974.00  +
        000FTBV082450140
01-SEP-08   BALANCE                        35,142,304.35-
        PAYMENT            02-SEP-08       2,500,025.00  -
        000FTBV082460006
        PAYMENT            02-SEP-08         163,999.68  +
        000FTBV082460042
        PAYMENT            02-SEP-08          64,016.74  +
        000FTBV082460044
02-SEP-08   BALANCE                        37,414,312.93-
        PAYMENT            05-SEP-08         183,724.03  +
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Account Number : 640043340148  USD     DATE: 29-MAY-12
Name: LAZARE KAPLAN              Statement Number:          /30
      INTERNATIONAL INC.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
DATE    DESCRIPTION        VALUE                AMOUNT
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        000FTBV082490311
05-SEP-08   BALANCE                        37,230,588.90-
        PAYMENT            05-SEP-08             100.00  -
        000FTBV082520044
        PAYMENT            05-SEP-08       2,500,025.00  -
        000FTBV082520002
        PAYMENT            05-SEP-08       1,958,918.29  -
        000FTBV082520004
08-SEP-08   BALANCE                        41,689,632.19-
        PAYMENT            09-SEP-08         582,417.40  -
        000FTBV082540002
10-SEP-08   BALANCE                        42,272,049.59-
        PAYMENT            12-SEP-08       1,000,025.00  -
        000FTBV082590002
15-SEP-08   BALANCE                        43,272,074.59-
        PAYMENT            16-SEP-08       6,999,974.00  +
        000FTBV082600428
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
```

```
                  INTERNATIONAL INC.
     ----------------------------------------------------------------
     DATE    DESCRIPTION      VALUE                      AMOUNT
     ----------------------------------------------------------------
     ....................................................
     16-SEP-08   BALANCE                          36,272,100.59-
         PAYMENT          18-SEP-08       601,482.44  -
           000FTBV082620272
     18-SEP-08   BALANCE                          36,873,583.03-
         PAYMENT          18-SEP-08       264,237.47  -
           000FTBV082630002
         PAYMENT          19-SEP-08     3,000,025.00  -
           000FTBV082630206
     19-SEP-08   BALANCE                          40,137,845.50-
         PAYMENT          23-SEP-08        12,000.00  -
           000FOIN082670043
         PAYMENT          23-SEP-08     4,984,031.45  -
           001FONY082670002
         INTERNAL TRANSFER 23-SEP-08    4,984,031.45  +
           000FBKS082670095
         INTERNAL TRANSFER 23-SEP-08       12,000.00  +
           000FBKS082670094
     ----------------------------------------------------------------
     Account Number : 640043340148  USD      DATE:  29-MAY-12
     Name: LAZARE KAPLAN          Statement Number:        /32
              INTERNATIONAL INC.
     ----------------------------------------------------------------
     DATE    DESCRIPTION      VALUE                      AMOUNT
     ----------------------------------------------------------------
     ....................................................
         PAYMENT          22-SEP-08     1,267,930.68  -
           000FTBV082670026
     23-SEP-08   BALANCE                          41,405,776.18-
         PAYMENT          24-SEP-08     1,705,658.78  -
           001FONY082680002
         INTERNAL TRANSFER 24-SEP-08    1,705,658.78  +
           000FBKS082680126
         PAYMENT          24-SEP-08       307,394.96  -
           000FTBV082680246
     24-SEP-08   BALANCE                          41,713,171.14-
         PAYMENT          25-SEP-08       300,728.72  +
           000FTBV082690320
     25-SEP-08   BALANCE                          41,412,442.42-
         PAYMENT          26-SEP-08       466,548.47  +
           000FTBV082700304
     26-SEP-08   BALANCE                          40,945,893.95-
         PAYMENT          26-SEP-08     2,150,000.00  +
     ----------------------------------------------------------------
     Account Number : 640043340148  USD      DATE:  29-MAY-12
     Name: LAZARE KAPLAN          Statement Number:        /33
              INTERNATIONAL INC.
     ----------------------------------------------------------------
     DATE    DESCRIPTION      VALUE                      AMOUNT
     ....................................................
     ....................................................
           000FTBV082730190
     29-SEP-08   BALANCE                          38,795,893.95-
         PAYMENT          30-SEP-08     4,999,974.00  +
           000FTBV082740284
         INTEREST SETTLEMENT 01-OCT-08     477,602.11  -
           001IC2KUSD 00002
         PAYMENT          29-SEP-08     4,643,159.52  -
           000FTBV082740010
         PAYMENT          29-SEP-08     1,339,130.30  -
           000FTBV082740012
     30-SEP-08   BALANCE                          40,255,811.88-
         PAYMENT          03-OCT-08     1,883,239.17  +
           000FTBV082770280
     03-OCT-08   BALANCE                          38,372,572.71-
         PAYMENT          15-OCT-08     5,999,974.00  +
           000FTBV082890312
     15-OCT-08   BALANCE                          32,372,598.71-
     ----------------------------------------------------------------
     Account Number : 640043340148  USD      DATE:  29-MAY-12
```

