# EXHIBIT 12

# LAZARE KAPLAN INTERNATIONAL INC.

March 22, 2001

Mr. Peter Driesen
Vice President
Antwerp Diamantbank N.V.
Fax # 212 333 5290

Dear Mr. Driesen:

Thank you for your cooperation in expediting the following transaction on *Thursday*, March 22, 2001:

    **Transfer from:**    Lazare Kaplan

        Acct. # 640-0433401-48

    Amount:    $ 600,000.00

    **Transfer to:**    D.D. Manufacturing N.V.
        Antwerp Diamantbank
        Antwerp, Belgium

        Acct. # ███████████

    Amount:    $ 600,000.00

Very truly yours,

William H. Moryto
Vice President
and Chief Financial Officer

Leon Tempelsman
President

