# EXHIBIT 13

```
Antwerpse Diamantbank NV [03/233 90 95]        23-04-2001 11:48         Page 1/1
```

From: **ANTWERPSE DIAMANTBANK**                         Page: 1
   To: 04334 STAM
   CC:
   BCC:                                           Reference: 20010423.1146-

**Priority: Urgent**                                     Date sent: 23-04-2001

---

LAZARE KAPLAN INTERNAT.

```
    PLEASE BE ADVISED OF THE FOLLOWING:


        PAYMENT IN YOUR FAVOUR OF 18.750,00 USD
        BY ORDER OF ▓▓▓▓▓▓▓▓▓▓▓▓▓
        D.D. MANUFACTURING NV, SCHUPSTRAAT 9-11 A/B87, 2018 ANTWERPEN
        WE CREDIT YOUR ACCOUNT     640-0433401-48 VAL. 21/04     18.750,00 C USD
        O/REF : FB    01/070163 DIAMOND

    THIS MESSAGE IS PURELY INFORMATIVE AND DOES NOT HOLD ANY COMMITMENT ON
    OUR PART

    FOR MORE INFORMATION CONCERNING THE ABOVE, CALL EXTENSION 551 OR 553.

    PLEASE CONTACT US IF THIS MESSAGE IS UNREADABLE.

    BEST REGARDS.
```