# EXHIBIT
# 14

## TRANSFER FORM

**DATE:** 11/26/2001.

**VALUE DATE:** 11/26/2001.

- **FROM ACCOUNT NUMBER** 24079801
- **NAME OF ACCOUNT:** *Lazare Kaplan International Inc.*

Please pay the following:

- **AMOUNT** USD $700,025.00

  BENE-DEDUCT CHARGES $25.00

- **TO :**

  Beneficiary's bank: Fleet Bank 592 Fifth Avenue Newyork, NY 10036
  ABA # 021200339
  CHIPS #

  Name of Beneficiary: *Lazare Kaplan*

  Account number: 2538006163

  REFERENCE:

  Correspondent Bank (if necessary): ABA #
  CHIPS

**AUTHOIRIZED SIGNATURE(S)**

11/26/2001.