# EXHIBIT 15

30 Nov 2001                           PAYMENTS CATEGORY
                                            WIRES
                              Today's Transaction Detail with Totals

| | | | | | |
|---|---|---|---|---|---|
| Template ID: | 0458 | Status: | Ready for Send | Application: | Cust Maintained |
| | | Amount: | 2,000,000.00 | Value: | 30 Nov 2001 |
| Wire Type: | domestic paym't | Currency: | USD | | |
| RFB: | | Trans ID: | 2572 | RCN: | |
| Reference: | | | | | |
| Debit Party: | LAZARE KAPLAN INT | | | 2538006163 | |
| Debit Bank: | FLEET BANK LONG ISLAND | | | ABA/021404465 | |
| | 300 broad hollow rd | | | | |
| | MELVILLE N Y | | | | |
| Beneficiary: | Lazare Kaplan Inc. | | | 24079801 | |
| | NY NY | | | | |
| Bene Bank: | KBC BANK N.V. | | | ABA/026008248 | |
| | New York Branch | | | | |
| | NEW YORK   NY | | | | |
| Advice: | mail | | | Charges: | |
| Destination: | intranet | | | | |
| Latest Event: | Init  MORYTO  30 Nov 2001 12:06 | | | | |

         3,884,757.58  Total credits : Cust Maintained
                 0.00  Total debits :  Cust Maintained

Page   6