# EXHIBIT 16



# Antwerp Diamond Bank

**PAYMENT ORDER**

Date: 19 ...

Product: ...

Ref. nr.: ...

Currency debit: USD

Amount: 8.956.691,03

Message: SIGHT 08/2008

Currency paid: ...

Amount: ...

Diamond: [ ] no  [x] yes  [x] rough  [ ] other

Bankcheque: [ ] To send  [ ] Counter

Signature(s)

Name ordering customer: 19 LAZARE KAPLAN BELGIUM NV
HOVENIERSSTRAAT 30 B 162
2018 ANTWERPEN

Account number: 6 4 0 0 5 6 4 9 0 1 1 6

Name beneficiary: ROTHSCHILD DIAMONDS LTD
19 CHARTERHOUSE STREET,
LONDON EC 1N6RA

In account with: NATIONAL WESTMINSTER BANK
HOLBORN CIRCUS
SORT CODE 5000 20

BIC Bank beneficiary: [redacted]

Account number booktransfer: [redacted]

Account number other: [redacted]

IBAN Beneficiary: [redacted]

②

DTC SIGHT 08/2008

## Antwerp Diamond Bank

Account Number: 640056490116  USD          DATE: 19-AUG-08
Name: LAZARE KAPLAN BELGIUM NV Statement Number: 141      /1
BIC: ADIABE22XXX IBAN: BE72 6400 5649 0116

| DATE | DESCRIPTION | VALUE | AMOUNT |
|---|---|---|---|
| 12-AUG-08 | BALANCE FORWARD | | 10,411,889.47- |
| | TRANSFER 000FIBF082320464 | 20-AUG-08 | 10,214.00 + |
| | TRANSFER 000FIBF082320172 | 20-AUG-08 | 44,481.98 + |
| | TRANSFER 000FIBF082320646 | 20-AUG-08 | 445,003.71 + |
| | PAYMENT 000EDIN082320020 | 19-AUG-08 | 4,000,000.00 - |
| | INTERNAL TRANSFER 000FBKS082320099 | 19-AUG-08 | 4,478,500.00 + |
| | INTERNAL TRANSFER 000FBKS082320062 | 19-AUG-08 | 5,532,600.00 + |
| | INTERNAL TRANSFER 000FBKS082320134 | 19-AUG-08 | 8,956,691.03 - |
| NEW BALANCE | | | 12,857,780.81- |

③

**Antwerp Diamond Bank**

Account Number : 640043340148  USD        DATE: 19-AUG-08
Name: LAZARE KAPLAN                        Statement Number: 100   /1
      INTERNATIONAL INC.
BIC: ADIABE22XXX  IBAN: 640043340148

| DATE | DESCRIPTION | VALUE | AMOUNT |
|---|---|---|---|
| 15-AUG-08 | BALANCE FORWARD | | 38,196,041.87- |
| | PAYMENT 000FTBV082320204 | 15-AUG-08 | 367,473.06 - |
| | PAYMENT 000FTBV082320208 | 15-AUG-08 | 1,000,025.00 - |
| | PAYMENT 000FTBV082320474 | 18-AUG-08 | 3,620,314.68 - |
| | PAYMENT 001FONY082320002 | 19-AUG-08 | 8,956,691.03 - |
| | INTERNAL TRANSFER 000FBKS082320134 | 19-AUG-08 | 8,956,691.03 + |
| NEW BALANCE | | | 43,183,854.61- |

④

## PANDBRIEF

ZICHT08339801/PB01
29-OCT-2008

Aan de Antwerp Diamond bank NV
Pelikaanstraat 54
2018 Antwerpen

Antwerpen,   22-AUG-2008

5649
LAZARE KAPLAN BELGIUM NV

Ik/Wij
Je/Nous   HOVENIERSSTRAAT 30 B 162 , vertegenwoordigd door   OST Marc OF KAPLAN Paul,
I/We   2018 ANTWERPEN

overhandig(en) U de hiernavermelde goederen in pand
*vous remets/remettons en gage les marchandises suivantes*
*give you hereby in pledge the hereafter mentioned goods*

Carats 832.00          NATUURLIJKE ONBEWERKTE DIAMANT

door ondergetekende opgegeven verklaarde waarde:          USD 4,191,787.13
*valeur déclarée par le soussigné:*
*declared value according to undersigned:*

