# EXHIBIT B

*Lazare Kaplan International, Inc. v. KBC Bank N.V. and Antwerp Diamond Bank N.V.*, Civil Action No. 11 Civ. 9490 (ALC)
**KBC Bank N.V.'s Partial Revised Log of Documents Withheld or Redacted for Privilege**

| Ex. | No. | Begin Bates | End Bates | Author | Recipient | CC | Date | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| A | 5 | KBC-Venue-Discovery004225 | KBC-Venue-Discovery004225 | Dirk Dullaert | | | 12/1/2009 | Attorney-Client and Work Product | Redacted memo shared among members of Local and Extended Credit Committees with decision-making authority concerning LKI's credit facility, reflecting common interest communications between Antwerp Diamond Bank N.V., ABN Amro Bank N.V., and Bank Leumi, concerning legal advice and thoughts of counsel regarding implementation of joint legal strategy with respect to LKI. |
| B | 10 | KBC-Venue-Discovery004278 | KBC-Venue-Discovery004278 | Guy Snoeks | | | 8/14/2009 | Attorney-Client and Work Product | Redacted memo to the Extended Credit Committee with decision-making authority regarding LKI's credit facility, reflecting common interest communications concerning legal advice and thoughts of counsel regarding legal strategy with respect to LKI. |
| C | 11 | KBC-Venue-Discovery004310 | KBC-Venue-Discovery004310 | Guy Snoeks | Edwin Huyghe | | 11/30/2009 | Attorney-Client and Work Product | Common interest communication between Antwerp Diamond Bank N.V. and KBC Bank N.V. concerning bank customer other than LKI, summarizing the dispute, and reflecting advice and thoughts of counsel, including outside counsel Cullen and Dykman LLP, regarding assessment of a potential approach to the dispute with LKI concerning its credit facility, and a potenital legal option open to LKI. |
| D | 18 | KBC-Venue-Discovery004347 | KBC-Venue-Discovery004377 | Guy Snoeks | Edwin Huyghe | Pieter Vandendriessche | 3/24/2010 | Attorney-Client and Work Product | Redacted common interest communications from Antwerp Diamond Bank N.V. to KBC Bank N.V. forwarding attorney-client communication from outside counsel, Paul Michels of Cullen and Dykman LLP, concerning letter from Christopher Sullivan and accompanying attachments, and conveying assessment of the letter and attachments prepared because of the prospect of litigation. |
| E | 43 | KBC-Venue-Discovery004794 | KBC-Venue-Discovery004794 | Edwin Huyghe | Guy Snoeks | | 3/12/2010 | Attorney-Client and Work Product | Redacted email reflecting common interest communication between KBC Bank N.V. and Antwerp Diamond Bank N.V. relaying legal advice and thoughts of Walter Haeck, KBC in-house counsel, regarding legal strategy with respect to LKI. |