# EXHIBIT C

**Pickel, Matthew**

| | |
|---|---|
| **From:** | D'Angelo, Jason [JDAngelo@herrick.com] |
| **Sent:** | Tuesday, March 25, 2014 9:27 PM |
| **To:** | Bicks, Peter A.; Martin, Richard A.; Smaylovsky, Philipp; Pickel, Matthew |
| **Cc:** | Sullivan, Christopher; Meltzer, Bryan |
| **Subject:** | Lazare's Response Pursuant To The Court's March 10, 2014 Order |

Counsel,

In accordance with the Court's March 10, 2014 Order, Lazare Kaplan International Inc. ("Lazare") provides the following information regarding documents produced and labeled as "Confidential" by KBC Bank N.V. ("KBC") in this Action.

**Individuals To Whom KBC's Documents Labeled as "Confidential" Were Provided**

Lazare provided documents produced and labeled as "Confidential" by KBC in this Action to Lazare's Belgian counsel, Francine Wachsstock and Philippe Scharf (of Wachsstock & Scharf BVBA), and Hans Rieder, Eline Tritsmans, and Louis De Groote (of Rieder & Verdonck) (collectively, "Lazare's Belgian Counsel").

**Dates Such Disclosures Took Place And Means By Which The Disclosures Were Made**

Since September 2013, Lazare believes it cumulatively provided to Lazare's Belgian Counsel all documents produced and labeled as "Confidential" by KBC in this Action. The means by which Lazare provided those documents to its Belgian Counsel were electronic and hard copy. Given that Lazare provided such documents to its Belgian Counsel over a period of six months (including during in person discussions between Lazare and Lazare's Belgian Counsel), Lazare does not have a precise log of each date that it provided such documents to its Belgian Counsel. Lazare can confirm, however, that it provided documents to its Belgian Counsel on the following dates via email: 10-02-13; 01-05-14; 01-25-14; 01-26-14; 01-28-14; 03-05-14; 03-16-14; 03-17-14; 03-23-14; 03-24-14.

**The Purpose Of Such Disclosures**

Lazare provided documents produced and labeled as "Confidential" by KBC in this Action to Lazare's Belgian Counsel so that Lazare's Belgian Counsel could assist in assessing the accuracy of the allegations contained in the RICO Complaint (including by translating and interpreting documents), and providing expertise on Belgian rules, laws and regulations as they relate to KBC's document production (including purported Belgian privacy laws as raised by KBC).

**Manner In Which The Information Designated By KBC As "Confidential" Was Used**

Lazare's Belgian Counsel reviewed the documents produced and labeled as "Confidential" by KBC in this Action for the purposes described above. Lazare's Belgian Counsel has not used documents produced and labeled as "Confidential" by KBC in this Action outside of their use of such documents as described above in connection with the present Action.

Regards,



The information in this message may be privileged, intended only for the use of the named recipient. If you received this communication in error, please immediately notify us by return e-mail and delete the original and any copies. To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (and its attachments), unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.