# EXHIBIT A

# CURRICULUM VITAE
## Filiep DERUYCK

Prof. Dr. Filiep Deruyck (° 19.03.1965) is a master of law (Free University of Brussels, 1988, with greatest honors), Doctor of law (*Doctor Iuris*, Justus-Liebig University of Gießen, Germany, 1990) and Doctor of law (*Ph. D.*, Free University of Brussels, 1996).

He is a member of the Department of Public Law at the Faculty of Law and Criminology of the Free University of Brussels, where he is the chairman of the Department of Criminal Law and Criminal Procedure. He teaches courses in criminal law, criminal procedure and economic and financial criminal law.

He is the author of several books and of numerous articles in professional journals and contributions in professional monographs (see annex, under "publications").

He participated in numerous professional events, both in Belgium and abroad (see annex, under "events").

He is a founding member of the editorial staff of the Tijdschrift voor Strafrecht (2000-2005) as well as of the professional journal Nullum Crimen (2006-present).

He is member of numerous scientific organizations, such as the Belgian-Luxemburg Union for Criminal Law, the Association for the Comparative Study of Law in Belgium and The Netherlands and the Dutch-Flemish Association for Criminal Law (see annex, under "memberships).

He was the laureate of the René Marcq Award in 1988, received in that same year a scholarship of the German Academic Exchange Service (Deutscher Akademischer Austauschdienst or DAAD) and was the laureate of the 1997 Science Award from the Circle of Alumni of the University Institute (more specifically within the group of jurisprudence, political and administrative sciences).

He is also a lawyer at the bar association of Antwerp since 1996 (of counsel with Antaxius Advocaten).

# *Curriculum Vitae: Filiep Deruyck*

# *Curriculum Vitae for the period 1988-2014*

## *Academic qualifications and diploma's:*

### *Ph-D thesis*

Ph-D thesis "De rechtspersoon in het strafrecht", promoted by Alain De Nauw, between 1990 - 1996

Ph-D thesis "Verbandsdelikt und Verbandssanktion : eine rechtsvergleichende Untersuchung nach belgischeen und deutschem Recht (Doktorarbeit)", promoted by Peter Cramer, between 1988 - 1990

## *Thesis supervision and jury memberships:*

### *Ph-D thesis*

Jury of the Ph-D thesis "De rol van de rechter bij de waarheidsvinding in de correctionele procedure. Een rechtsvergelijkend onderzoek naar Belgisch, Frans en Nederlands recht.", prepared by Daniel De Wolf, between 2005 - 2009

Jury of the Ph-D thesis "Citizen and police use of control and identification techniques. A human rights analysis.", prepared by Paul De Hert, between 0 - 2000

Jury of the Ph-D thesis "De duur van het strafproces. Onderzoek naar de termijn waarbinnen een strafprocedure moet of mag worden afgehandeld.", prepared by Joachim Meese, between 0 - 2005

Jury of the Ph-D thesis "De vervolging van militairrechtelijke delicten begaan tijdens Wereldoorlog I. De werking van het Belgisch krijgsgerecht.", prepared by Stanislas Horvat, between 0 - 2009

Jury of the Ph-D thesis "Gerechtsverslaggeving tijdens het vooronderzoek in strafzaken. Een juridische analyse van inmengingen in de expressie- en informatievrijheid", prepared by Tessa Gombeer, between 0 - 2012

Jury of the Ph-D thesis "Over het rechtskarakter van de voordeelsontneming.", prepared by Joelle Rozie, between 0 - 2004

Jury of the Ph-D thesis "Sanctierecht in een economisch veiligheidskader", prepared by Dirk Merckx, between 0 - 2002

Jury of the Ph-D thesis "Schaduwboxen in het donker. De dogmatische onderbouw van het strafrechtelijk overheidsoptreden tegen georganiseerde criminialiteit", prepared by Frank Verbruggen, between 0 - 2001

Jury of the Ph-D thesis "Valsheid in geschriften en gebruik van valse geschiften herdacht. Een kritische analyse van de dominante rechtsdogmatische en jurisprudentiële benadering van het leerstuk van valsheid in geschriften.", prepared by Sylvia Van Dijck, between 0 - 2006

## *Scientific activities:*

## *Publications:*

### *(co-) author of a scientific monograph*

Overzicht van het Belgisch strafprocesrecht, Edition:2014, N° of pages: 259, published by: die Keure, published at: Brugge, ISBN-ISSN: 978-90-486-1857-6, 2014, Filiep Deruyck

Witwassen in Nederland en België., Edition: , , Issue: , Volume: , N° in volume: , pp:  -  , eds: , published by: Wolf Legal Publishers, ISBN-ISSN: 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-388-6, 2008, Filiep Deruyck, Haverkate G. C.

De rechtspersoon in het strafrecht, N° of pages: 308, published by: Mys & Breesch, ISBN-ISSN: 90-5462-191-5, 1996, Filiep Deruyck

Militair strafrecht, Algemene Praktische Rechtsverzameling, N° of pages: 288, ISBN-ISSN: 90-6321-904-0, 1993, Filiep

Deruyck, F Gorle, G. Van Gerven

Verbandsdelikt und Verbandssanktion - Eine rechtsvergleichende Untersuchung nach belgischem und deutschem Recht, N° of pages: 207, published by: Dissertation Justus-Liebig-Universität Giessen, ISBN-ISSN: , 1990, Filiep Deruyck

## articles / contributions in scientific monographs / anthologies with an international referee system

Etude comparative des systèmes de sanctions administratives - Rapport Belge, Edition:Etude sur les sytèmes de sanctions administratives et pénales dans les états mebmres de Communautés Européennes I, pp: 7 - 61, eds: Rapports nationaux - CECA-CEE-CEEA Bruxelles/Luxembourg, ISBN-ISSN: 92-826-6017-6, 1994, Filiep Deruyck, Alain De Nauw

## articles in scientific journals with an international referee system

Le droit pénal spécial belge à l'épreuve du crime organisé, Edition:Belgisch nationaal rapport voor het XVIde Internationaal Congres van de Association Internationale de Droit Pénal, Sectie II, le droit pénal spécial, Revue Internationale de Droit Pénal, ISBN-ISSN: 0223-5404, 1998, Filiep Deruyck, Alain De Nauw

Probleme der Verfogung und Ahndung von Verbandskriminalität im deutschen und belgischen Recht, Edition:Zeitschrift für die gesamte Strafrechtswissenschaft, pp: 705 - 731, ISBN-ISSN: , 1991, Filiep Deruyck

## articles / contributions in scientific monographs / anthologies with a national referee system

Hoe eigen(aardig) is de strafrechtelijke verantwoordelijkheid van de rechtspersoon ?, Edition:Amicus Curiae. Liber Amicorum Marc De Swaef, pp: 129 - 141, published by: Intersentia, published at: Antwerpen-Cambridge, ISBN-ISSN: 978-94-000-0430-6, 2013, Filiep Deruyck

De burgerlijke vordering voor de strafrechter. Een status questionis aan de hand van de recente rechtspraak van het Hof van Cassatie., Edition:CBR Jaarboek 2010-2011, pp: 371 - 397, published by: Intersentia, ISBN-ISSN: 978-94-000-0244-9, 2011, Filiep Deruyck

De correctionele rechtbank groeit, het hof van assisen krimpt, Edition:Strafrecht, meer ... dan ooit, pp: 57 - 72, published by: Die Keure, ISBN-ISSN: 978-90-486-1161-4, 2011, Filiep Deruyck, Michel Rozie

De overschrijding van de redelijke termijn en de onderzoeksgerechten: let's get serious, Edition:Het strafrecht bedreven. Liber Amicorum Alain De Nauw, pp: 171 - 182, eds: Filiep Deruyck en Michel Rozie, published by: Die Keure, ISBN-ISSN: 978-90-486-1220-8, 2011, Filiep Deruyck

De repressieve en preventieve witwaswetgeving, Edition:Geboeid door het strafrecht. De advocaat en de strafrechtspleging, pp: 13 - 32, eds: Vlaamse Conferentie bij de Balie te Antwerpen, published by: Larcier, ISBN-ISSN: 978-2-8044-4597-3, 2011, Filiep Deruyck

