UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

LAZARE KAPLAN INTERNATIONAL INC.,

          Plaintiff,

    -against-

KBC BANK N.V. and ANTWERP DIAMOND BANK N.V.,

          Defendants.

------------------------------------x

No. 11 Civ. 9490 (ALC)

### PLAINTIFF LAZARE KAPLAN INTERNATIONAL INC.'S LIST OF AFFIANTS TO BE CROSS-EXAMINED AT "NEW MOON" EVIDENTIARY HEARING

In accordance with Rule 4.D of the Individual Practices of the Honorable Andrew L. Carter, Jr., counsel for Plaintiff Lazare Kaplan International Inc. provides the below list of affiants who we intend to cross-examine at the "New Moon" evidentiary hearing commencing on February 14, 2017:

    1)    Diane Grimmig; and

    2)    Veerle Snyers.

Dated: New York, New York
       January 20, 2017

HERRICK, FEINSTEIN LLP

By: _____

Christopher J. Sullivan
Jason A. D'Angelo
2 Park Avenue
New York, New York 10016
(212) 592-1400 (Phone)
(212) 592-1500 (Fax)
csullivan@herrick.com
jdangelo@herrick.com
*Attorneys for Plaintiff Lazare Kaplan International Inc.*

HF 11241585v.1