**Plaintiff Lazare Kaplan International Inc.'s
Deposition Designations for Philippe Loral
2/16/2016**

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 7 Ln: 8 - 12**

    **Annotation:**

```
 7: 8        Q.    Okay. Good morning, Mr. Loral.
    9     My name is Chris Sullivan.  I'm with
   10     the law firm of Herrick Feinstein, and
   11     we represent the Plaintiff in this
   12     case, Lazare Kaplan International.
```

**Pg: 10 Ln: 4 - Pg: 11 Ln: 8**

    **Annotation:**

```
10: 4        Q.    For convenience sake, I'm going
    5     to use some abbreviations in the course
    6     of today's deposition.
    7             I'm going refer to Lazare Kaplan
    8     International, Inc. as Lazare; to
    9     Antwerp Diamond Bank as ADB; to the New
   10     York office of Antwerp Diamond Bank, as
   11     ADB New York or New York office; to KBC
   12     Bank, NV, as KBC. Do you understand all
   13     of that?
   14     A.    Yes.
   15     Q.    Okay. And unless I specify
   16     otherwise or you specify otherwise, the
   17     relevant period of time for the
   18     questions I'm going to ask you is
   19     January 1, 2000 through December 31,
   20     2010. Do you understand that?
   21     A.    Yes.
   22     Q.    Okay. Are you appearing
   23     voluntarily for today's deposition?
   24     A.    Yes.
   25     Q.    Are you under a contractual
11: 1     obligation of any kind with either ADB
    2     or KBC?
    3     A.    No.
    4     Q.    Why are you appearing
    5     voluntarily today?
    6     A.    Because I don't think I can
    7     refuse to appear, according to -- I'm
    8     not a lawyer, so I mean...
```

**Pg: 12 Ln: 9 - 22**

    **Annotation:**

```
12: 9        Q.    What languages do you speak,
   10     Mr. Loral?
   11     A.    I speak Dutch, French and my
   12     third language is English, but my
   13     mother language is French and Dutch.
   14     Q.    Are you currently employed?
   15     A.    No.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 12 Ln: 9 - 22** continued...

**Annotation:**

```
12:16        Q.    And were you previously employed
   17     by ADB?
   18        A.    Yes.
   19        Q.    Were you employed by ADB during
   20     the relevant period of time from
   21     January 1, 2000 to December 31, 2010?
   22        A.    Yes.
```

**Pg: 19 Ln: 14 - Pg: 21 Ln: 16**

**Annotation:**

```
19:14           Let's talk about ADB.  What was
   15     your position or job title at ADB
   16     during the relevant period of time?
   17        A.    I was Senior Vice President and
   18     I was head of International Division,
   19     then it changed to head of the American
   20     Business that we did and then later --
   21     I think, the relevant period goes still
   22     2010?
   23        Q.    December 31, 2010.
   24        A.    I think maybe just at that time
   25     I changed I became Global Relation
20: 1     Manager. I don't remember exactly. It
    2     could be beginning of 2011, but it
    3     should be around the time.
    4        Q.    And what were your
    5     responsibilities in those various
    6     positions that you held?
    7        A.    Well, in the first and second
    8     position, in fact, my job was to create
    9     business outside of Belgium, in diamond
   10     business.  Our bank was that
   11     specialized in diamond business doing
   12     only financing of diamonds, companies
   13     but in Antwerp we were saturated so the
   14     idea was to go to other diamond centers
   15     and first started with New York and I
   16     did the same in Hong Kong and I helped
   17     to open a branch in Bombay, etcetera.
   18           In the next stage, when the
   19     branches and the rep offices became
   20     bigger, I was concentrated to New York.
   21     So then I was responsible for New York,
   22     and then much later when I was Global
   23     Region Manager I was responsible for
   24     the multinational relations with the
   25     clients.  We had, let's see, about 20
21: 1     large clients with offices in every
    2     diamond center in the world and I was
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 19 Ln: 14 - Pg: 21 Ln: 16** continued...

    **Annotation:**

```
21:  3      managing the relations with those
      4      clients.
      5        Q.   Do I understand correctly that
      6      you helped set up the New York office
      7      of ADB?
      8        A.   Yes.
      9        Q.   And when was that office first
     10      set up?
     11        A.   My first trip to New York was in
     12      December, '97 for that purpose, and we
     13      obtained a license only in December,
     14      '99, which permitted us -- I mean, you
     15      know, that we had a license of
     16      representative office.
```

**Pg: 22 Ln: 1 - Pg: 24 Ln: 6**

    **Annotation:**

```
22:  1             How many people worked in the
      2      office during that period of time?
      3        A.   Well, when we started, only one.
      4        Q.   Who was that?
      5        A.   You have to understand, as long
      6      as we did not have a license we
      7      operated in New York.  We, I mean, we
      8      informed New York State Banking
      9      Department and the Federal Reserve and
     10      we did offshore lending out of Belgium
     11      and we would travel.  The day that we
     12      got the license, Peter Driesen got
     13      title of head of the representative
     14      office he moved to New York. So that
     15      was beginning of 2000 -- yes, yes,
     16      beginning of 2000.
     17        Q.   And apart from Mr. Driesen, who
     18      were the other people who worked in the
     19      New York office of ADB?
     20        A.   Later on we had Marc Weiss and
     21      Diana David.
     22        Q.   Anybody else?
     23        A.   We hired -- yes, we hired much
     24      more people, but we never had more than
     25      five people together. I recall, of
23:  1      course, Oakley Champine, we had --
      2      well, the names I don't even remember.
      3             I know we had account officers
      4      who stayed a few months, didn't
      5      succeed.  Andy Rogow -- yes, Andy Rogow
      6      took over from Peter Driesen.  Peter
      7      was the head of the representative
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 22 Ln: 1 - Pg: 24 Ln: 6** continued...

**Annotation:**

```
23: 8    office.  So Peter was the first hit,
     9    when Peter left Andy took over, when
    10    Andy left Marc Weiss took over as the
    11    head of the representative office.
    12        Q.    What was that chain of command
    13    in the New York office of ADB?
    14        A.    Well, for the American
    15    authorities Peter or Andy or Marc were
    16    the head of the representative office
    17    they reported to Head Office.  I was
    18    responsible for those people. So they
    19    reported to me, and I reported to the
    20    Executive Committee of the bank.
    21        Q.    So is it fair to say you were in
    22    charge of the New York office?
    23        A.    Yes.
    24        Q.    Did any of the people you named
    25    work on the Lazare banking relationship
24: 1    with ADB?
     2        A.    I would say all of them. We were
     3    so small that we tried to involve
     4    everybody and everything.
     5        Q.    And did they all report to you?
     6        A.    Yes.
```

**Pg: 24 Ln: 19 - Pg: 25 Ln: 24**

**Annotation:**

```
24:19        Q.    And what were your overall
    20    responsibilities in regard to the New
    21    York office of ADB?
    22        A.    In the beginning, everything. In
    23    the beginning it was going to -- to the
    24    authorities to see which type of
    25    license we could get, make a business
25: 1    plan to see which size we could have as
     2    a business volume, see what the IRS,
     3    how it would work withholding taxes,
     4    hire people, prospecting of clients,
     5    and whenever it start moving we needed
     6    people to -- and the first thing I
     7    would, of course, outsource was the
     8    clients.  And so whenever I hired Peter
     9    Driesen, I told him to manage the
    10    clients, but I would always be involved
    11    in the clients, and the big clients I
    12    would meet every time I would come to
    13    New York.
    14        Q.    So were you familiar with the
    15    clients in the New York office?
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 24 Ln: 19 - Pg: 25 Ln: 24** continued...

**Annotation:**

```
25:16      A.    Yes.
   17      Q.    And did you have access to the
   18      -- to the bank's records of the banking
   19      activities of those clients?
   20      A.    Yes.
   21      Q.    Were you aware of the
   22      transactions that were executed in New
   23      York for those clients or customers?
   24      A.    Yes.
```

**Pg: 26 Ln: 5 - Pg: 27 Ln: 13**

**Annotation:**

```
26: 5      Q.    And what were your
    6      responsibilities with respect to the
    7      Lazare credit facility?
    8      A.    Let's say that I consider him as
    9      a larger client, so I was directly
   10      involved.
   11      Q.    When you say "him" you mean
   12      Lazare?
   13      A.    Yes. Lazare, yes, yes.  Of
   14      course the group, yes.
   15      Q.    And in the course of your duties
   16      did you communicate with anyone at
   17      Lazare?
   18      A.    Yes.
   19      Q.    With whom did you communicate?
   20      A.    Mostly with Moryto, the CFO, but
   21      I met on a regular basis Leon
   22      Templesman and sometime for special
   23      projects also other people.
   24      Q.    And did you ever visit Lazar's
   25      offices in Manhattan?
27: 1      A.    Very often.
    2      Q.    Very often?
    3      A.    Yes.
    4      Q.    By yourself or with other
    5      employees of ADB?
    6      A.    Both, both.  In fact, my tactic
    7      was to go together with an account of
    8      his when there was work to do, so I
    9      could do the negotiations and the
   10      colleague would make the memos and the
   11      representations.  I would go alone
   12      also, I mean, when it was not really
   13      necessary to bring somebody.
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 28 Ln: 11 - Pg: 29 Ln: 3**

**Annotation:**

```
28:11          Did anyone at KBC ever accompany
   12    you on visits to Lazar's office?
   13     A.    Yes. As far as I can remember,
   14    Greg Boston, because he was the
   15    Operation Manager, he knew the special
   16    projects and so on.  Maaike
   17    Maeckelbergh was directly responsible
   18    for opening the accounts and managing
   19    the accounts at KBC. I think I
   20    introduced once to Mr. Pipko, but I
   21    forgot his name, somebody who could do
   22    business directly with them because
   23    they had to -- a kind of -- they had a
   24    certain project I think with Russia
   25    that they could -- that ADB would not
29: 1    do but KBC could be interested, so I
    2    introduced but I forgot the name. We
    3    can find it back.
```

**Pg: 47 Ln: 24 - Pg: 49 Ln: 11**

**Annotation:**

```
47:24     Q.    Did you consider any particular
   25    credits or loans to be part of the ADB
48: 1    New York portfolio?
    2     A.     Yes. Yes. But the New York -- in
    3    fact, ADB Antwerp Head Office was given
    4    credit in Antwerp, in New York, and in
    5    Hong Kong because New York and Hong
    6    Kong were Head Offices, so that was
    7    offshore lending.
    8          In Head Office Antwerp what we
    9    did, we had in our bookkeeping,
   10    business centers that we called
   11    branches to measure the profitability
   12    of New York of Hong Kong because the
   13    expenses were different, etcetera. So
   14    in that way, in the New York branch,
   15    like we called it in Antwerp, we had
   16    all the facilities of New York, the
   17    profits, the expenses also and we could
   18    measure the value of that branch.
   19     Q.    So approximately how large was
   20    the New York office's loan portfolio?
   21     A.    It fluctuated a lot. It was not
   22    big.  It was -- it fluctuated a lot, it
   23    was not very large and we had a lot of
   24    competition.
   25          It was growing fastly to around
49: 1    $200 million credit facilities, with a
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 47 Ln: 24 - Pg: 49 Ln: 11** continued...

**Annotation:**

```
49: 2    debit of maybe 130, 140.  We had a
    3    peek, that I remember of around 270,
    4    withdrawals 270 to 280.  And then it
    5    went down get and we became went
    6    straight and we got competition.
    7         So I would not say that it was
    8    really a success, taking into account
    9    expenses.
   10    Q.    And within that loan portfolio
   11    what were the largest loans in size?
```

**Pg: 49 Ln: 17 - Pg: 50 Ln: 1**

**Annotation:**

```
49:17    A.    I think the largest was 42, 43
   18    million.
   19    Q.    And did you personally manage or
   20    oversee those loans?
   21    A.    Yes. Yes.
   22    Q.    Were the loans to Lazare the
   23    largest loans in the loan portfolio of
   24    the ADB New York office?
   25    A.    Yes. As far as I can recall,
50: 1    yes. Yes.
```

**Pg: 50 Ln: 2 - 15**

**Annotation:**

```
50: 2    Q.    In the course of your work at
    3    ADB did you personally originate loans
    4    to New York-based businesses?
    5    A.    Personally, no.  I didn't have
    6    the power to do so. It was always
    7    group'S work.  The decisionmaking was
    8    at ExCom, Executive Committee.  In
    9    fact, the Executive Committee had also
   10    -- was also the Credit Committee, same
   11    people different function. They would
   12    decide about the credits, we would
   13    advise, Credit Department would advise,
   14    Head Office and then the decision would
   15    be taken.
```

**Pg: 53 Ln: 15 - 24**

**Annotation:**

```
53:15    Q.    Are you familiar with the ADB
   16    pooling account at KBC New York?
   17    A.    Yes.
   18    Q.    Is there one pool in the account
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 53 Ln: 15 - 24** continued...

**Annotation:**

```
53:19      or more than one pool in the account,
   20      by the way?
   21         A.   One.
   22         Q.   And was that always the case
   23      during the relevant period of time?
   24         A.   Yes.
```

**Pg: 58 Ln: 14 - Pg: 61 Ln: 12**

**Annotation:**

```
58:14         Q.   Did ADB have a Board of
   15      Directors?
   16         A.   Yes.
   17         Q.   More than one board?
   18         A.   No.
   19         Q.   Did it have a Management Board?
   20         A.   Yes.
   21         Q.   Is it the same thing as the
   22      Board of Directors?
   23         A.   The Management Board, I would
   24      say, is the Executive Committee, the
   25      three people from the Executive
59: 1      Committee.  The Management Or Board
    2      was, in fact, the Board of
    3      Shareholders.  We had only one
    4      shareholder and in that Management
    5      Board the CEO of the bank was also part
    6      of, and the two members of the
    7      Executive Committee.
    8         Q.   And did representatives of KBC
    9      sit on the Board of Directors and/or
   10      the Executive Committee?
   11         A.   On the Board of Directors.
   12         Q.   Okay. How many representatives
   13      of KBC sat on the Board of Directors?
   14         A.   Honestly, I don't know exactly,
   15      but I believe five.
   16         Q.   Did representatives of KBC sit
   17      on the Credit Committee of ADB?
   18         A.   It's a bit more complex. KBC
   19      took over our bank in 2000 or '99. So
   20      there is a difference between before
   21      and after.  So I don't know exactly if
   22      this matches with the relevant period.
   23         So if your question is when KBC
   24      was a full shareholder it'S different
   25      than when KBC was only a 37%
60: 1      shareholder.
    2         Q.   When you say it's different, are
    3      you referring to whether
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 58 Ln: 14 - Pg: 61 Ln: 12** continued...

