# Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral 9/28/2015

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral 9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

**Pg: 7 Ln: 8 - 12**

**Annotation:**

```
7: 8        Q.    Okay. Good morning, Mr. Loral.
   9    My name is Chris Sullivan.  I'm with
  10    the law firm of Herrick Feinstein, and
  11    we represent the Plaintiff in this
  12    case, Lazare Kaplan International.
```

**Pg: 10 Ln: 4 - 21**

**Annotation:**

```
10: 4       Q.    For convenience sake, I'm going
   5    to use some abbreviations in the course
   6    of today's deposition.
   7           I'm going refer to Lazare Kaplan
   8    International, Inc. as Lazare; to
   9    Antwerp Diamond Bank as ADB; to the New
  10    York office of Antwerp Diamond Bank, as
  11    ADB New York or New York office; to KBC
  12    Bank, NV, as KBC. Do you understand all
  13    of that?
  14       A.    Yes.
  15       Q.    Okay. And unless I specify
  16    otherwise or you specify otherwise, the
  17    relevant period of time for the
  18    questions I'm going to ask you is
  19    January 1, 2000 through December 31,
  20    2010. Do you understand that?
  21       A.    Yes.
```

**Pg: 12 Ln: 16 - 22**

**Annotation:**

```
12:16       Q.    And were you previously employed
  17    by ADB?
  18       A.    Yes.
  19       Q.    Were you employed by ADB during
  20    the relevant period of time from
  21    January 1, 2000 to December 31, 2010?
  22       A.    Yes.
```

**Pg: 19 Ln: 14 - Pg: 21 Ln: 16**

**Annotation:**

```
19:14          Let's talk about ADB.  What was
  15    your position or job title at ADB
  16    during the relevant period of time?
  17       A.    I was Senior Vice President and
  18    I was head of International Division,
  19    then it changed to head of the American
  20    Business that we did and then later --
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

**Pg: 19 Ln: 14 - Pg: 21 Ln: 16** continued...

**Annotation:**

| | |
|---|---|
| 19:21 | I think, the relevant period goes still |
| 22 | 2010? |
| 23 | Q.    December 31, 2010. |
| 24 | A.    I think maybe just at that time |
| 25 | I changed I became Global Relation |
| 20: 1 | Manager. I don't remember exactly. It |
| 2 | could be beginning of 2011, but it |
| 3 | should be around the time. |
| 4 | Q.    And what were your |
| 5 | responsibilities in those various |
| 6 | positions that you held? |
| 7 | A.    Well, in the first and second |
| 8 | position, in fact, my job was to create |
| 9 | business outside of Belgium, in diamond |
| 10 | business.  Our bank was that |
| 11 | specialized in diamond business doing |
| 12 | only financing of diamonds, companies |
| 13 | but in Antwerp we were saturated so the |
| 14 | idea was to go to other diamond centers |
| 15 | and first started with New York and I |
| 16 | did the same in Hong Kong and I helped |
| 17 | to open a branch in Bombay, etcetera. |
| 18 | In the next stage, when the |
| 19 | branches and the rep offices became |
| 20 | bigger, I was concentrated to New York. |
| 21 | So then I was responsible for New York, |
| 22 | and then much later when I was Global |
| 23 | Region Manager I was responsible for |
| 24 | the multinational relations with the |
| 25 | clients.  We had, let's see, about 20 |
| 21: 1 | large clients with offices in every |
| 2 | diamond center in the world and I was |
| 3 | managing the relations with those |
| 4 | clients. |
| 5 | Q.    Do I understand correctly that |
| 6 | you helped set up the New York office |
| 7 | of ADB? |
| 8 | A.    Yes. |
| 9 | Q.    And when was that office first |
| 10 | set up? |
| 11 | A.    My first trip to New York was in |
| 12 | December, '97 for that purpose, and we |
| 13 | obtained a license only in December, |
| 14 | '99, which permitted us -- I mean, you |
| 15 | know, that we had a license of |
| 16 | representative office. |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 23 Ln: 21 - 23**

**Annotation:**

```
23:21        Q.    So is it fair to say you were in
   22    charge of the New York office?
   23        A.    Yes.
```

**Pg: 25 Ln: 14 - 24**

**Annotation:**

```
25:14        Q.    So were you familiar with the
   15    clients in the New York office?
   16        A.    Yes.
   17        Q.    And did you have access to the
   18    -- to the bank's records of the banking
   19    activities of those clients?
   20        A.    Yes.
   21        Q.    Were you aware of the
   22    transactions that were executed in New
   23    York for those clients or customers?
   24        A.    Yes.
```

**Pg: 26 Ln: 5 - Pg: 27 Ln: 1**

**Annotation:**

```
26: 5        Q.    And what were your
    6    responsibilities with respect to the
    7    Lazare credit facility?
    8        A.    Let's say that I consider him as
    9    a larger client, so I was directly
   10    involved.
   11        Q.    When you say "him" you mean
   12    Lazare?
   13        A.    Yes. Lazare, yes, yes.  Of
   14    course the group, yes.
   15        Q.    And in the course of your duties
   16    did you communicate with anyone at
   17    Lazare?
   18        A.    Yes.
   19        Q.    With whom did you communicate?
   20        A.    Mostly with Moryto, the CFO, but
   21    I met on a regular basis Leon
   22    Templesman and sometime for special
   23    projects also other people.
   24        Q.    And did you ever visit Lazar's
   25    offices in Manhattan?
27: 1        A.    Very often.
```

**Pg: 28 Ln: 11 - Pg: 29 Ln: 3**

**Annotation:**

```
28:11              Did anyone at KBC ever accompany
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral 9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

**Pg: 28 Ln: 11 - Pg: 29 Ln: 3** continued...

**Annotation:**

```
28:12      you on visits to Lazar's office?
   13       A.   Yes. As far as I can remember,
   14      Greg Boston, because he was the
   15      Operation Manager, he knew the special
   16      projects and so on.  Maaike
   17      Maeckelbergh was directly responsible
   18      for opening the accounts and managing
   19      the accounts at KBC. I think I
   20      introduced once to Mr. Pipko, but I
   21      forgot his name, somebody who could do
   22      business directly with them because
   23      they had to -- a kind of -- they had a
   24      certain project I think with Russia
   25      that they could -- that ADB would not
29: 1      do but KBC could be interested, so I
    2      introduced but I forgot the name. We
    3      can find it back.
```

**Pg: 47 Ln: 24 - Pg: 49 Ln: 11**

**Annotation:**

```
47:24      Q.    Did you consider any particular
   25      credits or loans to be part of the ADB
48: 1      New York portfolio?
    2       A.    Yes. Yes. But the New York -- in
    3      fact, ADB Antwerp Head Office was given
    4      credit in Antwerp, in New York, and in
    5      Hong Kong because New York and Hong
    6      Kong were Head Offices, so that was
    7      offshore lending.
    8           In Head Office Antwerp what we
    9      did, we had in our bookkeeping,
   10      business centers that we called
   11      branches to measure the profitability
   12      of New York of Hong Kong because the
   13      expenses were different, etcetera. So
   14      in that way, in the New York branch,
   15      like we called it in Antwerp, we had
   16      all the facilities of New York, the
   17      profits, the expenses also and we could
   18      measure the value of that branch.
   19      Q.    So approximately how large was
   20      the New York office's loan portfolio?
   21       A.    It fluctuated a lot. It was not
   22      big.  It was -- it fluctuated a lot, it
   23      was not very large and we had a lot of
   24      competition.
   25           It was growing fastly to around
49: 1      $200 million credit facilities, with a
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 47 Ln: 24 - Pg: 49 Ln: 11** continued...

**Annotation:**

```
49: 2      debit of maybe 130, 140.  We had a
   3       peek, that I remember of around 270,
   4       withdrawals 270 to 280.  And then it
   5       went down get and we became went
   6       straight and we got competition.
   7            So I would not say that it was
   8       really a success, taking into account
   9       expenses.
  10       Q.    And within that loan portfolio
  11       what were the largest loans in size?
```

**Pg: 49 Ln: 17 - 21**

**Annotation:**

```
49:17      A.    I think the largest was 42, 43
  18       million.
  19       Q.    And did you personally manage or
  20       oversee those loans?
  21       A.    Yes. Yes.
```

**Pg: 58 Ln: 14 - Pg: 61 Ln: 12**

**Annotation:**

```
58:14      Q.    Did ADB have a Board of
  15       Directors?
  16       A.    Yes.
  17       Q.    More than one board?
  18       A.    No.
  19       Q.    Did it have a Management Board?
  20       A.    Yes.
  21       Q.    Is it the same thing as the
  22       Board of Directors?
  23       A.    The Management Board, I would
  24       say, is the Executive Committee, the
  25       three people from the Executive
59: 1      Committee.  The Management Or Board
   2       was, in fact, the Board of
   3       Shareholders.  We had only one
   4       shareholder and in that Management
   5       Board the CEO of the bank was also part
   6       of, and the two members of the
   7       Executive Committee.
   8       Q.    And did representatives of KBC
   9       sit on the Board of Directors and/or
  10       the Executive Committee?
  11       A.    On the Board of Directors.
  12       Q.    Okay. How many representatives
  13       of KBC sat on the Board of Directors?
  14       A.    Honestly, I don't know exactly,
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

