**Plaintiff's Synopsis of**
**Mark Weiss Deposition Designations**

Mark Weiss ("Weiss") was employed by Antwerp Diamond Bank's ("ADB") New York office ("ADB-NY") from November 1999 until April 30, 2015. Weiss Tr. 8:25-10:15. Weiss was a senior representative officer and became the manager of ADB-NY in 2005. Id. at 16:13-17:13.

Although one of Weiss's duties was to supervise the October 15, 1999 agreement (the "Services Agreement") between ADB and KBC Bank N.V.'s ("KBC") New York branch ("KBC-NY"), Philippe Loral ("Loral") set up the document and had primary responsibility for overseeing and initiating the Services Agreement. Id. at 30:14-33:06, 46:11-48:04, 33:25-35:13.

ADB sought to expand its presence in New York by financing customers' working capital, including that of Lazare Kaplan International Inc. ("Lazare"). Id. at 38:05-21, 40:21-41:07.

ADB needed KBC's approval for lines of credit above a certain amount. Id at 192:19-193:01.

Marc Weiss testified that, as a banker, he believed that the purpose of the May 31, 2001 agreement (Exhibit P-55) was to process all payments under the Lazare Credit Facility through Lazare's bank account at KBC-NY. Id. at 58:01-59:11. A copy of the May 31, 2001 agreement was provided to both ADB and KBC. Id. at 59:18-60:10.

A pre-requisite for opening a bank account at ADB was signing and dating ADB's "General banking conditions," and Marc Weiss had no independent knowledge of Lazare ever signing those documents. Id. at 127:12-128:19. Marc Weiss further testified that the document he identified as an "account statement" in fact only show that payments were made, but do not identify where the payments were going or who the recipients were. Id. at 174:15-175:11, 176:08-178:02. Those same documents were referred to as "blue slips," and they show only payment information and the balance of Lazare's Credit Facility. Id. at 176:08-178:02.