**Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016**

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

---

**Pg: 5 Ln: 5 - 9**

    **Annotation:**

```
5: 5        Q.    Okay. Good morning, Mr. Weiss.
    6    My name is Chris Sullivan and I
    7    represent Lazare Kaplan International
    8    and I'm with the law firm of Herrick
    9    Feinstein.
```

**Pg: 6 Ln: 2 - 10**

    **Annotation:**

```
6: 2        Q.    Where do you live?
    3        A.    I live in St. James, New York.
    4        Q.    What is your current address?
    5        A.    264 Lincoln Avenue, St. James,
    6    New York.
    7        Q.    How long have you lived there?
    8        A.    About 25 years.
    9        Q.    Are you an American citizen?
   10        A.    Yes, I am.
```

**Pg: 7 Ln: 5 - 25**

    **Annotation:**

```
7: 5        Q.    And just for convenience sake,
    6    I'm going to use some abbreviations
    7    which hopefully will make today's
    8    session move for smoothly.
    9        I'm going to refer to Lazare
   10    Kaplan International, Inc. as Lazare;
   11    I'm going to refer to Antwerpse
   12    Diamantbank Bank NV as ABD; the New
   13    York office of ADB will be the New York
   14    office of ADB; and KBC Bank NV will be
   15    KBC; and the New York branch of KBC
   16    will be KBC New York, unless you or I
   17    specify otherwise. Do you understand?
   18        A.    Yes.
   19        Q.    And unless I specify otherwise
   20    or you specify otherwise, the relevant
   21    period of time for all of my questions
   22    will be the 10 years between January 1,
   23    2000 and December 31, 2010. Is that
   24    clear?
   25        A.    Yes.
```

**Pg: 8 Ln: 4 - 15**

    **Annotation:**

```
8: 4        Q.    Are you under a contractual
    5    obligation of any kind to cooperate
    6    with Antwerp Diamond Bank or KBC in
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

---

**Pg: 8 Ln: 4 - 15** continued...

**Annotation:**

```
 8: 7      connection with this lawsuit?
    8      A.    I don't understand when you say
    9      "contractual".
   10           MS. GREDD:  I could jump in here
   11      and possibly make it easier. Mr. Weiss
   12      has a Separation Agreement with the
   13      bank and that Separation Agreement,
   14      among other things, has a cooperation
   15      with ongoing litigation clause.
```

**Pg: 8 Ln: 25 - Pg: 10 Ln: 15**

**Annotation:**

```
 8:25      Q.    Do you speak any foreign
 9: 1      languages?
    2      A.    No, I do not.
    3      Q.    Are you currently employed?
    4      A.    Yes, I am.
    5      Q.    Where are you employed?
    6      A.    Sterling National Bank.
    7      Q.    And what is your job title or
    8      position at Sterling national bank?
    9      A.    My job title is Managing
   10      Director.  The position is Commercial
   11      Loan Officer.
   12      Q.    What are your responsibilities
   13      there?
   14      A.    Meeting clients and prospects,
   15      gathering information and submitting
   16      packages for lines of credit.
   17      Q.    When did you first start working
   18      at Sterling bank?
   19      A.    Latter part of August, this
   20      year.
   21      Q.    Okay. Prior to that were you
   22      employed by ADB?
   23      A.    Yes.
   24      Q.    And when did you first start
   25      working for ADB?
10: 1      A.    November, 1999.
    2      Q.    Were you employed by ADB
    3      continuously from December -- January
    4      1, 2000 through December 31, 2010?
    5      A.    Yes, I was.
    6      Q.    Okay. And when did you actually
    7      leave ADB's employment?
    8      A.    I left was April 30th, 2015.
    9      Q.    Okay. Do you continue to receive
   10      any compensation from ADB?
   11      A.    No, I do not.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

---

**Pg: 8 Ln: 25 - Pg: 10 Ln: 15** continued...

**Annotation:**

```
10:12      Q.    Were you asked to leave ADB's
   13   employment?
   14      A.    No. I was -- the office was
   15   closed, my position was terminated.
```

**Pg: 14 Ln: 2 - 13**

**Annotation:**

```
14: 2      Q.    Do you hold any professional
    3   certifications or licenses of any kind?
    4      A.    No, I do not.
    5      Q.    Do you have any specialized
    6   training or education in regard to
    7   diamonds or diamond companies?
    8      A.    No, I do not.
    9      Q.    As of December, 2000, how much
   10   experience had you had with diamond
   11   clients of ADB?
   12      A.    I started in November, 1999.
   13   That was my experience.
```

**Pg: 16 Ln: 13 - Pg: 17 Ln: 13**

**Annotation:**

```
16:13      Q.    I see. Okay. So let's talk a
   14   little bit about ADB. When you first
   15   started with ADB?  What was your
   16   position or job title there?
   17      A.    I was, I believe, was Senior
   18   Representative Officer.
   19      Q.    And did you hold that position
   20   in the New York office of ADB?
   21      A.    In the New York representative
   22   offices, yes.
   23      Q.    Okay. And what were your
   24   responsibilities in that position?
   25      A.    My responsibilities were
17: 1   meeting -- meeting with potential
    2   prospects or clients, gathering
    3   information and sending that
    4   information to ADB head office for
    5   review.
    6      Q.    And did that include diamond
    7   clients of ADB?
    8      A.    Yes.
    9      Q.    And did your position at ADB
   10   change during the 10 year period of
   11   time that we're investigating?
   12      A.    During I believe around 2005 I
   13   became the manager of the office.
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

___

**Pg: 18 Ln: 7 - Pg: 19 Ln: 15**

**Annotation:**

```
18: 7        Q.    Did Mr. Rogow hold that position
    8    prior to your promotion?
    9        A.    Yes.
   10        Q.    And during what time did he
   11    serve in that position?
   12        A.    He served approximately, maybe,
   13    a few years. I don't remember exactly
   14    the term.
   15        Q.    Did he replace Peter Driesen in
   16    that position?
   17        A.    Yes, he did.
   18        Q.    Do you know why Mr. Driesen was
   19    replaced?
   20        A.    No, I do not.
   21        Q.    Did Mr. Rogow tender his
   22    resignation? Did he resign voluntarily?
   23        A.    I believe so, yes.
   24        Q.    And as of this date what were
   25    the names of the other people that
19: 1    worked in the -- professional people
    2    that worked in the New York office of
    3    ADB?
    4        A.    At the time the administrative
    5    assistant was Diana David, there was
    6    another gentleman, Oakley Champine and
    7    there was a prior to that there was
    8    another lady, I forgot her name, I
    9    don't know if she was still there when
   10    Mr. Rogow resigned.
   11        Q.    Do you recall her name?
   12        A.    No, I don't.  I'd be guessing.
   13        Q.    Did you help set up the New York
   14    office of ADB?
   15        A.    No, I did not.
```

**Pg: 20 Ln: 5 - Pg: 22 Ln: 7**

**Annotation:**

