# Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Marc Weiss 10/13/2015

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Marc Weiss 10/13/2015
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Revised Deposition Designations

**Pg: 5 Ln: 5 - 9**

**Annotation:**
```
 5: 5      Q.   Okay. Good morning, Mr. Weiss.
    6      My name is Chris Sullivan and I
    7      represent Lazare Kaplan International
    8      and I'm with the law firm of Herrick
    9      Feinstein.
```

**Pg: 10 Ln: 2 - 8**

**Annotation:**
```
10: 2      Q.   Were you employed by ADB
    3      continuously from December -- January
    4      1, 2000 through December 31, 2010?
    5      A.   Yes, I was.
    6      Q.   Okay. And when did you actually
    7      leave ADB's employment?
    8      A.   I left was April 30th, 2015.
```

**Pg: 14 Ln: 9 - 13**

**Annotation:**
```
14: 9      Q.   As of December, 2000, how much
   10      experience had you had with diamond
   11      clients of ADB?
   12      A.   I started in November, 1999.
   13      That was my experience.
```

**Pg: 16 Ln: 13 - Pg: 17 Ln: 13**

**Annotation:**
```
16:13      Q.   I see. Okay. So let's talk a
   14      little bit about ADB. When you first
   15      started with ADB? What was your
   16      position or job title there?
   17      A.   I was, I believe, was Senior
   18      Representative Officer.
   19      Q.   And did you hold that position
   20      in the New York office of ADB?
   21      A.   In the New York representative
   22      offices, yes.
   23      Q.   Okay. And what were your
   24      responsibilities in that position?
   25      A.   My responsibilities were
17: 1      meeting -- meeting with potential
    2      prospects or clients, gathering
    3      information and sending that
    4      information to ADB head office for
    5      review.
    6      Q.   And did that include diamond
    7      clients of ADB?
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Marc Weiss 10/13/2015
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Revised Deposition Designations

---

**Pg: 16 Ln: 13 - Pg: 17 Ln: 13** continued...

**Annotation:**
```
17: 8        A.    Yes.
     9       Q.    And did your position at ADB
    10    change during the 10 year period of
    11    time that we're investigating?
    12       A.    During I believe around 2005 I
    13    became the manager of the office.
```

**Pg: 21 Ln: 2 - 19**

**Annotation:**
```
21: 2       Q.    What was the chain of command in
     3    the New York office prior to 2005 when
     4    you were appointed to Senior Vice
     5    President and General Manager is that?
     6    Who reported to who?
     7       A.    The department head was Peter
     8    Driesen and he reported directly to
     9    Philippe Loral.
    10       Q.    And to whom did you report?
    11       A.    I reported to Peter Driesen.
    12       Q.    And after you were appointed to
    13    Senior Vice President and General
    14    Manager, what was the chain of command
    15    in the office?
    16       A.    I reported to Philippe Loral.
    17       Q.    And did everyone else in the
    18    office report to you?
    19       A.    Yes.
```

**Pg: 40 Ln: 21 - Pg: 41 Ln: 7**

**Annotation:**
```
40:21       Q.    What was the nature of the
    22    credit facility that Lazare provided --
    23    that ADB provided to Lazare? Was it a
    24    working capital line of credit?
    25       A.    As best as I can recollect, all
41: 1    the clients had working capital lines
     2    of credit. I don't recall the terms and
     3    additions but there were -- as best as
     4    I can recollect, they were all working
     5    capital lines of credit.
     6       Q.    And that would include Lazare?
     7       A.    Yes.
```

**Pg: 56 Ln: 20 - Pg: 57 Ln: 3**

**Annotation:**
```
56:20       Q.    Would you look at Plaintiff's
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Marc Weiss 10/13/2015
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Revised Deposition Designations

**Pg: 56 Ln: 20 - Pg: 57 Ln: 3** continued...

**Annotation:**
```
56:21      Exhibit 55 in the same binder that is
   22      in front of you? Do you recognize this
   23      document?
   24      A.    Yes.
   25      Q.    What is it?
57: 1      A.    It's an authorization between
    2      ADB and the client to exchange
    3      information.
```

**Pg: 58 Ln: 1 - Pg: 59 Ln: 11**

**Annotation:**
```
58: 1      Q.    Did any of your clients sign
    2      either a document in this form or
    3      substantially in this form?
    4      A.    Yes, they did.
    5      Q.    Did they all do so?
    6      A.    I believe so.
    7      Q.    And did you prepare any of those
    8      documents?
    9            MS. GREDD:  Objection to form.
   10      A.    You mean --
   11      Q.    -- that your clients signed?
   12      A.    I didn't prepare any documents.
   13      I gave documents for the clients to
   14      sign.
   15      Q.    And directing your attention to
   16      the first sentence that reads, "We
   17      hereby agree that all disbursements and
   18      payments under our credit facility
   19      shall be effected", etcetera, do you
   20      understand that sentence to require
   21      that all disbursements and payments
   22      under the client's credit facility with
   23      ADB must be effected through its bank
   24      account at KBC New York or is it
   25      optional?
59: 1      A.    I believe the intent is that all
    2      the payments should be processed
    3      through the account with KBC New York.
    4      Q.    Is that mandatory or optional,
    5      according to your understanding?
    6      A.    I'm not a lawyer.
    7      Q.    But do you have an understanding
    8      as a banker?
    9      A.    As a banker, the purpose was
   10      that they should make -- put all their
   11      payments through KBC New York.
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Marc Weiss 10/13/2015
**Transcript:** [10/13/2015] Weiss, Marc
**Issue Filter:** Revised Deposition Designations

---

**Pg: 59 Ln: 18 - Pg: 60 Ln: 10**

**Annotation:**

```
59:18        Q.    Do you understand this document
   19     to be -- to have been provided to KBC
   20     New York --
   21           MS. GREDD:  Objection to form.
   22        Q.    -- Plaintiff's Exhibit 55?
   23        A.    This was provided to the clients
   24     to sign.
   25        Q.    And what happened to the
60: 1     documents after the client signed it?
    2           MS. GREDD:  Are you referring
    3     specifically to the Lazare document?
    4           MR. SULLIVAN:  Yes. Plaintiff's
    5     Exhibit 55.
    6        A.    A copy was -- a copy was given
    7     to KBC and to ADB.
    8        Q.    What happened to the original,
    9     if you know?
   10        A.    Oh, I don't know.
```

**Pg: 192 Ln: 19 - Pg: 193 Ln: 1**

**Annotation:**

```
192:19       Q.    Did ADB need the approval of KBC
   20     to grant credit lines in excess of a
   21     certain amount?
   22        A.    I believe they needed -- I
   23     needed -- I believe that ADB did need
   24     KBC above certain amounts but I don't
   25     recall what the amounts were at the
193: 1     time.
```