```
--------------------------------------------------------------
DATE    DESCRIPTION      VALUE              AMOUNT
--------------------------------------------------------------
--------------------------------------------------------------
     PAYMENT             16-OCT-08          153,684.98  +
       000FTBV082900370
16-OCT-08    BALANCE                        32,218,913.73-
     PAYMENT             17-OCT-08          373,009.52  -
       000FTBV082910290
     PAYMENT             17-OCT-08        1,000,025.00  -
       000FTBV082910220
17-OCT-08    BALANCE                        33,591,948.25-
     PAYMENT             17-OCT-08          182,950.94  -
       000FTBV082940002
     PAYMENT             17-OCT-08          500,025.00  -
       000FTBV082940004
20-OCT-08    BALANCE                        34,274,924.19-
     PAYMENT             20-OCT-08          348,507.46  +
       000FTBV082950290
     PAYMENT             20-OCT-08           50,000.00  +
       000FTBV082950292
--------------------------------------------------------------
Account Number : 640043340148  USD      DATE: 29-MAY-12
Name: LAZARE KAPLAN          Statement Number:        /35
       INTERNATIONAL INC.
--------------------------------------------------------------
DATE    DESCRIPTION      VALUE              AMOUNT
--------------------------------------------------------------
--------------------------------------------------------------
     PAYMENT             20-OCT-08          771,416.92  +
       000FTBV082950294
     PAYMENT             20-OCT-08          700,025.00  -
       000FTBV082950258
     PAYMENT             20-OCT-06          245,332.48  -
       000FTBV082950002
21-OCT-08    BALANCE                        34,050,357.29-
     PAYMENT             21-OCT-08              100.00  -
       000FTBV082960032
22-OCT-08    BALANCE                        34,050,457.29-
     PAYMENT             24-OCT-08        1,000,025.00  -
       000FTBV083010002
27-OCT-08    BALANCE                        35,050,482.29-
     PAYMENT             28-OCT-08        1,250,025.00  -
       000FTBV083030308
29-OCT-08    BALANCE                        36,300,507.29-
     PAYMENT             30-OCT-08        5,138,001.51  -
--------------------------------------------------------------
Account Number : 640043340148  USD      DATE: 29-MAY-12
Name: LAZARE KAPLAN          Statement Number:        /36
       INTERNATIONAL INC.
--------------------------------------------------------------
DATE    DESCRIPTION      VALUE              AMOUNT
--------------------------------------------------------------
--------------------------------------------------------------
       000FTBV063050002
     PAYMENT             31-OCT-08        2,999,974.00  +
       000FTBV063050328
31-OCT-08    BALANCE                        38,438,534.80-
     PAYMENT             31-OCT-08          101,025.00  -
       000FTBV063080006
03-NOV-08    BALANCE                        38,539,559.80-
     PAYMENT             07-NOV-08          186,492.26  +
       000FTBV083120366
     PAYMENT             07-NOV-08           91,462.97  +
       000FTBV083120368
07-NOV-08    BALANCE                        38,261,604.57-
     PAYMENT             07-NOV-08          500,025.00  -
       000FTBV083150002
10-NOV-08    BALANCE                        38,761,629.57-
     PAYMENT             12-NOV-06          177,498.80  -
       000FTBV083180008
--------------------------------------------------------------
Account Number : 640043340148  USD      DATE: 29-MAY-12
Name: LAZARE KAPLAN          Statement Number:        /37
```