Dit pand dient tot zekerheid en als voorrecht voor alle huidige en toekomstige, rechtstreekse en onrecht-
streekse verbintenissen, zowel in hoofdsom als in intresten en bijhorigheden die
LAZARE KAPLAN BELGIUM NV                              5649
HOVENIERSSTRAAT 30 B 162                              2018 ANTWERPEN
tegenover uw bank heeft, zal of zou hebben uit hoofde van toegestane kredieten en/of uit gelijk welke
hoofde ook voortvloeiend uit onze bankrelatie. Ten aanzien van het bestaan en het bedrag van de schuld tot
zekerheid waarvan dit pand is gegeven, zullen de boeken van de Bank en haar verklaringen bepalend zijn.

*Ce gage est constitué à titre de sûreté et de privilège pour tout engagement, présent et futur, direct et indirect, tant en
principal qu'en intérêts et accessoires, que ............ a, aura ou aurait vis-à-vis de la Banque du chef de crédits accordés
et/ou de tout autre chef résultant de notre relation bancaire.*
*Les livres de la Banque ainsi que ses déclarations établiront à suffisance l'existence et le montant de la dette, pour
laquelle ce gage est constitué.*
*This pledge constitutes a guarantee and privilege for all existing and future, direct and indirect liabilities in principal
as well as in interests and accessoires, which ............ has, will or would have towards the Bank, on account of granted
credit facilities and/or any account whatsoever resulting from our banking relation.*
*The records of the Bank and its declarations will provide full evidence of the existence and the amount of the debt, for the
security of which this pledge has been constituted.*

Ik/wij verkla(a)r(en) dat ik/wij volle eigenaar(s) ben/zijn van de verpande goederen en dat ik/wij ten aanzien
ervan geen enkele verplichting ten gunste van derden heb(ben) aangegaan.

*Je/nous déclare/déclarons être plein propriétaire des marchandises gagées et n'avoir contracté à leur égard aucun enga-
gement en faveur de tiers.*
*I/we declare to be full owner of the goods pledged and that I/we have not burdened them in favour of a third party.*

De Bank is gerechtigd te allen tijde de in pand gegeven goederen door een expert van haar keuze te laten
schatten en herschatten, waarbij de kosten te mijnen/onzen laste vallen. De handtekening van de expert op
het pakket zal volstaan om het geopende pakket geldig terug te sluiten en zal de Bank ontlasten van alle
aansprakelijkheid voor de inhoud van het geopende en weer gesloten pakket.
Indien de geschatte waarde lager ligt dan de aangegeven waarde, verbind(en) ik/wij mij/ons ertoe op eerste
verzoek van de Bank het oorspronkelijk pand ten belope van het verschil aan te vullen door bijkomende
goederen in pand te geven.

*La Banque a le droit à tout moment de faire expertiser et réexpertiser les marchandises gagées par un expert de son choix,
les frais étant à ma/notre charge. La signature de l'expert sur le paquet sera réputée suffisante pour refermer valable-
ment le paquet ouvert et décharger la Banque de toute responsabilité quant au contenu du paquet ouvert et refermé. Si la
valeur expertisée est inférieure à la valeur déclarée, je/nous m'/nous engage(ons), à la première demande de la Banque,
à compléter le gage à concurrence de la différence en déposant des marchandises supplémentaires.*
*The Bank is allowed to have the goods pledged appraised and reappraised at any moment by a surveyor of its own
choice at my/our expense. The signature of the surveyor on the parcel will be deemed sufficient in order to validly close
back the parcel opened and discharge the Bank from all liability as to the content of the parcel so opened and closed.
If the appraised value is lower than the declared value, I/we commit myself/ourselves, at the first request of the Bank,
to complete the original pledge for the difference, by pledging additional goods.*

Dit pand is onderworpen aan de wet op het handelspand van 5 mei 1872 en aan de algemeen geldende
gebruiken binnen de diamantsector. De rechtbanken te Antwerpen zijn uitsluitend bevoegd.