Het instellen van de fiscale strafvervolging, Edition:Actuele problemen van het fiscaal strafrecht, pp: 99 - 155, published by: Intersentia, ISBN-ISSN: 978-94-000-0155-8, 2011, Filiep Deruyck

Verbeurdverklaring bij witwassen: een steeds wonderbaarlijkere visvangst. De zoektocht naar het voorwerp van het witwasmisdrijf., Edition:Strafrecht, meer ... dan ooit, pp: 247 - 267, published by: Die Keure, ISBN-ISSN: 978-90-486-1161-4, 2011, Filiep Deruyck

Daderschap en verantwoordelijkheid voor sociaalrechtelijke misdrijven, Edition:Sociaal handhavingsrecht, , Issue: , pp: 87 - 132, eds: , published by: Maklu, ISBN-ISSN: 978-90-466-0346-8, 2010, Filiep Deruyck, Patrick Waeterinckx

Over de correctionalisering van misdaden: pleidooi voor 'intelligent design', Edition:De wet voorbij. Liber Amicorum Luc Huybrechts, , Issue: , pp: 123 - 140, eds: DERUYCK F., VERSTRAETEN R., TRAEST Ph. en ROZIE M., published by: Intersentia, ISBN-ISSN: 978-94-000-0080-3, 2010, Filiep Deruyck

Tien jaar strafrechtelijke verantwoordelijkheid van de rechtspersoon (1999-2009). Verleden en heden van de rechtspersoon in het strafrecht vanuit juridisch en praktisch oogpunt., Edition:C.B.R. Jaarboek 2009-2010, , Issue: , pp: 1 - 92, eds: , published by: Intersentia, ISBN-ISSN: 978-94-000-0104-6, 2010, Filiep Deruyck, Patrick Waeterinckx

De regeling van de rechtspleging, Edition:De praktijkjurist, N° in volume: XIV, pp: 151 - 175, published by: Story, ISBN-ISSN: 90-8764-029-3, 2008, Filiep Deruyck

Witwassen : recente ontwikkelingen, Edition:Recente ontwikkelingen in het strafrecht, , Issue: , pp: 341 - 378, eds: , published

by: Larcier, ISBN-ISSN: 978-2-8044-0052-1, 2008, Filiep Deruyck

De vernieuwde wet op de voorlopige hechtenis, Edition:De groeipijnen van het strafrecht, pp: 1 - 27, published by: Die Keure, ISBN-ISSN: 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-394-6, 2007, Filiep Deruyck

Wat krom is, wordt recht. Over de bruikbaarheid van onrechtmatig verkregen bewijs, Edition:XXXIIste Postuniversitaire Cyclus Willy Delva - Strafrecht en strafprocesrecht - 2005/2006, pp: 201 - 231, published by: Kluwer, ISBN-ISSN: 90-465-1067-0, 2006, Filiep Deruyck

De wet van 19 december 2002 tot uitbreiding van de mogelijkheden tot inbeslagnemen en verbeurdverklaring in strafzaken, Edition:Strafrecht van nu en straks, pp: 89 - 110, published by: Die Keure, ISBN-ISSN: 90-5958-110-5, 2003, Filiep Deruyck

Is de wetgever met de wetsontwerpen inzake informaticacriminaliteit on-line of off-line ?, Edition:Internet en Recht, Internet en Recht, pp: 531 - 547, published by: Maklu, ISBN-ISSN: 90-6215-731-9, 2001, Filiep Deruyck

Witwassen. Actualiteit en perspectieven., Edition:De financiële misdrijven - Les délits financiers, , Issue: , Volume: , N° in volume: , pp: 101 - 113, eds: , published by: Bruylant, ISBN-ISSN: 2-8027-1402-3, 2001, Filiep Deruyck

Individuele strafrechtelijke verantwoordelijkheid, strafrechtelijke verantwoordelijkheid van bedrijfsleiders en van organisaties, Edition:Le Corpus Iuris au regard du droit belge, pp: 60 - 74, published by: Bruylant-Maklu, ISBN-ISSN: 2-8027-1371-X, 2000, Filiep Deruyck

De wet van 6 april 1995 inzake de secundaire markten, het statuut van en het toezicht op de beleggingsondernemingen, de bemiddelaars en de beleggingsadviseurs : strafrechtelijke en administrafrechtelijke handhaving, Edition:Ondernemingsstrafrecht, pp: 115 - 131, ISBN-ISSN: 90-5751-245-9, 1999, Filiep Deruyck

Het verband tussen Beccaria en Euro 2000. Het handhavingsstelsel in de wet van 21 december 1998 betreffende de veiligheid bij voetbalwedstrijden, Edition:Liber Amicorum J. Van den heuvel, pp: 475 - 491, published by: Kluwer, ISBN-ISSN: 90-5583-500-5, 1999, Filiep Deruyck

Kritische analyse, Edition:Vennootschappen weldra strafbaar, pp: 37 - 44, published by: Larcier, ISBN-ISSN: 2-8027-1307-8, 1999, Filiep Deruyck

Ondernemingen morgen strafrechtelijk in het nauw ?, Edition:Onderneming en parket, pp: 53 - 70, eds: Blanpain R. en Carmen I., published by: Maklu, ISBN-ISSN: 90-6215-686-X, 1999, Filiep Deruyck

Daderschap en verantwoordelijkheid voor sociaalrechtelijke misdrijven, Edition:Sociaal Strafrecht, pp: 93 - 111, published by: Maklu, ISBN-ISSN: 90-6215-638-X, 1998, Filiep Deruyck

De strafrechtelijke verantwoordelijkheid voor door publiekrechtelijke rechtspersonen gepleegde misdrijven, Edition:Tijdschrift voor Gemeenterecht, Milieuaansprakelijkheid van gemeenten, pp: 121 - 135, published by: Kluwer, ISBN-ISSN: 90-5583-338-X, 1998, Filiep Deruyck

Naar een strafrechtelijke aansprakelijkheid van de rechtspersoon in België, Edition:De strafrechtelijke en civielrechtelijke aansprakelijkheid van de rechtspersoon en zijn bestuurders, pp: 35 - 47, eds: METRO, published by: Intersentia, ISBN-ISSN: 90-5095-061-2, 1998, Filiep Deruyck

Over de voordeelontneming, Edition:Wie is er bang van het strafrecht, XXIVste Postuniversitaire Cyclus Willy Delva 1997-1998, pp: 415 - 430, published by: M&s en Breesch, ISBN-ISSN: 90-5462-281-4, 1998, Filiep Deruyck

De burgerrechtelijke gevolgen van stedebouwmisdrijven, Edition:XXIIIste Postuniversitaire Cyclus Willy Delva 1996-1997, De doorwerking van het publiekrecht in het privaatrecht, pp: 339 - 360, published by: Mys & Breesch, ISBN-ISSN: 90-5462-240-7, 1997, Filiep Deruyck

De fiscaal administratieve sancties in het licht van artikel 6 E.V.R.M., Edition:Fiscaal straf- en strafprocesrecht, pp: 23 - 41, published by: Mys & Breesch, ISBN-ISSN: 90-5462-203-2, 1996, Filiep Deruyck

Witwassen, Edition:1996, Strafrechtelijke kwalificaties jurisprudentie, N° of pages: 13, published by: Maklu, ISBN-ISSN: , 1996, Filiep Deruyck

Witwassen, Edition:1996, Commentaar Strafrecht en Strafvordering, N° of pages: 24, published by: Kluwer, ISBN-ISSN: , 1996, Filiep Deruyck

De strafbepalingen in de wet van 17 juli 1975 m.b.t. de boekhouding en de jaarrekening van ondernemingen, Edition:Liber Amicorum Paul De Vroede, pp: 609 - 629, published by: Kluwer, ISBN-ISSN: 90-6321-931-8, 1994, Filiep Deruyck

Gewelddaden en smaad, Edition:1990, Strafrechtelijke kwalificaties met jurisprudentie, N° of pages: 36, published by: Maklu, ISBN-ISSN: , 1990, Filiep Deruyck

*articles in scientific journals with a national referee system*

Het is lastig te pleiten zonder toga. Over het onhoudbare artikel 2bis V.T. Sv., Nullum Crimen, pp: 89 - 97, published by: Intersentia, ISBN-ISSN: 1782-3447, 2013, Filiep Deruyck