**Annotation:**

| | |
|---|---|
| 60: 4 | representatives of KBC sat or how many |
| 5 | sat on the committee? |
| 6 | A.    It was a different structure. |
| 7 | Q.    Okay. |
| 8 | A.    So before we had the Credit |
| 9 | Committee inside in the bank and a |
| 10 | representative of each shareholder |
| 11 | would come to that committee every |
| 12 | week. That way we had four |
| 13 | shareholders.  The three banking |
| 14 | shareholders would send somebody. |
| 15 | When KBC became the full |
| 16 | shareholder of Antwerp Diamond Bank a |
| 17 | part of the mining company remained, |
| 18 | but they never had a representative. |
| 19 | Then it came practically to the same -- |
| 20 | we would have a Credit Committee in our |
| 21 | bank without KBC people, and then for |
| 22 | certain amounts we would send the file |
| 23 | to KBC -- for certain amounts we had a |
| 24 | level of authority inside the bank and |
| 25 | above that the authority was at KBC |
| 61: 1 | Bank. |
| 2 | So that means that above a |
| 3 | certain amount, I don't recall exactly, |
| 4 | but it's in the level of $20 million, |
| 5 | the Executive Committee would only be |
| 6 | able to give an advice, not a decision. |
| 7 | The file would go to KBC Bank and they |
| 8 | would take a decision. |
| 9 | Q.    Does that mean that a credit |
| 10 | line above that limit had to be |
| 11 | approved by KBC? |
| 12 | A.    Yes. |

**Pg: 63 Ln: 3 - Pg: 64 Ln: 7**

**Annotation:**

| | |
|---|---|
| 63: 3 | Q.    Do you know whether it was |
| 4 | possible to even hold a meeting of the |
| 5 | Board or Executive Committee without |
| 6 | representatives of KBC in attendance, |
| 7 | whether it was possible to have a |
| 8 | quorum? |
| 9 | A.    No. It was impossible. |
| 10 | Q.    Sorry? |
| 11 | A.    That was impossible. |
| 12 | Q.    That was impossible? |
| 13 | A.    KBC was the main shareholder. |
| 14 | Q.    Are you familiar with the IKB |

---

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 63 Ln: 3 - Pg: 64 Ln: 7** continued...

**Annotation:**

```
63:15      counterparty delegations of KBC?
   16          A.    Yes. That is what I explained to
   17      you just five minutes ago.  There were
   18      levels of facilities at Antwerp Diamond
   19      Bank could decide and levels that ADB
   20      could only advise and KBC would decide.
   21          Q.    And that --
   22          A.    And that's -- that's the policy
   23      of KBC Bank for all the share -- all
   24      the companies of the group of KBC.
   25          Q.    And that policy is set forth in
64: 1      the IKB counterparty delegations, is
    2      that your testimony?
    3          A.    Yes.
    4          Q.    And was the Lazare credit
    5      facility subject to the counterparty
    6      delegations of KBC?
    7          A.    Yes.
```

**Pg: 64 Ln: 8 - Pg: 65 Ln: 7**

**Annotation:**

```
64: 8          Q.    Let's talk about the credit
    9      facility that Lazare had with ADB. Do
   10      you recall when that credit facility
   11      was first issued to Lazare?
   12          A.    That must have been in '99 or
   13      2000.
   14          Q.    Whose idea was it, if you know,
   15      for Lazare to open a credit facility
   16      with ADB?
   17          A.    Either mine or Moryto's.
   18          Q.    Do you recall proposing to Bill
   19      Moryto that Lazare set up a credit
   20      facility with ADB?
   21          A.    It may be. I don't know if the
   22      idea came from me or from the client
   23      because clients were interested to have
   24      credit facilities and we had already a
   25      relation through Lazare Kaplan Belgium
65: 1      in Head Office, so we knew each other.
    2      So -- and that was the way for New York
    3      to grow with existing clients and
    4      referral of existing clients.
    5          So we met and I tried to
    6      convince the client or the client tried
    7      to convince me but it came to the same.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 68 Ln: 7 - Pg: 70 Ln: 19**

**Annotation:**

```
68: 7      Q.     Do you know whether Lazare took
    8    any steps in, in and after December,
    9    2000 to open a bank account at the New
   10    York branch of KBC?
   11      A.     Yes.
   12      Q.     What steps did Lazare take to
   13    open a bank account at KBC New York?
   14      A.     Well, we asked Lazare to -- if
   15    he was interested and when the client
   16    was interested we brought the whole set
   17    of documents together with the people
   18    of KBC, we introduced the people of KBC
   19    to Lazare and we had the clients sign
   20    the opening of the account and all the
   21    relating documents. I don't know about
   22    which documents but it's typical for
   23    every bank, you know, the constitution
   24    and act and all that type of stuff to
   25    get an account.
69: 1      Q.     And would you turn to Exhibit 1
    2    in the binder in front of you and tell
    3    me whether you can identify the
    4    documents that comprise Exhibit 1?
    5           (Plaintiff's Exhibit 1, was
    6    received and marked on this date for
    7    identification.)
    8      A.     What was your question about
    9    this?
   10      Q.     Do you recognize these
   11    documents? Can you identify them?
   12      A.     I know this is -- specifically
   13    this document I don't remember if I saw
   14    it at that time, but I know that this
   15    is -- this is the typical KBC account
   16    opening documents.
   17      Q.     And is the account number on the
   18    first page, in the upper right-hand
   19    corner, the account number assigned by
   20    KBC to Lazar's bank account at KBC New
   21    York?
   22      A.     I assume, but -- yeah. It's
   23    mentioned like that, but I don't know
   24    the number by heart, to be honest.
   25      Q.     Did anyone at ADB help KBC
70: 1    assemble these documents and obtain
    2    signed originals from Lazare?
    3      A.     Yes.
    4      Q.     Who did so?
    5      A.     Probably Peter Driesen.
    6      Q.     Did you ask him to do so?
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 68 Ln: 7 - Pg: 70 Ln: 19** continued...

**Annotation:**

```
70: 7          A.      I don't know if I asked him but
    8     I probably had organized it that he
    9     would do it at a certain time, yes.
   10          Q.      And turning to the third page,
   11     marked with the number 410 in the lower
   12     right-hand corner, you see the
   13     reference in line 6 to "Publicly held
   14     company American Stock Exchange?"
   15          A.      Yes.
   16          Q.      Was Lazare the first New
   17     York-based public company that ADB had
   18     a banking relationship with through its
   19     New York office?
```

**Pg: 71 Ln: 6 - Pg: 73 Ln: 20**

**Annotation:**

```
71: 6          Q.      And flipping forward four pages
    7     to page 414, you see Mr. Driesen's
    8     stamp and a signature beneath it?
    9          A.      Yes.
   10          Q.      And the handwritten note "Copies
   11     of originals", did Mr. Driesen provide
   12     copies of Mr. Moryto's passport to KBC?
   13          A.      I can only see what I read here,
   14     so...
   15          Q.      And turning to the page marked
   16     419, four pages from the end, do you
   17     see the document entitled "Request for
   18     taxpayer identification number"?
   19          A.      Yes.
   20          Q.      And the date alongside the
   21     signature, "December 20, 2000"?
   22          A.      Yes.
   23          Q.      Was Lazare in the process of
   24     providing bank documents to KBC in
   25     December of 2000 in connection with the
72: 1     opening of a bank account at the New
    2     York branch of KBC?
    3          A.      I don't remember.
    4          Q.      Does this document indicate to
    5     you that Lazare was in the process of
    6     assembling and providing documents to
    7     KBC?
    8          A.      Yes.
    9          Q.      And turning to the very last
   10     page of the exhibit entitled
   11     "Telecommunications instructions", does
   12     ADB use a similar form when it opens
   13     bank accounts for customers?
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 71 Ln: 6 - Pg: 73 Ln: 20** continued...

**Annotation:**

```
72:14      A.    That I don't remember. Now, this
   15   is the document -- I remember this one
   16   but I don't remember if we used one,
   17   something like this.
   18      Q.    And do you know whether ADB ever
   19   asked Lazare to sign a similar
   20   document?
   21      A.    No. I don't remember. I don't
   22   even know if we are obliged to do so in
   23   Belgium.
   24      Q.    Do you know what kind of bank
   25   account these documents contemplate?
73: 1      A.    Well, this is just a current
    2   account at KBC Bank New York, which was
    3   set up as a zero balance account.
    4      Q.    As a --
    5      A.    -- zero bank balance.
    6      Q.    Is there anything in this
    7   documents that alludes to a zero
    8   balance account?
    9      A.    No.  It's mentioned in the
   10   Service Letter Agreement and the
   11   additional explanation about it.
   12      Q.    So these documents set up an
   13   ordinary bank account?
   14      A.    Yes.  For the customer it's an
   15   ordinary, a normal bank account.
   16      Q.    And would you turn to Exhibit 2,
   17   next tab.
   18          (Plaintiff's Exhibit 2, was
   19   received and marked on this date for
   20   identification.)
```

**Pg: 74 Ln: 11 - 23**

**Annotation:**

```
74:11      Q.    And the stated reason for the
   12   visit described in this document dated
   13   January 23, 2001 is the opening of a
   14   new account?
   15      A.    I suppose so.
   16      Q.    An account at KBC New York?
   17      A.    Yes.
   18      Q.    Were you present at the meeting?
   19      A.    No.
   20      Q.    Why not?
   21      A.    Maybe I was in Belgium. I was
   22   only one week a month in New York,
   23   so...
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 75 Ln: 15 - Pg: 79 Ln: 3**

**Annotation:**

```
75:15        Q.    Do you know whether the subject
   16     of a zero balance account was discussed
   17     with Lazare at this meeting?
   18        A.    We explained the whole setup to
   19     all our clients because it was
   20     important that they knew how it worked
   21     because it looks a bit complicated, the
   22     first time you explain it to a client
   23     and then the clients get used to it,
   24     that they operate the KBC account in
   25     order to operate the Antwerp Diamond
76: 1     Bank account, to be able to use the
    2     credit facility.
    3        Q.    Is there anything in this
    4     document that talks about a zero
    5     balance account?
    6        A.    No. No.
    7        Q.    Would you turn to the Exhibit 3,
    8     tab 3.
    9           (Plaintiff's Exhibit 3, was
   10     received and marked on this date for
   11     identification.)
   12        Q.    Have you ever seen this document
   13     before?
   14        A.    No.
   15        Q.    Well, does this document suggest
   16     to you that Lazare and KBC were
   17     negotiating the terms of the KBC New
   18     York banking conditions in March of
   19     2001?
   20        A.    It would be, if this refers to
   21     an article of the KBC conditions.   I
   22     don't know.
   23        Q.    And turning to the next exhibit,
   24     tab 4.
   25           (Plaintiff's Exhibit 4, was
77: 1     received and marked on this date for
    2     identification.)
    3        MS. GREDD:  I do have a tab 4
    4     but not everyone has a tab 4.
    5        MR. SULLIVAN:  You don't have a
    6     tab 4?
    7        Q.    Can you identify this document?
    8        A.    No.
    9        Q.    Were you aware on or about March
   10     29, 2001 that KBC had forwarded amended
   11     original account agreements to Lazare
   12     for signature?
   13        A.    No.
   14        Q.    To your knowledge, was Lazare in
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 75 Ln: 15 - Pg: 79 Ln: 3** continued...

**Annotation:**