**Pg: 58 Ln: 14 - Pg: 61 Ln: 12** continued...

**Annotation:**

```
59:15      but I believe five.
   16        Q.     Did representatives of KBC sit
   17      on the Credit Committee of ADB?
   18        A.     It's a bit more complex. KBC
   19      took over our bank in 2000 or '99. So
   20      there is a difference between before
   21      and after.  So I don't know exactly if
   22      this matches with the relevant period.
   23           So if your question is when KBC
   24      was a full shareholder it'S different
   25      than when KBC was only a 37%
60: 1      shareholder.
    2        Q.     When you say it's different, are
    3      you referring to whether
    4      representatives of KBC sat or how many
    5      sat on the committee?
    6        A.     It was a different structure.
    7        Q.     Okay.
    8        A.     So before we had the Credit
    9      Committee inside in the bank and a
   10      representative of each shareholder
   11      would come to that committee every
   12      week. That way we had four
   13      shareholders.  The three banking
   14      shareholders would send somebody.
   15           When KBC became the full
   16      shareholder of Antwerp Diamond Bank a
   17      part of the mining company remained,
   18      but they never had a representative.
   19      Then it came practically to the same --
   20      we would have a Credit Committee in our
   21      bank without KBC people, and then for
   22      certain amounts we would send the file
   23      to KBC -- for certain amounts we had a
   24      level of authority inside the bank and
   25      above that the authority was at KBC
61: 1      Bank.
    2           So that means that above a
    3      certain amount, I don't recall exactly,
    4      but it's in the level of $20 million,
    5      the Executive Committee would only be
    6      able to give an advice, not a decision.
    7      The file would go to KBC Bank and they
    8      would take a decision.
    9        Q.     Does that mean that a credit
   10      line above that limit had to be
   11      approved by KBC?
   12        A.     Yes.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 63 Ln: 3 - Pg: 64 Ln: 7**

**Annotation:**

```
63: 3        Q.     Do you know whether it was
     4   possible to even hold a meeting of the
     5   Board or Executive Committee without
     6   representatives of KBC in attendance,
     7   whether it was possible to have a
     8   quorum?
     9        A.     No. It was impossible.
    10        Q.     Sorry?
    11        A.     That was impossible.
    12        Q.     That was impossible?
    13        A.     KBC was the main shareholder.
    14        Q.     Are you familiar with the IKB
    15   counterparty delegations of KBC?
    16        A.     Yes. That is what I explained to
    17   you just five minutes ago.  There were
    18   levels of facilities at Antwerp Diamond
    19   Bank could decide and levels that ADB
    20   could only advise and KBC would decide.
    21        Q.     And that --
    22        A.     And that's -- that's the policy
    23   of KBC Bank for all the share -- all
    24   the companies of the group of KBC.
    25        Q.     And that policy is set forth in
64: 1   the IKB counterparty delegations, is
     2   that your testimony?
     3        A.     Yes.
     4        Q.     And was the Lazare credit
     5   facility subject to the counterparty
     6   delegations of KBC?
     7        A.     Yes.
```

**Pg: 64 Ln: 8 - Pg: 65 Ln: 7**

**Annotation:**

```
64: 8        Q.     Let's talk about the credit
     9   facility that Lazare had with ADB. Do
    10   you recall when that credit facility
    11   was first issued to Lazare?
    12        A.     That must have been in '99 or
    13   2000.
    14        Q.     Whose idea was it, if you know,
    15   for Lazare to open a credit facility
    16   with ADB?
    17        A.     Either mine or Moryto's.
    18        Q.     Do you recall proposing to Bill
    19   Moryto that Lazare set up a credit
    20   facility with ADB?
    21        A.     It may be. I don't know if the
    22   idea came from me or from the client
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral 9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 64 Ln: 8 - Pg: 65 Ln: 7** continued...

**Annotation:**

```
64:23        because clients were interested to have
   24        credit facilities and we had already a
   25        relation through Lazare Kaplan Belgium
65: 1        in Head Office, so we knew each other.
    2        So -- and that was the way for New York
    3        to grow with existing clients and
    4        referral of existing clients.
    5              So we met and I tried to
    6        convince the client or the client tried
    7        to convince me but it came to the same.
```

**Pg: 68 Ln: 7 - Pg: 70 Ln: 19**

**Annotation:**

```
68: 7        Q.    Do you know whether Lazare took
    8        any steps in, in and after December,
    9        2000 to open a bank account at the New
   10        York branch of KBC?
   11        A.    Yes.
   12        Q.    What steps did Lazare take to
   13        open a bank account at KBC New York?
   14        A.    Well, we asked Lazare to -- if
   15        he was interested and when the client
   16        was interested we brought the whole set
   17        of documents together with the people
   18        of KBC, we introduced the people of KBC
   19        to Lazare and we had the clients sign
   20        the opening of the account and all the
   21        relating documents. I don't know about
   22        which documents but it's typical for
   23        every bank, you know, the constitution
   24        and act and all that type of stuff to
   25        get an account.
69: 1        Q.    And would you turn to Exhibit 1
    2        in the binder in front of you and tell
    3        me whether you can identify the
    4        documents that comprise Exhibit 1?
    5              (Plaintiff's Exhibit 1, was
    6        received and marked on this date for
    7        identification.)
    8        A.    What was your question about
    9        this?
   10        Q.    Do you recognize these
   11        documents? Can you identify them?
   12        A.    I know this is -- specifically
   13        this document I don't remember if I saw
   14        it at that time, but I know that this
   15        is -- this is the typical KBC account
   16        opening documents.
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 68 Ln: 7 - Pg: 70 Ln: 19** continued...

**Annotation:**

```
69:17        Q.    And is the account number on the
   18    first page, in the upper right-hand
   19    corner, the account number assigned by
   20    KBC to Lazar's bank account at KBC New
   21    York?
   22        A.    I assume, but -- yeah. It's
   23    mentioned like that, but I don't know
   24    the number by heart, to be honest.
   25        Q.    Did anyone at ADB help KBC
70: 1    assemble these documents and obtain
    2    signed originals from Lazare?
    3        A.    Yes.
    4        Q.    Who did so?
    5        A.    Probably Peter Driesen.
    6        Q.    Did you ask him to do so?
    7        A.    I don't know if I asked him but
    8    I probably had organized it that he
    9    would do it at a certain time, yes.
   10        Q.    And turning to the third page,
   11    marked with the number 410 in the lower
   12    right-hand corner, you see the
   13    reference in line 6 to "Publicly held
   14    company American Stock Exchange?"
   15        A.    Yes.
   16        Q.    Was Lazare the first New
   17    York-based public company that ADB had
   18    a banking relationship with through its
   19    New York office?
```

**Pg: 71 Ln: 6 - Pg: 73 Ln: 15**

**Annotation:**

```
71: 6        Q.    And flipping forward four pages
    7    to page 414, you see Mr. Driesen's
    8    stamp and a signature beneath it?
    9        A.    Yes.
   10        Q.    And the handwritten note "Copies
   11    of originals", did Mr. Driesen provide
   12    copies of Mr. Moryto's passport to KBC?
   13        A.    I can only see what I read here,
   14    so...
   15        Q.    And turning to the page marked
   16    419, four pages from the end, do you
   17    see the document entitled "Request for
   18    taxpayer identification number"?
   19        A.    Yes.
   20        Q.    And the date alongside the
   21    signature, "December 20, 2000"?
   22        A.    Yes.
```

---

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

**Pg: 71 Ln: 6 - Pg: 73 Ln: 15** continued...

**Annotation:**

```
71:23        Q.     Was Lazare in the process of
   24     providing bank documents to KBC in
   25     December of 2000 in connection with the
72: 1     opening of a bank account at the New
    2     York branch of KBC?
    3        A.     I don't remember.
    4        Q.     Does this document indicate to
    5     you that Lazare was in the process of
    6     assembling and providing documents to
    7     KBC?
    8        A.     Yes.
    9        Q.     And turning to the very last
   10     page of the exhibit entitled
   11     "Telecommunications instructions", does
   12     ADB use a similar form when it opens
   13     bank accounts for customers?
   14        A.     That I don't remember. Now, this
   15     is the document -- I remember this one
   16     but I don't remember if we used one,
   17     something like this.
   18        Q.     And do you know whether ADB ever
   19     asked Lazare to sign a similar
   20     document?
   21        A.     No. I don't remember. I don't
   22     even know if we are obliged to do so in
   23     Belgium.
   24        Q.     Do you know what kind of bank
   25     account these documents contemplate?
73: 1        A.     Well, this is just a current
    2     account at KBC Bank New York, which was
    3     set up as a zero balance account.
    4        Q.     As a --
    5        A.     -- zero bank balance.
    6        Q.     Is there anything in this
    7     documents that alludes to a zero
    8     balance account?
    9        A.     No.  It's mentioned in the
   10     Service Letter Agreement and the
   11     additional explanation about it.
   12        Q.     So these documents set up an
   13     ordinary bank account?
   14        A.     Yes.  For the customer it's an
   15     ordinary, a normal bank account.
```

**Pg: 72 Ln: 24 - Pg: 73 Ln: 15**

**Annotation:**