```
20: 5        Q.    And did you spend your entire
    6    tenure at ADB working in the New York
    7    office of ADB?
    8        A.    Yes, I did.
    9        Q.    At any given time how many
   10    different bankers worked in that
   11    office?
   12        A.    At most I think there were -- I
   13    think there were five people.
   14        Q.    And did any of them work on the
   15    Lazare credit facility?
   16        A.    Usually the people that worked
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

**Pg: 20 Ln: 5 - Pg: 22 Ln: 7** continued...

**Annotation:**

```
20:17        on it was usually the -- it was
   18        Philippe Loral and the person who -- in
   19        the beginning it was Peter Driesen and
   20        Philippe Loral who worked on the file.
   21        After that I don't, you know -- I think
   22        for a number of years it was Oakley
   23        worked with Philippe Loral on it and in
   24        between I don't recall.
   25           Q.    Did you work on the Lazare file?
21: 1           A.    No, I did not.
    2           Q.    What was the chain of command in
    3        the New York office prior to 2005 when
    4        you were appointed to Senior Vice
    5        President and General Manager is that?
    6        Who reported to who?
    7           A.    The department head was Peter
    8        Driesen and he reported directly to
    9        Philippe Loral.
   10           Q.    And to whom did you report?
   11           A.    I reported to Peter Driesen.
   12           Q.    And after you were appointed to
   13        Senior Vice President and General
   14        Manager, what was the chain of command
   15        in the office?
   16           A.    I reported to Philippe Loral.
   17           Q.    And did everyone else in the
   18        office report to you?
   19           A.    Yes.
   20           Q.    I see. And what were your
   21        responsibilities in the office prior to
   22        being promoted to Senior Vice President
   23        and General Manager?
   24           A.    Meeting with prospects and
   25        customers, gathering information,
22: 1        responding to their requests and
    2        sending all that information to ADB
    3        head office for their review and for
    4        their consideration.
    5           Q.    And did your responsibilities
    6        change after your promotion in 2005?
    7           A.    Not really.
```

**Pg: 22 Ln: 8 - 22**

**Annotation:**

```
22: 8           Q.    Were you familiar during the 10
    9        year period of time with different
   10        clients of the New York office of ADB?
   11           A.    Yes.
   12           Q.    Did you have access to ADB's
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

---

**Pg: 22 Ln: 8 - 22** continued...

**Annotation:**

```
22:13      records of those banking clients'
   14      activity in New York?
   15          MS. GREDD:  Objection to form.
   16      A.    There were no records in New
   17      York. Everything was kept in ADB head
   18      office.
   19      Q.    Did you have access to the
   20      records that were kept in the head
   21      office?
   22      A.    No.
```

**Pg: 27 Ln: 20 - Pg: 28 Ln: 3**

**Annotation:**

```
27:20      Q.    While you were working in ADB's
   21      New York office did you have the
   22      ability to print copies of bank
   23      statements of customers who had credit
   24      facilities with ADB in Belgium?
   25      A.    No.  If he wanted something
28: 1      Belgium would -- would scan and e-mail
    2      it to us. I didn't have access to their
    3      systems.
```

**Pg: 30 Ln: 14 - Pg: 33 Ln: 6**

**Annotation:**

```
30:14          (Plaintiff's Exhibit 65, was
   15      received and marked on this date for
   16      identification.)
   17      Q.    Would you turn to Plaintiff's
   18      Exhibit 65 in the same binder? Do you
   19      recognize this document?
   20      A.    Yeah.
   21      Q.    Does this document describe the
   22      job duties of the Senior Vice
   23      President, General Manager of the New
   24      York office of ADB?
   25          MS. GREDD:  Let me just stop
31: 1      there. The tab actually has a couple of
    2      documents. Are you referring to the
    3      document --
    4          MR. SULLIVAN:  First two pages
    5      before --
    6          MS. GREDD:  -- Bates 62097 and
    7      62098?
    8          MR. SULLIVAN:  Correct.
    9      A.    Okay.
   10      Q.    And directing your attention to
   11      the category "General management" is
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

**Pg: 30 Ln: 14 - Pg: 33 Ln: 6** continued...

**Annotation:**

```
31:12          this list of the duties of the Senior
   13          Vice President General Manager of the
   14          New York office of ADB?
   15          A.    Looks okay.
   16          Q.    And is that the position to
   17          which you were promoted in 2005 Senior
   18          Vice President General Manager?
   19          A.    Yes.
   20          Q.    So are these then the duties
   21          that were assigned to you on and after
   22          your promotion in 2005?
   23          A.    Yes.
   24          Q.    And with reference to this list,
   25          do you see the bullet point that reads
32: 1          "To maintain contacts with KBC New York
    2          and supervise the Service Level
    3          Agreement with this bank"?
    4          A.    Yes.
    5          Q.    What does the Service Level
    6          Agreement refer to in this document?
    7          A.    I don't know. There were several
    8          Service Level Agreements.
    9          Q.    Who were those Service Level
   10          Agreements between?
   11          A.    The Service Level Agreements
   12          were between ADB and KBC.
   13          Q.    And how many different Service
   14          Level Agreements were there?
   15          A.    I believe there were several.
   16          Q.    And were those agreements all
   17          between the New York branch of KBC and
   18          ADB?
   19          A.    They were negotiated, yes.  They
   20          were agreed to between ADB head office
   21          and the KBC New York branch.
   22          Q.    And do you recall the dates of
   23          those different agreements?
   24          A.    No.
   25          Q.    Did you, yourself -- I'm testing
33: 1          your memory. It's okay. You're doing
    2          fine.
    3                Did you, yourself, have any
    4          responsibility with respect to any of
    5          those agreements?
    6          A.    Not really.
```

**Pg: 33 Ln: 25 - Pg: 35 Ln: 13**

**Annotation:**

```
33:25          Q.    Okay. And directing your
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

**Pg: 33 Ln: 25 - Pg: 35 Ln: 13** continued...

**Annotation:**