```
DATE    DESCRIPTION        VALUE                    AMOUNT
-----------------------------------------------------------------
-----------------------------------------------------------------
13-NOV-08   BALANCE                              38,939,128.37-
   PAYMENT               14-NOV-08          100.00  -
      000FTBV083220034
17-NOV-08   BALANCE                              38,939,228.37-
   CONCLUSION STRAIGHT   25-NOV-08    35,000,000.00 +
   LOAN
      001LOS1083300003
25-NOV-08   BALANCE                               3,939,228.37-
   PAYMENT               26-NOV-08       371,475.76  -
      000FTBV083320002
   PAYMENT               26-NOV-08       454,966.95  -
      000FTBV083320004
27-NOV-08   BALANCE                               4,765,671.08-
   PAYMENT               02-DEC-08       550,025.00  -
      000FTBV083380254
03-DEC-08   BALANCE                               5,315,696.08-
   PAYMENT               05-DEC-08       185,725.38 +
-----------------------------------------------------------------
Account Number : 640043340148  USD        DATE:  29-MAY-12
Name: LAZARE KAPLAN              Statement Number:         /38
      INTERNATIONAL INC.
-----------------------------------------------------------------
DATE    DESCRIPTION        VALUE                    AMOUNT
-----------------------------------------------------------------
-----------------------------------------------------------------
      000FTBV083400268
05-DEC-08   BALANCE                               5,129,970.70-
   PAYMENT               05-DEC-08       107,153.42  -
      000FTBV083430078
   PAYMENT               05-DEC-08          100.00  -
      000FTBV083430036
08-DEC-08   BALANCE                               5,237,224.12-
   PAYMENT               08-DEC-08     1,000,025.00  -
      000FTBV083440028
   LIQUIDATION           09-DEC-08    35,000,000.00  -
   STRAIGHT LOAN
      001LOS1083300003
   INTEREST STRAIGHT     09-DEC-08        56,145.83  -
   LOAN
      001LOS1083300003
   CONCLUSION STRAIGHT   09-DEC-08    37,500,000.00 +
   LOAN
-----------------------------------------------------------------
Account Number : 640043340148  USD        DATE:  29-MAY-12
Name: LAZARE KAPLAN              Statement Number:         /39
      INTERNATIONAL INC.
-----------------------------------------------------------------
DATE    DESCRIPTION        VALUE                    AMOUNT
-----------------------------------------------------------------
-----------------------------------------------------------------
      001LOS1083440001
   PAYMENT               09-DEC-08        53,564.21 +
      000FTBV083440380
09-DEC-08   BALANCE                               3,739,830.74-
   CONCLUSION STRAIGHT   23-DEC-08    37,500,000.00 +
   LOAN
      001LOS1083580004
   LIQUIDATION           23-DEC-08    37,500,000.00  -
   STRAIGHT LOAN
      001LOS1083440001
   INTEREST STRAIGHT     23-DEC-08        56,510.42  -
   LOAN
      001LOS1083440001
23-DEC-08   BALANCE                               3,796,341.16-
   INVOICE               29-DEC-08          160.50  -
      0005896083640068
29-DEC-08   BALANCE                               3,796,501.66-
-----------------------------------------------------------------
Account Number : 640043340148  USD        DATE:  29-MAY-12
Name: LAZARE KAPLAN              Statement Number:         /40
      INTERNATIONAL INC.
```