*Ce gage est soumis à la loi du 5 mai 1872 sur le gage commercial ainsi qu'aux usages en vigueur dans le secteur
diamantaire. Seuls les tribunaux d'Anvers sont compétents.*
*This pledge is subject to the Art of May 5, 1872 on the commercial pledge as well as to the current practices within the
diamond sector. Antwerp courts will have sole jurisdiction.*



Hoogachtend,



## PANDBRIEF

ZICHT08339799/PB01
29-OCT-2008

Aan de Antwerp Diamond bank NV
Pelikaanstraat 54
2018 Antwerpen

Antwerpen,   21-AUG-2008

Ik/Wij
Je/Nous
I/We

5649
LAZARE KAPLAN BELGIUM NV
                    , vertegenwoordigd door    OST Marc OF KAPLAN Paul.
HOVENIERSSTRAAT 30 B 162
2018 ANTWERPEN

overhandig(en) U de hiernavermelde goederen in pand
*vous remets/remettons en gage les marchandises suivantes*
*give you hereby in pledge the hereafter mentioned goods*

Carats 2,026.80            NATUURLIJKE ONBEWERKTE DIAMANT

door ondergetekende opgegeven verklaarde waarde:      USD 2,376,153.94
*valeur déclarée par le soussigné:*
*declared value according to undersigned:*

Dit pand dient tot zekerheid en als voorrecht voor alle huidige en toekomstige, rechtstreekse en onrecht-
streekse verbintenissen, zowel in hoofdsom als in intresten en bijhorigheden die
LAZARE KAPLAN BELGIUM NV                              5649
HOVENIERSSTRAAT 30 B 162                              2018 ANTWERPEN
tegenover uw bank heeft, zal of zou hebben uit hoofde van toegestane kredieten en/of uit gelijk welke
hoofde ook voortvloeiend uit onze bankrelatie. Ten aanzien van het bestaan en het bedrag van de schuld tot
zekerheid waarvan dit pand is gegeven, zullen de boeken van de Bank en haar verklaringen bepalend zijn.

*Ce gage est constitué à titre de sûreté et de privilège pour tout engagement, présent et futur, direct et indirect, tant en principal qu'en intérêts et accessoires, que ........... o, aura ou aurait vis-à-vis de la Banque du chef de crédits accordés et/ou de tout autre chef résultant de notre relation bancaire.*
*Les livres de la Banque ainsi que ses déclarations établiront à suffisance l'existence et le montant de la dette, pour laquelle ce gage est constitué.*
*This pledge constitutes a guarantee and privilege for all existing and future, direct and indirect liabilities in principal as well as in interests and accessoires, which ........... has, will or would have towards the Bank, on account of granted credit facilities and/or any account whatsoever resulting from our banking relation.*
*The records of the Bank and its declarations will provide full evidence of the existence and the amount of the debt, for the security of which this pledge has been constituted.*

Ik/wij verkla(a)r(en) dat ik/wij volle eigenaar(s) ben/zijn van de verpande goederen en dat ik/wij ten aanzien
ervan geen enkele verplichting ten gunste van derden heb(ben) aangegaan.

*Je/nous déclare/déclarons être plein propriétaire des marchandises gagées et n'avoir contracté à leur égard aucun engagement en faveur de tiers.*
*I/we declare to be full owner of the goods pledged and that I/we have not burdened them in favour of a third party.*

De Bank is gerechtigd te allen tijde de in pand gegeven goederen door een expert van haar keuze te laten
schatten en herschatten, waarbij de kosten te mijnen/onzen laste vallen. De handtekening van de expert op
het pakket zal volstaan om het geopende pakket geldig terug te sluiten en zal de Bank ontlasten van alle
aansprakelijkheid voor de inhoud van het geopende en weer gesloten pakket.
Indien de geschatte waarde lager ligt dan de aangegeven waarde, verbind(en) ik/wij mij/ons ertoe op eerste
verzoek van de Bank het oorspronkelijk pand ten belope van het verschil aan te vullen door bijkomende
goederen in pand te geven.