Kroniek van de rechtspraak van het Grondwettelijk Hof in strafzaken in 2012, Edition:Nullum Crimen, Issue: 2013, pp: 205 - 237, published by: Intersentia, published at: Antwerpen-Cambridge, ISBN-ISSN: 1782-3447, 2013, Filiep Deruyck, Daniel De Wolf, Bjorn Vervoort, Henri Berkmoes, Patrick Waeterinckx

Kroniek van de rechtspraak van het Grondwettelijk Hof in strafzaken in 2011, Edition:Nullum Crimen, Issue: 2012, pp: 28 - 62, published by: Intersentia, ISBN-ISSN: 1782-3447, 2012, Filiep Deruyck, Daniel De Wolf, Bjorn Vervoort, Henri Berkmoes

Beroepsgeheim. Wettelijk kader en begrippenomschrijving., Edition:Antenne, pp: 5 - 13, published by: De Mens Nu (UVV), ISBN-ISSN: 0772-6627, 2011, Filiep Deruyck

Over de borgsom, het genadeverzoek en de rechtsdwaling, Edition:Algemeen Juridisch Tijdschrift, Noot onder Antwerpen, 11 april 1996, Issue: 97, pp: 234 - 235, eds: , published by: , ISBN-ISSN: 0, 2007, Filiep Deruyck

Over de duur van de handhaving van de voorlopige hechtenis, Edition:Nullum Crimen, Noot onder K.I. Gent, 23 mei 2006, Issue: 5, Volume: 2006, pp: 332 - 334, eds: , published by: , ISBN-ISSN: 1782-3447, 2006, Filiep Deruyck

Meester ! Meester ! Over de meldingsplicht van advocaten ter voorkoming van het witwassen van geld, Edition:Tijdschrift voor Strafrecht, , Issue: 18, pp: 208 - 218, eds: , published by: Kluwer, ISBN-ISSN: 1379-4930, 2004, Filiep Deruyck

Het vrij beroep van advocaat, Edition:Nieuw Tijdschrift van de V.U.B., ISBN-ISSN: 0775-440X, 2002, Filiep Deruyck, Van Den Heuvel J.

Omkoping in het Belgisch Strafrecht., Edition:Tijdschrift voor Strafrecht, pp: 50 - 75, published by: Kluwer, ISBN-ISSN: 1379-4930, 2002, Filiep Deruyck

De (niet)-retroactiviteit van de decumulbepaling van artikel 5, lid 2 van het strafwetboek : een gesloten discussie ?, Edition:Tijdschrift voor Strafrecht, , Issue: , Volume: 2000, N° in volume: , pp: 264 - 269, eds: , published by: Kluwer, ISBN-ISSN: 1379-4930, 2000, Filiep Deruyck, B. Spriet

De strafrechtelijke verantwoordelijkheid van de rechtspersonen, Edition:Rechtskundig Weekblad, , Issue: , Volume: 63, N° in volume: , pp: 897 - 914, eds: , published by: Intersentia, ISBN-ISSN: 1782-3463, 2000, Alain De Nauw, Filiep Deruyck

De wet van 4 mei 1999 tot invoering van de strafrechtelijke verantwoordelijkheid van rechtspersonen. Een overzicht van de nieuwe bepalingen., Edition:Tijdschrift voor Belgisch Handelsrecht, pp: 653 - 657, ISBN-ISSN: 0772-8050, 1999, Filiep Deruyck

Nogmaals over de fiscale boeten inzake B.T.W., Edition:Notarieel en fiscaal maandblad, Noot onder Cass., 15 november 1996, pp: 80 - 81, ISBN-ISSN: 1370-3889, 1998, Filiep Deruyck

De bijzondere verbeurdverklaring van vermogensvoordelen t.a.v. derden : een ontontwarbaar kluwen ?, Edition:Rechtskundig Weekblad, Noot onder Gent, 20 juni 1996, pp: 154 - 157, ISBN-ISSN: 1782-3463, 1997, Filiep Deruyck, Marc De Swaef

Naar een strafrechtelijke verantwoordelijkheid van rechtspersonen ?, Edition:Nieuw Tijdschrift van de V.U.B. - Dienst Uitgaven, pp: 10 - 18, ISBN-ISSN: 0775-440-X, 1997, Filiep Deruyck

Over de rechtspersoon als dader van een misdrijf en de toepassing van het 'non bis in idem'-beginsel, Edition:Recente Arresten van het Hof van Cassatie, Noot onder Cass., 7 november 1995, pp: 4 - 10, ISBN-ISSN: , 1997, Filiep Deruyck

Over de verbeurdverklaring bij het misdrijf van witwassen, Edition:Algemeen Juridisch Tijdschrift, Noot onder Antwerpen, 3 januari 1997, pp: 549 - 550, ISBN-ISSN: , 1997, Filiep Deruyck

Pour quand la responsabilité pénale des personnes morales ?, Edition:Journal des Tribunaux, pp: 697 - 704, ISBN-ISSN: 0021-812X, 1997, Filiep Deruyck

Over artikel 34 Wet Voorlopige Hechtenis - Het arrest van het Hof van Cassatie van 17 maart 1993, Edition:Recente Arresten van het Hof van Cassatie, pp: 131 - 132, ISBN-ISSN: , 1993, Filiep Deruyck

De wet van 11 februari 1991 tot invoeging van een artikel 88bis in het Wetboek van strafvordering betreffende het opsporen van telefonische mededelingen, Edition:Rechtskundig Weekblad 1991-1992, pp: 10 - 15, published by: Intersentia, ISBN-ISSN: 1782-3463, 1992, Filiep Deruyck

Het wetsontwerp van 25 september 1991 tot afschaffing van de doodstraf, Edition:Rechtskundig Weekblad 1991-1992, pp: 872 - 887, published by: Intersentia, ISBN-ISSN: 1782-3463, 1992, Filiep Deruyck

Over de toerekening van door rechtspersonen gepleegde misdrijven, Edition:Tijdschrift voor Milieurecht, Noot onder Antwerpen,

24 april 1992, pp: 20 - 23, ISBN-ISSN: , 1992, Filiep Deruyck

Over fiscale geldboeten inzake B.T.W. en artikel 6, 1ste lid E.V.R.M., Edition:Notarieel en Fiscaal Maandblad, Noot onder Cass., 27 september 1991, pp: 252 - 258, ISBN-ISSN: 1370-3889, 1992, Filiep Deruyck

Naar een verdere depenalisatie in de Handelspraktijkenwet, Edition:Droit de Consommation - Consumentenrecht, Noot onder Corr. Gent, 11.4.1990, pp: 546 - 554, ISBN-ISSN: 1370-6888-90, 1991, Filiep Deruyck

Over de problematiek van de rechtspersonen (en ermee gelijkgestelde groeperingen) in het Belgisch strafrecht naar Belgisch en Duits recht : de administratieve weg ?, Edition:Rechtskundig Weekblad 1990-1991, pp: 1251 - 1267, published by: Intersentia, ISBN-ISSN: 1782-3463, 1991, Filiep Deruyck

Societas delinquere potest ... en wat dan nog ? Over het ontbreken van de strafrechtelijke verantwoordelijkheid van rechtspersonen naar Belgisch recht, Edition:Panopticon, pp: 249 - 259, ISBN-ISSN: 0771-1409, 1991, Filiep Deruyck

Het materieel en formeel fiscaal strafrecht in België en Frankrijk - Een rechtsvergelijkende studie n.a.v. het handvest van de belastingplichtige, Edition:Rechtskundig Weekblad, pp: 657 - 667, ISBN-ISSN: 1782-3463, 1989, Filiep Deruyck


*scientific editor of scientific monographs / anthologies and journals*

Amicus Curiae. Liber Amicorum Marc De Swaef, N° of pages: 575, eds: F. Deruyck et alii, published by: Intersentia, published at: Antwerpen-Cambridge, ISBN-ISSN: 978-94-000-0430-6, 2013,

Het strafrecht bedreven. Liber Amicorum Alain De Nauw, N° of pages: 750, eds: Filiep Deruyck en Michel Rozie, published by: Die Keure, ISBN-ISSN: 978-90-486-1220-8, 2011,

Strafrecht, meer ... dan ooit., N° of pages: 268, published by: Die Keure, ISBN-ISSN: 978-90-486-1161-4, 2011,