```
77:15   the process of opening a bank account
   16   at KBC New York at this period of time?
   17   A.   Yes. Yes.
   18   Q.   And flipping to the next
   19   exhibit, number 5.
   20        (Plaintiff's Exhibit 5, was
   21   received and marked on this date for
   22   identification.)
   23   Q.   Do you recognize this document?
   24   A.   I saw this document now
   25   recently, in my preparation, but of
78: 1   course, I didn't remember that I've
    2   seen that in 2001.  Also, I was never
    3   involved in this type of paperwork, to
    4   be honest.
    5        First of all, this was between
    6   KBC and the client. Peter Driesen or
    7   another colleague would intervene. When
    8   I would come to New York I would not
    9   involve myself in these type of
   10   documents.
   11   Q.   But does this document indicate
   12   to you that KBC New York was in the
   13   process of assembling the information
   14   needed to open a bank account for
   15   Lazare at KBC New York?
   16   A.   Yes.
   17   Q.   And Ms. Maeckelbergh was asking
   18   for ADB's help in assembling that
   19   information?
   20   A.   Yes.
   21   Q.   And do you know whether Mr.
   22   Driesen responded to the memo?
   23   A.   Yes.
   24   Q.   And did he assist
   25   Ms. Maeckelbergh in assembling the
79: 1   documents needed to open Lazar's bank
    2   account at KBC New York?
    3   A.   Yes.
```

**Pg: 85 Ln: 10 - 16**

**Annotation:**

```
85:10   Q.   Would you turn to the next tab,
   11   8, marked as Plaintiff's Exhibit 8?
   12        (Plaintiff's Exhibit 8, was
   13   received and marked on this date for
   14   identification.)
   15   Q.   Can you identify this document?
   16   A.   No.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 85 Ln: 24 - Pg: 86 Ln: 11**

**Annotation:**
```
85:24          Q.    Do you see at the top of the
   25     page below the date November 13, 2001
86: 1     the words "Kindly note that ICM has
    2     made a new account operational."
    3               Do you understand this document
    4     to refer to the account of Lazare
    5     Kaplan, Lazare at the New York branch
    6     of KBC?
    7     A.    Yes.
    8     Q.    And you see the reference that
    9     reads "The company has a credit
   10     facility with ADB?"
   11     A.    Yes.
```

**Pg: 86 Ln: 21 - Pg: 87 Ln: 11**

**Annotation:**
```
86:21          Q.    And the next sentence "Payments
   22     to accounts at ADB are done by book
   23     transfers to ADB's account number
   24     11743901."
   25               Whose payments do you understand
87: 1     this sentence to be referring to? Which
    2     payments?
    3     A.    That, I don't know, but -- I
    4     don't know to which account that
    5     refers. It may be the pooling account,
    6     but I don't know.
    7     Q.    You think the account number
    8     11743901 may be, but you're not sure
    9     the pooling account of ADB at the New
   10     York branch of KBC?
   11     A.    Yes.
```

**Pg: 88 Ln: 13 - Pg: 89 Ln: 22**

**Annotation:**
```
88:13              (Plaintiff's Exhibit 9, was
   14     received and marked on this date for
   15     identification.)
   16     Q.    Can you identify this document?
   17     A.    I don't remember the document
   18     but I see what it means, yes.
   19     Q.    Do you see the first sentence
   20     that reads "We are pleased to inform
   21     you that we have received the
   22     authorization from Antwerp Diamond Bank
   23     to make the following account
   24     operational."
   25               Who at ADB provided that
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 88 Ln: 13 - Pg: 89 Ln: 22** continued...

**Annotation:**

```
89:  1    authorization?
      2       A.    Credit Department.
      3       Q.    Who in the Credit Department?
      4       A.    I don't know. Depending on who
      5    was in charge at that time.
      6       Q.    And the account that's referred
      7    to is Lazar's account at the New York
      8    branch of KBC?
      9       A.    Yes.
     10       Q.    Was ADB notified in advance by
     11    KBC that the Lazare bank account had
     12    been opened at the New York branch of
     13    KBC?
     14       A.    Yes.
     15       Q.    Did ADB approve the terms of the
     16    account before it was opened?
     17       A.    From which accounted? From
     18    the --
     19       Q.    From the KBC account?
     20       A.    ADB did not have to approve.
     21    It's a KBC account.  It's KBC Bank who
     22    was in charge.
```

**Pg: 90 Ln: 7 - Pg: 91 Ln: 9**

**Annotation:**

```
90:  7       Q.    There are written terms and
      8    conditions for the Lazare bank account
      9    at KBC New York, correct?
     10       A.    Yes.
     11       Q.    And you've described earlier a
     12    procedure by which activity in the bank
     13    account, the Lazare bank account at KBC
     14    New York, was transferred to ADB's
     15    pooling account at the New York branch
     16    of KBC. Correct?
     17       A.    Yes.
     18       Q.    I'm asking you whether any of
     19    the written documents between KBC Bank
     20    and Lazare expressly or indirectly
     21    permit KBC to transfer the activity in
     22    the Lazare bank account to the ADB
     23    pooling account?  Do the documents
     24    allow that?
     25       A.    I don't remember and I don't
91:  1    know if it's needed also legally.
      2       Q.    Do you know whether there is an
      3    agreement between KBC and ADB that
      4    permits KBC to do so?
      5       A.    Yes. The Service Letter
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 90 Ln: 7 - Pg: 91 Ln: 9** continued...

**Annotation:**
```
91: 6    Agreement.
    7         Q.    That is the Services Agreement
    8    you've described earlier?
    9         A.    Yes.
```

**Pg: 91 Ln: 18 - Pg: 92 Ln: 24**

**Annotation:**
```
91:18         Q.    Did KBC and ADB ever agree
   19    between themselves that Lazar's bank
   20    account at KBC New York would be used
   21    to make payments or disbursements under
   22    the Lazare credit facility?
   23         A.    The whole setup, I was part of
   24    the Service Letter Agreement.  So the
   25    fact that KBC would open an account for
92: 1    the client was with the purpose to use
    2    this account to -- to draw on the
    3    credit facility of Antwerp Diamond Bank
    4    through operating the account. That was
    5    the whole purpose of the setup. KBC
    6    would never open an account for a
    7    diamond company that was not working
    8    with Antwerp Diamond Bank and even that
    9    would not have a credit facility. They
   10    didn't want -- they didn't want -- we
   11    did it only once or twice in France and
   12    in fact, it was -- we didn't need to do
   13    it.
   14         Q.    Is there an agreement, other
   15    than the Services Agreement, that
   16    permits the activity in the New York
   17    account of KBC -- sorry -- the KBC New
   18    York Lazare account to be transferred
   19    to the ADB pooling account?
   20         A.    I think there was only one
   21    Service Letter Agreement about these
   22    type of transactions, which we amended
   23    maybe once, which we -- but there is
   24    only one agreement, I think.
```

**Pg: 98 Ln: 5 - Pg: 101 Ln: 3**

**Annotation:**
```
98: 5         Q.    Would you turn to the next tab
    6    in your binder, which we're going to
    7    mark as Plaintiff's Exhibit 11.
    8              (Plaintiff's Exhibit 11, was
    9    received and marked on this date for
   10    identification.)
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 98 Ln: 5 - Pg: 101 Ln: 3** continued...

**Annotation:**

```
98:11      Q.    Can you tell me whether you are
   12   the author of this e-mail?
   13      A.    Yes. That's right.
   14      Q.    Did you also prepare the
   15   enclosed Call Report that follows the
   16   e-mail in your binder?
   17      A.    Yes.
   18      Q.    To your knowledge, did Lazare
   19   make active use of its bank accounts at
   20   the New York branch of KBC?
   21      A.    Again, please?
   22      Q.    Did Lazare make active use of
   23   its bank account at the New York branch
   24   of KBC?
   25      A.    In that period of time?
99: 1      Q.    At the relevant period of time.
    2           MS. GREDD:  At any point during
    3   the relevant period of time?
    4           MR. SULLIVAN:  Yes.
    5      A.    Yes. More and more. In the
    6   beginning they were not using so much.
    7   At the end KBC's account was operated a
    8   lot.
    9      Q.    And did Lazare use its KBC bank
   10   account as its main banking relation in
   11   the United States?
   12      A.    That I don't remember, but it
   13   was an important account, I think.
   14      Q.    Well, would you look at the
   15   second paragraph of your e-mail, and in
   16   particular, the words at the end of the
   17   first sentence "Client uses KBC NY as
   18   main banking relation in the U.S."?
   19      A.    Okay. Then that's right. Yes.
   20      Q.    If you said it, it's correct?
   21      A.    Yes -- no. I don't remember now
   22   but at that time.
   23      Q.    So was KBC New York Lazare's
   24   primary bank, banker in the United
   25   States?
100: 1      A.    It was an operating account. The
    2   bank -- depends how you see the primary
    3   account. I think for a client a credit
    4   line is very important.
    5           So in that way, maybe other
    6   banks were more important than KBC. But
    7   the added value of KBC was that KBC
    8   Bank is a clearing bank.  ABN AMRO was
    9   not, for instance. So ABM AMRO had to
   10   clear checks for Lazare bank through
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 98 Ln: 5 - Pg: 101 Ln: 3** continued...

**Annotation:**

| | |
|---|---|
| 100:11 | Chicago using a value date.  And KBC |
| 12 | could give value same day without |
| 13 | losing anything that.  So that was a |
| 14 | very strong argument towards the |
| 15 | clients. |
| 16 | Q.    Well, do you have any idea of |
| 17 | the total amount of payments and |
| 18 | repayments that pass through Lazare's |
| 19 | bank account at KBC New York? |
| 20 | A.    No. No. I don't remember. |
| 21 | Q.    Was it in the millions, the tens |
| 22 | of millions, or the hundreds of |
| 23 | millions of dollars over the 10-year |
| 24 | period? |
| 25 | A.    Over the 10-year period? Rather |
| 101: 1 | hundred. |
| 2 | Q.    Hundreds of millions of dollars? |
| 3 | A.    Yes. |

**Pg: 102 Ln: 14 - Pg: 103 Ln: 7**

**Annotation:**

| | |
|---|---|
| 102:14 | Q.    Let's go back to the credit |
| 15 | facility for a moment. Were the terms |
| 16 | of the credit facility negotiated with |
| 17 | Lazare? |
| 18 | A.    Yes. |
| 19 | Q.    Who at ADB was involved in those |
| 20 | negotiations? |
| 21 | A.    In negotiation, probably mainly |
| 22 | me, myself. |
| 23 | Q.    And with whom did you negotiate |
| 24 | at Lazare? |
| 25 | A.    Almost all the time with Bill |
| 103: 1 | Moryto. |
| 2 | Q.    And where did those negotiations |
| 3 | take place? |
| 4 | A.    Mostly New York, sometimes in |
| 5 | Antwerp, he came also to visit Antwerp, |
| 6 | so -- by phone, by phone also, we often |
| 7 | had phone conversations. |

**Pg: 103 Ln: 24 - Pg: 104 Ln: 9**

**Annotation:**

| | |
|---|---|
| 103:24 | Q.    Was the Lazare credit facility |
| 25 | secured or unsecured? |
| 104: 1 | A.    Unsecured. |
| 2 | Q.    Was it recourse or non-recourse? |
| 3 | A.    What do you mean by "recourse"? |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 103 Ln: 24 - Pg: 104 Ln: 9** continued...

**Annotation:**

```
104: 4      Q.     Were there any personal
      5    guarantees given in connection with the
      6    credit facility?
      7      A.     No. I don't think so. I don't
      8    know as a public company I don't think
      9    they wanted to give that.
```

**Pg: 105 Ln: 5 - 21**

**Annotation:**

```
105: 5      Q.     Is it the standard practice of
      6    ADB to obtain personal guarantees in
      7    connection with credit facilities that
      8    it provides to customers?
      9      A.     Yes. Yes.
     10      Q.     And why is it that ADB did not
     11    do so in this case?
     12      A.     In certain cases we couldn't
     13    obtain, it's a matter of commercial
     14    negotiation when the client is in a
     15    strong position and we would like to do
     16    business with him, and there were
     17    strong arguments not to do so, like in
     18    this case a public company.  No, we
     19    consider a public company having books
     20    that are more reliable than the company
     21    that is not public, so...
```

**Pg: 108 Ln: 9 - 15**

**Annotation:**

```
108: 9      Q.     So you don't, yourself, use the
     10    term working capital loan to
     11    describe --
     12      A.     In Belgium that is not the word
     13    we use. Maybe translated in Dutch it
     14    means different, but it comes to the
     15    same. It comes to the same.
```

**Pg: 108 Ln: 20 - 25**

**Annotation:**

```
108:20      Q.     So would you look at tab 18 for
     21    a moment and tell me whether you can
     22    identify that document?
     23           (Plaintiff's Exhibit 18, was
     24    received and marked on this date for
     25    identification.)
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 108 Ln: 20 - Pg: 110 Ln: 3**

**Annotation:**

```
108:20        Q.     So would you look at tab 18 for
     21    a moment and tell me whether you can
     22    identify that document?
     23          (Plaintiff's Exhibit 18, was
     24    received and marked on this date for
     25    identification.)
109: 1        Q.     Did you send this e-mail to
      2    whomever you sent it to --
      3        A.     Yes.
      4        Q.     -- on or about December 17,
      5    2008?
      6        A.     That's right. Yes.
      7        Q.     And directing your attention to
      8    the second paragraph, second sentence,
      9    that reads "As with the facilities that
     10    LKI enjoys with ABN AMRO $35 million
     11    and Bank Leume $10 million, the ADB NY
     12    facility is unsecured and LKI uses its
     13    facilities in New York for working
     14    capital purposes throughout its global
     15    consolidated operation."
     16          Do you see the sentence I just
     17    read to you?
     18        A.     Yes, but I don't see the
     19    sentence.  I was listening to you.
     20    Where is it exactly? It's on the first
     21    page?
     22        Q.     Yes. Underneath --
     23        A.     Okay. Yeah.
     24        Q.     Okay. And in this sentence you
     25    are describing Lazare's use of its
110: 1    facilities in New York as for working
      2    capital purposes?
      3        A.     Yes.
```

**Pg: 111 Ln: 2 - Pg: 113 Ln: 12**

**Annotation:**

```
111: 2        Q.     Well, so let's walk through the
      3    paragraph then. The very first sentence
      4    "It is not clear what exactly we are
      5    financing in New York and where the
      6    collateral is."
      7        A.     Yes.
      8        Q.     What do you understand that
      9    sentence to mean?
     10        A.     That's typical question from a
     11    colleague in the Credit Department who
     12    analyzes the file and compares the
     13    files to files in Antwerp where we have
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 111 Ln: 2 - Pg: 113 Ln: 12** continued...