```
72:24        Q.     Do you know what kind of bank
   25     account these documents contemplate?
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

**Pg: 72 Ln: 24 - Pg: 73 Ln: 15** continued...

**Annotation:**

```
73: 1        A.    Well, this is just a current
      2    account at KBC Bank New York, which was
      3    set up as a zero balance account.
      4        Q.    As a --
      5        A.    -- zero bank balance.
      6        Q.    Is there anything in this
      7    documents that alludes to a zero
      8    balance account?
      9        A.    No.  It's mentioned in the
     10    Service Letter Agreement and the
     11    additional explanation about it.
     12        Q.    So these documents set up an
     13    ordinary bank account?
     14        A.    Yes.  For the customer it's an
     15    ordinary, a normal bank account.
```

**Pg: 77 Ln: 9 - Pg: 79 Ln: 3**

**Annotation:**

```
77: 9        Q.    Were you aware on or about March
     10    29, 2001 that KBC had forwarded amended
     11    original account agreements to Lazare
     12    for signature?
     13        A.    No.
     14        Q.    To your knowledge, was Lazare in
     15    the process of opening a bank account
     16    at KBC New York at this period of time?
     17        A.    Yes. Yes.
     18        Q.    And flipping to the next
     19    exhibit, number 5.
     20           (Plaintiff's Exhibit 5, was
     21    received and marked on this date for
     22    identification.)
     23        Q.    Do you recognize this document?
     24        A.    I saw this document now
     25    recently, in my preparation, but of
78: 1    course, I didn't remember that I've
      2    seen that in 2001.  Also, I was never
      3    involved in this type of paperwork, to
      4    be honest.
      5           First of all, this was between
      6    KBC and the client. Peter Driesen or
      7    another colleague would intervene. When
      8    I would come to New York I would not
      9    involve myself in these type of
     10    documents.
     11        Q.    But does this document indicate
     12    to you that KBC New York was in the
     13    process of assembling the information
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 77 Ln: 9 - Pg: 79 Ln: 3** continued...

**Annotation:**

```
78:14     needed to open a bank account for
   15     Lazare at KBC New York?
   16     A.    Yes.
   17     Q.    And Ms. Maeckelbergh was asking
   18     for ADB's help in assembling that
   19     information?
   20     A.    Yes.
   21     Q.    And do you know whether Mr.
   22     Driesen responded to the memo?
   23     A.    Yes.
   24     Q.    And did he assist
   25     Ms. Maeckelbergh in assembling the
79: 1     documents needed to open Lazar's bank
    2     account at KBC New York?
    3     A.    Yes.
```

**Pg: 85 Ln: 10 - 16**

**Annotation:**

```
85:10     Q.    Would you turn to the next tab,
   11     8, marked as Plaintiff's Exhibit 8?
   12          (Plaintiff's Exhibit 8, was
   13     received and marked on this date for
   14     identification.)
   15     Q.    Can you identify this document?
   16     A.    No.
```

**Pg: 85 Ln: 24 - Pg: 86 Ln: 11**

**Annotation:**

```
85:24     Q.    Do you see at the top of the
   25     page below the date November 13, 2001
86: 1     the words "Kindly note that ICM has
    2     made a new account operational."
    3          Do you understand this document
    4     to refer to the account of Lazare
    5     Kaplan, Lazare at the New York branch
    6     of KBC?
    7     A.    Yes.
    8     Q.    And you see the reference that
    9     reads "The company has a credit
   10     facility with ADB?"
   11     A.    Yes.
```

**Pg: 86 Ln: 21 - Pg: 87 Ln: 11**

**Annotation:**

```
86:21     Q.    And the next sentence "Payments
   22     to accounts at ADB are done by book
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

**Pg: 86 Ln: 21 - Pg: 87 Ln: 11** continued...

**Annotation:**

```
86:23      transfers to ADB's account number
   24      11743901."
   25             Whose payments do you understand
87: 1      this sentence to be referring to? Which
    2      payments?
    3       A.    That, I don't know, but -- I
    4      don't know to which account that
    5      refers. It may be the pooling account,
    6      but I don't know.
    7       Q.    You think the account number
    8      11743901 may be, but you're not sure
    9      the pooling account of ADB at the New
   10      York branch of KBC?
   11       A.    Yes.
```

**Pg: 91 Ln: 18 - Pg: 92 Ln: 24**

**Annotation:**

```
91:18      Q.    Did KBC and ADB ever agree
   19      between themselves that Lazar's bank
   20      account at KBC New York would be used
   21      to make payments or disbursements under
   22      the Lazare credit facility?
   23       A.    The whole setup, I was part of
   24      the Service Letter Agreement. So the
   25      fact that KBC would open an account for
92: 1      the client was with the purpose to use
    2      this account to -- to draw on the
    3      credit facility of Antwerp Diamond Bank
    4      through operating the account. That was
    5      the whole purpose of the setup. KBC
    6      would never open an account for a
    7      diamond company that was not working
    8      with Antwerp Diamond Bank and even that
    9      would not have a credit facility. They
   10      didn't want -- they didn't want -- we
   11      did it only once or twice in France and
   12      in fact, it was -- we didn't need to do
   13      it.
   14       Q.    Is there an agreement, other
   15      than the Services Agreement, that
   16      permits the activity in the New York
   17      account of KBC -- sorry -- the KBC New
   18      York Lazare account to be transferred
   19      to the ADB pooling account?
   20       A.    I think there was only one
   21      Service Letter Agreement about these
   22      type of transactions, which we amended
   23      maybe once, which we -- but there is
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

**Pg: 91 Ln: 18 - Pg: 92 Ln: 24** continued...

**Annotation:**
92:24        only one agreement, I think.

**Pg: 99 Ln: 9 - Pg: 101 Ln: 3**

**Annotation:**
99: 9        Q.    And did Lazare use its KBC bank
    10    account as its main banking relation in
    11    the United States?
    12        A.    That I don't remember, but it
    13    was an important account, I think.
    14        Q.    Well, would you look at the
    15    second paragraph of your e-mail, and in
    16    particular, the words at the end of the
    17    first sentence "Client uses KBC NY as
    18    main banking relation in the U.S."?
    19        A.    Okay. Then that's right. Yes.
    20        Q.    If you said it, it's correct?
    21        A.    Yes -- no. I don't remember now
    22    but at that time.
    23        Q.    So was KBC New York Lazare's
    24    primary bank, banker in the United
    25    States?
100: 1        A.    It was an operating account. The
    2    bank -- depends how you see the primary
    3    account. I think for a client a credit
    4    line is very important.
    5        So in that way, maybe other
    6    banks were more important than KBC. But
    7    the added value of KBC was that KBC
    8    Bank is a clearing bank.  ABN AMRO was
    9    not, for instance. So ABM AMRO had to
    10    clear checks for Lazare bank through
    11    Chicago using a value date.  And KBC
    12    could give value same day without
    13    losing anything that.  So that was a
    14    very strong argument towards the
    15    clients.
    16        Q.    Well, do you have any idea of
    17    the total amount of payments and
    18    repayments that pass through Lazare's
    19    bank account at KBC New York?
    20        A.    No. No. I don't remember.
    21        Q.    Was it in the millions, the tens
    22    of millions, or the hundreds of
    23    millions of dollars over the 10-year
    24    period?
    25        A.    Over the 10-year period? Rather
101: 1    hundred.
    2        Q.    Hundreds of millions of dollars?

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 99 Ln: 9 - Pg: 101 Ln: 3** continued...

**Annotation:**
```
101: 3      A.    Yes.
```

**Pg: 102 Ln: 14 - Pg: 103 Ln: 7**

**Annotation:**
```
102:14      Q.    Let's go back to the credit
    15   facility for a moment. Were the terms
    16   of the credit facility negotiated with
    17   Lazare?
    18      A.    Yes.
    19      Q.    Who at ADB was involved in those
    20   negotiations?
    21      A.    In negotiation, probably mainly
    22   me, myself.
    23      Q.    And with whom did you negotiate
    24   at Lazare?
    25      A.    Almost all the time with Bill
103: 1   Moryto.
     2      Q.    And where did those negotiations
     3   take place?
     4      A.    Mostly New York, sometimes in
     5   Antwerp, he came also to visit Antwerp,
     6   so -- by phone, by phone also, we often
     7   had phone conversations.
```

**Pg: 108 Ln: 9 - 15**

**Annotation:**
```
108: 9      Q.    So you don't, yourself, use the
    10   term working capital loan to
    11   describe --
    12      A.    In Belgium that is not the word
    13   we use. Maybe translated in Dutch it
    14   means different, but it comes to the
    15   same. It comes to the same.
```

**Pg: 108 Ln: 20 - Pg: 110 Ln: 3**

**Annotation:**
```
108:20      Q.    So would you look at tab 18 for
    21   a moment and tell me whether you can
    22   identify that document?
    23           (Plaintiff's Exhibit 18, was
    24   received and marked on this date for
    25   identification.)
109: 1      Q.    Did you send this e-mail to
     2   whomever you sent it to --
     3      A.    Yes.
     4      Q.    -- on or about December 17,
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 108 Ln: 20 - Pg: 110 Ln: 3** continued...