```
34:  1      attention to Exhibit 57 for the moment,
      2      can you tell me whether you recognize
      3      that document?
      4      A.     Yes. This is the Service Level
      5      Agreement for the mirror accounts that
      6      KBC opened up in support of our
      7      clients.
      8      Q.     And is this the agreement that
      9      is referenced in Plaintiff's Exhibit 65
     10      as in  the bullet point that reads "To
     11      maintain contacts with KBC New York and
     12      supervise the Service Level Agreement
     13      with this bank"?
     14      A.     Obviously, it's not specific. It
     15      could be.
     16      Q.     But you are familiar with the
     17      Service Level Agreement that's annexed
     18      in the binder as Plaintiff's Exhibit
     19      57?
     20      A.     Yes.
     21      Q.     And when did you see this
     22      document for the first time?
     23      A.     I believe sometime when I first
     24      started working for the bank.
     25      Q.     You weren't involved in the
35:  1      preparation of this document?
      2      A.     Absolutely not.
      3      Q.     And do you recall who brought
      4      the document to your attention for the
      5      first time?
      6      A.     I would -- if I had to guess it
      7      was either Philippe Loral or Peter
      8      Driesen.
      9      Q.     And this document is between
     10      Antwerpse Diamantbank NV in Belgium and
     11      KBC New York, New York branch. Is that
     12      correct?
     13      A.     Yes.
```

**Pg: 35 Ln: 21 - Pg: 36 Ln: 9**

**Annotation:**

```
35:21          You see the reference under
     22      "Whereas", the fourth paragraph that
     23      reads "ADB agrees to open a pooling
     24      account with KBC", and continuing?
     25      A.     Yes.
36:  1      Q.     So with reference to this
      2      document, do you know what pooling
      3      account is being described in this
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

---

**Pg: 35 Ln: 21 - Pg: 36 Ln: 9** continued...

**Annotation:**

```
36: 4    document?
    5    A.    No, I do not.
    6    Q.    And do you know by reference to
    7    this document what the purpose of a
    8    pooling account was?
    9    A.    No.
```

**Pg: 38 Ln: 5 - 21**

**Annotation:**

```
38: 5    Q.    Let's take a look at Plaintiff's
    6    Exhibit 57 a little more carefully. You
    7    have that in front of you?
    8    A.    Yes.
    9    Q.    Take a look at the first
   10    "Whereas" clause that reads "ADB wishes
   11    to expand its business to the New York
   12    diamond market".
   13         What kind of business was ADB
   14    looking to expand to the New York
   15    diamond market?
   16         MS. GREDD:  Objection to form.
   17    A.    ADB was -- wanted to expand its
   18    presence, was setting up a
   19    representative office in New York to
   20    find new customers and to finance their
   21    working capital.
```

**Pg: 40 Ln: 21 - Pg: 41 Ln: 7**

**Annotation:**

```
40:21    Q.    What was the nature of the
   22    credit facility that Lazare provided --
   23    that ADB provided to Lazare? Was it a
   24    working capital line of credit?
   25    A.    As best as I can recollect, all
41: 1    the clients had working capital lines
    2    of credit. I don't recall the terms and
    3    additions but there were -- as best as
    4    I can recollect, they were all working
    5    capital lines of credit.
    6    Q.    And that would include Lazare?
    7    A.    Yes.
```

**Pg: 46 Ln: 11 - Pg: 48 Ln: 4**

**Annotation:**

```
46:11    Q.    Which bank effectuated the local
   12    and international payments that are
   13    referred to in this "Whereas" clause?
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

**Pg: 46 Ln: 11 - Pg: 48 Ln: 4** continued...

**Annotation:**

```
46:14        MS. GREDD:  Objection to form.
   15     A.    Like I said before, it was a
   16   mirror account when the payments came
   17   in and out.
   18     Q.    So you don't know whether -- --
   19     A.    No.
   20     Q.    -- that this -- whether this
   21   paragraph refers to ADB or KBC as the
   22   party effectuating local and
   23   international payments?
   24     A.    I cannot follow this document. I
   25   didn't set it up, so I can't walk you
47: 1   through it.
    2     Q.    But it is correct that one of
    3   your responsibilities as Senior Vice
    4   President General Manager was to
    5   supervise this document, was it not?
    6     A.    Absolutely, but it was also my
    7   responsibility not to supersede the
    8   head of International Relations.
    9     Q.    Who is the head of International
   10   Relations?
   11     A.    Philippe Loral.
   12     Q.    And what do you mean, supersede
   13   him?
   14     A.    Mr. Loral set up the document.
   15   He oversaw it and he initiated it. As
   16   long as there wasn't a question or
   17   problem I don't recall anything being
   18   needed to supervise.
   19     Q.    So is it your testimony that
   20   your job responsibility of supervising
   21   the Service Level Agreement was limited
   22   to dealing with problems that arose in
   23   regard to the agreement?
   24     A.    If a problem arose that wasn't
   25   taken care of at head office or by
48: 1   Philippe Loral, I guess maybe I would
    2   get a phone call.
    3     Q.    Did that ever happen?
    4     A.    Not that I recall.
```

**Pg: 56 Ln: 20 - Pg: 57 Ln: 3**

**Annotation:**

```
56:20     Q.    Would you look at Plaintiff's
   21   Exhibit 55 in the same binder that is
   22   in front of you? Do you recognize this
   23   document?
   24     A.    Yes.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

---

**Pg: 56 Ln: 20 - Pg: 57 Ln: 3** continued...

    **Annotation:**
```
56:25        Q.    What is it?
57: 1        A.    It's an authorization between
     2      ADB and the client to exchange
     3      information.
```

**Pg: 58 Ln: 1 - Pg: 59 Ln: 11**

    **Annotation:**
```
58: 1        Q.    Did any of your clients sign
     2      either a document in this form or
     3      substantially in this form?
     4        A.    Yes, they did.
     5        Q.    Did they all do so?
     6        A.    I believe so.
     7        Q.    And did you prepare any of those
     8      documents?
     9              MS. GREDD:  Objection to form.
    10        A.    You mean --
    11        Q.    -- that your clients signed?
    12        A.    I didn't prepare any documents.
    13      I gave documents for the clients to
    14      sign.
    15        Q.    And directing your attention to
    16      the first sentence that reads, "We
    17      hereby agree that all disbursements and
    18      payments under our credit facility
    19      shall be effected", etcetera, do you
    20      understand that sentence to require
    21      that all disbursements and payments
    22      under the client's credit facility with
    23      ADB must be effected through its bank
    24      account at KBC New York or is it
    25      optional?
59: 1        A.    I believe the intent is that all
     2      the payments should be processed
     3      through the account with KBC New York.
     4        Q.    Is that mandatory or optional,
     5      according to your understanding?
     6        A.    I'm not a lawyer.
     7        Q.    But do you have an understanding
     8      as a banker?
     9        A.    As a banker, the purpose was
    10      that they should make -- put all their
    11      payments through KBC New York.
```