```
------------------------------------------------------------
------------------------------------------------------------
      INTEREST SETTLEMENT  01-JAN-09         389,808.91  -
        001ICZKUSD 00002
 31-DEC-08   BALANCE                         4,186,310.57-
      CONCLUSION STRAIGHT  07-JAN-09    37,500,000.00  +
      LOAN
        001LOS1090070011
      LIQUIDATION          07-JAN-09    37,500,000.00  -
      STRAIGHT LOAN
        001LOS1083580004
      INTEREST STRAIGHT    07-JAN-09        56,640.63  -
      LOAN
        001LOS1083580004
 07-JAN-09   BALANCE                         4,242,951.20-
      PAYMENT              07-JAN-09           100.00  -
        000FTBV090080038
 08-JAN-09   BALANCE                         4,243,051.20-
      PAYMENT              14-JAN-09        80,483.70  -
------------------------------------------------------------
Account Number : 64004334014B  USD       DATE: 29-MAY-12
Name: LAZARE KAPLAN          Statement Number:      /41
       INTERNATIONAL INC.
------------------------------------------------------------
DATE   DESCRIPTION    VALUE              AMOUNT
------------------------------------------------------------
------------------------------------------------------------
        000FTBV090150060
 15-JAN-09   BALANCE                         4,323,534.90-
      CONCLUSION STRAIGHT  21-JAN-09    37,500,000.00  +
      LOAN
        001LOS1090210011
      LIQUIDATION          21-JAN-09    37,500,000.00  -
      STRAIGHT LOAN
        001LOS1090070011
      INTEREST STRAIGHT    21-JAN-09        43,750.00  -
      LOAN
        001LOS1090070011
 21-JAN-09   BALANCE                         4,367,284.90-
      PAYMENT              21-JAN-09       321,213.00  +
        000FTBV090220254
      PAYMENT              21-JAN-09     1,550,025.00  -
        000FTBV090220242
 22-JAN-09   BALANCE                         5,596,096.90-
------------------------------------------------------------
Account Number : 64004334014B  USD       DATE: 29-MAY-12
Name: LAZARE KAPLAN          Statement Number:      /42
       INTERNATIONAL INC.
------------------------------------------------------------
DATE   DESCRIPTION    VALUE              AMOUNT
------------------------------------------------------------
------------------------------------------------------------
      CONCLUSION STRAIGHT  04-FEB-09    37,500,000.00  +
      LOAN
        001LOS1090350004
      LIQUIDATION          04-FEB-09    37,500,000.00  -
      STRAIGHT LOAN
        001LOS1090210011
      INTEREST STRAIGHT    04-FEB-09        43,750.00  -
      LOAN
        001LOS1090210011
 04-FEB-09   BALANCE                         5,639,846.90-
      PAYMENT              11-FEB-09           100.00  -
        000FTBV090430246
 12-FEB-09   BALANCE                         5,639,946.90-
      LIQUIDATION          18-FEB-09    37,500,000.00  -
      STRAIGHT LOAN
        001LOS1090350004
      INTEREST STRAIGHT    18-FEB-09        43,750.00  -
------------------------------------------------------------
Account Number : 64004334014B  USD       DATE: 29-MAY-12
Name: LAZARE KAPLAN          Statement Number:      /43
       INTERNATIONAL INC.
```