*La Banque a le droit à tout moment de faire expertiser et réexpertiser les marchandises gagées par un expert de son choix, les frais étant à ma/notre charge. La signature de l'expert sur le paquet sera réputée suffisante pour refermer valable- ment le paquet ouvert et décharger la Banque de toute responsabilité quant au contenu du paquet ouvert et refermé. Si la valeur expertisée est inférieure à la valeur déclarée, je/nous m'/nous engage(ons), à la première demande de la Banque, à compléter le gage à concurrence de la différence en déposant des marchandises supplémentaires.*
*The Bank is allowed to have the goods pledged appraised and reappraised at any moment by a surveyor of its own choice at my/our expense. The signature of the surveyor on the parcel will be deemed sufficient in order to validly close back the parcel opened and discharge the Bank from all liability as to the content of the parcel so opened and closed. If the appraised value is lower than the declared value, I/we commit myself/ourselves, at the first request of the Bank, to complete the original pledge for the difference, by pledging additional goods.*

Dit pand is onderworpen aan de wet op het handelspand van 5 mei 1872 en aan de algemeen geldende
gebruiken binnen de diamantsector. De rechtbanken te Antwerpen zijn uitsluitend bevoegd.

*Ce gage est soumis à la loi du 5 mai 1872 sur le gage commercial ainsi qu'aux usages en vigueur dans le secteur diamantaire. Seuls les tribunaux d'Anvers sont compétents.*
*This pledge is subject to the Act of May 5, 1872 on the commercial pledge as well as to the current practices within the diamond sector. Antwerp courts will have sole jurisdiction.*

Hoogachtend,

⑥

**Antwerp Diamond Bank**

**PAYMENT ORDER**

| | |
|---|---|
| Date | Product |
| Currency debit: USD | Ref. nr. |
| | Amount: 12.000,00 |

Message: SIGHT 10/2008

Currency paid: 

Amount:

Diamond: ☒ no  ☐ yes  ☐ rough  ☐ other

Bankcheque: ☐ To send  ☐ Counter

Signature(s):

Name ordering customer:
LAZARE KAPLAN BELGIUM NV
HOVENIERSSTRAAT 30 SBP 1622   15:05
2018 ANTWERPEN

Account number: 6 4 0 0 5 6 4 9 0 1 6

Name beneficiary: LKI
19 WEST 44TH STREET 16TH FL
NEW YORK, NY 10036

In account with:

BIC Bank beneficiary:

Account number booktransfer: 6 4 0 0 4 3 9 0 2 4 8

Account number other:

IBAN Beneficiary:

220707; V08-2008



⑦

## Antwerp Diamond Bank

**PAYMENT ORDER**

**Date:**

**Currency debit:** USD

**Product:**

**Ref. nr.:**

**Amount:** 4,984,031.45

**Message:** SIGHT 10/2008

**Currency paid:**

**Amount:**

**Diamond:** ☐ no  ☒ yes

**Bankcheque:** ☒ rough  ☐ other  ☐ To send  ☐ Counter

**Signature(s):** [signature]

**IBAN Beneficiary:**

**Name ordering customer:**
LAZARE KAPLAN BELGIUM NV
HOVENIERSSTRAAT 2 bus 220  B 15204
2018 ANTWERPEN

**Account number:** 5 4 0 0 5 5 4 9 0 1 1 5

**Name beneficiary:** LKS
19 WEST 44TH STREET 16TH FL
NEW YORK, NY 10036

**In account with:**

**BIC Bank beneficiary:**

**Account number booktransfer:** 6 7 0 0 4 3 3 4 0 2 4 8

**Account number other:**

V09-2008

(8)

## Antwerp Diamond Bank

**PAYMENT ORDER**

| Product | |
|---|---|
| Date | |
| Ref. nr. | |
| Currency debit | USD |
| Amount | 1.705.658,78 |
| Message | SIGHT 10/2008 |
| Currency paid | |
| Diamond | ☐ no  ☒ yes  ☒ rough  ☐ other |
| Bankcheque | ☐ To send  ☐ Counter |
| Amount | |
| Signature(s) | |

**Name ordering customer**
LAZARE KAPLAN BELGIUM NV
HOVENIERSSTRAAT 30 B 782
2018 ANTWERPEN

Account number: 6 4 0 A 5 6 4 9 0 1 6

**Name beneficiary** LKI
19 WEST 44TH STREET, 16TH FL
NEW YORK, NY 10036

**In account with**

**BIC Bank beneficiary**

**Account number booktransfer**
6 7 0 4 3 3 0 7 4 8

**Account number other**

**IBAN Beneficiary**

(9)