De wet voorbij. Liber Amicorum Luc Huybrechts, Edition:De wet voorbij. Liber amicorum Luc Huybrechts., , Issue: , N° of pages: 642, eds: Filiep Deruyck, Marc De Swaef, Joëlle Rozie, ... [et al.]., published by: Intersentia, ISBN-ISSN: 978-94-000-0080-3, 2010,


*communications at international congresses / symposia integrally published in proceedings*

Dans quelle mesure et sous quelles conditions d'application de peines pénales à des personnes physiques, et leur éventuelle extension à des personnes morales ou l'exercice d'une politique d'application de telles peines, sont-elles de nature à augmenter l'efficacité de la mise en oeuvre du droit de la concurrence ?, Edition:Revue Internationale de Droit Pénal, Intenationaal Rapport Question 4, Issue: , eds: , published by: Eres, ISBN-ISSN: 0223-5404, 2004, Filiep Deruyck


*annotations*

Geannoteerd Strafwetboek, Edition:2013, N° of pages: 1362, published by: die Keure, published at: Brugge, ISBN-ISSN: 978-90-486-1784-5, 2013, Filiep Deruyck

Geannoteerd Strafwetboek, Edition:2012, N° of pages: 1320, published by: Die Keure, ISBN-ISSN: 978-90-486-0914-7, 2012, Filiep Deruyck

Geannoteerd Strafwetboek, Edition:2011, N° of pages: 1216, eds: Deruyck, Spriet, Traest en Verstraeten, published by: Die Keure, ISBN-ISSN: 978-90-486-0907-9, 2011, Filiep Deruyck

Geannoteerd Strafwetboek, Edition:2010, published by: Die Keure, ISBN-ISSN: 978-90-486-0550-7, 2010, Filiep Deruyck

Geannoteerd Strafwetboek, Edition:Strafrecht geannoteerd 2009, , Issue: , eds: , published by: die keure, ISBN-ISSN: 978-90-486-0291-9, 2009, Filiep Deruyck

Geannoteerd Strafwetboek, Edition: 2008, , eds: , published by: Die Keure, ISBN-ISSN: 978-90-486-0131-8, 2008, Filiep Deruyck

Geannoteerd Strafwetboek, Edition:Strafrecht geannoteerd 2006-2007, , Issue: , eds: , published by: Die Keure, ISBN-ISSN: 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-407-3, 2007, Filiep Deruyck

Geannoteerd Strafwetboek, Edition: , , Issue: 2005-2006, eds: , published by: Die Keure, ISBN-ISSN: 90-5958-990-4, 2006, Filiep Deruyck

Geannoteerd Strafwetboek, Edition: , , Issue: 2003, eds: , published by: Die Keure, ISBN-ISSN: 90-5958-144-X, 2004, Filiep Deruyck

Geannoteerd Strafwetboek, Edition: , , Issue: 2002, eds: , published by: Die Keure, ISBN-ISSN: 90-5751-475-3, 2003, Filiep Deruyck

Geannoteerde strafbepalingen Wetboek van Vennootschappen, Edition: , , Issue: 2003, eds: , published by: Die Keure, ISBN-ISSN: 90-5958-109-1, 2003, Filiep Deruyck

Geannoteerde strafbepalingen Wetboek van Vennootschappen, Edition: , , Issue: 2002, eds: , published by: Die Keure, ISBN-ISSN: 90-5751-553-9, 2002, Filiep Deruyck

Geannoteerde strafbepalingen Wetboek van Vennootschappen, Edition: , , Issue: 2000, Volume: , N° in volume: , pp: - , eds: , published by: Die Keure, ISBN-ISSN: 90-5751-301-3, 2000, Filiep Deruyck

Geannoteerde strafbepalingen Vennootschappenwet, published by: Die Keure, ISBN-ISSN: , 1998, Filiep Deruyck

*monograph/ handbook*

Syllabus bijzondere strafwetten, Edition:2014, Issue: 2, pp: 1 - 255, published by: VUB, published at: Brussel, , 2014, Daniel De Wolf, Filiep Deruyck

Syllabus Economisch en Financieel Strafrecht, Edition:2013, N° of pages: 158, published by: Pointcarré, , 2013, Filiep Deruyck

Syllabus Inleiding tot het strafrecht en strafprocesrecht, Edition:2013, N° of pages: 120, published by: Dienst Uitgaven VUB, , 2013, Filiep Deruyck

Syllabus Strafprocesrecht, Edition:2013, N° of pages: 340, , 2013, Filiep Deruyck

Syllabus Economisch en Financieel Strafrecht, Edition:2012, N° of pages: 156, published by: Pointcarré, , 2012, Filiep Deruyck

Syllabus Inleiding tot het strafrecht en het strafprocesrecht, Edition:2012, N° of pages: 115, published by: Dienst Uitgaven VUB, , 2012, Filiep Deruyck

Syllabus Strafprocesrecht, Edition:2012, N° of pages: 327, , 2012, Filiep Deruyck

Syllabus Bijzondere Strafwetten, Edition:2011, N° of pages: 200, published by: Dienst Uitgaven VUB, , 2011, Filiep Deruyck, Daniel De Wolf

Syllabus Economisch en Financieel Strafrecht, Edition:2011, N° of pages: 153, published by: Pointcarré, , 2011, Filiep Deruyck

Syllabus Inleiding tot het strafrecht en strafprocesrecht, Edition:2011, N° of pages: 113, published by: Dienst Uitgaven V.U.B., , 2011, Filiep Deruyck

Syllabus Strafprocesrecht, Edition:2011, N° of pages: 305, , 2011, Filiep Deruyck

Syllabus Vergelijkend Strafrecht en Strafprocesrecht, Edition:2011, N° of pages: 120, published by: Pointcarré, , 2011, Filiep Deruyck

Syllabus Bijzondere strafwetten, Edition:2010, N° of pages: 132, published by: Pointcarré, , 2010, Filiep Deruyck

Syllabus Economisch en financieel strafrecht, Edition:2010, N° of pages: 149, published by: Pointcarré, , 2010, Filiep Deruyck

Syllabus Strafprocesrecht, Edition:2010, N° of pages: 294, published by: Dienst Uitgaven VUB, , 2010, Filiep Deruyck

Syllabus Vergelijkend strafrecht en strafprocesrecht, Edition:2010, N° of pages: 116, published by: Pointcarré, , 2010, Filiep Deruyck

Syllabus Bijzondere strafwetten, Edition:2009, N° of pages: 120, published by: Pointcarré, , 2009, Filiep Deruyck

Syllabus Economisch en financieel strafrecht, Edition:2009, N° of pages: 145, published by: Pointcarré, , 2009, Filiep Deruyck

Syllabus Strafprocesrecht, Edition:2009, N° of pages: 275, published by: Dienst uitgaven V.U.B., , 2009, Filiep Deruyck

Syllabus Vergelijkend strafrecht en strafprocesrecht, Edition:2009, N° of pages: 115, published by: Pointcarré, , 2009, Filiep Deruyck

Syllabus Bijzondere strafwetten, Edition:2008, N° of pages: 113, published by: Pointcarré, , 2008, Filiep Deruyck

Syllabus Economisch en financieel strafrecht, Edition:2008, N° of pages: 143, published by: Pointcarré, , 2008, Filiep Deruyck

Syllabus Strafprocesrecht, Edition:2008, N° of pages: 269, published by: Dienst uitgaven V.U.B., , 2008, Filiep Deruyck

Syllabus Vergelijkend strafrecht en strafprocesrecht, Edition:2008, N° of pages: 113, published by: Pointcarré, , 2008, Filiep Deruyck

Syllabus Bijzondere Strafwetten, Edition:2007, N° of pages: 110, published by: Pointcarré, , 2007, Filiep Deruyck

Syllabus Economisch en financieel strafrecht, Edition:2007, N° of pages: 140, published by: Pointcarré, , 2007, Filiep Deruyck

Syllabus Strafprocesrecht, Edition:2007, N° of pages: 257, published by: Dienst Uitgaven V.U.B., , 2007, Filiep Deruyck

Syllabus Vergelijkend Strafrecht en Strafprocesrecht, Edition:2007, N° of pages: 110, published by: Pointcarré, , 2007, Filiep Deruyck


*other specialist publications*

Bamacodex Strafrecht, Edition:2013-2014, N° of pages: 404, published by: die Keure, published at: Brugge, ISBN-ISSN: 978-90-486-1800-2, 2013,