**Annotation:**

```
111:14        -- a bit on the side, in Antwerp we
    15        finance individual shipments. Antwerp
    16        Diamond Bank would have a shipment from
    17        a client, ADB would ship the goods
    18        physically because we had also a
    19        shipping department and we would have a
    20        pledge on that shipment. So that was
    21        fantastic, that was individualized. We
    22        did not have that in New York.
    23              So in New York, the client would
    24        decide, I buy goods from the base, from
    25        the mining company, I use partly ABN,
112: 1        partly ADB.  So for this credit analyst
     2        it was not only, what happens with the
     3        monies that Antwerp Diamond Bank
     4        provide; did he buy these goods or that
     5        goods or did he finance sales? And that
     6        was not possible. It was part of the
     7        whole. We also didn't have a first lien
     8        on the assets, but all the banks also
     9        so it was considered all the assets are
    10        for all the banks in case something
    11        happens.
    12        Q.    Do I understand correctly that
    13        ADB's lending in Belgium was
    14        activity-based in nature?
    15        A.    Yes.
    16        Q.    And --
    17        A.    And basically, in New York was
    18        more borrowing-based. And later on,
    19        Lazare, I don't know from which diamond
    20        but also Lazare would fill in a
    21        borrowing base later on, but at this
    22        time I don't know if it was already in
    23        2008 but indeed the analyst, right,
    24        it's no so easy for the analyst to see
    25        what happened exactly with the millions
113: 1        of dollars that ADB provided.
     2        Q.    And was the credit facility to
     3        Lazare typical of the lending provided
     4        by ADB New York to customers?
     5        A.    It was a little exceptional
     6        because there were no personal
     7        guarantees.  It was a public company.
     8        So that was another approach. And the
     9        fact, when you work with multi-bank
    10        relations it is less clear what you
    11        finance, and there were other clients
    12        with multi-bank arrangements.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 123 Ln: 19 - 25**

**Annotation:**

```
123:19        Q.    Well, let's look at the line
    20        letter, which is tab 41 in your binder.
    21              (Plaintiff's Exhibit 41, was
    22        received and marked on this date for
    23        identification.)
    24        Q.    Do you recognize this document?
    25        A.    Yes.
```

**Pg: 128 Ln: 2 - Pg: 130 Ln: 1**

**Annotation:**

```
128: 2        Q.    And the words that begin "In
     3        principle the aforesaid credit is only
     4        to be utilized for overdrafts in
     5        current accounts", and then it
     6        continues, "utilization other than
     7        overdrafts in current accounts" and
     8        goes on from there.
     9              Do you understand the different
    10        types of borrowings described here;
    11        straight lines, discount bank
    12        guarantees issued by us, forward
    13        contracts, etcetera, to be examples of
    14        utilizations other than as overdrafts
    15        and current accounts?
    16        A.    Yes.
    17        Q.    And is it your testimony that
    18        these different utilizations require
    19        the customer to have a bank account at
    20        ADB?
    21        A.    Yes.
    22        Q.    And what do you understand the
    23        words "in principle" to mean at the
    24        beginning of that sentence?
    25        A.    I'm trying to find a synonym. It
129: 1        refers to the rest of the sentence.
     2        It's basically or in principle as a
     3        matter of fact, it's only to be
     4        utilized as overdraft but in agreement
     5        with the bank also we could agree that
     6        straight loans were used or that on
     7        application of the facility the bank
     8        guarantee would be given, etcetera,
     9        etcetera.
    10        Q.    So is it the case -- is it
    11        correct that the bank is not required
    12        to use overdrafts in current accounts
    13        for its borrowing -- its lending,
    14        rather?
    15        A.    Sorry.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 128 Ln: 2 - Pg: 130 Ln: 1** continued...

**Annotation:**

```
129:16          MR. MARTIN:  Objection to the
    17     form of the question.
    18     Q.     I'll rephrase it.
    19          Does -- do these words require
    20     credits to be utilized for overdrafts
    21     in current accounts?
    22     A.     Does this what?
    23     Q.     Does this language in paragraph
    24     2 require that credits be utilized for
    25     overdrafts in current accounts?
130: 1     A.     Theoretically you could say no.
```

**Pg: 139 Ln: 22 - Pg: 142 Ln: 9**

**Annotation:**

```
139:22          Q.     Would you turn to the next tab
    23     which is 16?
    24          (Plaintiff's Exhibit 16, was
    25     received and marked on this date for
140: 1     identification.)
     2     Q.     Can you identify this document?
     3     A.     I don't remember it, but if I
     4     read maybe...
     5          (Whereupon, the Deponent reviews
     6     the document.)
     7     A.     Apparently this is -- I'm sure
     8     this is a question from the credit
     9     analyst in Belgium to Oakley Champine,
    10     who at that time had probably made the
    11     credit revision of the file to add
    12     additional information.
    13          Again, you see "What exactly are
    14     we financing in New York?" That was --
    15     in Antwerp it was always the same
    16     question and so Oakley was proposing to
    17     his boss Marc Weiss what and if I reply
    18     like this do you agree?  Because Marc
    19     was his boss and then he would put that
    20     in his reply to the Credit Department.
    21     Q.     And you were copied on this
    22     e-mail by Mr. Champine?
    23     A.     Yes.
    24     Q.     And directing your attention to
    25     the -- Mr. Champine's statement,
141: 1     "Lazare Kaplan International Inc. is
     2     unique in the ADB portfolio."  What do
     3     you understand that to mean?
     4     A.     First of all, unsecured, it was
     5     quite unique. Secondly, LKI, like we
     6     discussed, uses the facilities to help
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 139 Ln: 22 - Pg: 142 Ln: 9** continued...

**Annotation:**

```
141: 7      funding its worldwide business, also
      8      through other companies of the group.
      9      Yeah. Exactly. That's the whole
     10      paragraph, in fact.
     11          So part of the facilities used
     12      directly by Lazare, but part of the
     13      amounts are transferred by Lazare to
     14      affiliates because they have the
     15      license or whatever and they have
     16      reason to use, so...
     17      Q.   Was the Lazare credit facility
     18      unique in any other respects?
     19      A.   I think at that time there was
     20      not yet a borrowing base also. I don't
     21      recall when the client started to give
     22      a borrowing base. Other clients we're
     23      working with a borrowing base. I also
     24      do not remember exactly, did we audit
     25      -- some clients were audited every
142: 1      year, some, for some reasons, the fact
      2      that it was a public company, the
      3      balance sheet was probably already
      4      audited 20 times so why audit it
      5      another time?  I don't think this
      6      client was audited by our external
      7      auditors of our bank. We worked with
      8      external companies that we're charging
      9      the client.
```

**Pg: 150 Ln: 15 - Pg: 152 Ln: 24**

**Annotation:**

```
150:15          Q.   So when you testified -- is it
     16      important to your testimony, Mr. Loral,
     17      that the financing took place in
     18      Belgium, that the funds were in
     19      Belgium?
     20      A.   The funding was in Belgium, yes.
     21      Q.   Is that important to your
     22      conclusion?
     23      A.   It's important --
     24          MS. GREDD:  Objection to form.
     25      Q.   And if the funding took place in
151: 1      New York, would you still be of the
      2      view that the financing took place in
      3      Belgium?
      4          MS. GREDD:  Objection to form.
      5      Q.   You can answer.
      6      A.   No. Because the funding would
      7      only be a tool to finally use the
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 150 Ln: 15 - Pg: 152 Ln: 24** continued...

**Annotation:**

```
151: 8    credit facility of Antwerp Diamond
     9    Bank. Again, the whole KBC setup is
    10    just a tool. The activity between the
    11    client and the bank was Lazare and
    12    Antwerp Diamond Bank, credit facility
    13    and account. And KBC was just used to
    14    make the transfer instead of avoiding
    15    to make faxes and losing one value
    16    date, etcetera, etcetera.
    17    Q.    And what is it that KBC was
    18    transferring, the funds, correct?
    19    A.    Yes.
    20    Q.    And that transfer took place in
    21    New York, correct?
    22    A.    Yes. But it was immediately
    23    funded by funds of Antwerp Diamond
    24    Bank. That's why we had a pooling
    25    account to be able to do it
152: 1    immediately.
     2    Q.    And those funds in the pooling
     3    account were located in New York,
     4    correct?
     5    A.    Dollars are always in the U.S.
     6    Q.    Yes. So all of the money that
     7    was used to fund the loans to Lazare
     8    were situated in New York, correct?
     9    A.    They belong do Antwerp Diamond
    10    Bank.
    11    Q.    My answer is -- my question,
    12    rather, is all of the monies that were
    13    used to fund the loans to Lazare under
    14    the credit facility were situated in
    15    New York, correct?
    16    A.    No. I don't agree with that
    17    because then you could say that
    18    everything that happens in dollar is in
    19    U.S. because it's a U.S. currency.
    20    Finally every U.S. currency is cleared
    21    through the United States but still,
    22    the bank is the Belgian bank in Belgium
    23    providing the funds and responsible for
    24    the funds.
```

**Pg: 157 Ln: 8 - Pg: 159 Ln: 15**

**Annotation:**

```
157: 8    Q.    Would you turn to tab 19, which
     9    we'll mark as Plaintiff's 19?
    10         (Plaintiff's Exhibit 19, was
    11    received and marked on this date for
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 157 Ln: 8 - Pg: 159 Ln: 15** continued...

**Annotation:**

```
157:12      identification.)
    13          Q.    Can you identify this document
    14      or documents because it includes a
    15      number of e-mails?
    16          A.    I don't remember but if I read
    17      --
    18          Q.    Well, let's start with the very
    19      last page, 2336 in number. Do you see
    20      the subject line "working capital LKI
    21      April '09"?
    22          A.    Yes.
    23          Q.    Did ADB refer in its internal
    24      correspondence and memos to the credit
    25      facility to Lazare as a working capital
158: 1      loan or facility?
     2          A.    That I don't know.
     3          Q.    And if they had done so, would
     4      your testimony remain the same, that
     5      working capital for these purposes is
     6      the same as an overdraft facility loan?
     7          A.    I don't know what to tell you
     8      about this. This is an internal
     9      document. So I don't know from who to
    10      who. I don't know why they use this
    11      name. You see, the American employees
    12      were more familiar with this vocabulary
    13      than the Belgian employees. For me
    14      working capital I know plus/minus what
    15      it means but that is not a word that we
    16      used in Belgium.  We used "overdraft
    17      facility".  An American employee would
    18      probably use this word for the
    19      communication, we would understand what
    20      he means, but externally to the clients
    21      we used our Belgian vocabulary. So I
    22      don't want to play on words here
    23      because it's too delicate.
    24          For me "working capital" is not
    25      a word that I use normally in my
159: 1      language to clients because that is an
     2      American word.
     3          Q.    But as the term working capital
     4      is used in America, it's not the same
     5      thing as an overdraft loan. Is that
     6      correct?
     7          A.    I don't know. That's why I put
     8      this point on the table. That's
     9      important. I don't want to -- to go
    10      into that because I don't control too
    11      much that vocabulary. For me the
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 157 Ln: 8 - Pg: 159 Ln: 15** continued...