**Annotation:**

```
109: 5        2008?
     6        A.    That's right. Yes.
     7        Q.    And directing your attention to
     8     the second paragraph, second sentence,
     9     that reads "As with the facilities that
    10     LKI enjoys with ABN AMRO $35 million
    11     and Bank Leume $10 million, the ADB NY
    12     facility is unsecured and LKI uses its
    13     facilities in New York for working
    14     capital purposes throughout its global
    15     consolidated operation."
    16           Do you see the sentence I just
    17     read to you?
    18        A.    Yes, but I don't see the
    19     sentence.  I was listening to you.
    20     Where is it exactly? It's on the first
    21     page?
    22        Q.    Yes. Underneath --
    23        A.    Okay. Yeah.
    24        Q.    Okay. And in this sentence you
    25     are describing Lazare's use of its
110: 1     facilities in New York as for working
     2     capital purposes?
     3        A.    Yes.
```

**Pg: 150 Ln: 15 - Pg: 152 Ln: 24**

**Annotation:**

```
150:15        Q.    So when you testified -- is it
    16     important to your testimony, Mr. Loral,
    17     that the financing took place in
    18     Belgium, that the funds were in
    19     Belgium?
    20        A.    The funding was in Belgium, yes.
    21        Q.    Is that important to your
    22     conclusion?
    23        A.    It's important --
    24           MS. GREDD:  Objection to form.
    25        Q.    And if the funding took place in
151: 1     New York, would you still be of the
     2     view that the financing took place in
     3     Belgium?
     4           MS. GREDD:  Objection to form.
     5        Q.    You can answer.
     6        A.    No. Because the funding would
     7     only be a tool to finally use the
     8     credit facility of Antwerp Diamond
     9     Bank. Again, the whole KBC setup is
    10     just a tool. The activity between the
```

---

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 150 Ln: 15 - Pg: 152 Ln: 24** continued...

**Annotation:**

```
151:11      client and the bank was Lazare and
   12       Antwerp Diamond Bank, credit facility
   13       and account. And KBC was just used to
   14       make the transfer instead of avoiding
   15       to make faxes and losing one value
   16       date, etcetera, etcetera.
   17          Q.    And what is it that KBC was
   18       transferring, the funds, correct?
   19          A.    Yes.
   20          Q.    And that transfer took place in
   21       New York, correct?
   22          A.    Yes. But it was immediately
   23       funded by funds of Antwerp Diamond
   24       Bank. That's why we had a pooling
   25       account to be able to do it
152: 1       immediately.
    2          Q.    And those funds in the pooling
    3       account were located in New York,
    4       correct?
    5          A.    Dollars are always in the U.S.
    6          Q.    Yes. So all of the money that
    7       was used to fund the loans to Lazare
    8       were situated in New York, correct?
    9          A.    They belong do Antwerp Diamond
   10       Bank.
   11          Q.    My answer is -- my question,
   12       rather, is all of the monies that were
   13       used to fund the loans to Lazare under
   14       the credit facility were situated in
   15       New York, correct?
   16          A.    No. I don't agree with that
   17       because then you could say that
   18       everything that happens in dollar is in
   19       U.S. because it's a U.S. currency.
   20       Finally every U.S. currency is cleared
   21       through the United States but still,
   22       the bank is the Belgian bank in Belgium
   23       providing the funds and responsible for
   24       the funds.
```

**Pg: 157 Ln: 8 - Pg: 159 Ln: 15**

**Annotation:**

```
157: 8          Q.    Would you turn to tab 19, which
    9       we'll mark as Plaintiff's 19?
   10             (Plaintiff's Exhibit 19, was
   11       received and marked on this date for
   12       identification.)
   13          Q.    Can you identify this document
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 157 Ln: 8 - Pg: 159 Ln: 15** continued...

**Annotation:**

```
157:14    or documents because it includes a
    15    number of e-mails?
    16    A.    I don't remember but if I read
    17    --
    18    Q.    Well, let's start with the very
    19    last page, 2336 in number. Do you see
    20    the subject line "working capital LKI
    21    April '09"?
    22    A.    Yes.
    23    Q.    Did ADB refer in its internal
    24    correspondence and memos to the credit
    25    facility to Lazare as a working capital
158: 1    loan or facility?
     2    A.    That I don't know.
     3    Q.    And if they had done so, would
     4    your testimony remain the same, that
     5    working capital for these purposes is
     6    the same as an overdraft facility loan?
     7    A.    I don't know what to tell you
     8    about this. This is an internal
     9    document. So I don't know from who to
    10    who. I don't know why they use this
    11    name. You see, the American employees
    12    were more familiar with this vocabulary
    13    than the Belgian employees. For me
    14    working capital I know plus/minus what
    15    it means but that is not a word that we
    16    used in Belgium.  We used "overdraft
    17    facility".  An American employee would
    18    probably use this word for the
    19    communication, we would understand what
    20    he means, but externally to the clients
    21    we used our Belgian vocabulary. So I
    22    don't want to play on words here
    23    because it's too delicate.
    24        For me "working capital" is not
    25    a word that I use normally in my
159: 1    language to clients because that is an
     2    American word.
     3    Q.    But as the term working capital
     4    is used in America, it's not the same
     5    thing as an overdraft loan. Is that
     6    correct?
     7    A.    I don't know. That's why I put
     8    this point on the table. That's
     9    important. I don't want to -- to go
    10    into that because I don't control too
    11    much that vocabulary. For me the
    12    facility from Antwerp Diamond Bank were
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral 9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 157 Ln: 8 - Pg: 159 Ln: 15** continued...

**Annotation:**

```
159:13     overdraft facilities with possibility
    14     to have loans on certain terms. That is
    15     what we did.
```

**Pg: 164 Ln: 13 - Pg: 165 Ln: 6**

**Annotation:**

```
164:13     Q.    Turn to the next page, which is
    14     marked as Plaintiff's Exhibit 20.
    15        (Plaintiff's Exhibit 20, was
    16     received and marked on this date for
    17     identification.)
    18     Q.    Here is a chance for you to show
    19     off your language skills, Mr. Loral.
    20        Do you see the paragraph that
    21     begins LKI is "een kredietnemer"?
    22     A.    Yes.
    23     Q.    Could you translate that
    24     sentence?
    25     A.    LKI -- is enjoying a credit
165: 1     facility from Antwerp Diamond Bank New
     2     York.
     3     Q.    Is that another way of saying
     4     that LKI is a borrower of Antwerp
     5     Diamond Bank New York?
     6     A.    Yes.
```

**Pg: 169 Ln: 19 - Pg: 170 Ln: 2**

**Annotation:**

```
169:19     Q.    And would you turn to tab 23,
    20     please? Can you identify this document?
    21        (Plaintiff's Exhibit 23, was
    22     received and marked on this date for
    23     identification.)
    24     A.    That's a credit application in
    25     the file Lazare.
170: 1     Q.    Dated August 14, 2001?
     2     A.    Yes.
```

**Pg: 171 Ln: 1 - 13**

**Annotation:**

```
171: 1     Q.    Directing your attention to the
     2     upper right-hand corner of the first
     3     page, do you see where it says ACCNR
     4     4345?
     5     A.    Yes.
     6     Q.    What does that number refer to,
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

**Pg: 171 Ln: 1 - 13** continued...

**Annotation:**

```
171: 7      4345?
     8      A.     That's normally the Lazare
     9      number, unless there is a typo. Because
    10      -- was it that number?
    11      Q.     I showed you a document earlier
    12      that has the number 4334 on it.
    13      A.     So this is a typo.
```

**Pg: 171 Ln: 14 - Pg: 175 Ln: 4**

**Annotation:**

```
171:14      Q.     And directing your attention to
    15      two pages from the end, the page number
    16      30952, do you see the paragraph in the
    17      middle that reads "The fact that the
    18      proposed credits imply a higher credit
    19      risk as the credit facility in Antwerp
    20      is activity linked, while the credit
    21      line in New York is a working capital
    22      loan blank."  Do you see that
    23      statement?
    24      A.     Yes.
    25      Q.     Did you prepare this document?
172: 1      A.     This document was prepared by
     2      Peter Driesen.  You can see that on top
     3      left, PD, probably co-signed by me
     4      because nothing would leave, but this
     5      page that you refer to, the 52, that's
     6      prepared by Credit Department. So
     7      that's Head Office.
     8      Q.     So someone in Antwerp Belgium?
     9      A.     That's a credit analyst, yes.
    10      That was the discussion that we had,
    11      LKB, like I explained to you had a very
    12      defined credit facility with modalities
    13      to finance sales, shipments that were
    14      identified and so on.
    15             LKI was all flexible.  It was
    16      one facility that could be drawn
    17      whenever the client wanted, as long as
    18      it was diamond business, and mixed up
    19      with other banks, but our argument --
    20      or commercial, but yes, it's a
    21      commercial company, look at the balance
    22      sheet and yeah.
    23      Q.     Do you see the reference to
    24      "working capital loan"?
    25      A.     Yes.
173: 1      Q.     So this is, if I understand your
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral 9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

Pg: 171 Ln: 14 - Pg: 175 Ln: 4 continued...