**Pg: 59 Ln: 18 - Pg: 60 Ln: 10**

    **Annotation:**
```
59:18        Q.    Do you understand this document
    19      to be -- to have been provided to KBC
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

**Pg: 59 Ln: 18 - Pg: 60 Ln: 10** continued...

**Annotation:**

```
59:20    New York --
   21           MS. GREDD:  Objection to form.
   22       Q.    -- Plaintiff's Exhibit 55?
   23       A.    This was provided to the clients
   24    to sign.
   25       Q.    And what happened to the
60: 1    documents after the client signed it?
    2           MS. GREDD:  Are you referring
    3    specifically to the Lazare document?
    4           MR. SULLIVAN:  Yes. Plaintiff's
    5    Exhibit 55.
    6       A.    A copy was -- a copy was given
    7    to KBC and to ADB.
    8       Q.    What happened to the original,
    9    if you know?
   10       A.    Oh, I don't know.
```

**Pg: 90 Ln: 6 - Pg: 100 Ln: 25**

**Annotation:**

```
90: 6       Q.    Who had anti-money laundering
    7    responsibility for the transactions
    8    that ran through the KBC New York
    9    accounts of ADB's clients?
   10       A.    KBC New York had its own
   11    compliance department.
   12       Q.    Did ADB have any AML or KYC
   13    responsibility with respect to
   14    transactions in those accounts?
   15       A.    ADB head office also had
   16    compliance.
   17       Q.    How about the New York office of
   18    ADB, did anyone in that office perform
   19    any AML or KYC duties with respect to
   20    transactions that ran through customer
   21    accounts at KBC?
   22       A.    We also were under compliance,
   23    but the initial accounts, the AML and
   24    compliance, was effected, was done by
   25    KBC individually and effected by ADB
91: 1    head office individually.
    2       Q.    Did you, yourself, have any AML
    3    or KYC responsibilities?
    4       A.    Yes, we did.
    5       Q.    You, yourself?
    6       A.    We, as an office, had
    7    responsibilities.  Yes, we did.
    8       Q.    What were your responsibilities?
    9       A.    To understand the laws of AML
   10    and BSA and to observe them and if
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

**Pg: 90 Ln: 6 - Pg: 100 Ln: 25** continued...

**Annotation:**

| | |
|---|---|
| 91:11 | there was a -- if there was a situation |
| 12 | or problem we're responsible to do a |
| 13 | SAR report. |
| 14 | (Plaintiff's Exhibit 79, was |
| 15 | received and marked on this date for |
| 16 | identification.) |
| 17 | Q.    So can I direct your attention |
| 18 | to Exhibit 79 in your binder and in |
| 19 | particular the second page?  Do you |
| 20 | recognize this document? |
| 21 | A.    Yes. |
| 22 | Q.    Do you see the second paragraph |
| 23 | that refers to you as "the appointed |
| 24 | Compliance Officer"? |
| 25 | A.    Yes. |
| 92: 1 | Q.    Can you explain what your duties |
| 2 | were in that capacity? |
| 3 | A.    My duties were to be familiar |
| 4 | with the AML BSA policies of the bank |
| 5 | including attending training sessions. |
| 6 | Q.    And turning to the next page |
| 7 | that's headed "Section 1.  Background." |
| 8 | Do you understand that document? |
| 9 | A.    Yes. |
| 10 | Q.    And what is this document? |
| 11 | A.    This was the document that was |
| 12 | given to the bank and regulatory |
| 13 | authorities when they were doing their |
| 14 | bank exam of the New York |
| 15 | Representative Office. |
| 16 | Q.    Is the information in italics |
| 17 | under each number a response to a |
| 18 | question or request for information? |
| 19 | A.    Yes. |
| 20 | Q.    Who prepared this document? |
| 21 | A.    It was prepared initially out of |
| 22 | head office with our cooperation and |
| 23 | our assistance. |
| 24 | Q.    "Our" is the New York office of |
| 25 | ADB? |
| 93: 1 | A.    Yes. |
| 2 | Q.    And do you know who this |
| 3 | document was provided to? |
| 4 | A.    The banking authorities. |
| 5 | Q.    Which banking authorities? |
| 6 | A.    I don't know. New York State |
| 7 | Banking and, I guess, the Fed. I don't |
| 8 | recall the exact names of the |
| 9 | authorities. |
| 10 | Q.    And flipping forward six pages |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

**Pg: 90 Ln: 6 - Pg: 100 Ln: 25** continued...

**Annotation:**

| | |
|---|---|
| 93:11 | to the page that's numbered in the |
| 12 | lower right-hand corner 61859 -- |
| 13 | A.    61 -- |
| 14 | Q.    -- 61859. |
| 15 | MS. GREDD:  If you look down at |
| 16 | the lower corner. |
| 17 | THE WITNESS: It says 18. |
| 18 | MS. GREDD:  61859. |
| 19 | THE WITNESS: Oh. 61 -- |
| 20 | Q.    -- 859. |
| 21 | A.    Yes. |
| 22 | Q.    Do you recognize the reference |
| 23 | under the heading "Section 4. |
| 24 | Compliance" and in italics that reads |
| 25 | "ADB Antwerp has appointed Marc Weiss |
| 94: 1 | as the officer responsible for |
| 2 | compliance at our New York |
| 3 | Representative Office"? |
| 4 | A.    Yes. |
| 5 | Q.    Is that the role you were just |
| 6 | describing that you played in |
| 7 | connection with AML and KYC -- |
| 8 | A.    Yes. |
| 9 | Q.    -- responsibilities? |
| 10 | And do you see under paragraph 2 |
| 11 | on this page the reference that reads, |
| 12 | "It should be noted that the New York |
| 13 | representative office of Antwerp |
| 14 | Diamond Bank, Antwerp does not handle, |
| 15 | process or conduct any banking |
| 16 | transactions for the bank's clients, |
| 17 | nor is it authorized to handle those |
| 18 | banking transactions?" |
| 19 | Do you see where I'm reading? |
| 20 | A.    Yes. |
| 21 | Q.    Is it correct that ADB New York |
| 22 | did not handle or process any banking |
| 23 | transactions for Lazare? |
| 24 | A.    When you say "handle", I'm not |
| 25 | sure what you mean. |
| 95: 1 | Q.    Well, what do you understand the |
| 2 | reference in this italicized sentence |
| 3 | that I just read to you "to handle, |
| 4 | process or conduct" to refer to? |
| 5 | A.    Yes.  We did not originate or |
| 6 | approve or -- no. Correct. |
| 7 | Q.    Correct, that you did not |
| 8 | originate, approve any banking |
| 9 | transactions for Lazare? |
| 10 | A.    Correct. |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

---

Pg: 90 Ln: 6 - Pg: 100 Ln: 25 continued...