```
          LOAN
              001LOS1090350004
          CONCLUSION STRAIGHT   18-FEB-09         37,500,000.00  +
          LOAN
              001LOS1090490012
      18-FEB-09    BALANCE                         5,683,696.90-
          PAYMENT             23-FEB-09           800,025.00  -
              000FTBV090550030
      24-FEB-09    BALANCE                         6,483,721.90-
          PAYMENT             26-FEB-09          1,025,000.00  +
              000FTBV090580184
      27-FEB-09    BALANCE                         5,458,721.90-
          PAYMENT             27-FEB-09           750,025.00  -
              000FTBV090610116
      02-MAR-09    BALANCE                         6,208,746.90-
          LIQUIDATION        04-MAR-09          37,500,000.00  -
          STRAIGHT LOAN
----------------------------------------------------------------
Account Number : 640043340148   USD      DATE:  29-MAY-12
Name: LAZARE KAPLAN             Statement Number:       /44
       INTERNATIONAL INC.
----------------------------------------------------------------
DATE    DESCRIPTION      VALUE                  AMOUNT
----------------------------------------------------------------
              001LOS1090490012
          INTEREST STRAIGHT    04-MAR-09            43,750.00
          LOAN
              001LOS1090490012
          CONCLUSION STRAIGHT  04-MAR-09         37,500,000.00  +
          LOAN
              001LOS1090630003
      04-MAR-09    BALANCE                         6,252,496.90-
          PAYMENT            11-MAR-09               100.00  -
              000FTBV090710043
      12-MAR-09    BALANCE                         6,252,596.90-
          LIQUIDATION        18-MAR-09          37,500,000.00  -
          STRAIGHT LOAN
              001LOS1090630003
          INTEREST STRAIGHT    18-MAR-09            43,750.00  -
          LOAN
              001LOS1090630003
----------------------------------------------------------------
Account Number : 640043340148   USD      DATE:  29-MAY-12
Name: LAZARE KAPLAN             Statement Number:       /45
       INTERNATIONAL INC.
----------------------------------------------------------------
DATE    DESCRIPTION      VALUE                  AMOUNT
----------------------------------------------------------------
          CONCLUSION STRAIGHT  18-MAR-09         37,500,000.00  +
          LOAN
              001LOS1090770003
      18-MAR-09    BALANCE                         6,296,346.90-
          INTEREST SETTLEMENT  01-APR-09            51,032.17  -
              001ICZKUSD 00002
      31-MAR-09    BALANCE                         6,347,379.07-
          LIQUIDATION        01-APR-09          37,500,000.00  -
          STRAIGHT LOAN
              001LOS1090770003
          INTEREST STRAIGHT    01-APR-09            45,572.92  -
          LOAN
              001LOS1090770003
          CONCLUSION STRAIGHT  01-APR-09         40,000,000.00  +
          LOAN
              001LOS1090910005
      01-APR-09    BALANCE                         3,892,951.99-
----------------------------------------------------------------
Account Number : 640043340148   USD      DATE:  29-MAY-12
Name: LAZARE KAPLAN             Statement Number:       /46
       INTERNATIONAL INC.
----------------------------------------------------------------
DATE    DESCRIPTION      VALUE                  AMOUNT
```

```
      CONCLUSION STRAIGHT   15-APR-09    40,000,000.00  +
      LOAN
         001LOS1091050004
      LIQUIDATION          15-APR-09    40,000,000.00  -
      STRAIGHT LOAN
         001LOS1090910005
      INTEREST STRAIGHT     15-APR-09       46,666.67  -
      LOAN
         001LOS1090910005
15-APR-09   BALANCE                        3,939,618.66-
      CONCLUSION STRAIGHT   29-APR-09    40,000,000.00  +
      LOAN
         001LOS1091190006
      LIQUIDATION          29-APR-09    40,000,000.00  -
      STRAIGHT LOAN
         001LOS1091050004
      INTEREST STRAIGHT     29-APR-09       46,666.67  -
```

---

```
Account Number : 640043340148  USD        DATE: 29-MAY-12
Name: LAZARE KAPLAN            Statement Number:       /47
     INTERNATIONAL INC.
```

---

```
DATE   DESCRIPTION       VALUE              AMOUNT
```

---

```
      LOAN
         001LOS1091050004
29-APR-09   BALANCE                        3,986,285.33-
      PAYMENT              12-MAY-09      901,171.77  -
         001FONY091320003
      PAYMENT CHARGES      12-MAY-09            6.76  -
         001FONY091320003
      INTERNAL TRANSFER    12-MAY-09      901,171.77  +
         000FBKS091320001
12-MAY-09   BALANCE                        3,986,292.09-
      CONCLUSION STRAIGHT   13-MAY-09    43,000,000.00  +
      LOAN
         001LOS1091330004
      LIQUIDATION          13-MAY-09    40,000,000.00  -
      STRAIGHT LOAN
         001LOS1091190006
      INTEREST STRAIGHT     13-MAY-09       46,666.67  -
```

---