**Antwerp Diamond Bank**

Account Number : 640056490116   USD          DATE: 23-SEP-08
Name: LAZARE KAPLAN BELGIUM NV   Statement Number: 164   /1
BIC: ADIABE22XXX   IBAN: BE72 6400 5649 0116

| DATE | DESCRIPTION | VALUE | AMOUNT | |
|---|---|---|---|---|
| 23-SEP-08 | BALANCE FORWARD | | 7,453,328.31 | - |
| | INTERNAL TRANSFER 000FBKS082670094 | 23-SEP-08 | 12,000.00 | - |
| | INTERNAL TRANSFER 000FBKS082670091 | 23-SEP-08 | 100,000.00 | + |
| | INTERNAL TRANSFER 000FBKS082670032 | 23-SEP-08 | 2,500,000.00 | + |
| | INTERNAL TRANSFER 000FBKS082670095 | 23-SEP-08 | 4,984,031.45 | - |
| NEW BALANCE | | | 9,849,359.76 | - |



**Antwerp Diamond Bank**

Account Number : 640056490116  USD           DATE: 24-SEP-08
Name : LAZARE KAPLAN BELGIUM NV  Statement Number: 165    /1
BIC : ADIABE22XXX IBAN: BE72 6400 5649 0116

| DATE | DESCRIPTION | VALUE | AMOUNT |
|---|---|---|---|
| 25-SEP-08 | BALANCE FORWARD | | 9,849,359.76- |
| | TRANSFER 000FIBF082680216 | 25-SEP-08 | 11,701.43 + |
| | INTERNAL TRANSFER 000FBKS082680113 | 24-SEP-08 | 760,743.41 + |
| | INTERNAL TRANSFER 000FBKS082680111 | 24-SEP-08 | 860,000.00 + |
| | INTERNAL TRANSFER 000FBKS082680126 | 24-SEP-08 | 1,705,658.78 - |
| NEW BALANCE | | | 9,922,573.70- |



## Antwerp Diamond Bank

Account Number : 640043340148  USD            DATE: 23-SEP-08
Name: LAZARE KAPLAN                Statement Number: 115    /1
      INTERNATIONAL INC.
BIC: ADIABE22XXX  IBAN: 640043340148

| DATE | DESCRIPTION | VALUE | AMOUNT |
|---|---|---|---|
| 20-SEP-08 | BALANCE FORWARD | | 40,137,845.50- |
| | PAYMENT 000FOIN082670043 | 23-SEP-08 | 12,000.00 - |
| | INTERNAL TRANSFER 000FBKS082670094 | 23-SEP-08 | 12,000.00 + |
| | PAYMENT 000FTBV082670026 | 22-SEP-08 | 1,267,930.68 - |
| | PAYMENT 001FONY082670002 | 23-SEP-08 | 4,984,031.45 - |
| | INTERNAL TRANSFER 000FBKS082670095 | 23-SEP-08 | 4,984,031.45 + |
| NEW BALANCE | | | 41,405,776.18- |



# Antwerp Diamond Bank

Account Number : 640043340148 USD
Name: LAZARE KAPLAN INTERNATIONAL INC.
BIC: ADIABE22XXX  IBAN: 640043340148

DATE: 24-SEP-08
Statement Number: 116   /1

| DATE | DESCRIPTION | VALUE | AMOUNT |
|---|---|---|---|
| 24-SEP-08 | BALANCE FORWARD | | 41,405,776.18- |
| | PAYMENT 000FTBV082680246 | 24-SEP-08 | 307,394.96 - |
| | PAYMENT 001FONY082680002 | 24-SEP-08 | 1,705,658.78 - |
| | INTERNAL TRANSFER 000FBKS082680126 | 24-SEP-08 | 1,705,658.78 + |
| NEW BALANCE | | | 41,713,171.14- |

PANDBRIEF

ZICHT08344863/PB01
03-DEC-2008

Aan de Antwerp Diamond bank NV
Pelikaanstraat 54
2018 Antwerpen

Antwerpen,   24-SEP-2008

5649
LAZARE KAPLAN BELGIUM NV

Ik/Wij
Je/Nous
J/We

, vertegenwoordigd door   OST Marc OF KAPLAN Paul.