Bamacodex Strafrecht, Edition:2012-2013, N° of pages: 389, published by: Die Keure, ISBN-ISSN: 978-90-486-1518-6, 2012,

Bamacodex Strafrecht, Edition:2011-2012, N° of pages: 369, published by: Die Keure, ISBN-ISSN: 978-90-486-1097-6, 2011,

Bamacodex Strafrecht, Edition:2010-2011, published by: Die Keure, ISBN-ISSN: 978-90-486-0705-1, 2010,

Bamacodex Strafrecht, Edition:2009-2010, published by: Die Keure, ISBN-ISSN: 978-90-486-0399-2, 2009,

Bamacodex Strafrecht, Edition:2008-2009, published by: Die Keure, ISBN-ISSN: 978-90-486-0011-3, 2008,

Bamacodex Strafrecht, Edition:2007-2008, published by: Die Keure, ISBN-ISSN: 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-630-5, 2007,

Bamacodex Strafrecht, Edition:2006-2007, published by: Die Keure, ISBN-ISSN: , 2006,

Boekbespreking : Chronique de droit pénal 1992-1995, Edition:Tijdschrift voor Privaatrecht, N° of pages: 142, published by: Larcier, ISBN-ISSN: 978-90-465-1443-6, 1998, Filiep Deruyck

Boekbespreking : Strafbaarheid van overheden, Edition:Rechtskundig Weekblad 1998-1999, N° of pages: 832, published by: W.E.J.Tjeenk Willink, ISBN-ISSN: 1782-3463, 1998, Filiep Deruyck

Boekbespreking : Een stille revolutie in het strafrecht, Edition:Panopticon, pp: 305 - 306, ISBN-ISSN: 0771-1409, 1997, Filiep Deruyck

Verslag : De doorwerking van het Europees gemeenschapsrecht in de strafbaarstelling van het interne Belgische strafrecht, Edition:Rechtskundig Weekblad 1995-1996, Sectie Strafrecht van het XXXXVIIe Wetenschappelijk Congres van de Vlaamse Juristenvereniging, pp: 1147 - 1148, ISBN-ISSN: 1782-3463, 1996, Filiep Deruyck

Boekbespreking : Het bewijs in strafzaken, Edition:Tijdschrift voor Privaatrecht, eds: Ph. Traest, published by: Mys & Breesch, ISBN-ISSN: 978-90-465-1443-6, 1993, Filiep Deruyck

Boekbespreking : Schengen en de praktijk, Edition:Tijdschrift voor Privaatrecht, pp: 718 - 720, published by: Mys & Breesch, ISBN-ISSN: 978-90-465-1443-6, 1993, Filiep Deruyck

Verslag : Criminele organisaties, Edition:Rechtskundig Weekblad 1991-1992, pp: 862 - 863, eds: Afdeling Strafrecht van de Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland, ISBN-ISSN: 1782-3463, 1992, Filiep Deruyck

Boekbespreking : La protection des droits de l'homme dans la procédure pénale en Egypte, en France et aux Etats-Unis, Edition:Revue de Droit Pénal et de Criminologie, Deuxième conférence du Groupe Egyptien de l'A.I.D.P., Nouvelles Etudes Pénales de l'A.I.D.P., N° in volume: 8, pp: 269 - 274, ISBN-ISSN: 0035-4384, 1991, Filiep Deruyck

Boekbespreking : Strafbare rechtspersonen in Amerika, Edition:Panopticon, N. Jörg, pp: 497 - 499, ISBN-ISSN: 0771-1409, 1991, Filiep Deruyck

Boekbespreking : Grensoverschrijdend strafrecht, Edition:Rechtskundig Weekblad, Afdeling straf(proces)recht - Rijksuniversiteit Leiden, N° of pages: 265, ISBN-ISSN: 1782-3463, 1990, Filiep Deruyck

Column : Strafrecht in beweging, Edition:Tijdschrift voor Rechtsdocumentatie, pp: 291 - 292, ISBN-ISSN: 0771-0704, 1990,

Filiep Deruyck

Verslag : De administratieve sanctie en art. 6.E.V.R.M., Edition:Rechtskundig Weekblad 1989-1990, Afdeling Publiekrecht van de Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland, pp: 856 - 857, ISBN-ISSN: 1782-3463, 1990, Filiep Deruyck

## *Events:*

Hoe algemeen is het bijzonder strafrecht ?, 2014, organized by Leerstoel Marcel Storme (BE), contributions: Filiep Deruyck participant

Nieuwe bevoegdheden voor de uitvoering van vermogensstraffen: het strafrechtelijk uitvoeringsonderzoek anno 2014, 2014, organized by FRC: Fundamental Rights and Constitutionalism, contributions: Filiep Deruyck other lecture - oral contribution : panel-member, Marc Cools other lecture - oral contribution : panel-member, Paul De Hert other lecture - oral contribution : chairman (congress - session, Tom Decaigny Chairman

Strafrecht in breed spectrum, 2014, organized by STRA: Criminal Law and Procedural Law(V), contributions: Filiep Deruyck Chairman, Filiep Deruyck organizer

Beroepsgeheim en verschoningsrecht in het strafprocesrecht, 2013, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (BE), contributions: Filiep Deruyck participant

Bestraffing in Nederland en België., 2013, organized by Nederlands-Vlaamse Vereniging voor strafrecht (BE), contributions: Filiep Deruyck participant

De motivering in strafzaken., 2012, organized by Nullum Crimen (BE), contributions: Filiep Deruyck participant

Het is lastig te pleiten zonder toga. Feestrede 200 jaar Orde van Advocaten Antwerpen., 2012, organized by Orde van Advocaten Antwerpen (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Over de ondergrens en de bovengrens van culpa in het Belgisch en Nederlands strafrecht, 2012, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

De (voorstellen tot) hervorming van het strafprocesrecht, 2011, organized by Magistratuur en maatschappij (BE), contributions: Filiep Deruyck other lecture - oral contribution : moderator

De burgerlijke vordering voor de strafrechter, 2011, organized by C.B.R. (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De burgerlijke vordering voor de strafrechter, 2011, organized by C.B.R. (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De neutrale strafrechter, 2011, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

De onverjaarbaarheid (?) van het fiscaal gebruik van valse stukken, 2011, organized by Fiscaal Gezelschap (VZW Fiskofoon en Uitgeverij Larcier) (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Gedragsverboden en vrijheidsbeperkingen, 2011, organized by Nederlands-Vlaamse Vereniging voor strafrecht (BE), contributions: Filiep Deruyck participant

Het strafrecht bedreven. Feestviering Alain De Nauw, 2011, organized by STRA: Criminal Law and Procedural Law(V), contributions: Filiep Deruyck organizer

Integriteitsschendingen: een juridische benadering, 2011, organized by Stad Antwerpen (BE), contributions: Filiep Deruyck other lecture - oral contribution : chairman (congress - session, Filiep Deruyck other lecture - oral contribution : moderator

Preventieve en repressieve witwaswetgeving, 2011, organized by Vlaamse Conferentie Balie Antwerpen (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Beroepsgeheim: wettelijk kader en begrippenomschrijving, 2010, organized by Unie van Vrijzinnige Verenigingen, contributions: Filiep Deruyck main lecture at invitation of the organization

Beroepsgeheim: wettelijk kader en begrippenomschrijving, 2010, organized by Unie van Vrijzinnige Verenigingen, contributions: Filiep Deruyck main lecture at invitation of the organization

Beroepsgeheim: wettelijk kader en begrippenomschrijving, 2010, organized by Unie van Vrijzinnige Verenigingen, contributions: Filiep Deruyck main lecture at invitation of the organization

De strafrechtelijke verantwoordelijkheid van leidinggevenden, 2010, organized by Nederlands Vlaamse vereniging voor Strafrecht (NL), contributions: Filiep Deruyck participant

Fiscaal straf- en strafprocesrecht. Beslag en verbeurdverklaring in fiscale zaken, 2010, organized by vakgroep fiscaal recht VUB (BE), contributions: Filiep Deruyck Chairman

Fiscaal straf- en strafprocesrecht. De strafbaarstelling inzake fiscale fraude. Fiscale valsheid in geschriften en het gebruik van valse stukken: een stand van zaken, 2010, organized by vakgroep fiscaal recht VUB (BE), contributions: Filiep Deruyck participant