**Annotation:**

```
159:12    facility from Antwerp Diamond Bank were
   13     overdraft facilities with possibility
   14     to have loans on certain terms. That is
   15     what we did.
```

**Pg: 164 Ln: 13 - Pg: 165 Ln: 6**

**Annotation:**

```
164:13       Q.    Turn to the next page, which is
   14     marked as Plaintiff's Exhibit 20.
   15          (Plaintiff's Exhibit 20, was
   16     received and marked on this date for
   17     identification.)
   18       Q.    Here is a chance for you to show
   19     off your language skills, Mr. Loral.
   20          Do you see the paragraph that
   21     begins LKI is "een kredietnemer"?
   22       A.    Yes.
   23       Q.    Could you translate that
   24     sentence?
   25       A.    LKI -- is enjoying a credit
165: 1     facility from Antwerp Diamond Bank New
    2     York.
    3       Q.    Is that another way of saying
    4     that LKI is a borrower of Antwerp
    5     Diamond Bank New York?
    6       A.    Yes.
```

**Pg: 169 Ln: 19 - Pg: 170 Ln: 2**

**Annotation:**

```
169:19       Q.    And would you turn to tab 23,
   20     please? Can you identify this document?
   21          (Plaintiff's Exhibit 23, was
   22     received and marked on this date for
   23     identification.)
   24       A.    That's a credit application in
   25     the file Lazare.
170: 1       Q.    Dated August 14, 2001?
    2       A.    Yes.
```

**Pg: 171 Ln: 14 - Pg: 175 Ln: 4**

**Annotation:**

```
171:14       Q.    And directing your attention to
   15     two pages from the end, the page number
   16     30952, do you see the paragraph in the
   17     middle that reads "The fact that the
   18     proposed credits imply a higher credit
   19     risk as the credit facility in Antwerp
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 171 Ln: 14 - Pg: 175 Ln: 4** continued...

**Annotation:**

| | |
|---|---|
| 171:20 | is activity linked, while the credit |
| 21 | line in New York is a working capital |
| 22 | loan blank." Do you see that |
| 23 | statement? |
| 24 | A.    Yes. |
| 25 | Q.    Did you prepare this document? |
| 172: 1 | A.    This document was prepared by |
| 2 | Peter Driesen.  You can see that on top |
| 3 | left, PD, probably co-signed by me |
| 4 | because nothing would leave, but this |
| 5 | page that you refer to, the 52, that's |
| 6 | prepared by Credit Department. So |
| 7 | that's Head Office. |
| 8 | Q.    So someone in Antwerp Belgium? |
| 9 | A.    That's a credit analyst, yes. |
| 10 | That was the discussion that we had, |
| 11 | LKB, like I explained to you had a very |
| 12 | defined credit facility with modalities |
| 13 | to finance sales, shipments that were |
| 14 | identified and so on. |
| 15 | LKI was all flexible.  It was |
| 16 | one facility that could be drawn |
| 17 | whenever the client wanted, as long as |
| 18 | it was diamond business, and mixed up |
| 19 | with other banks, but our argument -- |
| 20 | or commercial, but yes, it's a |
| 21 | commercial company, look at the balance |
| 22 | sheet and yeah. |
| 23 | Q.    Do you see the reference to |
| 24 | "working capital loan"? |
| 25 | A.    Yes. |
| 173: 1 | Q.    So this is, if I understand your |
| 2 | testimony correctly, someone in the |
| 3 | Antwerp Head Office of ADB describing |
| 4 | the Lazare credit facility in New York |
| 5 | as a working capital loan? |
| 6 | A.    Yes. |
| 7 | Q.    So does that suggest to you that |
| 8 | the words "working capital loan" were, |
| 9 | in fact, used by ADB to describe the |
| 10 | credit facility? |
| 11 | A.    Some people would use that to |
| 12 | show a difference between the facility |
| 13 | of LKB and LKI but we didn't really use |
| 14 | that word often.  This is in this case |
| 15 | to show -- look at the difference, we |
| 16 | are not well collateralized, it's not |
| 17 | well-defined and it's -- |
| 18 | Q.    Well, when you first met with or |
| 19 | spoke with Bill Moryto about the |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 171 Ln: 14 - Pg: 175 Ln: 4** continued...

**Annotation:**

| | |
|---|---|
| 173:20 | possibility that Lazare Kaplan would |
| 21 | set up a credit facility with ADB did |
| 22 | he tell you that Lazare was looking for |
| 23 | a working capital line of credit? |
| 24 | A.    I suppose that word is part of |
| 25 | the vocabulary, yes, Americans use it. |
| 174: 1 | Q.    And if you move toward the front |
| 2 | of this e-mail three pages, to the page |
| 3 | numbered 30949, do you see at the top |
| 4 | paragraph toward the end the sentence |
| 5 | that reads "LKI is requesting a working |
| 6 | capital loan partly to finance the New |
| 7 | York operations but also to finance the |
| 8 | other affiliates of the LKI group." |
| 9 | A.    Yeah. |
| 10 | Q.    Now, and did Mr. Moryto explain |
| 11 | to you what he meant by a working |
| 12 | capital loan when he told you that |
| 13 | Lazare Kaplan was looking to set up a |
| 14 | working capital line of credit? |
| 15 | A.    I don't remember. |
| 16 | Q.    But you do recall that he told |
| 17 | you that he was looking for working a |
| 18 | capital -- you have to let me finish, |
| 19 | sir. |
| 20 | A.    Sorry. |
| 21 | Q.    He told you that he was looking |
| 22 | to set up a working capital line of |
| 23 | credit for Lazare Kaplan? |
| 24 | MS. GREDD:  Objection to form. |
| 25 | You can answer. |
| 175: 1 | A.    I don't recall exactly when or |
| 2 | what but it's -- I would not deny that |
| 3 | he was using that terminology. I would |
| 4 | not deny that. |

**Pg: 179 Ln: 18 - Pg: 182 Ln: 4**

**Annotation:**

| | |
|---|---|
| 179:18 | Q.    How did Lazare make the |
| 19 | payments? You just testified that the |
| 20 | payments were made bay Lazare. |
| 21 | A.    Yes. |
| 22 | Q.    How did they go about making the |
| 23 | payments? |
| 24 | A.    Well, Lazare had the credit |
| 25 | facility in Antwerp from ADB, but have |
| 180: 1 | the possibility to use a KBC account to |
| 2 | operate this.  So that we discussed |
| 3 | already, KBC would be asked to transfer |

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 179 Ln: 18 - Pg: 182 Ln: 4 continued...**

**Annotation:**

```
180: 4      the money --
      5         Q.    And --
      6         A.    -- and be funded by ADB.
      7         Q.    So who asked -- who would ask,
      8      under this procedure that you're
      9      describing, who is it that would ask
     10      KBC?
     11         A.    Bill Moryto.
     12         Q.    And he would submit a form to
     13      KBC?
     14         A.    Yes.
     15         Q.    Okay.
     16         A.    Transfer.
     17         Q.    And what did KBC do in response
     18      to such a form, upon receiving that
     19      form?  What was the next step?
     20         A.    The next step was to see if
     21      there was availability if the credit
     22      line was not drawn too much, compliance
     23      would probably have a look if it was an
     24      acceptable transaction, etcetera, they
     25      would do the normal, then the transfer
181: 1      would be done.
      2         Q.    And how was the transfer -- who
      3      made the transfer? Who sent the money?
      4         A.    KBC.
      5         Q.    And then KBC then reconciled
      6      that payment with ADB?
      7         A.    Yes.
      8         Q.    Through the ADB pooling account
      9      in New York?
     10         A.    Yeah. Yes.
     11         Q.    And when payments came in did
     12      the same procedure apply?
     13         A.    Yes.
     14         MS. GREDD:  You have to wait
     15      until he finishes the question --
     16         THE WITNESS: Sorry.
     17         MS. GREDD:  -- and then answer.
     18         Q.    And the payment would be
     19      deposited into KBC's bank account in
     20      New York, right?
     21         A.    Yes.
     22         Q.    And KBC would reconcile the
     23      activity in the Lazare account with the
     24      ADB pooling account?
     25         A.    Yes.
182: 1         Q.    So the money never left New
      2      York?
      3         A.    Again, there are dollars --
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 179 Ln: 18 - Pg: 182 Ln: 4** continued...

**Annotation:**

```
182: 4      dollars never leave New York.
```

**Pg: 194 Ln: 8 - 23**

**Annotation:**

```
194: 8          Q.    When Lazare -- sorry.  When
      9     Lazare submitted a payment request to
      10    KBC Bank, "Please disburse the
      11    following monies to third party", how
      12    did KBC go about determining whether
      13    Lazare had sufficient credit to allow
      14    KBC to fund that request?
      15          MS. GREDD:  Objection to form.
      16    Q.    You can answer.
      17    A.    KBC knew because they record all
      18    what happens.
      19    Q.    They had a record?
      20    A.    They had a record and based on
      21    the record they knew and when there was
      22    a doubt they would contact us; can you
      23    check to make sure?
```

**Pg: 208 Ln: 3 - Pg: 211 Ln: 14**

**Annotation:**

```
208: 3      Q.    Would you turn to tab 55,
      4     please?
      5           (Plaintiff's Exhibit 55, was
      6     received and marked on this date for
      7     identification.)
      8     Q.    Do you recognize this document,
      9     Mr. Loral?
      10    A.    Yes.
      11    Q.    What is this document?
      12    A.    It's an agreement between the
      13    client and Antwerp Diamond Bank. At the
      14    time that the client is getting an
      15    account at KBC Bank this, in fact, is
      16    important in the Service Letter
      17    Agreements between the two banks in
      18    order to operate the KBC account
      19    connected to the ADB account.
      20          In fact, it contains two parts;
      21    the client agrees that all the
      22    transactions will pass over the KBC
      23    account; and the second part is that
      24    the client agrees that there is -- that
      25    ADB and KBC can look at each other's
209: 1    accounts. It's -- the second part is
      2     important to be able to make sure and
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 208 Ln: 3 - Pg: 211 Ln: 14** continued...

**Annotation:**

```
209: 3    check that the balance are same to
     4    reconciliate.
     5        Q.    Did you prepare this document?
     6        A.    Yes.
     7        Q.    Did you consult with anyone at
     8    ADB before preparing it?
     9        A.    Yes.
    10        Q.    With whom did you consult?
    11        A.    I don't remember but probably
    12    we're involved in those things, Frank
    13    Howe on our side at KBC Greg Boston,
    14    the operation of people in the banks.
    15        Q.    Did you consult with Mr. Boston
    16    at KBC before you prepared this
    17    document?
    18        A.    Yes. Yes.
    19        Q.    Did you consult with anyone else
    20    at KBC before you prepared the
    21    document?
    22        A.    On KBC side, normally Greg
    23    Boston will consult further with legal
    24    people, and on my side I would consult
    25    with legal people, I assume that also
210: 1    our legal people were looking at this
     2    but I don't remember now.
     3        Q.    Did you prepare any drafts of
     4    this document?
     5        A.    What do you mean?
     6        Q.    Before the final version was
     7    signed.
     8        A.    That I don't remember.
     9        Q.    Where was the original of this
    10    document kept at the bank?
    11        A.    I don't remember if it was in
    12    Antwerp Diamond Bank in Belgium or in
    13    KBC Bank, New York.
    14        Q.    Do you have a copy of this
    15    document in your possession?
    16        A.    No.
    17        Q.    Did you provide the original or
    18    a copy of the document to anyone at
    19    KBC?
    20        A.    Probably, if one bank kept the
    21    original the other bank would have a
    22    copy, because it was -- this was a
    23    procedure going together with opening
    24    of the KBC account. This document was
    25    part of the package.
211: 1        Q.    Would you have dealt with
     2    Mr. Boston at KBC or anyone else in
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 208 Ln: 3 - Pg: 211 Ln: 14 continued...**

**Annotation:**

```
211: 3      that regard?
      4      A.    Greg Boston, Maaike Maeckelbergh
      5      was involved because she was involved
      6      in opening the accounts on a daily
      7      basis.  So those were the ones.
      8      Q.    Who asked Lazare to sign this
      9      document?
     10      A.    I don't know.
     11      Q.    Did you do so?
     12      A.    No. Personally, I didn't ask --
     13      probably somebody from ADB
     14      representative office.
```

**Pg: 211 Ln: 23 - Pg: 213 Ln: 8**

**Annotation:**

```
211:23      Q.    Directing your attention to the
     24      first sentence, did you mean to say
     25      when you drafted this document that all
212: 1      of Lazare's transactions under its
      2      credit facility must pass through its
      3      KBC New York account?
      4      A.    Where do you see "must"?
      5      Q.    "Shall be effected", did you
      6      mean by "shall be effected" "must"?
      7      A.    Yes.
      8      Q.    And did you, when you used the
      9      word "all", mean that without
     10      exception?
     11      A.    We would prefer "without
     12      exception", unless there was a
     13      motivated request of the client.
     14            Technically, we could still work
     15      with the Belgian account, but that
     16      would again create a mismatch.  So we
     17      would prefer the client did not do it
     18      but it would happen that for a
     19      reasonable reason the client would ask
     20      us and that we would allow it to do
     21      directly a transaction with Antwerp on
     22      the account of Antwerp, but then we had
     23      to immediately tell KBC because there
     24      was a mismatch between the two
     25      accounts.
213: 1      Q.    So was it your intention in
      2      drafting this document that the -- that
      3      Lazare's bank account at the New York
      4      branch of KBC would be the exclusive
      5      vehicle for payments and disbursements
      6      under the credit facility?
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 211 Ln: 23 - Pg: 213 Ln: 8** continued...

**Annotation:**
```
213: 7      A.    That was the purpose. That was
     8      the purpose.
```

**Pg: 213 Ln: 16 - Pg: 214 Ln: 2**

**Annotation:**
```
213:16      Q.    Did KBC consent to --
    17      A.    -- to these documents?
    18      Q.    -- to the arrangements described
    19      in this document?
    20      A.    Yes.
    21      Q.    And how did they consent?
    22      A.    This document is part of the
    23      Service Letter Agreement. First we
    24      agreed between two banks how we would
    25      operate and then there was that memo
214: 1      explaining the details, and this is
     2      part of the whole setup.
```

**Pg: 214 Ln: 14 - Pg: 220 Ln: 1**

**Annotation:**
```
214:14      Q.    Would you turn now to Exhibit 57
    15      tab 57?
    16            (Plaintiff's Exhibit 57, was
    17      received and marked on this date for
    18      identification.)
    19      Q.    Is this the Services Agreement
    20      that you alluded to in your earlier
    21      testimony today?
    22      A.    Yes.
    23      Q.    Is that your signature on the
    24      second page?
    25      A.    Yes.
215: 1      Q.    Along with Mr. DeBosscher's
     2      signature and Mr. Boston's signature?
     3      A.    Yes.
     4      Q.    And this is an agreement between
     5      the ADB and the New York branch of KBC.
     6      Is that correct?
     7      A.    Yes.
     8      Q.    And the agreement is dated
     9      October 15, 1999.
    10      A.    Yes.
    11      Q.    Do you know who wrote this
    12      document?
    13      A.    I was involved in it but I don't
    14      know who -- I think it was redacted by
    15      Greg Boston and then we worked it out
    16      in different stages. I mean, that took
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

Pg: 214 Ln: 14 - Pg: 220 Ln: 1 continued...