**Annotation:**

```
173: 2      testimony correctly, someone in the
      3      Antwerp Head Office of ADB describing
      4      the Lazare credit facility in New York
      5      as a working capital loan?
      6      A.   Yes.
      7      Q.   So does that suggest to you that
      8      the words "working capital loan" were,
      9      in fact, used by ADB to describe the
     10      credit facility?
     11      A.   Some people would use that to
     12      show a difference between the facility
     13      of LKB and LKI but we didn't really use
     14      that word often.  This is in this case
     15      to show -- look at the difference, we
     16      are not well collateralized, it's not
     17      well-defined and it's --
     18      Q.   Well, when you first met with or
     19      spoke with Bill Moryto about the
     20      possibility that Lazare Kaplan would
     21      set up a credit facility with ADB did
     22      he tell you that Lazare was looking for
     23      a working capital line of credit?
     24      A.   I suppose that word is part of
     25      the vocabulary, yes, Americans use it.
174: 1      Q.   And if you move toward the front
      2      of this e-mail three pages, to the page
      3      numbered 30949, do you see at the top
      4      paragraph toward the end the sentence
      5      that reads "LKI is requesting a working
      6      capital loan partly to finance the New
      7      York operations but also to finance the
      8      other affiliates of the LKI group."
      9      A.   Yeah.
     10      Q.   Now, and did Mr. Moryto explain
     11      to you what he meant by a working
     12      capital loan when he told you that
     13      Lazare Kaplan was looking to set up a
     14      working capital line of credit?
     15      A.   I don't remember.
     16      Q.   But you do recall that he told
     17      you that he was looking for working a
     18      capital -- you have to let me finish,
     19      sir.
     20      A.   Sorry.
     21      Q.   He told you that he was looking
     22      to set up a working capital line of
     23      credit for Lazare Kaplan?
     24           MS. GREDD:  Objection to form.
     25      You can answer.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 171 Ln: 14 - Pg: 175 Ln: 4** continued...

**Annotation:**

```
175: 1        A.    I don't recall exactly when or
      2   what but it's -- I would not deny that
      3   he was using that terminology. I would
      4   not deny that.
```

**Pg: 179 Ln: 18 - Pg: 182 Ln: 4**

**Annotation:**

```
179:18        Q.    How did Lazare make the
     19   payments? You just testified that the
     20   payments were made bay Lazare.
     21        A.    Yes.
     22        Q.    How did they go about making the
     23   payments?
     24        A.    Well, Lazare had the credit
     25   facility in Antwerp from ADB, but have
180: 1   the possibility to use a KBC account to
      2   operate this.  So that we discussed
      3   already, KBC would be asked to transfer
      4   the money --
      5        Q.    And --
      6        A.    -- and be funded by ADB.
      7        Q.    So who asked -- who would ask,
      8   under this procedure that you're
      9   describing, who is it that would ask
     10   KBC?
     11        A.    Bill Moryto.
     12        Q.    And he would submit a form to
     13   KBC?
     14        A.    Yes.
     15        Q.    Okay.
     16        A.    Transfer.
     17        Q.    And what did KBC do in response
     18   to such a form, upon receiving that
     19   form?  What was the next step?
     20        A.    The next step was to see if
     21   there was availability if the credit
     22   line was not drawn too much, compliance
     23   would probably have a look if it was an
     24   acceptable transaction, etcetera, they
     25   would do the normal, then the transfer
181: 1   would be done.
      2        Q.    And how was the transfer -- who
      3   made the transfer? Who sent the money?
      4        A.    KBC.
      5        Q.    And then KBC then reconciled
      6   that payment with ADB?
      7        A.    Yes.
      8        Q.    Through the ADB pooling account
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral 9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 179 Ln: 18 - Pg: 182 Ln: 4** continued...

**Annotation:**

```
181: 9      in New York?
     10      A.    Yeah. Yes.
     11      Q.    And when payments came in did
     12 the same procedure apply?
     13      A.    Yes.
     14            MS. GREDD:  You have to wait
     15 until he finishes the question --
     16            THE WITNESS: Sorry.
     17            MS. GREDD:  -- and then answer.
     18      Q.    And the payment would be
     19 deposited into KBC's bank account in
     20 New York, right?
     21      A.    Yes.
     22      Q.    And KBC would reconcile the
     23 activity in the Lazare account with the
     24 ADB pooling account?
     25      A.    Yes.
182: 1      Q.    So the money never left New
      2 York?
      3      A.    Again, there are dollars --
      4 dollars never leave New York.
```

**Pg: 194 Ln: 8 - 23**

**Annotation:**

```
194: 8      Q.    When Lazare -- sorry.  When
      9 Lazare submitted a payment request to
     10 KBC Bank, "Please disburse the
     11 following monies to third party", how
     12 did KBC go about determining whether
     13 Lazare had sufficient credit to allow
     14 KBC to fund that request?
     15            MS. GREDD:  Objection to form.
     16      Q.    You can answer.
     17      A.    KBC knew because they record all
     18 what happens.
     19      Q.    They had a record?
     20      A.    They had a record and based on
     21 the record they knew and when there was
     22 a doubt they would contact us; can you
     23 check to make sure?
```

**Pg: 208 Ln: 3 - Pg: 210 Ln: 2**

**Annotation:**

```
208: 3      Q.    Would you turn to tab 55,
      4 please?
      5            (Plaintiff's Exhibit 55, was
      6 received and marked on this date for
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

**Pg: 208 Ln: 3 - Pg: 210 Ln: 2** continued...

**Annotation:**

```
208: 7      identification.)
      8      Q.    Do you recognize this document,
      9  Mr. Loral?
     10      A.    Yes.
     11      Q.    What is this document?
     12      A.    It's an agreement between the
     13  client and Antwerp Diamond Bank. At the
     14  time that the client is getting an
     15  account at KBC Bank this, in fact, is
     16  important in the Service Letter
     17  Agreements between the two banks in
     18  order to operate the KBC account
     19  connected to the ADB account.
     20           In fact, it contains two parts;
     21  the client agrees that all the
     22  transactions will pass over the KBC
     23  account; and the second part is that
     24  the client agrees that there is -- that
     25  ADB and KBC can look at each other's
209: 1  accounts. It's -- the second part is
      2  important to be able to make sure and
      3  check that the balance are same to
      4  reconciliate.
      5      Q.    Did you prepare this document?
      6      A.    Yes.
      7      Q.    Did you consult with anyone at
      8  ADB before preparing it?
      9      A.    Yes.
     10      Q.    With whom did you consult?
     11      A.    I don't remember but probably
     12  we're involved in those things, Frank
     13  Howe on our side at KBC Greg Boston,
     14  the operation of people in the banks.
     15      Q.    Did you consult with Mr. Boston
     16  at KBC before you prepared this
     17  document?
     18      A.    Yes. Yes.
     19      Q.    Did you consult with anyone else
     20  at KBC before you prepared the
     21  document?
     22      A.    On KBC side, normally Greg
     23  Boston will consult further with legal
     24  people, and on my side I would consult
     25  with legal people, I assume that also
210: 1  our legal people were looking at this
      2  but I don't remember now.
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral 9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 211 Ln: 23 - Pg: 212 Ln: 25**

**Annotation:**

```
211:23      Q.    Directing your attention to the
   24    first sentence, did you mean to say
   25    when you drafted this document that all
212: 1    of Lazare's transactions under its
    2    credit facility must pass through its
    3    KBC New York account?
    4      A.    Where do you see "must"?
    5      Q.    "Shall be effected", did you
    6    mean by "shall be effected" "must"?
    7      A.    Yes.
    8      Q.    And did you, when you used the
    9    word "all", mean that without
   10    exception?
   11      A.    We would prefer "without
   12    exception", unless there was a
   13    motivated request of the client.
   14          Technically, we could still work
   15    with the Belgian account, but that
   16    would again create a mismatch.  So we
   17    would prefer the client did not do it
   18    but it would happen that for a
   19    reasonable reason the client would ask
   20    us and that we would allow it to do
   21    directly a transaction with Antwerp on
   22    the account of Antwerp, but then we had
   23    to immediately tell KBC because there
   24    was a mismatch between the two
   25    accounts.
```