**Annotation:**

```
95:11            MS. GREDD:  Objection to form.
   12      Q.    And is your understanding of the
   13   words "handle, process or conduct" that
   14   they refer to "originate or approve"?
   15            MS. GREDD:  Objection to form.
   16      A.    We -- Antwerp Diamond Bank, we
   17   did not -- the representative office
   18   did not have any checking accounts, we
   19   didn't have -- we did not have any
   20   credit authority, we operated strictly
   21   under the laws of the representative
   22   office under the State Banking laws. I
   23   think it's all clearly documented.
   24      Q.    Do you know whether Lazare ever
   25   conducted any transactions before it
96: 1   opened a bank account at KBC New York?
    2      A.    I don't recall.
    3      Q.    Do you recall that -- do you
    4   recall when Lazare opened its bank
    5   account at the New York branch of KBC
    6   New York?
    7      A.    No.
    8      Q.    Do you recall whether Lazare
    9   ever entered into straight loan
   10   arrangements with ADB during the
   11   relevant time period?
   12      A.    They could have.
   13      Q.    Well, do you recall one way or
   14   another?
   15      A.    No. I don't recall which clients
   16   went into straight loans.
   17      Q.    Do you know what a straight loan
   18   is?
   19      A.    Yes.
   20      Q.    What is your understanding of
   21   what a straight loan is?
   22      A.    A straight loan is when a client
   23   has an overdraft facility they can take
   24   a -- they can take an advance for a
   25   specified period, for a week or two
97: 1   weeks.  It's a fixed loan for a
    2   referenced period of time.
    3      Q.    Did you ever play any role in
    4   connection with straight loans provided
    5   by ADB to Lazare?
    6      A.    Define "role"?
    7      Q.    Did you ever do anything in
    8   connection with --
    9      A.    I maybe passed papers back and
   10   forth or client said I want to do a
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

**Pg: 90 Ln: 6 - Pg: 100 Ln: 25** continued...

**Annotation:**

```
97:11        straight loan, we would pass on the
   12        information. Whatever the client wanted
   13        to do we would pass the request onto
   14        head office.  If they called us up or
   15        they sent us an e-mail, we would take
   16        all the client's requests and pass it
   17        to head office.
   18           Q.     Did you, yourself, interface at
   19        all with either State or Federal
   20        Compliance or regulatory authorities in
   21        the course of your work?
   22           A.     Yes. When they came to the
   23        office I would offer up the questions,
   24        answering all the questions they had
   25        and answer any other questions they had
98: 1        about the office or how it operates.
    2           Q.     Were U.S. or New York State
    3        regulators given access to ADB bank
    4        records regarding customer accounts at
    5        KBC New York?
    6           A.     Not that I know of.
    7           Q.     Were they given access to any
    8        ADB bank records of any kind?
    9           A.     Only what's in their report.
   10           Q.     Can you flip forward a few pages
   11        to the page that's marked in the lower
   12        right-hand corner 61862 and tell me
   13        whether you recognize that document?
   14           A.     It's an e-mail between, I guess,
   15        KBC to ADB regarding BSA compliance,
   16        getting information.
   17           Q.     Did KBC play any role with
   18        respect to ADB's AML or KYC obligations
   19        in New York?
   20           MS. GREDD:  Objection to form.
   21           A.     We -- KBC New York provided a
   22        training session, an annual session for
   23        compliance.
   24           Q.     They provided that training
   25        session to ADB?
99: 1           A.     They allowed ADB New York staff
    2        to attend their compliance, annual
    3        training session.
    4           Q.     Did KBC do anything else in
    5        regard to ADB's AML or KYC obligations?
    6           A.     Not that I recall.
    7           Q.     Did KBC New York verify the
    8        transactions effectuated through
    9        Lazare's bank account at KBC New York
   10        involved diamonds?
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

---

**Pg: 90 Ln: 6 - Pg: 100 Ln: 25** continued...

**Annotation:**

```
99:11          MS. GREDD:  Objection to form.
   12     A.    I don't know.
   13     Q.    Do you know whether anyone at
   14   ADB or KBC ever verified the
   15   transactions effectuated through an
   16   account at KBC New York involved
   17   diamond?
   18          MS. GREDD:  Objection to form.
   19     A.    I don't know.
   20     Q.    Did ADB -- did the New York
   21   office of ADB play any role with
   22   respect to compliance issues associated
   23   with dollar denominated transactions of
   24   clients of the office?
   25     A.    Repeat that question? I'm sorry.
100: 1     Q.    Did the New York office of ADB
    2   have any specific responsibilities or
    3   take any steps, any compliance-related
    4   steps in connection with dollar
    5   denominated transactions of its clients
    6   or customers?
    7          MS. GREDD:  Objection to form,
    8   and to the extent you're broadening
    9   this to include questions about
   10   customers of ADB, other than Lazare, I
   11   think we're getting into an area that's
   12   clearly beyond the scope of this
   13   deposition.
   14     Q.    Do you understand the question?
   15     A.    Are you asking a compliance
   16   question?
   17     Q.    Let's start with a compliance
   18   question and those general terms.
   19     A.    KBC -- any accounts that KBC
   20   opened were responsible for compliance,
   21   any accounts at ADB opened were
   22   responsible for compliance. ADB -- ADB
   23   New York we had no accounts, we had no
   24   checking accounts, we were just a rep
   25   office. So I'm confused.
```

**Pg: 102 Ln: 6 - Pg: 104 Ln: 21**

**Annotation:**

```
102: 6     Q.    Was anyone, apart from you,
    7   responsible for compliance issues in
    8   the New York office of ADB?
    9     A.    No. We all went to training and
   10   if there was a suspicious activity we
   11   were required to create a SAR report.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

**Pg: 102 Ln: 6 - Pg: 104 Ln: 21** continued...

**Annotation:**