```
Account Number : 640043340148  USD        DATE: 29-MAY-12
Name: LAZARE KAPLAN            Statement Number:       /48
     INTERNATIONAL INC.
```

---

```
DATE   DESCRIPTION       VALUE              AMOUNT
```

---

```
      LOAN
         001LOS1091190006
13-MAY-09   BALANCE                        1,032,958.76-
      CONCLUSION STRAIGHT   27-MAY-09    43,000,000.00  +
      LOAN
         001LOS1091470003
      LIQUIDATION          27-MAY-09    43,000,000.00  -
      STRAIGHT LOAN
         001LOS1091330004
      INTEREST STRAIGHT     27-MAY-09       50,166.67  -
      LOAN
         001LOS1091330004
27-MAY-09   BALANCE                        1,083,125.43-
      LIQUIDATION          10-JUN-09    43,000,000.00  -
      STRAIGHT LOAN
         001LOS1091470003
      INTEREST STRAIGHT     10-JUN-09       52,256.94  -
```

---

```
Account Number : 640043340148  USD        DATE: 29-MAY-12
Name: LAZARE KAPLAN            Statement Number:       /49
     INTERNATIONAL INC.
```

---

```
DATE   DESCRIPTION       VALUE              AMOUNT
```

```
           001LOS1091470003
     CONCLUSION STRAIGHT  10-JUN-09      43,000,000.00  +
     LOAN
           001LOS1091610007
  10-JUN-09    BALANCE                      1,135,382.37-
     PAYMENT            18-JUN-09      1,067,636.21  +
           000FTBV091700128
  19-JUN-09    BALANCE                         67,746.16-
     LIQUIDATION       24-JUN-09      43,000,000.00  -
     STRAIGHT LOAN

           001LOS1091610007
     INTEREST STRAIGHT  24-JUN-09         52,256.94  -
     LOAN
           001LOS1091610007
     CONCLUSION STRAIGHT  24-JUN-09     43,000,000.00  +
     LOAN
```
------------------------------------------------------------
```
Account Number : 640043340148  USD      DATE: 29-MAY-12
Name: LAZARE KAPLAN             Statement Number:      /50
     INTERNATIONAL INC.
```
------------------------------------------------------------
```
DATE   DESCRIPTION      VALUE                AMOUNT
```
------------------------------------------------------------
```
           001LOS1091750003
  24-JUN-09    BALANCE                       120,003.10-
     INTEREST SETTLEMENT  01-JUL-09      18,688.69  -
           001ICZKUSD 00002
  30-JUN-09    BALANCE                       138,691.79-
     CONCLUSION STRAIGHT  08-JUL-09     43,000,000.00  +
     LOAN
           001LOS1091890003
     LIQUIDATION       08-JUL-09      43,000,000.00  -
     STRAIGHT LOAN
           001LOS1091750003
     INTEREST STRAIGHT  08-JUL-09         52,256.94  -
     LOAN
           001LOS1091750003
  08-JUL-09    BALANCE                       190,948.73-
     LIQUIDATION       22-JUL-09      43,000,000.00  -
     STRAIGHT LOAN
```
------------------------------------------------------------
```
Account Number : 640043340148  USD      DATE: 29-MAY-12
Name: LAZARE KAPLAN             Statement Number:      /51
     INTERNATIONAL INC.
```
------------------------------------------------------------
```
DATE   DESCRIPTION      VALUE                AMOUNT
```
------------------------------------------------------------
```
           001LOS1091890003
     INTEREST STRAIGHT  22-JUL-09         52,256.94  -
     LOAN
           001LOS1091890003
     CONCLUSION STRAIGHT  22-JUL-09     43,000,000.00  +
     LOAN
           001LOS1092030003
  22-JUL-09    BALANCE                       243,205.67-
     PAYMENT            04-AUG-09        175,459.51  +
           000FTBV092170148
  05-AUG-09    BALANCE                         67,746.16-
     INTEREST STRAIGHT  06-AUG-09         55,989.58  -
     LOAN
           001LOS1092030003
     LIQUIDATION       06-AUG-09      43,000,000.00  -
     STRAIGHT LOAN
           001LOS1092030003
```
------------------------------------------------------------
```
Account Number : 640043340148  USD      DATE: 29-MAY-12
Name: LAZARE KAPLAN             Statement Number:      /52
     INTERNATIONAL INC.
```
------------------------------------------------------------
```
DATE   DESCRIPTION      VALUE                AMOUNT
```