HOVENIERSSTRAAT 30 B 162
2018 ANTWERPEN

overhandig(en) U de hiernavermelde goederen in pand
*vous remets/remettons en gage les marchandises suivantes*
give you hereby in pledge the hereafter mentioned goods

Carats 11,133.90   NATUURLIJKE ONBEWERKTE DIAMANT

door ondergetekende opgegeven verklaarde waarde:   USD 4,984,031.45
*valeur déclarée par le soussigné:*
declared value according to undersigned:

Dit pand dient tot zekerheid en als voorrecht voor alle huidige en toekomstige, rechtstreekse en onrecht-
streekse verbintenissen, zowel in hoofdsom als in intresten en bijhorigheden die
LAZARE KAPLAN BELGIUM NV                              5649
HOVENIERSSTRAAT 30 B 162                              2018 ANTWERPEN
tegenover uw bank heeft, zal of zou hebben uit hoofde van toegestane kredieten en/of uit gelijk welke
hoofde ook voortvloeiend uit onze bankrelatie. Ten aanzien van het bestaan en het bedrag van de schuld tot
zekerheid waarvan dit pand is gegeven, zullen de boeken van de Bank en haar verklaringen bepalend zijn.

*Ce gage est constitué à titre de sûreté et de privilège pour tout engagement, présent et futur, direct et indirect, tant en
principal qu'en intérêts et accessoires, que ............ a, aura ou aurait vis-à-vis de la Banque du chef de crédits accordés
et/ou de tout autre chef résultant de notre relation bancaire.*
*Les livres de la Banque ainsi que ses déclarations établiront à suffisance l'existence et le montant de la dette, pour
laquelle ce gage est constitué.*
This pledge constitutes a guarantee and privilege for all existing and future, direct and indirect liabilities in principal
as well as in interests and accessoires, which ............ has, will or would have towards the Bank, on account of granted
credit facilities and/or any account whatsoever resulting from our banking relation.
The records of the Bank and its declarations will provide full evidence of the existence and the amount of the debt, for the
security of which this pledge has been constituted.

Ik/wij verkla(a)r(en) dat ik/wij volle eigenaar(s) ben/zijn van de verpande goederen en dat ik/wij ten aanzien
ervan geen enkele verplichting ten gunste van derden heb(ben) aangegaan.

*Je/nous déclare/déclarons être plein propriétaire des marchandises gagées et n'avoir contracté à leur égard aucun enga-
gement en faveur de tiers.*
I/we declare to be full owner of the goods pledged and that I/we have not burdened them in favour of a third party.

De Bank is gerechtigd te allen tijde de in pand gegeven goederen door een expert van haar keuze te laten
schatten en herschatten, waarbij de kosten te mijnen/onzen laste vallen. De handtekening van de expert op
het pakket zal volstaan om het geopende pakket geldig terug te sluiten en zal de Bank ontlasten van alle
aansprakelijkheid voor de inhoud van het geopende en weer gesloten pakket.
Indien de geschatte waarde lager ligt dan de aangegeven waarde, verbind(en) ik/wij mij/ons ertoe op eerste
verzoek van de Bank het oorspronkelijk pand ten belope van het verschil aan te vullen door bijkomende
goederen in pand te geven.

*La Banque a le droit à tout moment de faire expertiser et réexpertiser les marchandises gagées par un expert de son choix,
les frais étant à ma/notre charge. La signature de l'expert sur le paquet sera réputée suffisante pour refermer valable-
ment le paquet ouvert et déchargera la Banque de toute responsabilité quant au contenu du paquet ouvert et refermé. Si la
valeur expertisée est inférieure à la valeur déclarée, je/nous m'/nous engage(ons), à la première demande de la Banque,
à compléter le gage à concurrence de la différence en déposant des marchandises supplémentaires.*
The Bank is allowed to have the goods pledged appraised and reappraised at any moment by a surveyor of its own
choice at my/our expense. The signature of the surveyor on the parcel will be deemed sufficient in order to validly close
back the parcel opened and discharge the Bank from all liability as to the content of the parcel so opened and closed.
If the appraised value is lower than the declared value, I/we commit myself/ourselves, at the first request of the Bank,
to complete the original pledge for the difference, by pledging additional goods.