Het instellen van de fiscale strafvervolging, 2010, organized by vakgroep fiscaal recht VUB (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Materieelrechtelijke aspecten van mensenhandel, 2010, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

Recente tendensen in het strafprocesrecht, 2010, organized by Orde van Advocaten Antwerpen (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Verbeurdverklaring bij witwassen: een steeds wonderbaarlijkere visvangst, 2010, organized by Vrije Universiteit Brussel - Vakgroep Strafrecht en Strafprocesrecht (BE), contributions: Filiep Deruyck main lecture at invitation of the organization, Filiep Deruyck organizer, Filiep Deruyck Chairman

De duur van het strafproces in België en Nederland., 2009, organized by Nederlands Vlaamse vereniging voor Strafrecht (NL), contributions: Filiep Deruyck organizer

Staatsgeheimen en het strafproces, 2009, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

Tien jaar strafrechtelijke verantwoordelijkheid van de rechtspersoon, 2009, organized by Centrum voor Beroepsvervolmaking in de Rechten (BE), contributions: Patrick Waeterinckx main lecture at invitation of the organization, Filiep Deruyck main lecture at invitation of the organization

Tien jaar strafrechtelijke verantwoordelijkheid van de rechtspersoon, 2009, organized by Centrum voor Beroepsvervolmaking in de Rechten (BE), contributions: Filiep Deruyck main lecture at invitation of the organization, Patrick Waeterinckx main lecture at invitation of the organization

Van misdrijf tot straf. Het verloop van de strafprocedure., 2009, organized by Uitstraling Permanente Vorming - U.P.V. (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Waar komen we vandaan, hoe is het zo ver kunnen komen en waar gaan we naar toe ?

Het recht op bijstand van een advocaat bij het verhoor. Over Salduz, Panovits e.a., 2009, organized by Faculteit Recht en Criminologie (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Daderschap voor sociaalrechtelijke misdrijven, 2008, organized by SORE: Social Law(V), contributions: Filiep Deruyck main lecture at invitation of the organization

Het recht van verdediging in strafzaken, 2008, organized by Nullum Crimen (BE), contributions: Filiep Deruyck co-organizer

Multiculturaliteit in strafrecht, 2008, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

Van misdrijf tot straf. Het verloop van de strafprocedure, 2008, organized by Uitstraling Permanente Vorming - U.P.V. (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Witwassen : recente ontwikkelingen, 2008, organized by Orde van Advocaten Balie Kortrijk (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Witwassen als nooit tevoren, 2008, organized by Nederlands Vlaamse vereniging voor Strafrecht (NL), contributions: Filiep Deruyck main lecture at invitation of the organization

De vermogensdelicten (witwassen en omkoping), 2007, organized by FOD Justitie (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De werkwijze van de hoogste rechtscolleges, 2007, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

Het deskundigenonderzoek in strafzaken, 2007, organized by Nederlands-Vlaamse Vereniging voor strafrecht (BE), contributions:

Filiep Deruyck participant

Strafprocesrecht, 2007, organized by Orde van Advocaten Antwerpen (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Strafprocesrecht en beroepsgeheim, 2007, organized by Uitstraling en Permanente Vorming Vrije Universiteit Brussel (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De regeling van de rechtspleging, 2006, organized by Uitstraling en Permanente Vorming Vrije Universiteit Brussel (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De toepassingsmodaliteiten van de Witwaspreventiewet van 12 januari 2004 op de advocatuur, 2006, organized by Centrum Beroepsvervolmaking Limburgse Advocaten (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De vermogendelicten (oplichting, misbruik van vertrouwen, witwassen en valsheid in geschrifte), 2006, organized by FOD Justitie (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De vernieuwde wet betreffende de verlopige hechtenis, 2006, organized by STRA: Criminal Law and Procedural Law(V), contributions: Filiep Deruyck main lecture at invitation of the organization, Filiep Deruyck co-organizer

Ontwikkeling van nieuwe deelnemingsvormen, 2006, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

Strafprocesrecht, 2006, organized by Orde van Advocaten Antwerpen (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Verschoningsrecht in het strafrecht van België en Nederland, 2006, organized by Nederlands-Vlaamse Vereniging voor strafrecht (NL), contributions: Filiep Deruyck participant

Wat krom is wordt recht. Over de bruikbaarheid van onrechtmatig verkregen bewijs, 2006, organized by Post-Universitaire Cyclus Willy Delva (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Wat krom is wordt recht. Over de bruikbaarheid van onrechtmatig verkregen bewijs., 2006, organized by postuniversitaire cyclus W. Delva, U. Gent, (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De doorwerking van het EU kaderbesluit inzake overlevering, 2005, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

De vermogensdelicten (oplichting, misbruik van vertrouwen, witwassen en misdrijven i.v.m. de staat van faillissement, 2005, organized by FOD Justitie (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Recente ontwikkelingen omtrent de strafrechtelijke verjaring, 2005, organized by EuropConcept (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Recente ontwikkelingen omtrent de strafrechtelijke verjaring, 2005, organized by EuropConcept (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Recente ontwikkelingen omtrent de strafrechtelijke verjaring, 2005, organized by EuropConcept (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Strafprocesrecht, 2005, organized by Orde van Advocaten Antwerpen (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Voordeelsontneming : de procesrechtelijke invalshoek, 2005, organized by Nederlands-Vlaamse Vereniging voor strafrecht (BE), contributions: Filiep Deruyck participant

De curator en de nieuwe witwaswet, 2004, organized by vzw pro Mandato (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De meldingsplicht van advocaten ter voorkoming van het witwassen van geld, 2004, organized by EuropConcept (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De vermogensdelicten (witwassen en omkoping, 2004, organized by Seminarie gerechtelijke stagiairs (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Fiscale witwas en verbeurdverklaring, 2004, organized by Fiscaal Gezelschap (VZW Fiskofoon en Uitgeverij Larcier) (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Het strafrechtelijk sanctiestelsel en de strafoemeting, 2004, organized by Vereniging voor de Vergelijkende Studie van het Recht

van België en Nederland (NL), contributions: Filiep Deruyck participant

Nieuwe wetgeving Strafrecht (het Europees aanhoudingsbevel - de uitbreiding van de mogelijkheden tot inbeslagname en verbeurdverklaring), 2004, organized by C.B.R. (BE), contributions: Filiep Deruyck other lecture - oral contribution :: Member of the panel

Voorbereidingshandelingen in het strafrecht, 2004, organized by Nederlands Vlaamse vereniging voor Strafrecht (NL), contributions: Filiep Deruyck participant

Wie pleit witter dan wit ? De avocaat en de witwas(preventie)wet, 2004, organized by Jonge balie Leuven (BE), contributions: Filiep Deruyck other lecture - oral contribution :: Member of the panel

Actualia van strafrecht en strafprocesrecht, 2003, organized by Vlaamse Conferentie Balie Antwerpen (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De strafrechtelijke aansprakelijkheid van rechtspersonen, 2003, organized by FOD Justitie (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De strafrechtelijke verantwoordelijkheid van de rechtspersoon en voor milieudelicten, 2003, organized by Euroconcept (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De vermogensdelicten (de openbare en private omkoping), 2003, organized by Seminarie gerechtelijke stagiairs (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De wet van 19 december 2002 tot uitbreiding van de mogelijkheden tot inbeslagneming en verbeurdverklaring in strafzaken, 2003, organized by STRA: Criminal Law and Procedural Law(V), contributions: Filiep Deruyck co-organizer, Filiep Deruyck main lecture at invitation of the organization

Het vrij beroep van advocaat, 2003, organized by Orde van Advocaten Antwerpen (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

L'application de peines pénales à des personnes physiques et leur éventuelle extension à des personnes morales., 2003, organized by Ligue Internationale du droit de la concurrence (ES), contributions: Filiep Deruyck lecture after passing a selection procedure

Sanctionering van onrechtmatig verkregen bewijsmateriaal, 2003, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

Communautarisering van het straf- en strafprocesrecht, 2002, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