**Annotation:**

```
215:17    some time. It had to be exactly right.
    18    So several people were involved in it.
    19       Q.    And let's walk through the
    20    document beginning with the "whereas"
    21    clauses on the top of page 1.
    22          Do you see the first "whereas"
    23    clause that provides or reads, "ADB
    24    wishes to expand its business to the
    25    New York diamond market?"
216: 1       A.    Yes.
     2       Q.    What type of business was ADB
     3    looking to expand to the New York
     4    diamond market?
     5       A.    Financing of the industry.
     6       Q.    Loans?
     7       A.    Yes.
     8       Q.    Loans? And was ADB already doing
     9    business with the New York diamond
    10    market as of the date of this
    11    agreement?
    12       A.    Yes.
    13       Q.    Do you recall how many different
    14    clients in the New York diamond market
    15    ADB had as of the date of this
    16    agreement?
    17       A.    I would say 10, 10 maybe. Around
    18    that level.
    19       Q.    Okay. And moving down to the
    20    second "whereas" clause, do you see the
    21    language the sentence that begins, "KBC
    22    agrees to provide certain operational
    23    services to ADB and to ADB's clients"?
    24    Do you see that?
    25       A.    Yes.
217: 1       Q.    What were the operational
     2    services that KBC was agreeing to
     3    provide to ADB and to ADB's clients in
     4    this document?
     5       A.    The one that are mentioned
     6    below.
     7       Q.    In the text?
     8       A.    Yes.
     9       Q.    So that would include allowing
    10    diamond clients to open current
    11    accounts at the New York branch of KBC?
    12       A.    Yes.
    13       Q.    And effectuating local and
    14    international payments on behalf of the
    15    clients?
    16       A.    Yes.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 214 Ln: 14 - Pg: 220 Ln: 1** continued...

**Annotation:**

| | |
|---|---|
| 217:17 | Q.    And providing other banking |
| 18 | services on behalf of the clients? |
| 19 | A.    Yes. |
| 20 | Q.    Okay. What does the reference to |
| 21 | "current accounts" mean? |
| 22 | A.    Current accounts is -- is an |
| 23 | overdraft account facility -- operating |
| 24 | account. I mean, I don't know what else |
| 25 | I can say on -- |
| 218: 1 | Q.    An operating account? |
| 2 | A.    Yes. |
| 3 | Q.    An operating bank account? |
| 4 | A.    Yes. |
| 5 | Q.    In whose books are diamond |
| 6 | clients to open current accounts or |
| 7 | operating accounts? |
| 8 | A.    In this agreement, the purpose |
| 9 | is that it's in the KBC New York books. |
| 10 | Q.    KBC New York. Okay. And does |
| 11 | this paragraph contemplate that KBC |
| 12 | will effectuate local and international |
| 13 | payments on behalf of the diamond |
| 14 | clients? |
| 15 | A.    Yes. |
| 16 | Q.    What does "effectuate" mean, as |
| 17 | it's used in this document, Mr. Loral, |
| 18 | execute? |
| 19 | A.    Yes. Yes. Yes. |
| 20 | Q.    What are the other banking |
| 21 | services that is described in this |
| 22 | second "whereas" clause? |
| 23 | A.    I don't recall. I don't recall. |
| 24 | But I mean, KBC is an independent bank. |
| 25 | They could provide other service that |
| 219: 1 | the client could use as a bank. |
| 2 | Q.    So, for example -- withdrawn. |
| 3 | Did KBC provide other banking |
| 4 | services to Lazare in connection with |
| 5 | the Lazare bank account at KBC New |
| 6 | York? Was that a full service account? |
| 7 | A.    Not full service, like payroll, |
| 8 | KBC didn't want to do. But there were |
| 9 | possibilities, if the client would like |
| 10 | to have hedging products, probably KBC |
| 11 | would have done it. |
| 12 | I don't know if we did anything |
| 13 | for Lazare, if KBC did anything for |
| 14 | Lazare but the facility was there, |
| 15 | nothing was excluded in that way. |
| 16 | Q.    And moving to the next "whereas" |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 214 Ln: 14 - Pg: 220 Ln: 1** continued...

**Annotation:**

```
219:17    clause that begins "In agreement with
    18    the diamond clients," do you see that?
    19    A.    Yes.
    20    Q.    What is the agreement with the
    21    diamond clients that's referred to
    22    here?
    23    A.    I should read again that one --
    24    Q.    Exhibit 55.
    25    A.    Yes. Yes. That must refer to
220: 1    these documents.
```

**Pg: 220 Ln: 2 - Pg: 222 Ln: 10**

**Annotation:**

```
220: 2    Q.    Okay. I asked you earlier
     3    whether Exhibit 55, which you described
     4    as an agreement between ADB and Lazare,
     5    was also an agreement between KBC and
     6    Lazare, and you said no.
     7          Now, having looked at the
     8    language in the Services Agreement I
     9    ask you again whether Exhibit 55 is an
    10    agreement between KBC and Lazare, as
    11    well as ADB and Lazare?
    12    A.    For me it's an agreement between
    13    ADB and Lazare and we give the form to
    14    KBC and for KBC this is approved that
    15    the client agrees but the document is
    16    addressed to ADB not to KBC, but it
    17    mentions what we just discussed. So if
    18    KBC got this document for KBC this
    19    point was in order.
    20    Q.    So if I understand your
    21    testimony correctly you're saying that
    22    KBC considered Exhibit 55 to be an
    23    agreement with Lazare, agreement
    24    between itself and Lazare?
    25          MS. GREDD:  Objection.
221: 1    Q.    But feel free to correct me if
     2    I'm wrong.
     3    A.    No. KBC -- KBC wants to make --
     4    checked or wanted to make sure that the
     5    client agreed and the client had to
     6    agree because it had sent the letter to
     7    ADB, so...
     8    Q.    So is it your testimony that KBC
     9    relied on this Plaintiff's Exhibit 55
    10    as a written permission to take the
    11    actions described in the service
    12    agreement?
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 220 Ln: 2 - Pg: 222 Ln: 10** continued...

**Annotation:**

```
221:13      A.     I think to say yes, unless I
     14   forget anything, but I don't think
     15   there were any other documents, but I'm
     16   --
     17      Q.     Was Plaintiff's Exhibit 55 then
     18   an agreement for the benefit of KBC as
     19   well as ADB?
     20         MR. MARTIN:  Objection, form.
     21      A.     Those are legal words. I mean, I
     22   can only repeat this document was
     23   addressed to ADB and was used to work
     24   with the Service Letter Agreement. And
     25   legally, I'm not a lawyer, so I don't
222: 1   know.
      2      Q.     Okay. But this, the language in
      3   the Services Agreement that reads, "In
      4   agreement with the diamond clients",
      5   that language refers to Exhibit 55,
      6   does it not?
      7      A.     Yes. I think so. I don't
      8   remember -- unless I forgot something,
      9   I don't remember other documents in
     10   that context.
```

**Pg: 222 Ln: 11 - Pg: 224 Ln: 18**

**Annotation:**

```
222:11      Q.     Now, this -- this "whereas"
     12   clause goes on to provide that, "KBC
     13   agrees to communicate all payments
     14   effectuated by the diamond clients to
     15   ADB via SWIFT communications."
     16         The -- would a payment by
     17   Lazare to a third party in connection
     18   with the purchase or financing of
     19   diamonds be a payment effectuated by a
     20   diamond client within the meaning of
     21   this paragraph?
     22      A.     That's a long sentence. Could
     23   you --
     24      Q.     I'll break it down for you.
     25         Which party, which bank is
223: 1   effectuating the payments by the
      2   diamond clients, looking at this
      3   "whereas" clause?
      4      A.     I'm reading the clause again.
      5         (Whereupon, the Deponent reviews
      6   the document.)
      7      A.     So your question was if KBC is
      8   effectuating a transaction, a payment
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 222 Ln: 11 - Pg: 224 Ln: 18** continued...

**Annotation:**

```
223: 9      from Lazare to a third party, if this
     10     clause -- yes, indeed, yeah.
     11        Q.    So when the -- when the
     12     "whereas" clause provides that KBC
     13     agrees to communicate all payments
     14     effectuated, it means in its reference
     15     to payments effectuated, payments that
     16     it effectuates for the diamond clients
     17     of ADB?
     18        A.    Via the account of KBC.
     19        Q.    Yes. Okay. And the last sentence
     20     of this "whereas" clause, "On the basis
     21     of those messages ADB will make
     22     internal entries to adjust the
     23     customer's credit position."
     24           Do the words "the customer's
     25     credit position" mean to the balance of
224: 1      the outstanding loans under a credit
      2     facility such as the one Lazare had?
      3        A.    Yes.
      4        Q.    And continuing down to the last
      5     "whereas" clause that reads, "ADB
      6     agrees to open a pooling account with
      7     KBC to fund the payments effectuated by
      8     KBC on behalf of the diamond clients,"
      9     are we talking here about a pooling
     10     account at the New York branch of KBC?
     11        A.    I think that account was
     12     maintained in New York, yes.
     13        Q.    So the payments effectuated or
     14     executed by KBC on behalf of the
     15     diamond clients of ADB, were reconciled
     16     with the pooling account set up by ADB,
     17     pursuant to this agreement?
     18        A.    Yes.
```

**Pg: 227 Ln: 8 - Pg: 228 Ln: 15**

**Annotation:**

```
227: 8        Q.    ADB clients that did not have an
      9     account at KBC New York but rather at a
     10     different bank, is it correct that
     11     dollar denominated transactions of such
     12     ADB clients were executed through the
     13     ADB pooling account at KBC New York?
     14           MS. GREDD:  Objection to form.
     15        A.    No. I think we misunderstood
     16     each other here. The clients that
     17     Antwerp Diamond Bank had in New York,
     18     those clients were in the business, in
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 227 Ln: 8 - Pg: 228 Ln: 15** continued...

**Annotation:**

```
227:19      the profit center New York and those
    20      clients would all try to guide through
    21      KBC's -- KBC account in the pooling
    22      system because it was better for the
    23      clients and we prefer that then the
    24      system was working for everybody. In
    25      the beginning some clients elected not
228: 1      to do it.  Okay?  After a certain time
     2      most of the clients, and all the
     3      clients, in fact, agreed to do it and
     4      it worked.
     5           So it was a matter of
     6      construction in the system and putting
     7      all the clients in the system. But we
     8      had clients in Belgium or in Hong Kong,
     9      all the transactions in U.S. dollar --
    10      in diamond business are in U.S. dollar
    11      they would not work with the pooling
    12      clients. There was no need. The pooling
    13      client was to fund the transactions
    14      that KBC was doing on our behalf.  All
    15      the rest we were funding ourselves.
```

**Pg: 232 Ln: 15 - 23**

**Annotation:**

```
232:15      Q.    So going back to the agreement
    16      below the words "It is agreed as
    17      follows" on the first page, number one,
    18      do you see the sentence that begins
    19      "KBC will accept all payment orders
    20      from the diamond clients either locally
    21      in New York or internationally," do you
    22      see that sentence?
    23      A.    Yes.
```

**Pg: 233 Ln: 5 - Pg: 242 Ln: 14**

**Annotation:**

```
233: 5      Q.    Would you look at Exhibit 61,
     6      tab 61?
     7      A.    Would you mind, the last page?
     8      Q.    First page? That's it.
     9      A.    Yes.
    10      Q.    Is that a form of payment order
    11      from a diamond client to KBC?
    12      A.    It looks like. I don't recall
    13      this document, but when I read it, I
    14      see.
    15      Q.    Okay. So going back to paragraph
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

Pg: 233 Ln: 5 - Pg: 242 Ln: 14 continued...

**Annotation:**

```
233:16      1, the diamond client in this case
    17      Lazare submits a payment order to KBC.
    18      Can you walk us through the procedure
    19      that's described in this Service
    20      Agreement in regard to effectuating
    21      that payment order?
    22      A.    KBC will receive this document.
    23      Q.    From a customer like Lazare
    24      Kaplan?
    25      A.    They would verify the
234: 1      signatures, etcetera. Meanwhile, KBC
     2      has to be informed about the level of
     3      facility and indepthness of the clients
     4      with Antwerp Diamond Bank so that we
     5      know that they can do the transaction
     6      because we know --
     7      Q.    So stop there for a quick.
     8      You're going too quickly now.
     9            Are you saying that when KBC
    10      receives the payment order from a
    11      customer like Lazare in the form that
    12      you just identified, it verifies with
    13      ADB that there is sufficient credit
    14      under the line of credit, the credit
    15      facility to support the payment that's
    16      requested?
    17      A.    Yes. And they do it from time to
    18      time because KBC keeps records of all
    19      the transactions. So once they know the
    20      position from that day on they will do
    21      pluses and minuses but they keep track
    22      in the system of the position of
    23      Antwerp Diamond Bank. Once in a while
    24      we reconcile to make sure that it is
    25      still the same position.
235: 1      Q.    Is that what's meant by the next
     2      sentence "KBC will keep records of the
     3      movements on the diamond clients
     4      account, etcetera?"
     5      A.    Yes.
     6      Q.    So KBC is playing a
     7      recordkeeping or administrative
     8      function with respect to the borrowing
     9      that Lazare is making under the credit
    10      facility. Is that correct?
    11      A.    Of Antwerp Diamond Bank, yes.
    12      Q.    And when KBC receives a payment
    13      request, Mr. Loral, does it verify that
    14      it's a -- that it's proper and
    15      appropriate to make a payment to the
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 233 Ln: 5 - Pg: 242 Ln: 14** continued...