**Pg: 211 Ln: 23 - Pg: 213 Ln: 8**

**Annotation:**

```
211:23      Q.    Directing your attention to the
   24    first sentence, did you mean to say
   25    when you drafted this document that all
212: 1    of Lazare's transactions under its
    2    credit facility must pass through its
    3    KBC New York account?
    4      A.    Where do you see "must"?
    5      Q.    "Shall be effected", did you
    6    mean by "shall be effected" "must"?
    7      A.    Yes.
    8      Q.    And did you, when you used the
    9    word "all", mean that without
   10    exception?
   11      A.    We would prefer "without
   12    exception", unless there was a
   13    motivated request of the client.
   14          Technically, we could still work
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 211 Ln: 23 - Pg: 213 Ln: 8** continued...

**Annotation:**

```
212:15      with the Belgian account, but that
    16      would again create a mismatch.  So we
    17      would prefer the client did not do it
    18      but it would happen that for a
    19      reasonable reason the client would ask
    20      us and that we would allow it to do
    21      directly a transaction with Antwerp on
    22      the account of Antwerp, but then we had
    23      to immediately tell KBC because there
    24      was a mismatch between the two
    25      accounts.
213: 1       Q.    So was it your intention in
     2      drafting this document that the -- that
     3      Lazare's bank account at the New York
     4      branch of KBC would be the exclusive
     5      vehicle for payments and disbursements
     6      under the credit facility?
     7       A.    That was the purpose. That was
     8      the purpose.
```

**Pg: 213 Ln: 16 - Pg: 214 Ln: 2**

**Annotation:**

```
213:16      Q.    Did KBC consent to --
    17      A.    -- to these documents?
    18      Q.    -- to the arrangements described
    19      in this document?
    20      A.    Yes.
    21      Q.    And how did they consent?
    22      A.    This document is part of the
    23      Service Letter Agreement. First we
    24      agreed between two banks how we would
    25      operate and then there was that memo
214: 1      explaining the details, and this is
     2      part of the whole setup.
```

**Pg: 214 Ln: 14 - Pg: 220 Ln: 1**

**Annotation:**

```
214:14      Q.    Would you turn now to Exhibit 57
    15      tab 57?
    16            (Plaintiff's Exhibit 57, was
    17      received and marked on this date for
    18      identification.)
    19      Q.    Is this the Services Agreement
    20      that you alluded to in your earlier
    21      testimony today?
    22      A.    Yes.
    23      Q.    Is that your signature on the
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

**Pg: 214 Ln: 14 - Pg: 220 Ln: 1** continued...

**Annotation:**

```
214:24      second page?
     25      A.    Yes.
215: 1      Q.    Along with Mr. DeBosscher's
      2      signature and Mr. Boston's signature?
      3      A.    Yes.
      4      Q.    And this is an agreement between
      5      the ADB and the New York branch of KBC.
      6      Is that correct?
      7      A.    Yes.
      8      Q.    And the agreement is dated
      9      October 15, 1999.
     10      A.    Yes.
     11      Q.    Do you know who wrote this
     12      document?
     13      A.    I was involved in it but I don't
     14      know who -- I think it was redacted by
     15      Greg Boston and then we worked it out
     16      in different stages. I mean, that took
     17      some time. It had to be exactly right.
     18      So several people were involved in it.
     19      Q.    And let's walk through the
     20      document beginning with the "whereas"
     21      clauses on the top of page 1.
     22            Do you see the first "whereas"
     23      clause that provides or reads, "ADB
     24      wishes to expand its business to the
     25      New York diamond market?"
216: 1      A.    Yes.
      2      Q.    What type of business was ADB
      3      looking to expand to the New York
      4      diamond market?
      5      A.    Financing of the industry.
      6      Q.    Loans?
      7      A.    Yes.
      8      Q.    Loans? And was ADB already doing
      9      business with the New York diamond
     10      market as of the date of this
     11      agreement?
     12      A.    Yes.
     13      Q.    Do you recall how many different
     14      clients in the New York diamond market
     15      ADB had as of the date of this
     16      agreement?
     17      A.    I would say 10, 10 maybe. Around
     18      that level.
     19      Q.    Okay. And moving down to the
     20      second "whereas" clause, do you see the
     21      language the sentence that begins, "KBC
     22      agrees to provide certain operational
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral 9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

**Pg: 214 Ln: 14 - Pg: 220 Ln: 1** continued...

**Annotation:**

```
216:23      services to ADB and to ADB's clients"?
    24      Do you see that?
    25      A.    Yes.
217: 1      Q.    What were the operational
     2      services that KBC was agreeing to
     3      provide to ADB and to ADB's clients in
     4      this document?
     5      A.    The one that are mentioned
     6      below.
     7      Q.    In the text?
     8      A.    Yes.
     9      Q.    So that would include allowing
    10      diamond clients to open current
    11      accounts at the New York branch of KBC?
    12      A.    Yes.
    13      Q.    And effectuating local and
    14      international payments on behalf of the
    15      clients?
    16      A.    Yes.
    17      Q.    And providing other banking
    18      services on behalf of the clients?
    19      A.    Yes.
    20      Q.    Okay. What does the reference to
    21      "current accounts" mean?
    22      A.    Current accounts is -- is an
    23      overdraft account facility -- operating
    24      account. I mean, I don't know what else
    25      I can say on --
218: 1      Q.    An operating account?
     2      A.    Yes.
     3      Q.    An operating bank account?
     4      A.    Yes.
     5      Q.    In whose books are diamond
     6      clients to open current accounts or
     7      operating accounts?
     8      A.    In this agreement, the purpose
     9      is that it's in the KBC New York books.
    10      Q.    KBC New York. Okay. And does
    11      this paragraph contemplate that KBC
    12      will effectuate local and international
    13      payments on behalf of the diamond
    14      clients?
    15      A.    Yes.
    16      Q.    What does "effectuate" mean, as
    17      it's used in this document, Mr. Loral,
    18      execute?
    19      A.    Yes. Yes. Yes.
    20      Q.    What are the other banking
    21      services that is described in this
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral 9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 214 Ln: 14 - Pg: 220 Ln: 1** continued...

**Annotation:**

```
218:22      second "whereas" clause?
    23      A.   I don't recall. I don't recall.
    24      But I mean, KBC is an independent bank.
    25      They could provide other service that
219: 1      the client could use as a bank.
     2      Q.    So, for example -- withdrawn.
     3           Did KBC provide other banking
     4      services to Lazare in connection with
     5      the Lazare bank account at KBC New
     6      York? Was that a full service account?
     7      A.    Not full service, like payroll,
     8      KBC didn't want to do. But there were
     9      possibilities, if the client would like
    10      to have hedging products, probably KBC
    11      would have done it.
    12           I don't know if we did anything
    13      for Lazare, if KBC did anything for
    14      Lazare but the facility was there,
    15      nothing was excluded in that way.
    16      Q.    And moving to the next "whereas"
    17      clause that begins "In agreement with
    18      the diamond clients," do you see that?
    19      A.    Yes.
    20      Q.    What is the agreement with the
    21      diamond clients that's referred to
    22      here?
    23      A.    I should read again that one --
    24      Q.    Exhibit 55.
    25      A.    Yes. Yes. That must refer to
220: 1      these documents.
```

**Pg: 222 Ln: 11 - Pg: 224 Ln: 18**

**Annotation:**

```
222:11      Q.    Now, this -- this "whereas"
    12      clause goes on to provide that, "KBC
    13      agrees to communicate all payments
    14      effectuated by the diamond clients to
    15      ADB via SWIFT communications."
    16           The -- would a payment by
    17      Lazare to a third party in connection
    18      with the purchase or financing of
    19      diamonds be a payment effectuated by a
    20      diamond client within the meaning of
    21      this paragraph?
    22      A.    That's a long sentence. Could
    23      you --
    24      Q.    I'll break it down for you.
    25           Which party, which bank is
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral 9/28/2015

**Transcript:** [9/28/2015] Loral, Philippe

**Issue Filter:** Revised Deposition Designations

---

**Pg: 222 Ln: 11 - Pg: 224 Ln: 18** continued...

**Annotation:**

```
223: 1      effectuating the payments by the
     2      diamond clients, looking at this
     3      "whereas" clause?
     4      A.    I'm reading the clause again.
     5           (Whereupon, the Deponent reviews
     6      the document.)
     7      A.    So your question was if KBC is
     8      effectuating a transaction, a payment
     9      from Lazare to a third party, if this
    10      clause -- yes, indeed, yeah.
    11      Q.    So when the -- when the
    12      "whereas" clause provides that KBC
    13      agrees to communicate all payments
    14      effectuated, it means in its reference
    15      to payments effectuated, payments that
    16      it effectuates for the diamond clients
    17      of ADB?
    18      A.    Via the account of KBC.
    19      Q.    Yes. Okay. And the last sentence
    20      of this "whereas" clause, "On the basis
    21      of those messages ADB will make
    22      internal entries to adjust the
    23      customer's credit position."
    24           Do the words "the customer's
    25      credit position" mean to the balance of
224: 1      the outstanding loans under a credit
     2      facility such as the one Lazare had?
     3      A.    Yes.
     4      Q.    And continuing down to the last
     5      "whereas" clause that reads, "ADB
     6      agrees to open a pooling account with
     7      KBC to fund the payments effectuated by
     8      KBC on behalf of the diamond clients,"
     9      are we talking here about a pooling
    10      account at the New York branch of KBC?
    11      A.    I think that account was
    12      maintained in New York, yes.
    13      Q.    So the payments effectuated or
    14      executed by KBC on behalf of the
    15      diamond clients of ADB, were reconciled
    16      with the pooling account set up by ADB,
    17      pursuant to this agreement?
    18      A.    Yes.
```

**Pg: 232 Ln: 15 - 23**

**Annotation:**