```
102:12              MS. GREDD:  Mr. Weiss, I would
    13      caution you, for reasons I'm sure
    14      Mr. Sullivan understands perfectly
    15      well, not to reveal whether any SAR
    16      reports were, in fact, filed.
    17          Q.   Who at the New York branch of
    18      KBC was responsible for AML or KYC
    19      reporting?
    20          A.   At KBC New York there was a
    21      Chief Compliance Officer.
    22          Q.   Who is that?
    23          A.   I don't remember his name.
    24          Q.   Was it the same --
    25          A.   There were a few people.
103: 1          Q.   I'm sorry?
     2          A.   There were a few people, over
     3      the years.
     4          Q.   Over the years?
     5          A.   Yes.
     6          Q.   Do you recall any of their
     7      names?
     8          A.   No.
     9          Q.   Did you ever receive any
    10      specific training, apart from the
    11      training you described earlier at KBC,
    12      in regard to AML or KYC matters?
    13          A.   Yes. I attended -- I attended a
    14      session in Florida regarding BSA and
    15      AML under the major sessions, that they
    16      -- I think one is in Florida and one is
    17      in Las Vegas.
    18          Q.   Did ADB have a policy
    19      prohibiting accounts or relationships
    20      with shell companies?
    21          A.   I don't know.
    22          Q.   Did the bank have a risk-based
    23      assessment of its customer base in
    24      their transactions?
    25          A.   I don't know specifically. I
104: 1      assume the bank had -- had all the
     2      procedures, whatever was needed in the
     3      head office and before an account was
     4      opened Compliance Or the Risk
     5      Department, everyone went through --
     6      had -- the account had to get approval
     7      but I wasn't there and I wasn't a party
     8      to it.
     9          Q.   What do you mean you weren't
    10      there and you weren't a party to it?
    11          A.   I operated in New York. In order
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

---

**Pg: 102 Ln: 6 - Pg: 104 Ln: 21** continued...

**Annotation:**

```
104:12        for an account to be opened up in KBC
     13       New York or in ADB head office Antwerp
     14       it had to be vetted, it had to be
     15       vetted for compliance and any and all
     16       other issues according to the
     17       regulatory authorities.
     18           Q.    And apart from training, did you
     19       ever interact with the AML KYC people
     20       in the New York branch of KBC?
     21           A.    No.
```

**Pg: 107 Ln: 17 - Pg: 110 Ln: 25**

**Annotation:**

```
107:17        Q.    But you were the person at the
     18       New York, the ADB New York office,
     19       responsible for OFAC Patriot Act or AML
     20       issues?
     21           A.    Yes, I was the point person.  As
     22       whatever information was disseminated I
     23       would make sure I gave it to my people
     24       or sent it to head office, whatever was
     25       appropriate.
108: 1            (Plaintiff's Exhibit 59, was
      2       received and marked on this date for
      3       identification.)
      4           Q.    And flipping back to Exhibit 59,
      5       the front of your binder, do you
      6       recognize this document?
      7           A.    Which section, "Dear
      8       Colleagues"?
      9           Q.    Start with the first one. There
     10       is two documents included within this
     11       exhibit.
     12           MS. GREDD:  Two documents or two
     13       pages?
     14           MR. SULLIVAN:  Two pages.
     15           (Whereupon, the Deponent reviews
     16       the document.)
     17           A.    I guess this is talking about an
     18       exam, an upcoming exam.
     19           Q.    With who?
     20           A.    This one is, I guess, with the
     21       New York State -- New York State
     22       Banking Department.
     23           Q.    And --
     24           A.    And they normally send a
     25       questionnaire.
109: 1            Q.    Is the exam by the New York
      2       State Banking Department of ADB or KBC?
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

**Pg: 107 Ln: 17 - Pg: 110 Ln: 25** continued...

**Annotation:**

| | |
|---|---|
| 109: 3 | A.    I think this is of -- this |
| 4 | should be of ADB New York, the |
| 5 | representative office. |
| 6 | Q.    Was KBC involved in anyway in |
| 7 | connection with the New York State |
| 8 | Banking Department's exam of ADB New |
| 9 | York? |
| 10 | A.    I -- from recollection, I |
| 11 | believe that KBC when -- any time if |
| 12 | ADB New York had an exam sometimes they |
| 13 | -- they had the same compliance section |
| 14 | or the same -- the regulatory section, |
| 15 | they shared it, so they may have known |
| 16 | about it. I don't know -- I wasn't |
| 17 | privy to any communication that was |
| 18 | directed from the banking regulatory |
| 19 | authorities to KBC. |
| 20 | Q.    In turning to the second page of |
| 21 | this exhibit do you see the sentence in |
| 22 | the second line that reads, "KBC NY |
| 23 | will assist us for the compliance |
| 24 | part." |
| 25 | A.    Yes. |
| 110: 1 | Q.    What is the compliance part |
| 2 | that's referred to? |
| 3 | A.    It is our procedures for AML, |
| 4 | BSA, if we -- you know, if we had a |
| 5 | question or we were -- if we wasn't |
| 6 | sure if, you know, it was in line we |
| 7 | would refer to the Chief Compliance |
| 8 | Officer at KBC. |
| 9 | Q.    How did KBC assist ADB with |
| 10 | that? |
| 11 | A.    They would answer the question. |
| 12 | Q.    Were you involved in that |
| 13 | process? Did you provide information to |
| 14 | KBC or assistance of some kind? |
| 15 | A.    No. I was involved in making |
| 16 | sure that all the questions were |
| 17 | answered with the assistance of head |
| 18 | office, pulling it altogether and, you |
| 19 | know, and trying to understand all the |
| 20 | responses to the questions that were -- |
| 21 | that I could understand or be able to |
| 22 | respond to when the regulatory |
| 23 | authorities came, if a question arose. |
| 24 | (Plaintiff's Exhibit 65, was |
| 25 | received and marked on this date for |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

---

**Pg: 113 Ln: 11 - Pg: 114 Ln: 4**

**Annotation:**

```
113:11        Q.    And going back a moment to your
    12    earlier testimony that clients of ADB
    13    set up what you called mirror accounts
    14    at the New York branch of KBC, who was
    15    responsible for performing AML or KYC
    16    compliance for the activity in the
    17    mirror accounts of those clients?
    18          MS. GREDD:  Objection. Asked and
    19    answered.
    20        Q.    You can answer.
    21        A.    Like I said, it's very clear, it
    22    was absolutely, positively whatever
    23    bank could open up a checking account
    24    it was their responsibility for
    25    compliance. KBC was absolutely
114: 1    positively responsible for any checking
     2    accounts they opened up and ADB was
     3    also responsible for compliance on any
     4    account that they opened up.
```

**Pg: 127 Ln: 12 - Pg: 128 Ln: 19**

**Annotation:**