```
         LOAN
           001LOS1092180012
06-AUG-09   BALANCE                                      123,735.74-
      LIQUIDATION          20-AUG-09    43,000,000.00  -
      STRAIGHT LOAN
         001LOS1092180012
      INTEREST STRAIGHT    20-AUG-09        52,256.94  -
      LOAN
         001LOS1092180012
      CONCLUSION STRAIGHT  20-AUG-09    43,000,000.00  +
      LOAN
         001LOS1092320002
20-AUG-09   BALANCE                                     175,992.68-
      LIQUIDATION          03-SEP-09    43,000,000.00  -
      STRAIGHT LOAN
         001LOS1092320002
```

--------------------------------------------------------------
Account Number : 640043340148  USD      DATE:  29-MAY-12
Name: LAZARE KAPLAN            Statement Number:      /53
      INTERNATIONAL INC.
--------------------------------------------------------------
DATE   DESCRIPTION      VALUE              AMOUNT
--------------------------------------------------------------

```
      INTEREST STRAIGHT    03-SEP-09        50,166.67  -
      LOAN
         001LOS1092320002
      CONCLUSION STRAIGHT  03-SEP-09    43,000,000.00  +
      LOAN
         001LOS1092460011
03-SEP-09   BALANCE                                     226,159.35-
      PAYMENT              08-SEP-09       158,413.20  +
         000FTBV092520238
09-SEP-09   BALANCE                                      67,746.15-
      LIQUIDATION          17-SEP-09    43,000,000.00  -
      STRAIGHT LOAN
         001LOS1092460011
      INTEREST STRAIGHT    17-SEP-09        50,166.67  -
      LOAN
         001LOS1092460011
      CONCLUSION STRAIGHT  17-SEP-09    43,000,000.00  +
```

--------------------------------------------------------------
Account Number : 640043340148  USD      DATE:  29-MAY-12
Name: LAZARE KAPLAN            Statement Number:      /54
      INTERNATIONAL INC.
--------------------------------------------------------------
DATE   DESCRIPTION      VALUE              AMOUNT
--------------------------------------------------------------

```
      LOAN
         001LOS1092600003
17-SEP-09   BALANCE                                     117,912.82-
      INTEREST SETTLEMENT  01-OCT-09         1,680.95  -
         001ICZKUSD 00002
30-SEP-09   BALANCE                                     119,593.77-
      CONCLUSION STRAIGHT  01-OCT-09    43,000,000.00  +
      LOAN
         001LOS1092740003
      LIQUIDATION          01-OCT-09    43,000,000.00  -
      STRAIGHT LOAN
         001LOS1092600003
      INTEREST STRAIGHT    01-OCT-09        50,166.67  -
      LOAN
         001LOS1092600003
01-OCT-09   BALANCE                                     169,760.44-
      LIQUIDATION          15-OCT-09    43,000,000.00  -
```

--------------------------------------------------------------
Account Number : 640043340148  USD      DATE:  29-MAY-12
Name: LAZARE KAPLAN            Statement Number:      /55
      INTERNATIONAL INC.
--------------------------------------------------------------
DATE   DESCRIPTION      VALUE              AMOUNT
--------------------------------------------------------------