Dit pand is onderworpen aan de wet op het handelspand van 5 mei 1872 en aan de algemeen geldende
gebruiken binnen de diamantsector. De rechtbanken te Antwerpen zijn uitsluitend bevoegd.

*Ce gage est soumis à la loi du 5 mai 1872 sur le gage commercial ainsi qu'aux usages en vigueur dans le secteur
diamantaire. Seuls les tribunaux d'Anvers sont compétents.*
This pledge is subject to the Act of May 5, 1872 on the commercial pledge as well as to the current practices within the
diamond sector. Antwerp courts will have sole jurisdiction.

Hoogachtend,
LAZARE KAPLAN BELGIUM NV

PANDBRIEF

ZICHT08344872/PB01
03-DEC-2008

Aan de Antwerp Diamond bank NV
Pelikaanstraat 54
2018 Antwerpen

Antwerpen,  25-SEP-2008

5649
LAZARE KAPLAN BELGIUM NV
Ik/Wij                                         , vertegenwoordigd door    OST Marc OF KAPLAN Paul .
Je/Nous    HOVENIERSSTRAAT 30 B 162
I/We       2018 ANTWERPEN

overhandig(en) U de hiernavermelde goederen in pand
*vous remets/remettons en gage les marchandises suivantes*
*give you hereby in pledge the hereafter mentioned goods*

Carats 90.04         NATUURLIJKE ONBEWERKTE DIAMANT

door ondergetekende opgegeven verklaarde waarde:        USD 1,705,658.78
*valeur déclarée par le soussigné:*
*declared value according to undersigned:*

Dit pand dient tot zekerheid en als voorrecht voor alle huidige en toekomstige, rechtstreekse en onrecht-
streekse verbintenissen, zowel in hoofdsom als in intresten en bijhorigheden die
LAZARE KAPLAN BELGIUM NV                           5649
HOVENIERSSTRAAT 30 B 162                           2018 ANTWERPEN
tegenover uw bank heeft, zal of zou hebben uit hoofde van toegestane kredieten en/of uit gelijk welke
hoofde ook voortvloeiend uit onze bankrelatie. Ten aanzien van het bestaan en het bedrag van de schuld tot
zekerheid waarvan dit pand is gegeven, zullen de boeken van de Bank en haar verklaringen bepalend zijn.

*Ce gage est constitué à titre de sûreté et de privilège pour tout engagement, présent et futur, direct et indirect, tant en principal qu'en intérêts et accessoires, que ........... a, aura ou aurait vis-à-vis de la Banque du chef de crédits accordés et/ou de tout autre chef résultant de notre relation bancaire.*
*Les livres de la Banque ainsi que ses déclarations établiront à suffisance l'existence et le montant de la dette, pour laquelle ce gage est constitué.*

*This pledge constitutes a guarantee and privilege for all existing and future, direct and indirect liabilities in principal as well as in interests and accessuires, which ........... has, will or would have towards the Bank, on account of granted credit facilities and/or any account whatsoever resulting from our banking relation.*
*The records of the Bank and its declarations will provide full evidence of the existence and the amount of the debt, for the security of which this pledge has been constituted.*

Ik/wij verkla(a)r(en) dat ik/wij volle eigenaar(s) ben/zijn van de verpande goederen en dat ik/wij ten aanzien
ervan geen enkele verplichting ten gunste van derden heb(ben) aangegaan.

*Je/nous déclare/déclarons être plein propriétaire des marchandises gagées et n'avoir contracté à leur égard aucun engagement en faveur de tiers.*
*I/we declare to be full owner of the goods pledged and that I/we have not burdened them in favour of a third party.*

De Bank is gerechtigd te allen tijde de in pand gegeven goederen door een expert van haar keuze te laten
schatten en herschatten, waarbij de kosten te mijnen/onzen laste vallen. De handtekening van de expert op
het pakket zal volstaan om het geopende pakket geldig terug te sluiten en zal de Bank ontlasten van alle
aansprakelijkheid voor de inhoud van het geopende en weer gesloten pakket.
Indien de geschatte waarde lager ligt dan de aangegeven waarde, verbind(en) ik/wij mij/ons ertoe op eerste
verzoek van de Bank het oorspronkelijk pand ten belope van het verschil aan te vullen door bijkomende
goederen in pand te geven.