De strafrechtelijke aansprakelijkheid van de bestuurder versus de strafrechtelijke aansprakelijkheid van de rechtspersoon, 2002, organized by Conferentie van de Jonge Balie (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De strafrechtelijke aspecten van het witwassen versus het beroepsgeheim van de advocaat, 2002, organized by Orde van Advocaten Antwerpen (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Ondernemingen en strafrecht : een beheer(s)baar risico ?, 2002, organized by Belgian Risk Management Association (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De strafrechtelijke aansprakelijkheid van rechtspersonen, 2001, organized by Ministerie van Justitie (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Omkoping in het Belgisch strafrecht, 2001, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (BE), contributions: Filiep Deruyck pre-advisor

Responsabilité pénale des personnes morales : faites le point depuis la loi du 4 mai 1999, 2001, organized by EFE (BE), contributions: Filiep Deruyck lecture after passing a selection procedure: Responsabilité pénale des personnes morales : faites le point depuis la loi du 4 mai 1999

Strafrechtliche Verantwortlichkeit von Unternehmen, Unternehmern und Angestellten in Belgien, 2001, organized by Belgisch-Deutsche Juristen-Vereinigung (BE), contributions: Filiep Deruyck main lecture at invitation of the organization: Strafrechtliche Verantwortlichkeit von Unternehmen, Unternehmern und Angestellten in Belgien

Tussen hamer en aanbeeld ? De belastingplichtige tussen fiscus en parket, 2001, organized by K.U. Leuven (BE), contributions: Filiep Deruyck organizer: titel

Het Belgisch Openbaar Ministerie rond(t) de eeuwwisseling, 2000, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

Is de wetgever met de wetsontwerpen inzake informaticacriminaliteit on-line of off-line ?, 2000, organized by Vrije Universiteit Brussel - Vakgroep Economisch Recht (BE), contributions: Filiep Deruyck poster contribution - contribution in writing after selection pr: titel

Liability of legal persons - La responsabilité pénale des personnes morales, 2000, organized by Europese Unie - TAIEX Sofia (BE), contributions: Filiep Deruyck collaborator: titel

Perspectieven uit de ecente rechtspraak in strafzaken, 2000, organized by Vakgroep Strafrecht en Strafprocesrecht i.s.m. Belgisch Luxemburgse Unie voor Strafrecht (BE), contributions: Filiep Deruyck collaborator: titel

Twee belangwekkende nieuwigheden in het strafrecht : de strafrechtelijke verantwoordelijkheid van rechtspersonenen het snelrecht., 2000, organized by Vrije Universiteit Brussel, Interfacultair Departement voor Lerarenopleiding IDLO (BE), contributions: Filiep Deruyck collaborator: titel

Twee jaar wet Franchimont, 2000, organized by C.B.R. (BE), contributions: Filiep Deruyck collaborator: titel

Twee jaar wet Franchimont, 2000, organized by C.B.R. (BE), contributions: Filiep Deruyck collaborator: titel

Zekerheden en onzekerheden van de wet van 4 mei 1999, 2000, organized by Ministerie van Justitie (BE), contributions: Filiep Deruyck collaborator: titel

De beteugeling van beurs- en financiële delicten : tuchtrechtelijke en strafrechtelijke procedures, 1999, organized by Europese Vereniging voor Bank- en Financieel Recht (BE), contributions: Filiep Deruyck participant

De strafrechtelijke verantwoordelijkheid van rechtspersonen, 1999, organized by C.B.R. (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De strafrechtelijke verantwoordelijkheid van rechtspersonen, 1999, organized by DA/OR (BE), contributions: Filiep Deruyck participant

De verticale integratie van het openbaar ministerie en het federaal parket, 1999, organized by C.B.R. (BE), contributions: Filiep Deruyck participant

De wet van 4 mei 1999 tot invoering van de strafrechtelijke verantwoordelijkheid van rechtspersonen, 1999, organized by Opleiding ten behoeve van de Magistraten (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De wet van 6 april 1995 inzake de secundaire markten, het statuut van en het toezicht op de beleggingsondernemingen, de bemiddelaars en de beleggingsadviseurs, 1999, organized by KULAK (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Het onderscheid tussen de rechtssystemen in Duitsland en Nederland, 1999, organized by Vereniging voor Nederlandse Terminologie en Deutscher Terminologie-Tag e.V. (NL), contributions: Filiep Deruyck participant

Kinderpornografie in het Belgisch Strafrecht, 1999, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

Kritische analyse van de wet tot invoering van de strafrechtelijke verantwoordelijkheid van rechtspersonen, 1999, organized by Belgische Vereniging van Bedrijfsjuristen (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Le droit pénal belge à l'épreuve du crime organisé, 1999, organized by Association Internationale du Droit Pénal - Hungary (HU), contributions: Filiep Deruyck national representative

Specifieke vragen bij de wet van 4 mei 1999 tot invoering van de strafrechtelijke verantwoordelijkheid van rechtspersonen, 1999, organized by Verbond voor Belgische Ondernemingen (VBO)., contributions: Filiep Deruyck main lecture at invitation of the organization

Welke zijn de gedragingen die aanleiding tgeven tot de aansprakelijkheid ? Quid de wijze van toerekening ?, 1999, organized by EFE (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Witwassen - Actualiteit en perspectieven, 1999, organized by EVBFR - Brussel (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Daderschap en verantwoordelijkheid voor sociaalrechtelijke misdrijven, 1998, organized by SORE: Social Law(V), contributions: Filiep Deruyck main lecture at invitation of the organization

De gevolgen binnen de Belgische rechtsorde, op strafrechtelijk gebied, van arresten van het Europees Hof voor de Rechten van de Mens waarbij een schending wordt vastgesteld, 1998, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

De strafrechtelijke aspecten van de Auteurswet, m.i.h.b. de strafrechtelijke aansprakelijkheid van vennootschappen, 1998, organized by Belgische Vereniging ter Bescherming van het Auteursrecht (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De strafrechtelijke verantwoordelijkheid voor door publiekrechtelijke rechtspersonen gepleegde misdrijven, 1998, organized by STBR: Constitutional and Administrative Law(V), contributions: Filiep Deruyck main lecture at invitation of the organization

Georganiseerde Criminaliteit - Bijzonder Strafrecht, 1998, organized by katholieke universiteit Leuven (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Het recht op persoonlijke vrijheid en veiligheid - De voorlopige hechtenis - art. 5 E.V.R.M., 1998, organized by Ministerie van Justitie (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Individuele strafrechtelijke verantwoordelijkheid, strafrechtelijke verantwoordelijkheid van bedrijfsleiders en van organisaties, 1998, organized by Université de Liège (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Le Corpus Juris au regard du droit belge, 1998, organized by Université de Liège (BE), contributions: Filiep Deruyck participant

Naar een strafrechtelijke aansprakelijkheid van de rechtspersoon in België, 1998, organized by METRO (NL), contributions: Filiep Deruyck main lecture at invitation of the organization

Ondernemingen morgen strafrechtelijk in het nauw ?, 1998, organized by Skyroom Events (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Over de strafrechtelijke verantwoordelijkheid van rechtspersonen en de verbeurdverklaring van de illegale vermogensvoordelen, 1998, organized by Zone Juristen Generale Bank (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Actualia Strafprocesrecht, 1997, organized by C.B.R. (BE), contributions: Filiep Deruyck participant

Beroepsgeheim versus (economisch-financieel) strafrecht, 1997, organized by C.B.R. (BE), contributions: Filiep Deruyck participant

De sancties in het milieurecht, 1997, organized by Handhaving Milieurecht t.b.v. Magistraten (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

EVRM, BUPO-verdrag, fundamentele rechten en fiscale procedure, 1997, organized by Kluwer opleidingen (BE), contributions: Filiep Deruyck other lecture - oral contribution :: Member of the panel

Le droit pénal belge à l'épreuve du crime organisé, 1997, organized by Association Internationale du Droit Pénal (GR), contributions: Filiep Deruyck national representative

Over de voordeelsontneming, 1997, organized by postuniversitaire cyclus W. Delva, U. Gent, (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Over de voordeelsontneming, 1997, organized by Post-Universitaire Cyclus Willy Delva (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

Vertrouwensbeginsel en rechtszekerheid in België, 1997, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

De burgerrechtelijke gevolgen van stedebouw-misdrijven, 1996, organized by postuniversitaire cyclus W. Delva, U. Gent, (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De burgerrechtelijke gevolgen van stedebouw-misdrijven, 1996, organized by Post-Universitaire Cyclus Willy Delva (BE), contributions: Filiep Deruyck main lecture at invitation of the organization