**Annotation:**

| | |
|---|---|
| 235:16 | designated recipient? In other words, |
| 17 | does it perform an anti-money |
| 18 | laundering function of some kind? |
| 19 | A.    Yes. Automatically that's KBC's |
| 20 | duty and they have the department |
| 21 | involved and they will also verify that |
| 22 | it's a diamond transaction. That's |
| 23 | something that we requested because we |
| 24 | want to avoid the client would misuse |
| 25 | the funds for something else. |
| 236: 1 | Q.    And moving down to the next |
| 2 | bullet point, you see the reference to |
| 3 | the chief representative of ADB in New |
| 4 | York? |
| 5 | A.    Yes. |
| 6 | Q.    Okay. Who is that or who was |
| 7 | that? |
| 8 | A.    Peter Driesen. That's -- yes. |
| 9 | Yes. Yes. |
| 10 | Q.    So in a situation in which the |
| 11 | requested payment exceeds the available |
| 12 | credit under the line of credit KBC |
| 13 | doesn't process the payment but rather |
| 14 | notifies Mr. Driesen and the Visa |
| 15 | department of ADB? |
| 16 | A.    Yes. |
| 17 | Q.    And it says the next sentence, |
| 18 | "The latter takes the necessary steps |
| 19 | to get the payment approved by the |
| 20 | appropriate people within ADB."  Who |
| 21 | are the appropriate people within ADB? |
| 22 | A.    Credit Committee. |
| 23 | Q.    Credit Committee. Okay. And then |
| 24 | KBC and the chief representative are |
| 25 | notified of the bank's decision. Is |
| 237: 1 | that the procedure here? |
| 2 | A.    Yes. |
| 3 | Q.    Okay. And assuming the decision |
| 4 | is favorable or there is sufficient |
| 5 | credit, is it correct on your reading |
| 6 | of this agreement that KBC debits the |
| 7 | diamond client's account, in this case |
| 8 | that would be the Lazare account at the |
| 9 | New York branch of KBC? |
| 10 | A.    Yes. |
| 11 | Q.    And carries out the payment |
| 12 | instruction? |
| 13 | A.    Yes. |
| 14 | Q.    And carries out the payment |
| 15 | instruction by wire transferring the |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 233 Ln: 5 - Pg: 242 Ln: 14** continued...

**Annotation:**

```
237:16    monies requested -- the monies funding
    17    the loan requested by the customer?
    18    A.    It's a long one. Sorry.
    19    Q.    How does it carry out the
    20    payment instructions?
    21    A.    Well, like you said, the payment
    22    instruction will be effectuated
    23    resulting in a debit on the account at
    24    KBC, and that debit will be funded by
    25    the pooling account.
238: 1    Q.    So KBC provides the money to
     2    effectuate the wire transfer the
     3    payment that's requested?
     4    A.    Yes.
     5    Q.    And it then reconciles that
     6    payment with ADB's pooling account?
     7    A.    Yes.
     8    Q.    Dropping down to the next bullet
     9    point that references the MT 900 form,
    10    do you see the sentence, "KBC also adds
    11    information about the beneficiary of
    12    the payment?"
    13    A.    Yes.
    14    Q.    Where does KBC get that
    15    information from?
    16    A.    From the payment order.
    17    Q.    Is this the anti-money
    18    laundering function you described
    19    earlier?
    20    A.    No.
    21    Q.    Why is KBC adding information
    22    about the beneficiary of the payment in
    23    its message to ADB?
    24    A.    Because ADB wants to know -- ADB
    25    is financing, ADB wants to follow what
239: 1    happens with the financing facility and
     2    the credit.
     3    Q.    So it gets that information from
     4    KBC?
     5    A.    Yes.
     6    Q.    And KBC, in turn, gets it from
     7    the customer?
     8    A.    Yes.
     9    Q.    And then the last bullet point,
    10    "ADB receives this report and debits
    11    the diamond customer's account in its
    12    books against the pooling account."
    13    That is the New York pooling account?
    14    A.    Yes.
    15    Q.    And moving to paragraph 2, do
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 233 Ln: 5 - Pg: 242 Ln: 14** continued...

**Annotation:**

```
239:16    you see the sentence that reads, "KBC
    17    will accept and registrate all in
    18    coming funds via the customary
    19    channels, etcetera, in favor of the
    20    diamond clients." Do you see that
    21    sentence?
    22    A.    Yes.
    23    Q.    Is this sentence referring to or
    24    does it include deposits made by
    25    customers of Lazare Kaplan into the
240: 1    Lazare bank account at KBC New York?
     2    A.    Yes.
     3    Q.    So the sales proceeds of
     4    diamonds sold by Lazare would be an
     5    example of incoming funds that are
     6    deposited into Lazare's bank account at
     7    KBC New York.  Is that correct?
     8    A.    Yes. That's correct.
     9    Q.    What does "registrate" mean, by
    10    the way, as it's used in this document?
    11    A.    Book, make a booking.
    12    Q.    Make a booking?
    13    A.    Yes. Make an entry.  I think you
    14    use the word "entry".
    15    Q.    And again, turning to the bullet
    16    point in paragraph 2, KBC credits the
    17    customer's account in its books, so
    18    that would be the bank account, the
    19    customer's bank account at the New York
    20    branch of KBC?
    21    A.    Yes.
    22    Q.    That would be the Lazare bank
    23    account in our case?
    24    A.    Yes.
    25    Q.    And then KBC sends a message to
241: 1    ADB, giving ADB information about the
     2    transaction?
     3    A.    Yes.
     4    Q.    Okay. And you see the next
     5    sentence that reads, "KBC also adds
     6    information about the ordering customer
     7    of the payment."  What information is
     8    referred to in that sentence?
     9    A.    That's a counterparty, the
    10    customer of Lazare, which made the
    11    payment and the information is the name
    12    of the ordering company.
    13    Q.    And does KBC, again, have an
    14    anti-money laundering function in
    15    obtaining that information?
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 233 Ln: 5 - Pg: 242 Ln: 14** continued...

**Annotation:**

```
241:16        A.     Yes. To check everything by
   17      compliance.
   18         Q.     And does KBC share the
   19      information it obtains about the
   20      ordering customer with ADB under this
   21      paragraph?
   22         A.     Well, it's the information in
   23      the SWIFT message.  So we have the
   24      information, we received the
   25      information, yes.
242: 1         Q.     So ADB's information about the
    2      payee and the payor in transactions, in
    3      Lazare transactions, comes from KBC.
    4      Is that correct?
    5         A.     Yes.
    6         Q.     So -- and in the last sentence
    7      where it says, "ADB receives this
    8      report and credits the diamond client's
    9      account in its books against the KBC
   10      pooling account," does that mean ADB is
   11      making a book entry to reflect the
   12      transaction?
   13         A.     Well, yes, we adjust the balance
   14      of the client in our books.
```

**Pg: 248 Ln: 5 - Pg: 249 Ln: 2**

**Annotation:**

```
248: 5         Q.     And dropping down to the second
    6      paragraph in paragraph 3, do you see
    7      the reference to "KBC New York granting
    8      ADB an overnight placement on money
    9      market rates?"
   10         A.     Yes.
   11         Q.     Can you explain that sentence?
   12         A.     Due to the time difference it
   13      could happen that when ADB was already
   14      closed and KBC was still operating that
   15      they would pool more than there was in
   16      the pooling account. So Antwerp Diamond
   17      Bank had the credit facility with KBC
   18      Bank.  So the pooling account of
   19      Antwerp Diamond Bank could go negative
   20      and that would be the price we pay for
   21      it. KBC would fund, grant us a credit
   22      line on that pooling account.
   23         Q.     When you say that Antwerp
   24      Diamond Bank had a credit facility with
   25      KBC, do you mean the New York branch of
249: 1      KBC?
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 248 Ln: 5 - Pg: 249 Ln: 2** continued...

    **Annotation:**
```
249: 2      A.    Yes.
```

**Pg: 250 Ln: 8 - 18**

    **Annotation:**
```
250: 8      Q.    Did ADB pay tax to the U.S.
     9      Government on interest or fees that it
    10      earned on the loans to Lazare Kaplan?
    11      A.    Could you please repeat it?
    12      Q.    Did ADB pay interest to the U.S.
    13      Government on -- I'm sorry -- pay tax
    14      to the U.S. Government on interest or
    15      fees that it received from Lazare in
    16      connection with the loans under the
    17      credit facility?
    18      A.    Yes.
```

**Pg: 252 Ln: 23 - Pg: 253 Ln: 2**

    **Annotation:**
```
252:23      Q.    And did ADB take the position
    24      with the U.S. Government that the loan
    25      activities in New York were effectively
253: 1      connected to New York?
     2      A.    Yes.
```

**Pg: 259 Ln: 2 - 7**

    **Annotation:**
```
259: 2      Q.    So would you turn back one tab
     3      in your binder, your exhibit binder,
     4      Mr. Loral, to Exhibit 56, which is the
     5      letter that you wrote to Greg Boston on
     6      or about September 4, 2000 that we
     7      talked about earlier this morning.
```

**Pg: 259 Ln: 2 - Pg: 260 Ln: 13**

    **Annotation:**
```
259: 2      Q.    So would you turn back one tab
     3      in your binder, your exhibit binder,
     4      Mr. Loral, to Exhibit 56, which is the
     5      letter that you wrote to Greg Boston on
     6      or about September 4, 2000 that we
     7      talked about earlier this morning.
     8            And directing your attention to
     9      the first paragraph of the letter in
    10      section 1, do you see the sentence that
    11      begins "Client signs a document in
    12      which he gave the authorization to KBC
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 259 Ln: 2 - Pg: 260 Ln: 13** continued...

**Annotation:**

```
259:13      NY and to Antwerpen Diamond Bank NV
    14      Head Office ADB HO to exchange accounts
    15      and credit facility information
    16      concerning his relations with both
    17      banks, etcetera."  Do you see that
    18      sentence?
    19      A.    Yes.
    20      Q.    What is the document signed or
    21      to be signed by the client that you
    22      refer to in this part of your letter,
    23      is that Plaintiff's Exhibit 55?
    24      A.    I think so, yes.
    25      Q.    And does that document
260: 1      constitute an authorization given by
     2      Lazare to KBC New York to exchange
     3      information with ADB?
     4      A.    He gave the document to ADB
     5      mentioning that he agreed, so I think
     6      for KBC it's enough to know that they
     7      can do it.
     8      Q.    Was it your intention in
     9      preparing Plaintiff's Exhibit 55 that
    10      it would comply with the procedures set
    11      forth in this letter that you wrote to
    12      Mr. Boston?
    13      A.    Yes.
```

**Pg: 260 Ln: 8 - Pg: 261 Ln: 2**

**Annotation:**

```
260: 8      Q.    Was it your intention in
     9      preparing Plaintiff's Exhibit 55 that
    10      it would comply with the procedures set
    11      forth in this letter that you wrote to
    12      Mr. Boston?
    13      A.    Yes.
    14      Q.    Why did you send this letter to
    15      Mr. Boston? What was the purpose of the
    16      letter?
    17      A.    To make sure that we don't make
    18      any mistake in the way we work.
    19      Finally, Greg Boston represents another
    20      bank, we are not colleagues, I mean
    21      directly in the same bank, so we want
    22      the team to agree with exactly and that
    23      way we didn't forget anything.
    24          It was the first time that we
    25      would practically operate, as it's
261: 1      mentioned here, the first time that the
     2      client would use the system.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 284 Ln: 6 - Pg: 285 Ln: 9**

**Annotation:**

```
284: 6      Q.      Okay. The dollar denominated
      7      transactions of other clients of ADB
      8      were also executed through the ADB
      9      pooling account at KBC New York,
     10      correct?
     11            MS. GREDD:  Objection. Asked and
     12      answered.
     13      A.      Yes. From the clients that were
     14      in the branch New York.
     15      Q.      All monies transferred by ADB
     16      clients to ADB in dollar denominated
     17      transactions from anywhere in the world
     18      were executed through the ADB pooling
     19      account at KBC New York?
     20            MS. GREDD:  Objection. Asked and
     21      answered.
     22      Q.      Correct?
     23      A.      Would you please --
     24      Q.      All monies transferred by ADB
     25      clients to ADB in dollar denominated
285: 1      transactions from anywhere in the world
      2      were executed through the ADB pooling
      3      account at KBC New York?
      4            MS. GREDD:  Objection. Asked and
      5      answered.
      6      A.      Only the clients from the New
      7      York branch. The pooling account was
      8      only for the clients of the New York
      9      branch.
```

**Pg: 288 Ln: 19 - Pg: 289 Ln: 4**

**Annotation:**

```
288:19      Q.      If a client of ADB made a dollar
     20      denominated transfer to a company
     21      outside of the United States, would
     22      that transfer be executed through the
     23      ADB pooling account in New York?
     24      A.      The same point, if it's a client
     25      from the New York operation, yes. If
289: 1      not, no. And even clients from Antwerp
      2      Diamond Bank Head Office in Belgian
      3      would do such a transaction then the
      4      pooling account is not involved.
```

**Pg: 291 Ln: 23 - Pg: 292 Ln: 16**

**Annotation:**

```
291:23      Q.      When Lazare received a payment
     24      of diamond sales proceeds into the KBC
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 291 Ln: 23 - Pg: 292 Ln: 16** continued...