```
232:15      Q.    So going back to the agreement
    16      below the words "It is agreed as
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral 9/28/2015

**Transcript:** [9/28/2015] Loral, Philippe

**Issue Filter:** Revised Deposition Designations

---

**Pg: 232 Ln: 15 - 23** continued...

**Annotation:**

```
232:17    follows" on the first page, number one,
   18     do you see the sentence that begins
   19     "KBC will accept all payment orders
   20     from the diamond clients either locally
   21     in New York or internationally," do you
   22     see that sentence?
   23          A.    Yes.
```

**Pg: 233 Ln: 5 - Pg: 242 Ln: 14**

**Annotation:**

```
233: 5          Q.    Would you look at Exhibit 61,
    6     tab 61?
    7          A.    Would you mind, the last page?
    8          Q.    First page? That's it.
    9          A.    Yes.
   10          Q.    Is that a form of payment order
   11     from a diamond client to KBC?
   12          A.    It looks like. I don't recall
   13     this document, but when I read it, I
   14     see.
   15          Q.    Okay. So going back to paragraph
   16     1, the diamond client in this case
   17     Lazare submits a payment order to KBC.
   18     Can you walk us through the procedure
   19     that's described in this Service
   20     Agreement in regard to effectuating
   21     that payment order?
   22          A.    KBC will receive this document.
   23          Q.    From a customer like Lazare
   24     Kaplan?
   25          A.    They would verify the
234: 1     signatures, etcetera. Meanwhile, KBC
    2     has to be informed about the level of
    3     facility and indepthness of the clients
    4     with Antwerp Diamond Bank so that we
    5     know that they can do the transaction
    6     because we know --
    7          Q.    So stop there for a quick.
    8     You're going too quickly now.
    9          Are you saying that when KBC
   10     receives the payment order from a
   11     customer like Lazare in the form that
   12     you just identified, it verifies with
   13     ADB that there is sufficient credit
   14     under the line of credit, the credit
   15     facility to support the payment that's
   16     requested?
   17          A.    Yes. And they do it from time to
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

**Pg: 233 Ln: 5 - Pg: 242 Ln: 14 continued...**

**Annotation:**

```
234:18      time because KBC keeps records of all
    19      the transactions. So once they know the
    20      position from that day on they will do
    21      pluses and minuses but they keep track
    22      in the system of the position of
    23      Antwerp Diamond Bank. Once in a while
    24      we reconcile to make sure that it is
    25      still the same position.
235: 1          Q.    Is that what's meant by the next
     2      sentence "KBC will keep records of the
     3      movements on the diamond clients
     4      account, etcetera?"
     5          A.    Yes.
     6          Q.    So KBC is playing a
     7      recordkeeping or administrative
     8      function with respect to the borrowing
     9      that Lazare is making under the credit
    10      facility. Is that correct?
    11          A.    Of Antwerp Diamond Bank, yes.
    12          Q.    And when KBC receives a payment
    13      request, Mr. Loral, does it verify that
    14      it's a -- that it's proper and
    15      appropriate to make a payment to the
    16      designated recipient? In other words,
    17      does it perform an anti-money
    18      laundering function of some kind?
    19          A.    Yes. Automatically that's KBC's
    20      duty and they have the department
    21      involved and they will also verify that
    22      it's a diamond transaction. That's
    23      something that we requested because we
    24      want to avoid the client would misuse
    25      the funds for something else.
236: 1          Q.    And moving down to the next
     2      bullet point, you see the reference to
     3      the chief representative of ADB in New
     4      York?
     5          A.    Yes.
     6          Q.    Okay. Who is that or who was
     7      that?
     8          A.    Peter Driesen. That's -- yes.
     9      Yes. Yes.
    10          Q.    So in a situation in which the
    11      requested payment exceeds the available
    12      credit under the line of credit KBC
    13      doesn't process the payment but rather
    14      notifies Mr. Driesen and the Visa
    15      department of ADB?
    16          A.    Yes.
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

**Pg: 233 Ln: 5 - Pg: 242 Ln: 14** continued...

**Annotation:**

| | |
|---|---|
| 236:17 | Q.    And it says the next sentence, |
| 18 | "The latter takes the necessary steps |
| 19 | to get the payment approved by the |
| 20 | appropriate people within ADB."  Who |
| 21 | are the appropriate people within ADB? |
| 22 | A.    Credit Committee. |
| 23 | Q.    Credit Committee. Okay. And then |
| 24 | KBC and the chief representative are |
| 25 | notified of the bank's decision. Is |
| 237: 1 | that the procedure here? |
| 2 | A.    Yes. |
| 3 | Q.    Okay. And assuming the decision |
| 4 | is favorable or there is sufficient |
| 5 | credit, is it correct on your reading |
| 6 | of this agreement that KBC debits the |
| 7 | diamond client's account, in this case |
| 8 | that would be the Lazare account at the |
| 9 | New York branch of KBC? |
| 10 | A.    Yes. |
| 11 | Q.    And carries out the payment |
| 12 | instruction? |
| 13 | A.    Yes. |
| 14 | Q.    And carries out the payment |
| 15 | instruction by wire transferring the |
| 16 | monies requested -- the monies funding |
| 17 | the loan requested by the customer? |
| 18 | A.    It's a long one. Sorry. |
| 19 | Q.    How does it carry out the |
| 20 | payment instructions? |
| 21 | A.    Well, like you said, the payment |
| 22 | instruction will be effectuated |
| 23 | resulting in a debit on the account at |
| 24 | KBC, and that debit will be funded by |
| 25 | the pooling account. |
| 238: 1 | Q.    So KBC provides the money to |
| 2 | effectuate the wire transfer the |
| 3 | payment that's requested? |
| 4 | A.    Yes. |
| 5 | Q.    And it then reconciles that |
| 6 | payment with ADB's pooling account? |
| 7 | A.    Yes. |
| 8 | Q.    Dropping down to the next bullet |
| 9 | point that references the MT 900 form, |
| 10 | do you see the sentence, "KBC also adds |
| 11 | information about the beneficiary of |
| 12 | the payment?" |
| 13 | A.    Yes. |
| 14 | Q.    Where does KBC get that |
| 15 | information from? |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

**Pg: 233 Ln: 5 - Pg: 242 Ln: 14** continued...

**Annotation:**

```
238:16        A.    From the payment order.
   17         Q.    Is this the anti-money
   18    laundering function you described
   19    earlier?
   20         A.    No.
   21         Q.    Why is KBC adding information
   22    about the beneficiary of the payment in
   23    its message to ADB?
   24         A.    Because ADB wants to know -- ADB
   25    is financing, ADB wants to follow what
239: 1    happens with the financing facility and
    2    the credit.
    3         Q.    So it gets that information from
    4    KBC?
    5         A.    Yes.
    6         Q.    And KBC, in turn, gets it from
    7    the customer?
    8         A.    Yes.
    9         Q.    And then the last bullet point,
   10    "ADB receives this report and debits
   11    the diamond customer's account in its
   12    books against the pooling account."
   13    That is the New York pooling account?
   14         A.    Yes.
   15         Q.    And moving to paragraph 2, do
   16    you see the sentence that reads, "KBC
   17    will accept and registrate all in
   18    coming funds via the customary
   19    channels, etcetera, in favor of the
   20    diamond clients." Do you see that
   21    sentence?
   22         A.    Yes.
   23         Q.    Is this sentence referring to or
   24    does it include deposits made by
   25    customers of Lazare Kaplan into the
240: 1    Lazare bank account at KBC New York?
    2         A.    Yes.
    3         Q.    So the sales proceeds of
    4    diamonds sold by Lazare would be an
    5    example of incoming funds that are
    6    deposited into Lazare's bank account at
    7    KBC New York.  Is that correct?
    8         A.    Yes. That's correct.
    9         Q.    What does "registrate" mean, by
   10    the way, as it's used in this document?
   11         A.    Book, make a booking.
   12         Q.    Make a booking?
   13         A.    Yes. Make an entry.  I think you
   14    use the word "entry".
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

**Pg: 233 Ln: 5 - Pg: 242 Ln: 14 continued...**

**Annotation:**