```
127:12        Q.    Was it -- to your knowledge, was
    13    it a pre-requisite for opening a bank
    14    account at ADB that a customer sign and
    15    date ADB's general banking conditions?
    16        A.    One of the account opening forms
    17    was that form, yes.
    18        Q.    And was it a requirement that
    19    the customer sign and date that form?
    20        A.    Yes.
    21        Q.    And do you know whether Lazare
    22    ever did so in 2001?
    23        A.    If they opened the account I
    24    would assume that was one of the
    25    pre-requisites.
128: 1        Q.    But you don't have any
     2    independent knowledge of your own in
     3    that regard?
     4        A.    I don't remember all my
     5    client's, the forms they signed, I
     6    didn't keep a record of it.
     7        Q.    Is it your understanding that
     8    the banking conditions, the general
     9    banking conditions of ADB are a
    10    separate document?
    11        A.    The banking conditions was a
    12    separate document, yes.
    13        Q.    And do they -- does the customer
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

**Pg: 127 Ln: 12 - Pg: 128 Ln: 19** continued...

**Annotation:**

```
128:14        have to sign and date in particular
     15        document?
     16             MS. GREDD:  Objection to form.
     17        A.    The client was given a banking
     18        conditions that he would -- that he was
     19        asked to sign it and date it, yes.
```

**Pg: 140 Ln: 16 - Pg: 142 Ln: 16**

**Annotation:**

```
140:16        Q.    Would you turn to Plaintiff's
     17        Exhibit 69 again, and that would be
     18        binder 2?
     19        A.    Yeah.
     20        Q.    This is the document that states
     21        on the first page "Bank procedures C08"
     22        and then the bottom "relationship
     23        office New York".  Are you looking at
     24        that document?
     25        A.    Yes.
141: 1        Q.    Okay. Turning four pages in, and
      2        directing your attention to paragraph
      3        B.2?
      4        A.    Right.
      5        Q.    Do you see the statement that
      6        reads, "Only diamond industry actors
      7        which are dealers and manufacturers of
      8        diamonds, colored stones and jewelry
      9        can open an account with Antwerp
     10        Diamond Bank rep office New York."
     11        A.    Right.
     12        Q.    Okay. What type of account could
     13        dealers and manufacturers of diamonds,
     14        colored stones and jewelry open with
     15        Antwerp Diamond Bank rep office New
     16        York?
     17             MS. GREDD:  Objection to form.
     18        A.    They can open any account.  The
     19        only accounts we opened were with ADB
     20        head office, the overdraft facilities
     21        or credit facility accounts out of head
     22        office.
     23        Q.    So is this statement in the
     24        document incorrect then?
     25             MS. GREDD:  Objection to form.
142: 1        A.    I don't believe -- I don't think
      2        the document was written by someone
      3        whose English is their primary
      4        language.
      5        Q.    Is the document -- is the
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

---

**Pg: 140 Ln: 16 - Pg: 142 Ln: 16 continued...**

**Annotation:**

```
142: 6        statement therefore incorrect?
      7              MS. GREDD:  Objection to form.
      8        A.    I don't know. They cannot open a
      9        checking account, they cannot open up a
     10        credit facility with ADB New York.  We
     11        had no checking accounts. If they
     12        established a relationship, you know,
     13        that they would talk to people in New
     14        York, they gathered information.  I
     15        think the word is loosely -- is loosely
     16        used or translated.
```

**Pg: 174 Ln: 15 - Pg: 175 Ln: 11**

**Annotation:**

```
174:15        Q.    Well, let's see if it helps to
     16        take a look at Plaintiff's Exhibit 63.
     17        We identified the first page, the
     18        request by Lazare to KBC for a transfer
     19        of $519 and change?
     20        A.    Right.
     21        Q.    And we identified the KBC Bank
     22        statement provided by KBC to Lazare
     23        that reflects the payment of 519,000
     24        and change. Turn to the third page,
     25        what is this page? What is this
175: 1        document?
      2        A.    Looks like the blue slips that
      3        were originated out of head office
      4        Antwerp.
      5        Q.    And what is a blue slip?  What
      6        do you mean by that term?
      7        A.    The blue slip is the client's
      8        account statement that was posted on a
      9        daily basis that was generated on a
     10        daily basis if there was activity in
     11        the account.
```

**Pg: 176 Ln: 8 - Pg: 178 Ln: 2**

**Annotation:**

```
176: 8        Q.    And what information is
      9        contained in this blue slip?
     10        A.    That there was a -- it looks
     11        like some type of payment went through
     12        the account debit for $519,862.56
     13        effective August 20th, 2007.
     14        Q.    And does the plus or minus
     15        alongside the number indicate whether
     16        the loan balance was going up or down
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

---

**Pg: 176 Ln: 8 - Pg: 178 Ln: 2** continued...

**Annotation:**

| | |
|---|---|
| 176:17 | under the credit facility? |
| 18 | MS. GREDD:  Objection to form. |
| 19 | A.    Well, the -- I see on the slip |
| 20 | the balance forward it appears to be a |
| 21 | debit for $41,668,773 and then with the |
| 22 | wire payment going through it's not a |
| 23 | credit, it's a debit, the balance |
| 24 | continues to go up, the debit position |
| 25 | goes up to 42,188,000. |
| 177: 1 | Q.    So this document, this blue slip |
| 2 | reflects the wire transfer that is |
| 3 | described in the first two pages of |
| 4 | Exhibit 63, correct? |
| 5 | A.    It appears so, yes. |
| 6 | Q.    Can you tell from looking at |
| 7 | this blue slip where the payment of |
| 8 | $519,862.56 was going? |
| 9 | A.    I can't tell from this slip, no. |
| 10 | Q.    Is there any information that |
| 11 | indicates the identity of the recipient |
| 12 | of the payment? |
| 13 | A.    I don't know what the -- there's |
| 14 | numbers below the payment. I don't know |
| 15 | if that refers to it. I don't know. |
| 16 | Q.    Is there -- apart from the |
| 17 | balance of the credit facility and the |
| 18 | amount of the payment, is there any |
| 19 | other information at all described in |
| 20 | this document? |
| 21 | MS. GREDD:  Objection to form. |
| 22 | A.    I don't know what the numbers |
| 23 | below the payment is 00 FTBBO and all |
| 24 | those numbers refer to.  I just see |
| 25 | that -- I just see the payment and then |
| 178: 1 | the balance. That's all I see on the |
| 2 | form. |

**Pg: 192 Ln: 19 - Pg: 193 Ln: 1**

**Annotation:**

| | |
|---|---|
| 192:19 | Q.    Did ADB need the approval of KBC |
| 20 | to grant credit lines in excess of a |
| 21 | certain amount? |
| 22 | A.    I believe they needed -- I |
| 23 | needed -- I believe that ADB did need |
| 24 | KBC above certain amounts but I don't |
| 25 | recall what the amounts were at the |
| 193: 1 | time. |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