```
       INTEREST STRAIGHT    15-OCT-09           50,166.67 -
       LOAN
         001LOS1092740003
       CONCLUSION STRAIGHT  15-OCT-09       43,000,000.00 +
       LOAN
         001LOS1092880011
     15-OCT-09   BALANCE                        219,927.11-
       LIQUIDATION         29-OCT-09       43,000,000.00 -
       STRAIGHT LOAN
         001LOS1092880011
       INTEREST STRAIGHT    29-OCT-09           50,166.67 -
       LOAN
         001LOS1092880011
       CONCLUSION STRAIGHT  29-OCT-09       43,000,000.00 +
       LOAN
---------------------------------------------------------------
Account Number : 640043340148  USD      DATE:  29-MAY-12
Name: LAZARE KAPLAN            Statement Number:      /56
      INTERNATIONAL INC.
---------------------------------------------------------------
DATE   DESCRIPTION       VALUE               AMOUNT
---------------------------------------------------------------
         001LOS1093020003
29-OCT-09   BALANCE                            270,093.78-
     INVOICE             30-OCT-09              412.50 -
       0005351093030006
30-OCT-09   BALANCE                            270,506.28-
     PAYMENT             03-NOV-09          100,333.34 +
       000FTBV093080180
04-NOV-09   BALANCE                            170,172.94-
     CONCLUSION STRAIGHT  12-NOV-09       43,000,000.00 +
     LOAN
       001LOS1093160003
     LIQUIDATION         12-NOV-09       43,000,000.00 -
     STRAIGHT LOAN
       001LOS1093020003
     INTEREST STRAIGHT    12-NOV-09           48,076.39 -
     LOAN
       001LOS1093020003
---------------------------------------------------------------
Account Number : 640043340148  USD      DATE:  29-MAY-12
Name: LAZARE KAPLAN            Statement Number:      /57
      INTERNATIONAL INC.
---------------------------------------------------------------
DATE   DESCRIPTION       VALUE               AMOUNT
---------------------------------------------------------------
12-NOV-09   BALANCE                            218,249.33-
     LIQUIDATION         27-NOV-09       43,000,000.00 -
     STRAIGHT LOAN
       001LOS1093160003
     INTEREST STRAIGHT    27-NOV-09           51,510.42 -
     LOAN
       001LOS1093160003
     CONCLUSION STRAIGHT  27-NOV-09       43,000,000.00 +
     LOAN
       001LOS1093300004
27-NOV-09   BALANCE                            269,759.75-
     PAYMENT             09-DEC-09           99,586.81 +
       000FTBV093440184
10-DEC-09   BALANCE                            170,172.94-
     LIQUIDATION         11-DEC-09       43,000,000.00 -
     STRAIGHT LOAN
       001LOS1093300004
---------------------------------------------------------------
Account Number : 640043340148  USD      DATE:  29-MAY-12
Name: LAZARE KAPLAN            Statement Number:      /58
      INTERNATIONAL INC.
---------------------------------------------------------------
DATE   DESCRIPTION       VALUE               AMOUNT
---------------------------------------------------------------
```

```
        CONCLUSION STRAIGHT  11-DEC-09      43,000,000.00  +
        LOAN
           001LOS1093450010
  11-DEC-09    BALANCE                          218,249.33-
        PAYMENT           21-DEC-09      106,454.86  +
           000FTBV093560252
  22-DEC-09    BALANCE                          111,794.47-
        LIQUIDATION       28-DEC-09      43,000,000.00  -
        STRAIGHT LOAN
           001LOS1093450010
        INTEREST STRAIGHT  28-DEC-09        58,378.47  -
        LOAN
           001LOS1093450010
        CONCLUSION STRAIGHT  28-DEC-09    43,000,000.00  +
```
-----------------------------------------------------------
```
Account Number : 640043340148  USD      DATE: 29-MAY-12
Name: LAZARE KAPLAN              Statement Number:        /59
        INTERNATIONAL INC.
```
-----------------------------------------------------------
```
DATE  DESCRIPTION      VALUE              AMOUNT
```
-----------------------------------------------------------
-----------------------------------------------------------
```
        LOAN
           001LOS1093620014
  28-DEC-09    BALANCE                          170,172.94-
        INTEREST SETTLEMENT  01-JAN-10      2,243.98  -
           001ICZKUSD 00002
  NEW BALANCE                                   172,416.92-
```