*La Banque a le droit à tout moment de faire expertiser et réexpertiser les marchandises gagées par un expert de son choix, les frais étant à ma/notre charge. La signature de l'expert sur le paquet sera réputée suffisante pour refermer valable-ment le paquet ouvert et décharger la Banque de toute responsabilité quant au contenu du paquet ouvert et refermé. Si la valeur expertisée est inférieure à la valeur déclarée, je/nous m'/nous engage(ons), à la première demande de la Banque, à compléter le gage à concurrence de la différence en déposant des marchandises supplémentaires.*
*The Bank is allowed to have the goods pledged appraised and reappraised at any moment by a surveyor of its own choice at my/our expense. The signature of the surveyor on the parcel will be deemed sufficient in order to validly close back the parcel opened and discharge the Bank from all liability as to the content of the parcel so opened and closed. If the appraised value is lower than the declared value, I/we commit myself/ourselves, at the first request of the Bank, to complete the original pledge for the difference, by pledging additional goods.*

Dit pand is onderworpen aan de wet op het handelspand van 5 mei 1872 en aan de algemeen geldende
gebruiken binnen de diamantsector. De rechtbanken te Antwerpen zijn uitsluitend bevoegd.

*Ce gage est soumis à la loi du 5 mai 1872 sur le gage commercial ainsi qu'aux usages en vigueur dans le secteur diamantaire. Seuls les tribunaux d'Anvers sont compétents.*
*This pledge is subject to the Act of May 5, 1872 on the commercial pledge as well as to the current practices within the diamond sector. Antwerp courts will have sole jurisdiction.*

Hoogachtend,
LAZARE KAPLAN BELGIUM NV


14



**Antwerp Diamond Bank**

**PAYMENT ORDER**

Product:

Date:

Ref. nr.:

Currency debit: USD

Amount: 9011711.77.09

Message: SIGNT 05/409

Currency paid:

Amount:

Diamond: ☐ no ☒ yes  ☒ rough ☐ other

Bankcheque: ☐ To send  ☐ Counter

Signature(s): [signature]

IBAN Beneficiary:

Name ordering customer:
LAZARE KAPLAN BELGIUM NV
HOVENIERSSTRAAT 30 B 162
2018 ANTWERPEN

Account number: :13
[6][4][0][5][6][4][9][0][1][1][6]

Name beneficiary: ALUCD

In account with:

BIC Bank beneficiary:

Account number booktransfer:
[6][0][9][2][3][3][5][1][4]

Account number other:

(16)

DTC SIGHT 05/2009

---

**Antwerp Diamond Bank**

Account Number : 640056490116   USD            DATE: 12-MAY-09
Name: LAZARE KAPLAN BELGIUM NV Statement Number: 69       /1
BIC: ADIABE22XXX IBAN: BE72 6400 5649 0116

| DATE | DESCRIPTION | VALUE | AMOUNT |
|------|-------------|-------|--------|
| 12-MAY-09 | BALANCE FORWARD | | 1,070,808.56 |
| | INTERNAL TRANSFER 000FBKS091320001 | 12-MAY-09 | 901,171.77 - |
| | NEW BALANCE | | 169,636.79 |



**Antwerp Diamond Bank**

```
Account Number : 640043340148   USD           DATE: 12-MAY-09
Name: LAZARE KAPLAN                  Statement Number: 19      /1
      INTERNATIONAL INC.
BIC: ADIABE22XXX IBAN: 640043340148
```

| DATE | DESCRIPTION | VALUE | AMOUNT |
|---|---|---|---|
| 30-APR-09 | BALANCE FORWARD | | 3,986,285.33- |
| | PAYMENT CHARGES 001FONY091320003 | 12-MAY-09 | 6.76 - |
| | PAYMENT 001FONY091320003 | 12-MAY-09 | 901,171.77 - |
| | INTERNAL TRANSFER 000FBKS091320001 | 12-MAY-09 | 901,171.77 + |
| NEW BALANCE | | | 3,986,292.09- |