De doorwerking van het Europees gemeenschapsrecht in de strafbaarstelling van het interne Belgische strafrecht, 1996, organized by Vlaamse Juristenvereniging (BE), contributions: Filiep Deruyck participant

Het nieuwe jeugdrecht, 1996, organized by C.B.R. (BE), contributions: Filiep Deruyck participant

Het tweede voorontwerp van de Commissie Strafprocesrecht, 1996, organized by Belgische-Luxemburgse Unie voor strafrecht (BE), contributions: Filiep Deruyck participant

Over witwassen en voordeelsontneming, 1996, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck pre-advisor

Strafrecht in stedebouw, 1996, organized by Gent (BE), contributions: Filiep Deruyck participant

De bestraffing van racistische gedragingen, 1995, organized by Vereniging voor de Vergelijkende Studie van het Recht van

België en Nederland (NL), contributions: Filiep Deruyck participant

De fiscaal-administratieve sancties in het licht van artikel 6 E.V.R.M., 1995, organized by STRA: Criminal Law and Procedural Law(V), contributions: Filiep Deruyck main lecture at invitation of the organization

Fiscaal straf- en strafprocesrecht, 1995, organized by STRA: Criminal Law and Procedural Law(V), contributions: Filiep Deruyck participant

Fiscaal straf- en strafprocesrecht, 1995, organized by STRA: Criminal Law and Procedural Law(V), contributions: Filiep Deruyck participant

Fiscaal straf- en strafprocesrecht, 1995, organized by STRA: Criminal Law and Procedural Law(V), contributions: Filiep Deruyck co-organizer

Fiscaal straf- en strafprocesrecht, 1995, organized by STRA: Criminal Law and Procedural Law(V), contributions: Filiep Deruyck participant

Telefoontap, 1995, organized by Vlaamse Juristenvereniging (BE), contributions: Filiep Deruyck participant

Vermogensdelicten, 1995, organized by C.B.R. (BE), contributions: Filiep Deruyck participant

De raadsman en de afwezige verdachte, 1994, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

Le droit de l'environnement, 1994, organized by UCL (BE), contributions: Filiep Deruyck participant

Le droit financier, 1994, organized by UCL (BE), contributions: Filiep Deruyck participant

Le droit fiscal, 1994, organized by UCL (BE), contributions: Filiep Deruyck participant

Le droit social, 1994, organized by UCL (BE), contributions: Filiep Deruyck participant

Le droit économique, 1994, organized by UCL (BE), contributions: Filiep Deruyck participant

Les alternatives civiles à la répression administrative et pénale, 1994, organized by UCL (BE), contributions: Filiep Deruyck participant

Les caractères généraux et les limitations de droit administratif pénal et pénal administratif, 1994, organized by UCL (BE), contributions: Filiep Deruyck participant

Les causes des métamorphoses administratives, 1994, organized by UCL (BE), contributions: Filiep Deruyck participant

Rechts(on)zekerheid in materieel en formeel strafrecht en het strafrechtelijk legaliteitsbeginsel, 1994, organized by Wetenschappelijk Congres van de Vlaamse Juristenvereniging (BE), contributions: Filiep Deruyck other lecture - oral contribution :: Respondent

Responsabilité économique et pénale des chefs d'entreprise : les nouvelles données, 1994, organized by Skyroom Events (BE), contributions: Filiep Deruyck participant

Verwerking van persoonsgegevens en privacy in de opsporing en het onderzoek, 1994, organized by Vlaamse Juristenvereniging (BE), contributions: Filiep Deruyck participant

Werkgevers achter de tralies ? Toezicht, aansprakelijkheid en beteugeling in het sociaal recht, 1994, organized by Associare (BE), contributions: Filiep Deruyck participant

België na de vierde staatshervorming, 1993, organized by Instituut Constitutioneel Recht (BE), contributions: Filiep Deruyck participant

De strafrechtelijke verantwordelijkheid van bestuurders en zaakvoerders van vennootschappen, 1993, organized by C.B.R. (BE), contributions: Filiep Deruyck participant

Les qualifications nouvelles : le droit pénal et l'éthique, l'argent et la vie privée, 1993, organized by Binnenlandse Francqui-leerstoel 1992-1993 (BE), contributions: Filiep Deruyck participant

Responsabiolité pénale des personnes morales, 1993, organized by Université de Paris (FR), contributions: Filiep Deruyck participant

Strafuitsluitingsgronden en de structuur van het misdrijf in het Belgisch strafrecht, 1993, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

De nieuwe wet op de handelspraktijken, 1992, organized by C.B.R. (BE), contributions: Filiep Deruyck participant

De voorlopige hechtenis, 1992, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

De weerslag van de restructuratie van de strijdkrachten op de organisatie en de bevoegdheid van het militair gerecht, 1992, organized by Studiecentrum voor Militair Stafrecht en oorlogsrecht (BE), contributions: Filiep Deruyck participant

De wijzigingen aan de Raad van State-wet, 1992, organized by C.B.R. (BE), contributions: Filiep Deruyck participant

Het gelijkheidsbeginsel, 1992, organized by Vlaamse Juristenvereniging (BE), contributions: Filiep Deruyck participant

Criminele organisaties, 1991, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

Het vervolgingsbeleid als onderdeel van het strafbeleid, 1991, organized by Sevi (BE), contributions: Filiep Deruyck participant

The legal protection of the financial interests of the Community, 1991, organized by E.E.G.-Commissie (BE), contributions: Filiep Deruyck participant

Tussen dogmatiek en meerduidigheid, 1991, organized by A.C. 't Hart - Leerstoel Theodore Verhaegen (BE), contributions: Filiep Deruyck participant

Wet van 20 juli 1990 betreffende de voorlopige hechtenis, 1991, organized by Katholieke Universiteit Leuven (BE), contributions: Filiep Deruyck participant

De anonieme getuige, 1990, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck participant

De beteugeling van economische inbreuken in het kader van de rechtspersoon, 1990, organized by STRA: Criminal Law and Procedural Law(V), contributions: Filiep Deruyck participant

De derde fase van de staatshervorming : wat is het ons waard ?, 1990, organized by Stichting Lodewijk de Raet (BE), contributions: Filiep Deruyck participant

Gelijkheid en non-discriminatie, 1990, organized by Katholieke Universiteit Leuven en Rijksuniversiteit Gent (BE), contributions: Filiep Deruyck participant

De administratieve geldboete in sociale zaken, 1989, organized by Vereniging voor Arbeidsrecht (VVA) (BE), contributions: Filiep Deruyck participant

De administratieve sanctie en artikel 6 E.V.R.M., 1989, organized by Vereniging voor de Vergelijkende Studie van het Recht van België en Nederland (NL), contributions: Filiep Deruyck main lecture at invitation of the organization

Die juristischen und praktischen Problemen der Unterscheidung von kriminellem Strafrecht und Verwaltungsstrafrecht, 1989, organized by Association Internationale de Droit Pénal (DE), contributions: Filiep Deruyck participant

Jeugdrecht : balans en perspectieven, 1989, organized by Organisaties voor Jeugdzorg (BE), contributions: Filiep Deruyck participant

Vraagstukken rond Federalisme in België en de Duitse Bondsrepubliek, 1989, organized by Interuniverstair Centrum voor Staatsrecht (BE), contributions: Filiep Deruyck participant

## *Scientific awards:*

Wetenschappelijke Prijs 1997 - Kring der Alumni, 1998, Universitaire stichting (BE)

René Marcq Prijs (1987-1988), 1988, Faculteit Rechtsgeleerdheid - Vrije Universiteit Brussel (BE)

## *Memberships:*

founding member of the Nullum Crimen (BE)

member of the board of the Redactiecomité van de Algemene Praktische Rechtsverzameling (BE)

founding member of the Nederlands-Vlaamse Vereniging voor strafrecht (BE)

member of the Vereniging voor de vergelijkende studie van het recht van België en Nederland (BE)

founding member of the Tijdschrift voor strafrecht (BE) (until 2005)

member of the Vlaamse Juristenvereniging (BE)

member of the board of the Algemeen Juridisch Tijdschrift (BE) (until 2002)

member of the Belgische-Luxemburgse Unie voor strafrecht (BE)