**Annotation:**

```
291:25          New York account, did those funds ever
292: 1      move outside of New York?
     2          A.    Yes. Those funds would be
     3      transferred via the pooling account on
     4      Lazare's account in Belgium and he
     5      would see that on his statement because
     6      his balance would become less high, as
     7      a big balance.
     8          Q.    You are referring to the entry
     9      or notation in the statement. I'm
    10      talking about the dollars.
    11          A.    The amounts are transferred on
    12      the account against an account of the
    13      bank, and but dollars are held in the
    14      United States as for the whole world.
    15      That's why also the United States can
    16      see everything that happens in dollars.
```

**Pg: 294 Ln: 3 - Pg: 295 Ln: 20**

**Annotation:**

```
294: 3              Did you, yourself, clearly
     4      explain to Mr. Moryto that Lazare would
     5      have to open a bank account in Belgium
     6      to obtain a line of credit? Do you
     7      recall a conversation?
     8          A.    No.  I don't recall exact -- any
     9      conversation of 15 years ago. I'm
    10      sorry. I cannot recall such a
    11      conversation.
    12          Q.    Do you recall any writing in
    13      which Mr. Moryto was advised that
    14      Lazare would need to open a bank
    15      account in Belgium in order to obtain a
    16      line of credit or a credit facility?
    17          A.    No. No. Honestly, I don't recall
    18      ever having done that to any client
    19      because it was going without saying
    20      that you cannot have a credit facility
    21      without having an account.
    22          Q.    Did Mr. Moryto ever say anything
    23      to you that would indicate to you that
    24      he understood that Lazare would need to
    25      have a bank account in Belgium?
295: 1          A.    No. I don't remember anything
     2      like that.
     3          Q.    And did you find Mr. Moryto to
     4      be an honest person in your dealings
     5      with him?
     6          A.    Yes.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 294 Ln: 3 - Pg: 295 Ln: 20** continued...

**Annotation:**

```
295: 7        Q.     Do you believe him to be a
     8    person of the highest integrity?
     9        A.     When?
    10        Q.     During the relevant period of
    11    time.
    12        A.     Yes. Yes. Until when is the
    13    relevant period?
    14        Q.     10 years, 2000 to 2010.
    15        A.     Well, in my opinion as long as I
    16    was working with him, yes.
    17        Q.     Did you ever tell Mr. Moryto
    18    that ADB could meet Lazare's banking
    19    needs in New York?
    20        A.     In certain words, yes.
```

**Pg: 296 Ln: 17 - Pg: 297 Ln: 8**

**Annotation:**

```
296:17        Q.     Did you tell Mr. Moryto in
    18    December of 2000 that KBC New York
    19    could open a bank account for Lazare?
    20        A.     I don't remember that I told him
    21    that and certainly not at that date,
    22    but that was probably the purpose of
    23    the whole setup. That's what we
    24    discussed.
    25        Q.     Do you remember whether anyone
297: 1    at ADB discussed with Mr. Moryto the
     2    possibility of Lazare opening a bank
     3    account at the New York branch of KBC?
     4        A.     No. I don't remember the
     5    conversations like -- I can only see
     6    now factually what happens, so I can
     7    assume that we have been discussing
     8    about it.
```

**Pg: 297 Ln: 9 - 21**

**Annotation:**

```
297: 9        Q.     Was the New York office of ADB a
    10    startup operation in December of 2000?
    11        A.     Sorry?
    12        Q.     Was it a new office for ADB?
    13        A.     In New York?
    14        Q.     Yes, in New York.
    15        A.     Yes. The rep office was new.  We
    16    got the license from the authorities
    17    end of '99 and so, beginning of 2000 we
    18    just opened the office, we rented a
    19    place, I think Peter Driesen was there,
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 297 Ln: 9 - 21** continued...

**Annotation:**

```
297:20    he got the license to live in New York.
     21    Yeah, we were quite new.
```

**Pg: 297 Ln: 22 - Pg: 299 Ln: 9**

**Annotation:**

```
297:22    Q.    Did you, yourself, ever discuss
     23    with Mr. Moryto how the KBC New York
     24    bank account would operate vis- -vis
     25    the credit facility?
298: 1    A.    I don't recall, of course, such
      2    conversations but I honestly assumed
      3    that I went personally in the date with
      4    him.  Normally with such clients I
      5    would go myself to explain what we have
      6    as product, how it works. It's not so
      7    simple to explain to a client because
      8    it's a bit special, so I would either
      9    go myself or I would join the local
     10    guy, Peter Driesen.
     11    Q.    Do you know when Lazare was
     12    first told that the bank account at KBC
     13    New York would be a zero balance
     14    account?
     15    A.    No. I don't remember that.
     16    Q.    Did you, yourself, make such a
     17    statement to anyone at Lazare at or
     18    about the time that Plaintiff's Exhibit
     19    55 was signed, which for the record, is
     20    May 31, 2001?
     21    A.    I cannot tell you anything about
     22    -- about in detail conversation, that
     23    is too long ago, but I reasonably
     24    assumed that I explained the setup to
     25    Bill Moryto, maybe together with Peter
299: 1    Driesen, maybe alone, that I cannot
      2    remember but I like to go to clients
      3    myself to explain this. The signature
      4    of documents, that normally I didn't do
      5    myself, that I delegated to people in
      6    New York. And explaining the zero
      7    balance was part of the whole setup,
      8    which is important because it's -- this
      9    is part of the way it would work.
```

**Pg: 325 Ln: 12 - Pg: 329 Ln: 2**

**Annotation:**

```
325:12    Q.    Would you turn to tab 84?
     13          Does this document reflect the
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

Pg: 325 Ln: 12 - Pg: 329 Ln: 2 continued...

**Annotation:**

```
325:14      situation you were describing with De
    15      Beers?
    16              (Plaintiff's Exhibit 84, was
    17      received and marked on this date for
    18      identification.)
    19       A.   Yes.
    20       Q.    And is it the case that De Beers
    21      began to require that payments for
    22      sites come directly from the site
    23      holder?
    24       A.    From a main company of the
    25      group, from the main company of the
326: 1      group.
     2       Q.    Did you discuss with Mr. Moryto
     3      how to respond to that change in rules
     4      by De Beers in terms of where the
     5      payments would come from?
     6       A.    I vaguely remember the whole
     7      issue. I suppose finally at the end of
     8      the day I spoke with Bill, here I say
     9      it was Oakley but I mean I don't deny
    10      that I didn't speak about because
    11      probably even by phone we had a lot of
    12      discussions.
    13       Q.    Do you recall that Mr. Moryto
    14      wanted the payment to come from LKB,
    15      its Belgian subsidiary, and not from
    16      LKI or Lazare?
    17       A.    LKB had the credit facility with
    18      the modality to finance the DTC, the
    19      base sides.  So normally the payments
    20      were always done by LKB, but now the
    21      base wanted to see the money coming
    22      from LKI and that was an issue.
    23       Q.    And what was the solution that
    24      was put in place by ADB and Lazare to
    25      deal with this situation?
327: 1       A.    Let me, please, read the second
     2      paragraph.
     3              (Whereupon, the Deponent reviews
     4      the document.)
     5       A.    So the first -- there were two
     6      options here.  First option was that he
     7      would reduce the facility of Lazare
     8      Belgium and shift it by increasing the
     9      facility of Lazare which could be done
    10      but that takes time. We would have to
    11      go to a Credit Committee and obtain
    12      that.
    13              A simpler solution is that LKB
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 325 Ln: 12 - Pg: 329 Ln: 2** continued...

**Annotation:**

```
327:14        would send the site payment to LKI, a
    15        book transfer, which we could do
    16        directly in Belgium and then the
    17        payment would be forwarded to the DTC.
    18        So the base would be happy and they
    19        could get the money from the channel
    20        they wanted but the problem would be
    21        that the Lazare Belgium modality would
    22        not be followed.  The modality didn't
    23        agree to send money to Lazare, it was
    24        to send money to the base, and that was
    25        something that we had to overrule
328: 1        internally.
     2          Q.   So did ADB put in place an
     3        internal arrangement whereby a transfer
     4        was made from Lazare Kaplan Belgium's
     5        credit facility to Lazare's credit
     6        facility on a bookkeeping basis?
     7          A.    I don't remember how we did it,
     8        to be honest, but I assume the first
     9        payment -- to be practical, Lazare --
    10        the bank authorized Lazare Belgium to
    11        pay to Lazare international and then to
    12        the base, because finally we -- don't
    13        forget the base was a former
    14        shareholder of ADB, so we trusted that
    15        the base was an honest supplier and
    16        would give the goods so we were not
    17        really afraid of this type of
    18        transactions and the value of the goods
    19        was strongly there also.
    20          So Lazare would receive the
    21        goods, we probably would have asked
    22        Lazare to give the goods to Lazare
    23        Belgium and because we had to match
    24        afterwards the withdrawal from Lazare
    25        Belgium but you know as a small bank we
329: 1        did manual interventions to help the
     2        clients.
```

**Pg: 332 Ln: 9 - Pg: 336 Ln: 6**

**Annotation:**

```
332: 9          Q.   Would you turn to tab 58 and
    10        tell me if you can identify the two
    11        pages that are there?
    12          (Plaintiff's Exhibit 58, was
    13        received and marked on this date for
    14        identification.)
    15          A.    Only 58?
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

---

**Pg: 332 Ln: 9 - Pg: 336 Ln: 6** continued...

**Annotation:**

```
332:16        Q.    Yes. Exhibit 58. What are the
     17    transactions that are described in
     18    these exhibits, to the extent you can
     19    tell from the documents or recollect
     20    independently?
     21        A.    I don't recollect now the
     22    account number. Is that the account
     23    number that we agreed on for the
     24    pooling account?
     25        Q.    These documents purport to be
333: 1    KBC statements attributable to the
      2    pooling account.
      3        A.    Okay. I don't exactly understand
      4    this transaction, but which is the
      5    question about the transaction?
      6        Q.    Well, can you tell from these
      7    documents -- can you identify from
      8    these documents the party making the
      9    transfer?
     10        A.    I see KT Collection.
     11        Q.    On the first page?
     12        A.    Yes.
     13        Q.    And on the second?
     14        A.    DD Manufacturing.
     15        Q.    And where is the transfer going?
     16        A.    It's both a debit, so that's why
     17    I don't understand exactly. Goes to the
     18    -- first one goes -- I see has a
     19    counterpart. Finally I see the name of
     20    Lazare Kaplan, LKI and the second one I
     21    see also LKI.
     22        Q.    And is the transfer being --
     23    where is the transfer being directed?
     24    Where are they being made, to ADB or to
     25    somewhere else?
334: 1        A.    I honestly don't understand this
      2    transaction. I'm sorry.
      3        Q.    Well, I believe you testified
      4    earlier that if an ADB client who was
      5    not a client of the New York office of
      6    ADB transferred U.S. dollars to the
      7    bank account of another party, who was
      8    not a client of KBC New York, then the
      9    transaction would not go through the
     10    pooling account.
     11        A.    Yes.
     12        Q.    Is that correct?
     13        A.    Yes.
     14        Q.    It would only go through ADB's
     15    clearing account at KBC New York?
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Philippe Loral 2/16/2016
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Depo Designation

**Pg: 332 Ln: 9 - Pg: 336 Ln: 6** continued...

**Annotation:**

```
334:16    A.    Yes.
    17    Q.    And do these two transactions
    18  which appear on the bank statements
    19  pertaining to the pooling account of
    20  ADB at KBC New York suggest to you that
    21  the transaction went through the
    22  pooling account?
    23    A.    I see the pooling account. More
    24  than that I cannot say. If it was a
    25  credit, it would be easy. I would see
335: 1  money coming in on the Lazare account,
     2  but this transaction, I don't
     3  understand. I'm sorry.
     4    Q.    Are you -- are you familiar with
     5  the company's KT Collection and DD
     6  Manufacturing?
     7    A.    I know the companies, yes.
     8    Q.    These are companies of
     9  affiliated with Erez Daleyot?
    10    A.    Yes.
    11    Q.    Were they clients of ADB?
    12    MS. GREDD:  Objection. That is
    13  beyond the scope of this deposition.
    14  Again, the scope of the deposition is
    15  the operational and contractual
    16  relationships between ADB, KBC and
    17  Lazare, not third parties.
    18    MR. SULLIVAN:  Well, I disagree.
    19  We're asking the witness about
    20  documents with a reference to Lazare on
    21  them dealing with the very pooling
    22  account of ADB at KBC New York that
    23  we've been discussing for three hours.
    24    MS. GREDD:  And the witness has
    25  stated that he cannot make heads or
336: 1  tails out of the document that you've
     2  shown him.  So you're now moving onto
     3  general questions about whether
     4  particular entities were clients of ADB
     5  and that is beyond the scope of this
     6  deposition.
```