```
240:15        Q.      And again, turning to the bullet
   16     point in paragraph 2, KBC credits the
   17     customer's account in its books, so
   18     that would be the bank account, the
   19     customer's bank account at the New York
   20     branch of KBC?
   21        A.     Yes.
   22        Q.      That would be the Lazare bank
   23     account in our case?
   24        A.     Yes.
   25        Q.      And then KBC sends a message to
241: 1     ADB, giving ADB information about the
    2     transaction?
    3        A.     Yes.
    4        Q.      Okay. And you see the next
    5     sentence that reads, "KBC also adds
    6     information about the ordering customer
    7     of the payment."  What information is
    8     referred to in that sentence?
    9        A.      That's a counterparty, the
   10     customer of Lazare, which made the
   11     payment and the information is the name
   12     of the ordering company.
   13        Q.      And does KBC, again, have an
   14     anti-money laundering function in
   15     obtaining that information?
   16        A.     Yes. To check everything by
   17     compliance.
   18        Q.      And does KBC share the
   19     information it obtains about the
   20     ordering customer with ADB under this
   21     paragraph?
   22        A.      Well, it's the information in
   23     the SWIFT message.  So we have the
   24     information, we received the
   25     information, yes.
242: 1        Q.      So ADB's information about the
    2     payee and the payor in transactions, in
    3     Lazare transactions, comes from KBC.
    4     Is that correct?
    5        A.     Yes.
    6        Q.      So -- and in the last sentence
    7     where it says, "ADB receives this
    8     report and credits the diamond client's
    9     account in its books against the KBC
   10     pooling account," does that mean ADB is
   11     making a book entry to reflect the
   12     transaction?
   13        A.      Well, yes, we adjust the balance
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral 9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 233 Ln: 5 - Pg: 242 Ln: 14 continued...**

**Annotation:**
```
242:14      of the client in our books.
```

**Pg: 248 Ln: 5 - Pg: 249 Ln: 2**

**Annotation:**
```
248: 5      Q.   And dropping down to the second
      6      paragraph in paragraph 3, do you see
      7      the reference to "KBC New York granting
      8      ADB an overnight placement on money
      9      market rates?"
     10      A.   Yes.
     11      Q.   Can you explain that sentence?
     12      A.   Due to the time difference it
     13      could happen that when ADB was already
     14      closed and KBC was still operating that
     15      they would pool more than there was in
     16      the pooling account. So Antwerp Diamond
     17      Bank had the credit facility with KBC
     18      Bank.  So the pooling account of
     19      Antwerp Diamond Bank could go negative
     20      and that would be the price we pay for
     21      it. KBC would fund, grant us a credit
     22      line on that pooling account.
     23      Q.   When you say that Antwerp
     24      Diamond Bank had a credit facility with
     25      KBC, do you mean the New York branch of
249: 1      KBC?
      2      A.   Yes.
```

**Pg: 250 Ln: 8 - 18**

**Annotation:**
```
250: 8      Q.   Did ADB pay tax to the U.S.
      9      Government on interest or fees that it
     10      earned on the loans to Lazare Kaplan?
     11      A.   Could you please repeat it?
     12      Q.   Did ADB pay interest to the U.S.
     13      Government on -- I'm sorry -- pay tax
     14      to the U.S. Government on interest or
     15      fees that it received from Lazare in
     16      connection with the loans under the
     17      credit facility?
     18      A.   Yes.
```

**Pg: 252 Ln: 23 - Pg: 253 Ln: 2**

**Annotation:**
```
252:23      Q.   And did ADB take the position
     24      with the U.S. Government that the loan
```

---

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 252 Ln: 23 - Pg: 253 Ln: 2** continued...

**Annotation:**

```
252:25     activities in New York were effectively
253: 1     connected to New York?
     2     A.    Yes.
```

**Pg: 259 Ln: 2 - 7**

**Annotation:**

```
259: 2     Q.    So would you turn back one tab
     3     in your binder, your exhibit binder,
     4     Mr. Loral, to Exhibit 56, which is the
     5     letter that you wrote to Greg Boston on
     6     or about September 4, 2000 that we
     7     talked about earlier this morning.
```

**Pg: 260 Ln: 8 - Pg: 261 Ln: 2**

**Annotation:**

```
260: 8     Q.    Was it your intention in
     9     preparing Plaintiff's Exhibit 55 that
    10     it would comply with the procedures set
    11     forth in this letter that you wrote to
    12     Mr. Boston?
    13     A.    Yes.
    14     Q.    Why did you send this letter to
    15     Mr. Boston? What was the purpose of the
    16     letter?
    17     A.    To make sure that we don't make
    18     any mistake in the way we work.
    19     Finally, Greg Boston represents another
    20     bank, we are not colleagues, I mean
    21     directly in the same bank, so we want
    22     the team to agree with exactly and that
    23     way we didn't forget anything.
    24         It was the first time that we
    25     would practically operate, as it's
261: 1     mentioned here, the first time that the
     2     client would use the system.
```

**Pg: 291 Ln: 23 - Pg: 292 Ln: 16**

**Annotation:**

```
291:23     Q.    When Lazare received a payment
    24     of diamond sales proceeds into the KBC
    25     New York account, did those funds ever
292: 1     move outside of New York?
     2     A.    Yes. Those funds would be
     3     transferred via the pooling account on
     4     Lazare's account in Belgium and he
     5     would see that on his statement because
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral 9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 291 Ln: 23 - Pg: 292 Ln: 16** continued...

**Annotation:**

```
292: 6      his balance would become less high, as
     7      a big balance.
     8         Q.    You are referring to the entry
     9      or notation in the statement. I'm
    10      talking about the dollars.
    11         A.    The amounts are transferred on
    12      the account against an account of the
    13      bank, and but dollars are held in the
    14      United States as for the whole world.
    15      That's why also the United States can
    16      see everything that happens in dollars.
```

**Pg: 294 Ln: 3 - Pg: 295 Ln: 20**

**Annotation:**

```
294: 3               Did you, yourself, clearly
     4      explain to Mr. Moryto that Lazare would
     5      have to open a bank account in Belgium
     6      to obtain a line of credit? Do you
     7      recall a conversation?
     8         A.    No. I don't recall exact -- any
     9      conversation of 15 years ago. I'm
    10      sorry. I cannot recall such a
    11      conversation.
    12         Q.    Do you recall any writing in
    13      which Mr. Moryto was advised that
    14      Lazare would need to open a bank
    15      account in Belgium in order to obtain a
    16      line of credit or a credit facility?
    17         A.    No. No. Honestly, I don't recall
    18      ever having done that to any client
    19      because it was going without saying
    20      that you cannot have a credit facility
    21      without having an account.
    22         Q.    Did Mr. Moryto ever say anything
    23      to you that would indicate to you that
    24      he understood that Lazare would need to
    25      have a bank account in Belgium?
295: 1         A.    No. I don't remember anything
     2      like that.
     3         Q.    And did you find Mr. Moryto to
     4      be an honest person in your dealings
     5      with him?
     6         A.    Yes.
     7         Q.    Do you believe him to be a
     8      person of the highest integrity?
     9         A.    When?
    10         Q.    During the relevant period of
    11      time.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Philippe Loral
9/28/2015
**Transcript:** [9/28/2015] Loral, Philippe
**Issue Filter:** Revised Deposition Designations

---

**Pg: 294 Ln: 3 - Pg: 295 Ln: 20** continued...

**Annotation:**

```
295:12        A.    Yes. Yes. Until when is the
   13    relevant period?
   14        Q.    10 years, 2000 to 2010.
   15        A.    Well, in my opinion as long as I
   16    was working with him, yes.
   17        Q.    Did you ever tell Mr. Moryto
   18    that ADB could meet Lazare's banking
   19    needs in New York?
   20        A.    In certain words, yes.
```

**Pg: 296 Ln: 17 - Pg: 297 Ln: 8**

**Annotation:**

```
296:17        Q.    Did you tell Mr. Moryto in
   18    December of 2000 that KBC New York
   19    could open a bank account for Lazare?
   20        A.    I don't remember that I told him
   21    that and certainly not at that date,
   22    but that was probably the purpose of
   23    the whole setup. That's what we
   24    discussed.
   25        Q.    Do you remember whether anyone
297: 1    at ADB discussed with Mr. Moryto the
    2    possibility of Lazare opening a bank
    3    account at the New York branch of KBC?
    4        A.    No. I don't remember the
    5    conversations like -- I can only see
    6    now factually what happens, so I can
    7    assume that we have been discussing
    8    about it.
```

**Pg: 297 Ln: 9 - 21**

**Annotation:**

```
297: 9        Q.    Was the New York office of ADB a
   10    startup operation in December of 2000?
   11        A.    Sorry?
   12        Q.    Was it a new office for ADB?
   13        A.    In New York?
   14        Q.    Yes, in New York.
   15        A.    Yes. The rep office was new.  We
   16    got the license from the authorities
   17    end of '99 and so, beginning of 2000 we
   18    just opened the office, we rented a
   19    place, I think Peter Driesen was there,
   20    he got the license to live in New York.
   21    Yeah, we were quite new.
```

---