**Pg: 194 Ln: 18 - Pg: 200 Ln: 25**

**Annotation:**

```
194:18      Q.     Will you look at Exhibit 113,
     19     binder 3? Again, this is the two-page
     20     affidavit that you identified earlier
     21     this morning.
     22     A.     113?
     23     Q.     Yes.
     24          MR. D'ANGELO:  The cover letter.
     25          MS. GREDD:  Skip back, and then
195: 1     your affidavit.
      2     Q.     And directing your attention to
      3     paragraph 4 of your affidavit --
      4     A.     Yes.
      5     Q.     -- describing the search you
      6     conducted at the representative office
      7     for any documents related to bank
      8     deposits or wire transfers into
      9     accounts at DD or KT. Do you see that
     10     reference?
     11     A.     Yes.
     12     Q.     What did you search in order to
     13     be in a position to sign this
     14     affidavit?
     15     A.     I looked at all our records,
     16     whatever I had, whatever I saw as far
     17     as any transfers of DD or KT and I
     18     didn't find anything at the time.
     19     Q.     Did ADB New York have documents
     20     relating to Lazare's bank deposits or
     21     wire transfers into an account of DD or
     22     KT?
     23     A.     Repeat the question.
     24     Q.     Did ADB New York have any
     25     documents relating to bank deposits or
196: 1     wire transfers by Lazare into an
      2     account of DD or KT?
      3          MS. GREDD:  Objection to form.
      4     A.     We didn't -- we didn't have
      5     anything. We didn't do wire transfers
      6     in the beginning.  We did a few wire
      7     transfers but thereafter, once the we
      8     saw the KBC accounts we didn't have
      9     copies of those wire transfers, KBC
     10     did.
     11     Q.     And did you have computer access
     12     to any bank account records of Lazare?
     13     A.     No, I did not.
     14     Q.     Would you look at Exhibit 109,
     15     please?
     16          (Plaintiff's Exhibit 109, was
     17     received and marked on this date for
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

Pg: 194 Ln: 18 - Pg: 200 Ln: 25 continued...

**Annotation:**

| | |
|---|---|
| 196:18 | identification.) |
| 19 | Q.    Are you familiar with FLEXCUBE? |
| 20 | A.    No. |
| 21 | Q.    Never heard of it before? |
| 22 | A.    I heard of it. |
| 23 | Q.    Do you know what it is? |
| 24 | A.    It's some type of program in |
| 25 | head office in order to look at the |
| 197: 1 | information, I never learned how to use |
| 2 | it. |
| 3 | Q.    Directing your attention to the |
| 4 | fourth paragraph on the first page of |
| 5 | this exhibit, do you see the sentence |
| 6 | that reads "Antwerp Diamond Bank will |
| 7 | deploy FLEXCUBE in Antwerp Belgium and |
| 8 | also provide access to its branch |
| 9 | office in New York." |
| 10 | A.    Yes. |
| 11 | Q.    There was no branch office in |
| 12 | New York, was there, it was a |
| 13 | representative office? |
| 14 | A.    That's correct. |
| 15 | Q.    And did -- was FLEXCUBE provided |
| 16 | to the rep office in New York? |
| 17 | A.    There was something like |
| 18 | FLEXCUBE that you could try -- you can |
| 19 | access certain information but I never |
| 20 | learned how to use it. |
| 21 | Q.    Do you know what information |
| 22 | FLEXCUBE allows someone to access? |
| 23 | A.    I don't recall. |
| 24 | Q.    Can you turn to Exhibit 110, |
| 25 | right after this one? |
| 198: 1 | (Plaintiff's Exhibit 110, was |
| 2 | received and marked on this date for |
| 3 | identification.) |
| 4 | Q.    Do you recognize this document? |
| 5 | A.    No. It's just an e-mail. |
| 6 | Q.    This appears to be an e-mail |
| 7 | from someone at ADB to Diana David at |
| 8 | the New York office of ADB -- |
| 9 | A.    Right. |
| 10 | Q.    -- dated December 6, 2006? |
| 11 | A.    Right. |
| 12 | Q.    And the author is talking about |
| 13 | FLEXCUBE? |
| 14 | A.    A-hum. |
| 15 | Q.    And in the second to last |
| 16 | paragraph do you see where it states, |
| 17 | "Another option is that you log onto |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

Pg: 194 Ln: 18 - Pg: 200 Ln: 25 continued...

**Annotation:**

```
198:18      FLEXCUBE yourself and print the
    19      statements one by one yourselves from
    20      New York office directly to a local
    21      printer."
    22      A.    Yes.
    23      Q.    Does that refresh your
    24      recollection at all about whether, how
    25      FLEXCUBE operated and what it could be
199: 1      used for in the New York office of ADB?
     2      A.    I never -- I never learned how
     3      to use FLEXCUBE. The other people did
     4      it, I didn't figure it out and I never
     5      used it. So I'm not -- I couldn't
     6      bother with it.
     7      Q.    By reference to this document,
     8      do you understand the reference to
     9      statements in the paragraph I just read
    10      to refer to bank statements of clients
    11      of ADB?
    12           MS. GREDD:  Objection to form.
    13      A.    I guess whatever they're saying
    14      here, they say that, I guess, Diana
    15      could download something but you know,
    16      I'm not disputing what the wording
    17      here, I don't know what to tell you.
    18      Q.    Well, while you were at ADB did
    19      anyone in the New York office of ADB
    20      use FLEXCUBE for any purpose?
    21      A.    I believe they used FLEXCUBE for
    22      certain information but I don't recall
    23      what information and what they were
    24      downloading or someone had a question
    25      they were trying to follow up a
200: 1      customer inquiry and maybe they use it,
     2      but I never -- I could never use
     3      FLEXCUBE.
     4      Q.    When you conducted the search
     5      for documents that's described in
     6      paragraph 4 of your affidavit, did you
     7      request anyone in the ADB New York
     8      office to use FLEXCUBE to assist you in
     9      that search?
    10      A.    I don't recall as far as what I
    11      -- I know I looked in my system. I
    12      don't recall who I asked to help or
    13      what my directions were at the time.
    14      Q.    But as of the date you submitted
    15      that affidavit or signed that affidavit
    16      was it possible to use FLEXCUBE to
    17      access documents or data from the New
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Marc Weiss 2/16/2016
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Depo Designation

**Pg: 194 Ln: 18 - Pg: 200 Ln: 25** continued...

**Annotation:**

```
200:18      York office of ADB?
     19          MS. GREDD:  Objection to form.
     20      A.   I don't know. I wasn't familiar
     21   with it so I just looked at what I had
     22   and I looked at my computer and the
     23   files I had in my office.  I looked at
     24   whatever I had. I'm not familiar with
     25   FLEXCUBE.
```