# Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 6 Ln: 20 - 24**

**Annotation:**

```
6:20      Q.   Okay. Good morning, Ms. Snyers.
  21    My name is Chris Sullivan and I'm with
  22    the law firm of Herrick Feinstein and
  23    we represent the Plaintiff in this
  24    case, Lazare Kaplan International.
```

**Pg: 7 Ln: 11 - 14**

**Annotation:**

```
7:11      Q.   Are you employed by KBC Bank?
  12      A.   Yes.
  13      Q.   Where do you live?
  14      A.   In Belgium.
```

**Pg: 8 Ln: 1 - 5**

**Annotation:**

```
8: 1      Q.   Do you speak and read English?
   2      A.   Yes.
   3      Q.   What other languages do you
   4    speak and read?
   5      A.   Dutch, Flemish and French.
```

**Pg: 9 Ln: 24 - Pg: 11 Ln: 11**

**Annotation:**

```
9:24      Q.   Okay.  For convenience sake I'm
  25    going to use a number of abbreviations
10: 1    in the course of deposition today. I'm
   2    going to refer to Lazare Kaplan
   3    International Inc. as Lazare; to
   4    Antwerp Diamantbank as ADB; to the New
   5    York office of ADB as ADB New York, to
   6    KBC Bank NV as KBC and to the New York
   7    branch of KBC as KBC New York, unless
   8    either you or I specifies otherwise. Do
   9    you understand that?
  10      A.   I do.
  11      Q.   And unless I specify otherwise
  12    or you do, the relevant period of time
  13    for all of my questions will be January
  14    1, 2000 through December 31, 2010. Is
  15    that clear?
  16      A.   Yes.
  17      Q.   What is your current job title
  18    or position at KBC?
  19      A.   I think it's called now Special
  20    Risk Officer.
  21      Q.   And what are your
  22    responsibilities as Special Risk
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 9 Ln: 24 - Pg: 11 Ln: 11** continued...

**Annotation:**

```
10:23      Officer?
    24      A.    I deal with the credit files
    25      that need or the bank thinks needs
11: 1      special attention and in that, doing
     2      that I will be in contact with outside
     3      counsel and things like that.
     4      Q.    When did you first start working
     5      at KBC?
     6      A.    I start working at ADB in the --
     7      I think the first of January, 2001.
     8      Q.    Okay. When did you first start
     9      working at KBC?
    10      A.    It's -- the merger happened in
    11      July, the 1st of July of this year.
```

**Pg: 11 Ln: 21 - Pg: 13 Ln: 15**

**Annotation:**

```
11:21      Q.    And did I understand your
    22      testimony correctly that you first
    23      started working at ADB on January 1 --
    24      A.    August.
    25      Q.    Sorry. August --
12: 1      A.    -- August 1 --
     2      Q.    August 1, 2001?
     3      A.    Yes.
     4      Q.    Okay. Prior to August 1, 2001
     5      had you ever met or communicated with
     6      any clients or customers of ADB?
     7      A.    Prior to me working at ADB?
     8      Q.    Yes.
     9      A.    If I would have had contact with
    10      clients of ADB?
    11      Q.    Yes.
    12      A.    No.
    13      Q.    Do you have any firsthand
    14      knowledge about the operations of ADB
    15      prior to the time you started work at
    16      ADB?
    17      A.    That question I do not
    18      understand. You will have to repeat
    19      that.
    20      Q.    What did you do prior to
    21      starting work for ADB?
    22      A.    That's better question. Yeah. I
    23      worked for another bank.
    24      Q.    What bank is that?
    25      A.    Sentia Bank.
13: 1      Q.    Where is that bank located?
     2      A.    Also in Antwerp.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 11 Ln: 21 - Pg: 13 Ln: 15** continued...

**Annotation:**

```
13: 3      Q.    And what did you do for Sentia
    4    Bank?
    5      A.     Then it was also -- let's say
    6    they called it the dubious debtors
    7    files, but it was so more, let's say,
    8    people that had small business loans,
    9    these things that were not repaid, I
   10    would also try to recover the money,
   11    yes.
   12      Q.    And did you interact at all with
   13    Antwerp Diamond Bank, with ADB, while
   14    you were working at Sentia Bank?
   15      A.    Not at all.
```

**Pg: 17 Ln: 24 - Pg: 18 Ln: 6**

**Annotation:**

```
17:24      Q.    Did there come a time when you
   25    learned that Lazare had filed a lawsuit
18: 1    in New York against ADB and KBC?
    2      A.    Yes.
    3      Q.    And when did you first learn of
    4    the lawsuit?
    5      A.    I think it was around the 23rd
    6    of December, 2011.
```

**Pg: 23 Ln: 10 - Pg: 24 Ln: 15**

**Annotation:**

```
23:10      Q.    What is the highest level of
   11    education that you've completed?
   12      A.    I went to law school.
   13      Q.    And where did you go to law
   14    school?
   15      A.    In Antwerp.
   16      Q.    And in what year did you obtain
   17    your degree?
   18      A.    If I remember it correctly it
   19    would have been '99.
   20      Q.    1999?
   21      A.    Yes.
   22      Q.    Do you hold any other degrees
   23    besides your law school?
   24      A.    No.
   25            MS. GREDD:  You need to give a
24: 1    verbal answer.
    2            THE WITNESS: No.
    3      Q.    Do you have any specialized
    4    training or education in regard to
    5    diamonds or diamond companies?
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 23 Ln: 10 - Pg: 24 Ln: 15** continued...

**Annotation:**
```
24: 6      A.    No.
     7      Q.    Have you received any education
     8   or training in the field of banking?
     9      A.    While doing the job you get
    10   trained, I suppose.
    11      Q.    But you have no separate
    12   education or training in the field of
    13   banking, apart from your
    14   learn-on-the-job experience?
    15      A.    No.
```

**Pg: 24 Ln: 16 - 21**

**Annotation:**
```
24:16      Q.    Would you turn to Exhibit 115 in
    17   binder 3, which is a copy of your April
    18   4, 2012 Declaration?
    19           (Plaintiff's Exhibit 115, was
    20   received and marked on this date for
    21   identification.)
```

**Pg: 24 Ln: 16 - Pg: 27 Ln: 24**

**Annotation:**
```
24:16      Q.    Would you turn to Exhibit 115 in
    17   binder 3, which is a copy of your April
    18   4, 2012 Declaration?
    19           (Plaintiff's Exhibit 115, was
    20   received and marked on this date for
    21   identification.)
    22      Q.    I'm going to ask you,
    23   Ms. Snyers, do you recognize this
    24   document?
    25      A.    First go to the last page.  Yes.
25: 1      Q.    Is that your signature on the
     2   last page of the document?
     3      A.    Yes, it is.
     4      Q.    Is that a Declaration you signed
     5   in connection with the lawsuit pending
     6   in the United States District Court for
     7   the Southern District of New York?
     8      A.    Yes, I did.
     9      Q.    And is the document accurate?
    10      A.    Yes, it is accurate. Although,
    11   while reading through the document I
    12   marked that there are references that
    13   are not all correct, but can I go and
    14   have a look at it in detail?
    15      Q.    Yes.
    16      A.    And there would also be some
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 24 Ln: 16 - Pg: 27 Ln: 24** continued...

**Annotation:**

```
25:17    paragraphs where, reading back, I would
   18    maybe add something.
   19       Q.   Well, leave aside for the moment
   20    adding your desire to add something to
   21    the document.
   22       A.   Okay.
   23       Q.   I'm interested in whether there
   24    are any corrections that you wish to
   25    make to your sworn Declaration.
26: 1       A.   Yes. Yes.
    2          So first of all, I refer to
    3    paragraph 6 and there are other
    4    paragraphs that are on the same topic.
    5    So it starts in 6 where it says "For
    6    clients such as Lazare all loan
    7    extensions of credit and decisions with
    8    respect to its file were and are made
    9    at Antwerp Bank's headquarters in
   10    Antwerp."
   11       Q.   Is that not correct?
   12       A.   It is correct, but reading it
   13    back, it is so that for some decisions
   14    we would also need to go to the ECC,
   15    which is a Credit Committee in
   16    Brussels. So it's also referred at, I
   17    think, paragraph 14, where it says at
   18    the end "Antwerp Bank's Credit
   19    Committee decided to terminate Lazare's
   20    loan", and also in paragraph 15, where
   21    it says Antwerp Bank's Credit Committee
   22    in Belgium decided to terminate
   23    Lazare's line of credit on 60 days
   24    notice.
   25       Q.   And what about that those
27: 1    statements that you made in your
    2    Declaration are you now stating is
    3    inaccurate?
    4          MS. GREDD:  Objection to form.
    5       A.   I wouldn't say inaccurate
    6    because the first decision or advice
    7    would come from Antwerp Diamond Bank's
    8    Credit Committee but it would have also
    9    gone to KBC's committee.
   10       Q.   Which committee of KBC would
   11    have been involved in the decision to
   12    terminate Lazare's credit facility?
   13       A.   It's ECC. I don't know -- I
   14    don't know really what that stands for.
   15    I think it's -- I don't know.
   16       Q.   Is there anything else in your
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 24 Ln: 16 - Pg: 27 Ln: 24** continued...

**Annotation:**

```
27:17      Declaration that you now believe to be
   18      inaccurate?
   19       A.    I didn't say it was inaccurate.
   20      So I would say that it still is
   21      accurate but I wanted to say that I
   22      wanted to add some more detail.  So
   23      inaccurate is not really the accurate
   24      word then.
```

**Pg: 29 Ln: 14 - Pg: 30 Ln: 1**

**Annotation:**

```
29:14      Q.    Now, did I understand you
   15      correctly that you began working at ADB
   16      on August 1, 2001?
   17       A.    True.
   18       Q.    So you don't have any firsthand
   19      knowledge of conversations or events
   20      that took place prior to August 1,
   21      2001. Is that correct?
   22           MS. GREDD:  Objection to form.
   23       A.    Events that took place prior to
   24      2001?
   25       Q.    Regarding either ADB or Lazare.
30: 1       A.    Correct.
```

**Pg: 30 Ln: 25 - Pg: 32 Ln: 21**

**Annotation:**

```
30:25      Q.    Do you remember what records you
31: 1      reviewed in preparing this Declaration?
    2       A.    I would say the credit file of
    3      Lazare Kaplan and also the client file
    4      relating to the account opening and the
    5      account of Lazare with the bank.
    6       Q.    And were the records that you
    7      reviewed complete?
    8           MS. GREDD:  Objection to form.
    9       A.    I don't know, yeah.
   10       Q.    Was anything missing from the
   11      records you reviewed?
   12           MS. GREDD:  Objection to form.
   13       A.    Not that I know, no.
   14       Q.    How do you know that nothing was
   15      missing from the records?
   16           MS. GREDD:  Objection to form.
   17       A.    Because the credit file, I don't
   18      know, it is what's in the credit file
   19      and in the client file we are used to
   20      seeing standard amount of documents.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 30 Ln: 25 - Pg: 32 Ln: 21** continued...

**Annotation:**

```
31:21        Q.     So as you're sitting here today,
   22     do you know whether any of the
   23     documents in the credit file that you
   24     reviewed had been destroyed at the time
   25     you reviewed it?
32: 1            MS. GREDD:  Objection to form.
    2     A.     I don't know.
    3        Q.     So you don't know whether there
    4     were documents in the file that might
    5     have contradicted the statements in
    6     your Declaration?
    7            MS. GREDD:  Objection to form.
    8     Q.     Is that correct?
    9     A.     Can you repeat the question,
   10     please?
   11        Q.     You don't know whether there
   12     were documents in the credit files that
   13     you reviewed that might have
   14     contradicted your --
   15     A.     No, because what I reviewed.
   16     Q.     -- your statements in the
   17     Declaration?
   18            MS. GREDD:  You need to let him
   19     finish asking the question.
   20     A.     Okay. So what I reviewed I did
   21     review.
```

**Pg: 32 Ln: 22 - Pg: 38 Ln: 3**

**Annotation:**

```
32:22        Q.     Now, would you turn to paragraph
   23     30, page 10 of your sworn Declaration?
   24     Do you see the statement that you wrote
   25     that reads that you reviewed the
33: 1     Declaration of Walter Haeck and believe
    2     it to be true and accurate? Do you see
    3     that statement in your Declaration?
    4     A.     Yes.
    5     Q.     And is the Declaration of
    6     Mr. Haeck to which you were referring
    7     the Declaration dated April 4, 2012,
    8     the same day as your Declaration?
    9     A.     I don't remember.
   10     Q.     Well, would you turn to Exhibit
   11     tab 133 and tell us whether the
   12     document there is the Declaration of
   13     Mr. Haeck that you referred to in your
   14     sworn Declaration?
   15     A.     1 --
   16     Q.     133.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 32 Ln: 22 - Pg: 38 Ln: 3** continued...

**Annotation:**

```
33:17              (Plaintiff's Exhibit 133, was
   18     received and marked on this date for
   19     identification.)
   20        Q.    That Declaration is dated April
   21     4, 2012 on the last page --
   22        A.    Yes.
   23        Q.    -- Ms. Snyers, and that is the
   24     same date as your Declaration?
   25        A.    I see it, yes.
34: 1        Q.    And is this the Declaration of
    2     Mr. Haeck that you referred to in
    3     paragraph 30 of your Declaration?
    4            MS. GREDD:  You'll need to give
    5     the witness a moment to review.
    6            (Whereupon, the Deponent reviews
    7     the document.)
    8        Q.    Ms. Snyers?
    9        A.    A-huh.
   10        Q.    Have you completed your review
   11     of Mr. Haeck's Declaration?
   12        A.    I read it.
   13        Q.    You've taken close to 10 minutes
   14     to read it carefully?
   15        A.    I hope so. Yes.
   16        Q.    That is the five-page
   17     Declaration submitted by Mr. Haeck,
   18     dated April 4, 2012, correct?
   19        A.    Correct. Yes.
   20        Q.    And that is the Declaration that
   21     you refer in your Declaration, you
   22     refer to in your direction as true and
   23     accurate?
   24            MS. GREDD:  Objection to form.
   25        A.    Right.
35: 1        Q.    Now, tell us what you did to
    2     satisfy yourself that Mr. Haeck's
    3     Declaration was true and accurate when
    4     you wrote that in your April 4, 2012
    5     Declaration?
    6            MS. GREDD:  Objection to form.
    7        Q.    You can answer.
    8        A.    I don't remember.
    9        Q.    Well, did you discuss
   10     Mr. Haeck's Declaration with him?
   11        A.    I don't remember.
   12        Q.    Who is Mr. Haeck, by the way?
   13        A.    I think he's -- I don't know
   14     what his exact position is.  I think
   15     he's the head of the Legal Department
   16     at KBC.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 32 Ln: 22 - Pg: 38 Ln: 3** continued...

**Annotation:**

```
35:17          Q.     Did you discuss Mr. Haeck's
   18      Declaration with anyone else other than
   19      counsel?
   20          A.     I don't remember.
   21          Q.     Did you review any documents to
   22      verify the factual assertions in
   23      Mr. Haeck's Declaration?
   24          A.     I really don't know.
   25          Q.     Did you verify his description
36: 1      in paragraphs 6 and 14 of the Services
    2      Agreement?
    3          A.     What do you say? Can you repeat
    4      the question, please?
    5          Q.     Directing your attention to
    6      paragraph 6 of Mr. Haeck's Declaration,
    7      do you see his reference to the
    8      Services Agreement?
    9          A.     Does he reference the Services
   10      Agreement?
   11              MS. GREDD:  Not in paragraph 6.
   12          Q.     Paragraph 6.
   13          A.     Paragraph 6, I don't see the
   14      reference to the Service Agreement.
   15          Q.     Are you looking at --
   16              MS. GREDD:  Second line,
   17      "Pursuant to a Service Agreement --"
   18              THE WITNESS: Okay. Yes.
   19          Q.     Did you verify his description
   20      of the Service Agreement in this
   21      paragraph?
   22          A.     I don't think so. I don't
   23      remember.
   24          Q.     And directing your attention to
   25      paragraph 9 and 10 did you verify his
37: 1      description of KBC's contacts with
    2      Lazare as de minimus?
    3          A.     Can you repeat the question,
    4      please?
    5          Q.     Did you verify Mr. Haeck's
    6      statement in his Declaration --
    7          A.     I don't remember.
    8          Q.     You don't recall?
    9          A.     No.
   10          Q.     Did you verify his statement
   11      that virtually all of KBC's documents
   12      relevant to Lazare's claims are in
   13      Belgium?  No quote to that, by the way.
   14              MS. GREDD:  Objection to form.
   15          Q.     I'll rephrase it.
   16              Did you verify his statement
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 32 Ln: 22 - Pg: 38 Ln: 3** continued...

**Annotation:**

```
37:17        that virtually all of KBC's documents
   18        relevant to Lazare's claims in its
   19        lawsuit are located in Belgium?
   20             MS. GREDD:  Objection to form.
   21        A.   I don't remember, really.
   22        Q.   But your comfortable, as you sit
   23        here today, that his Declaration is
   24        true and accurate?
   25             MS. GREDD:  Objection to form.
38: 1        Q.   That's your testimony?
    2             MS. GREDD:  Objection to form.
    3        A.   Yes.
```

**Pg: 38 Ln: 14 - 20**

**Annotation:**

```
38:14        Q.   Do you see that? Is there a
   15        reason why you didn't state in your
   16        April 4, 2012 Declaration that it was
   17        not based on your firsthand knowledge?
   18             MS. GREDD:  Objection to form.
   19        A.   I don't think there is any
   20        reason for that, no.
```

**Pg: 41 Ln: 10 - 24**

**Annotation:**

```
41:10        Q.   So did you ever, in the course
   11        of your employment at ADB, help a
   12        client set up a bank account at the
   13        bank?
   14        A.   Help a client set up a bank
   15        account?
   16        Q.   Yes.
   17        A.   Personally?
   18        Q.   Yes. You, personally.
   19        A.   No.
   20        Q.   Did you ever discuss with a
   21        client its working capital needs?
   22        A.   Me?
   23        Q.   Yes.  You, personally.
   24        A.   No.
```

**Pg: 44 Ln: 20 - Pg: 45 Ln: 24**

**Annotation:**

```
44:20        Q.   And did you do so in connection
   21        with the Lazare credit facility, did
   22        you prepare any of the loan
   23        documentation that was used in
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 44 Ln: 20 - Pg: 45 Ln: 24** continued...

**Annotation:**

```
44:24      connection with the Lazare credit
   25      facility?
45: 1        A.    I don't know if the term
    2      "prepare" would be the right term but I
    3      was indeed there to, yeah, look at it
    4      and formulate questions or remarks,
    5      yes.
    6        Q.    And do you recall with whom you
    7      interacted in connection with the work
    8      you did regarding the Lazare credit
    9      facility?  Who did you speak to?  Who
   10      did you deal with at the bank?
   11        A.    With the bank with regard to
   12      preparation of the documentation?
   13        Q.    Yes.
   14        A.    It's always Antwerp the people
   15      at the administrative secretary, our
   16      administrative department within the
   17      credit department.
   18        Q.    And who were the people
   19      specifically that you dealt with
   20      regarding the Lazare credit facility?
   21        A.    Yeah, that I don't remember
   22      because some come and some go, some
   23      retire.  So it could have been
   24      different people.
```

**Pg: 46 Ln: 18 - Pg: 47 Ln: 22**

**Annotation:**

```
46:18        Q.    Has ADB ever sued a client in
   19      the United States?
   20        A.    ADB?
   21        Q.    ADB.
   22        A.    Yes.
   23        Q.    On how many occasions has it
   24      done so?
   25        A.    That I don't know.
47: 1        Q.    Well, do you know how many
    2      clients ADB has sued in the United
    3      States?
    4        A.    No.
    5        Q.    Do you know how many clients of
    6      the New York office ADB has sued in
    7      Belgium?
    8        A.    Clients of the New York office?
    9      That's impossible. Everybody is a
   10      client of Antwerp Diamond Bank in
   11      Antwerp, of course yes.
   12        Q.    We'll come back to that.  But
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 46 Ln: 18 - Pg: 47 Ln: 22** continued...

**Annotation:**

| | |
|---|---|
| 47:13 | how many clients of ADB has ADB sued in |
| 14 | Belgium? |
| 15 | A.    I would think from personal |
| 16 | knowledge, one. |
| 17 | Q.    Lazare Kaplan? |
| 18 | A.    Yes. |
| 19 | Q.    And that's the only client of |
| 20 | ADB that -- |
| 21 | A.    As far as I know, with the files |
| 22 | I deal with, yes. |

**Pg: 55 Ln: 25 - Pg: 58 Ln: 5**

**Annotation:**

| | |
|---|---|
| 55:25 | Q.    Do you know whether it was |
| 56: 1 | necessary to obtain the approval of KBC |
| 2 | in order to make certain kinds of loans |
| 3 | necessary for ADB to obtain the |
| 4 | approval of KBC in order to make |
| 5 | certain kinds of loans? |
| 6 | A.    To grant credit facilities? |
| 7 | Q.    For example. |
| 8 | A.    Possibly yes, if they go above a |
| 9 | certain amount. I don't know exactly. |
| 10 | Q.    Well, what's the basis of your |
| 11 | testimony "Possibly yes, if they go |
| 12 | above a certain amount"? Is there a |
| 13 | document that states that? |
| 14 | A.    There are documents that indeed |
| 15 | set out the delegation rules, yes. |
| 16 | Q.    Those are the IKB documents? |
| 17 | A.    Yes. |
| 18 | Q.    Are there any other documents? |
| 19 | A.    I don't know. |
| 20 | Q.    Well, but you do -- you do know |
| 21 | there was a limit on the amount of |
| 22 | money that ADB could loan to any one |
| 23 | customer or customer group?  Is that |
| 24 | fair to state? |
| 25 | A.    No.  That is a wrong statement. |
| 57: 1 | Q.    Okay.  Why is that a wrong |
| 2 | statement? |
| 3 | A.    Because it's incorrect. |
| 4 | Q.    How is it incorrect? |
| 5 | A.    It's that ADB would be able to |
| 6 | grant the facility, but maybe it needed |
| 7 | approval or a decision of KBC that it |
| 8 | was confirmed, yes. |
| 9 | Q.    And you don't recall the size of |
| 10 | credit facility that required the |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 55 Ln: 25 - Pg: 58 Ln: 5** continued...

**Annotation:**

```
57:11     approval of KBC?
   12     A.    I'm there -- normally I step in
   13     when the file is not performing well.
   14     So I'm not there when the credit
   15     facilities are granted.  So, no, I
   16     don't know exactly.
   17     Q.    Well, do you know whether ADB
   18     needed the approval of KBC to grant the
   19     Lazare credit facility?
   20     A.    I don't know.
   21     Q.    You weren't working at the bank
   22     at the time?
   23     A.    No.
   24     Q.    I see. How about to terminate
   25     the credit facility?  Did KBC
58: 1     participate in the decision by ABD to
    2     terminate the Lazare credit facility?
    3     A.    It was on advice of the Credit
    4     Committee of ADB and indeed approved
    5     the decision by KBC, yes.
```

**Pg: 62 Ln: 1 - Pg: 68 Ln: 23**

**Annotation:**

```
62: 1     Q.    Did KBC guarantee loans made by
    2     ADB in excess of ADB's lending limits?
    3     A.    Yes.
    4     Q.    Did KBC guarantee any of the
    5     loans made by ADB to Lazare under the
    6     credit facility?
    7     A.    Can you repeat that question?
    8     Q.    Did KBC guarantee any of the
    9     loans made by ADB --
   10     A.    No.
   11     Q.    -- to Lazare under its credit
   12     facility?
   13     A.    No.
   14     Q.    Were those loans in excess of
   15     ADB's lending limits at any time?
   16           MS. GREDD:  Objection to form.
   17     A.    I don't know.
   18     Q.    Is the guarantee by KBC that you
   19     described a moment ago set forth in
   20     writing anywhere?
   21           MS. GREDD:  Objection to form.
   22     A.    I don't know. I don't know
   23     anything about this.
   24     Q.    Well, you do know that KBC
   25     guaranteed ADB loans in excess of --
63: 1     A.    Yes, a certain --
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 62 Ln: 1 - Pg: 68 Ln: 23** continued...

**Annotation:**

```
63: 2              MS. GREDD:  Objection to form.
     3        A.     -- a certain lending limit, yes,
     4    but I don't know anything more than
     5    that.
     6        Q.    Do you know whether KBC
     7    guaranteed lines of credit or loans to
     8    any customers other than Lazare?
     9        A.    I don't know.
    10        Q.    Do you know whether anyone at
    11    ADB ever informed Lazare of the KBC
    12    guarantee?
    13              MS. GREDD:  Objection to form.
    14        A.    I don't know.
    15              MR. SULLIVAN:  About 10 minutes
    16    we'll take a break, if that's okay with
    17    everyone?
    18        Q.    Will you turn to Exhibit 31 in
    19    the first binder that says zero to
    20    something?
    21              THE WITNESS: Which document?
    22              MS. GREDD:  Tab 31.
    23        Q.    In particular, page 5, lower
    24    right-hand corner.
    25        A.    Page 5?
64: 1        Q.    Page 5 of that exhibit, yes. Do
     2    you see the statement in the first
     3    paragraph at the top of the page that
     4    reads, "In accordance with the
     5    conditions of Article 113, Section 2
     6    the Antwerp Diamond Bank states that
     7    its commitments and those of all its
     8    subsidiaries included in the
     9    consolidation are guaranteed by its
    10    shareholder KBC Bank NV"?
    11        A.    Yes. I see that, yes.
    12        Q.    Were you aware prior to today
    13    that commitments of ADB and its
    14    subsidiaries were guaranteed by KBC?
    15              MS. GREDD:  Objection to form.
    16        A.    No.
    17        Q.    Would you look at 44, in Exhibit
    18    44 in this same binder? I'll represent
    19    to you this document is not in English.
    20        A.    Yes, I see.
    21              MS. GREDD:  I'll represent to
    22    you I agree.
    23        Q.    Am I correct that the subject
    24    line of this document says in English
    25    "KBC guarantees"?
65: 1        A.    Yes, it does.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 62 Ln: 1 - Pg: 68 Ln: 23** continued...

**Annotation:**

| | |
|---|---|
| 65: 2 | Q.    Can you tell me in English what |
| 3 | the text of the document says up to and |
| 4 | including where it says "Lazare Kaplan |
| 5 | Groep"? |
| 6 | A.    I have to translate it to you or |
| 7 | what? |
| 8 | Q.    Yes. I'm asking you to translate |
| 9 | it to me. |
| 10 | A.    Literally or -- |
| 11 | Q.    Up to -- well, I want you to |
| 12 | tell me truthfully what it says up to |
| 13 | the words "Lazare Kaplan Groep", |
| 14 | G-r-o-e-p. |
| 15 | MS. GREDD:  Objection to form. |
| 16 | A.    So I will translate. |
| 17 | Q.    Your best effort, if you would, |
| 18 | Ms. Snyers. |
| 19 | A.    Yes. Colleagues, as you know, |
| 20 | KBC gives a guarantee for all the |
| 21 | limits above our lending limit. |
| 22 | Actually, that is fixed at or set at, I |
| 23 | don't know, and then the amount in euro |
| 24 | you can read yourself. We have to do a |
| 25 | monthly.  We have to do -- we have to |
| 66: 1 | give a monthly overview to KBC of all |
| 2 | decided and withdrawn credit facilities |
| 3 | about this limit. Furthermore, there |
| 4 | are two other guarantees decided -- I |
| 5 | don't know how to translate that -- |
| 6 | capital moment of making it |
| 7 | operational. Client -- the clients that |
| 8 | would fall under this -- under this -- |
| 9 | I would say -- this scope are, and then |
| 10 | it is Lazare Kaplan Groep. |
| 11 | Q.    You stated before that no |
| 12 | portion of the Lazare credit facility |
| 13 | was guaranteed by KBC. Does this |
| 14 | document? |
| 15 | A.    I said that I didn't know. |
| 16 | Q.    Okay. Does this document suggest |
| 17 | to you that KBC did, in fact, guarantee |
| 18 | loans under the Lazare credit facility? |
| 19 | MS. GREDD:  Objection to form. |
| 20 | A.    Can you repeat that question, |
| 21 | please? |
| 22 | Q.    Does this document indicate to |
| 23 | you -- |
| 24 | A.    Yes. |
| 25 | Q.    -- that KBC did, in fact, |
| 67: 1 | guarantee loans to Lazare under the |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 62 Ln: 1 - Pg: 68 Ln: 23** continued...

**Annotation:**

| | |
|---|---|
| 67: 2 | Lazare credit facility? |
| 3 | MS. GREDD:  Objection to form. |
| 4 | A.    I see the name Lazare Kaplan |
| 5 | Groep, yes, with the account numbers of |
| 6 | Lazare Kaplan and Lazare Kaplan |
| 7 | Belgium, yes. |
| 8 | Q.    So apart from this document, do |
| 9 | you have any independent recollection |
| 10 | of whether KBC, in fact, guaranteed any |
| 11 | portion of the Lazare credit facility? |
| 12 | MS. GREDD:  Objection to form. |
| 13 | A.    I have no recollection, no. |
| 14 | Q.    Would you turn to Exhibit 54, |
| 15 | which I think is in your second binder? |
| 16 | It's the last document in the first |
| 17 | binder. Sorry about that. |
| 18 | Do you recognize this document? |
| 19 | A.    Yes. |
| 20 | Q.    Do you see the reference in the |
| 21 | third paragraph from the bottom that |
| 22 | begins "LKB"?  Third line, do you see |
| 23 | the reference to "an internal guarantee |
| 24 | arrangement between KBC and ADB"? |
| 25 | A.    No, I don't. Where are you? |
| 68: 1 | Q.    I'm in the third paragraph from |
| 2 | the bottom, going up. |
| 3 | A.    Where it says "KBC"? |
| 4 | Q.    Yes. Third line, do you see the |
| 5 | reference to "internal guarantee |
| 6 | arrangement between KBC and ADB"? |
| 7 | A.    I see it, yes. |
| 8 | Q.    Do you know what that reference |
| 9 | refers to? |
| 10 | A.    No, because I was not the writer |
| 11 | of this memo. |
| 12 | Q.    Have you ever seen this memo |
| 13 | before? |
| 14 | A.    I think I was the one who has |
| 15 | produced it, produced it in the |
| 16 | production, I mean. |
| 17 | Q.    Does that mean that the document |
| 18 | was located in your files? |
| 19 | MS. GREDD:  Objection to form. |
| 20 | A.    In my personal files or in the |
| 21 | credit file? |
| 22 | Q.    Either. |
| 23 | A.    Yes. |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 69 Ln: 23 - Pg: 70 Ln: 20**

**Annotation:**

| | |
|---|---|
| 69:23 | Q.    How involved was KBC in the |
| 24 | decision to terminate the Lazare credit |
| 25 | facility? |
| 70: 1 | A.    I think it was just the normal |
| 2 | procedure that was followed. |
| 3 | Q.    And can you describe that |
| 4 | procedure to us? |
| 5 | A.    I already told you, so we would |
| 6 | go with a memo to our local Credit |
| 7 | Committee, it would advise and then it |
| 8 | would be sent to KBC -- to the ECC to |
| 9 | decide. |
| 10 | Q.    Was there any one or particular |
| 11 | person at KBC that was recommending |
| 12 | that the Lazare credit facility be |
| 13 | terminated? |
| 14 | A.    I don't know. |
| 15 | Q.    Do you recall who at KBC was |
| 16 | involved, who, specifically, in the |
| 17 | decision to terminate the Lazare credit |
| 18 | facility? |
| 19 | A.    You refer then to the ECC |
| 20 | decision.  No, I don't know. |

**Pg: 74 Ln: 12 - Pg: 75 Ln: 11**

**Annotation:**

| | |
|---|---|
| 74:12 | Q.    As a general matter was ADB free |
| 13 | to reject the legal advice provided by |
| 14 | the KBC group Legal Department? |
| 15 | MS. GREDD:  Objection to form. |
| 16 | Q.    Did ADB -- |
| 17 | A.    Can I say -- you talk a bit too |
| 18 | speedy for me.  So, yeah. |
| 19 | Q.    Was ADB required to follow the |
| 20 | advice or direction given by the KBC |
| 21 | group Legal Department? |
| 22 | MS. GREDD:  Objection to form. |
| 23 | A.    I think it would be in |
| 24 | consultation with ADB advice, yes. |
| 25 | Q.    Can you think of any situation |
| 75: 1 | in which ADB ever refused to follow the |
| 2 | advice given by the KBC group Legal |
| 3 | Department? |
| 4 | MS. GREDD:  Objection to form. |
| 5 | A.    I don't know. |
| 6 | Q.    You can't think of a single |
| 7 | situation? |
| 8 | MS. GREDD:  Objection to form. |
| 9 | Q.    You have to answer. You can't |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 74 Ln: 12 - Pg: 75 Ln: 11** continued...

**Annotation:**

```
75:10       make a verbal gesture.
   11          A.    No. I can't, no.
```

**Pg: 75 Ln: 12 - Pg: 78 Ln: 4**

**Annotation:**

```
75:12          Q.    The answer is no. Have you ever
   13       met, apart from today, any of the
   14       officers or directors of Lazare?
   15          A.    Yes.  I did meet them before,
   16       yes.
   17          Q.    And which of the officers and
   18       directors have you met before?
   19          A.    All three that are sitting here,
   20       yes.
   21          Q.    And when did you meet them for
   22       the first time?
   23          A.    I think it would be during the
   24       course of 2009.
   25          Q.    Prior to 2009 you had never met
76: 1       any of the officers or directors of
    2       Lazare. Is that correct?
    3          A.    Not that I remember, no.
    4          Q.    And in what connection did you
    5       meet officers and directors of Lazare
    6       in 2009?
    7          A.    Because there was growing
    8       concern in the bank related to the
    9       financial situation of Lazare.  So we
   10       would meet to discuss the concerns of
   11       the bank.
   12          Q.    And prior to those meetings had
   13       you ever spoken or communicated in
   14       writing with any of the officers or
   15       directors of Lazare, you, personally?
   16          A.    Me, personally, directly?
   17          Q.    Yes.
   18          A.    I don't think so.
   19          Q.    You don't know one way or
   20       another?
   21          A.    I cannot remember.  I'm writing
   22       a lot of things so for the moment I
   23       would say I don't think so, no.
   24          Q.    Do you recall when you first
   25       spoke to Mr. Moryto, who is sitting to
77: 1       my right?
    2          A.    No. I don't recall, no.
    3          Q.    Is it -- is it your testimony
    4       that you met him for the first time in
    5       2009?
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

### Pg: 75 Ln: 12 - Pg: 78 Ln: 4 continued...

**Annotation:**

```
77: 6        A.    As far as I recall, yes.
    7        Q.    Can you think of any
         communication that you had with
    8
    9    Mr. Moryto prior to 2009?
   10        A.    Direct communication?
   11        Q.    Yes.
   12        A.    No.
   13        Q.    When you met with or met the
   14    officers and directors of Lazare for
   15    the first time were the discussions
   16    conducted in English?
   17        A.    I would think so, yes.
   18        Q.    Do you know whether any of
   19    Lazare's officers and directors read
   20    Dutch or Flemish?
   21        A.    I don't think they do.
   22        Q.    So is it fair to say that you,
   23    personally, have no firsthand knowledge
   24    of anything that Mr. Moryto said prior
   25    to the time you met him for the first
78: 1    time in 2009?
    2            MS. GREDD:  Objection to form.
    3        A.    There could not be personal
    4    knowledge, of course.
```

### Pg: 97 Ln: 16 - Pg: 100 Ln: 9

**Annotation:**

```
97:16        Q.    Are you aware or were you aware
   17    in November, 2001 that Lazare had
   18    opened a bank account at the New York
   19    branch of KBC?
   20        A.    If I was aware of it in
   21    November, 2001?
   22        Q.    Yes.
   23        A.    No.
   24        Q.    When did you first become aware
   25    that Lazare had opened a bank account
98: 1    at the New York branch of KBC?
    2        A.    I think it was only in 2012.
    3        Q.    2012?
    4        A.    Yes.
    5        Q.    Do you know whether Lazare made
    6    active use of its bank accounts at the
    7    New York branch of KBC?
    8            MS. GREDD:  Objection to form.
    9        A.    If I know?
   10        Q.    Yes.
   11        A.    Personally?
   12        Q.    Yes.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 97 Ln: 16 - Pg: 100 Ln: 9** continued...

**Annotation:**

```
98:13      A.    No.
   14      Q.    Do you have any idea of the
   15  amount of money that passed through
   16  that bank account during the relevant
   17  period of time?
   18         MS. GREDD:  Objection to form.
   19      A.    An idea? I know that it's
   20  mentioned in Mr. Moryto's Declaration.
   21  I read it.
   22      Q.    Apart from Mr. Moryto's
   23  Declaration, do you have any
   24  independent knowledge?
   25      A.    No.
99: 1      Q.    Would you take a look at Exhibit
    2  117, which is the third binder?
    3      A.    117?
    4      Q.    1-1-7.
    5         (Plaintiff's Exhibit 117, was
    6  received and marked on this date for
    7  identification.)
    8         THE WITNESS: 1-1-7?
    9         MS. GREDD:  1-1-7, reply
   10  Declaration.
   11      Q.    By the way, just going back a
   12  moment to your prior testimony, when in
   13  2012 did you first learn that Lazare
   14  had opened a bank account at the New
   15  York branch of KBC?
   16      A.    After I had read Mr. Moryto's
   17  Declaration.
   18      Q.    Is that before or after you
   19  signed your Declarations in 2012, the
   20  sworn Declarations that you submitted
   21  in this lawsuit?
   22      A.    It was after. He replied to my
   23  Declarations.
   24         MS. GREDD:  Objection.  You said
   25  Declarations in 2012. Were you
100: 1  referring to the first Declaration
    2  April 4th, 2012?
    3         MR. SULLIVAN:  Well, actually
    4  I'm referring to both Declarations that
    5  the witness submitted, but since we've
    6  only addressed one of them at the
    7  moment let's use the first one.
    8      A.    I referred to the first one,
    9  yes.
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 104 Ln: 3 - 23**

**Annotation:**

```
104: 3          Q.    Would you look at Exhibit 55 in
       4    binder 2, please? Do you recognize this
       5    document?
       6          A.    Yes, I do.
       7          Q.    Do you see the date of May 31,
       8    2001 on the document?
       9          A.    Yes, I do.
      10          Q.    Okay. So the document is dated
      11    prior to the time you began working at
      12    ADB. Is that correct?
      13          A.    That's correct, yes.
      14          Q.    And do you understand this
      15    document to pertain to the bank account
      16    that Lazare was in the process of
      17    opening at KBC New York in May of 2001?
      18          A.    You mean that it's related to
      19    the intention of Lazare Kaplan to open
      20    the zero balance account at KBC New
      21    York?
      22          Q.    Yes.
      23          A.    Yes.
```

**Pg: 106 Ln: 7 - Pg: 107 Ln: 5**

**Annotation:**

```
106: 7          Q.    Do you know where the original
       8    of this document is located?
       9          A.    Yeah. At KBC.
      10          Q.    Have you ever seen the original
      11    of this document?
      12          A.    Me, personally?
      13          Q.    A-hum.
      14          A.    No.
      15          Q.    Do you know why ADB did not
      16    produce a copy of this document in this
      17    lawsuit?
      18                MS. GREDD:  Objection to form.
      19          A.    Because it's not -- it's not
      20    part of our client file, no.
      21          Q.    It's not part -- when you say
      22    it's not part of your client file, you
      23    mean ADB's client file?
      24          A.    Yes.
      25          Q.    Do you consider this document to
107: 1    be a KBC document then?
       2                MS. GREDD:  Objection to form.
       3          A.    It has indeed to do with routing
       4    transactions through the KBC New York
       5    account.  So, yes.
```

---

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 108 Ln: 21 - Pg: 109 Ln: 13**

**Annotation:**

```
108:21        Q.    Did Lazare need to sign this
     22    document in order to use its bank
     23    account in KBC New York?
     24            MS. GREDD:  Objection on form.
     25        A.    To start using the zero balance
109: 1    account, I think so, yes.
      2        Q.    What is the basis of your
      3    testimony based on?  On what do you
      4    believe it was necessary?
      5        A.    I think it's, as far as I'm not
      6    mistaken, mentioned in the Service
      7    Level Agreement between ADB and KBC New
      8    York.
      9        Q.    Anything besides -- any other
     10    document besides the Service Agreement
     11    provide a basis for your testimony?
     12        A.    For the moment that is the first
     13    thing I think of, yes.
```

**Pg: 113 Ln: 1 - Pg: 115 Ln: 20**

**Annotation:**

```
113: 1        Q.    Would you turn to Exhibits 84
      2    and 85 in this same binder? Do you
      3    recognize the first page of this
      4    exhibit?
      5        A.    Is there more than one?
      6        Q.    Just the first page in 84.
      7        A.    There are more pages? Do I
      8    recognize the document?
      9        Q.    This first document. Yes.
     10        A.    I might have seen it before. I
     11    don't know exactly.
     12        Q.    Do you see in the second
     13    paragraph, the sentence that reads "A
     14    simpler solution is that LKB send the
     15    site payment to LKI and then the
     16    payment is immediately forwarded to the
     17    DTC."  Do you see that sentence?
     18        A.    I see the sentence, yes.
     19        Q.    Did you ever discuss with
     20    Philippe Loral the transaction referred
     21    to or transactions referred to in this
     22    e-mail?
     23        A.    Not that I recall of, no.
     24        Q.    Did you ever discuss with anyone
     25    at ADB, the transactions referred to in
114: 1    this e-mail?
      2        A.    To discuss the transactions?
      3        Q.    Yes.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 113 Ln: 1 - Pg: 115 Ln: 20** continued...

**Annotation:**

```
114: 4        A.    Not that I recall, no.
      5        Q.    And do you know whether the
      6    books and records of ADB reflect the
      7    transactions described in this e-mail
      8    as having been made by LKB or Lazare?
      9            MS. GREDD:  Objection to form.
     10        A.    It's -- first, it's a
     11    transaction that happened in two steps,
     12    if I understand correctly.
     13        Q.    Okay. And what are those two
     14    steps?
     15        A.    First it would -- if I read it
     16    correctly, it would have been payment
     17    from the LKB account to the LKI account
     18    and then it would be LKI which would
     19    execute the payment towards DTC.
     20        Q.    Is it correct then that the
     21    transactions were structured as
     22    internal transfers between LKB and
     23    Lazare?
     24            MS. GREDD:  Objection to form.
     25        A.    Do you mean how it is registered
115: 1    in the bank?
      2        Q.    A-hum. Yes.
      3        A.    I don't know what the
      4    transaction is called in bank terms.
      5        Q.    Well, is it your understanding
      6    that the transaction was effectuated as
      7    an internal transfer from Lazare Kaplan
      8    Belgium to Lazare?
      9            MS. GREDD:  Objection to form.
     10        A.    It will have been, let's say --
     11    it would have created a debit amount in
     12    the account with LKB and on the other
     13    side, the credit of the same amount in
     14    the LKI account and afterwards, again,
     15    a debit in the LKI account when they
     16    pay to DTC.
     17        Q.    And who set up that arrangement?
     18    Was it Mr. Loral?
     19            MS. GREDD:  Objection to form.
     20        A.    I cannot say.
```

**Pg: 116 Ln: 7 - 20**

**Annotation:**

```
116: 7        Q.    According to your understanding
      8    of the arrangement, if LKB pledged the
      9    diamonds that were purchased in 2008
     10    under the transactions you've just
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 116 Ln: 7 - 20** continued...

**Annotation:**

```
116:11      described, would ADB consider those
    12      transactions to have been entered into
    13      by LKB or Lazare?
    14             MS. GREDD:  Objection to form.
    15      A.    I cannot answer that question
    16      because, first of all, I don't know if
    17      the pledge ever happened. I don't know
    18      any details of the transaction and I
    19      don't even know what the understanding
    20      was in the bank, so...
```

**Pg: 118 Ln: 6 - Pg: 119 Ln: 6**

**Annotation:**

```
118: 6      Q.    By the way, did you ask
     7      Mr. Loral what arrangements he made
     8      with Lazare for the processing of the
     9      transactions that took place in 2008?
    10             MS. GREDD:  Objection. Asked and
    11      answered.
    12      Q.    You can answer?
    13      A.    What was the question?
    14      Q.    Did you ask Philippe Loral --
    15      A.    Me?
    16      Q.    You, personally, what
    17      arrangement he made with Lazare in
    18      regard to the transactions in 2008?
    19      A.    No. No.
    20      Q.    And do you know whether Lazare
    21      authorized the direct use of its ADB
    22      credit facility for those transactions?
    23             MS. GREDD:  Objection to form.
    24      Q.    Do you, yourself, know whether
    25      Lazare ever authorized the direct use?
119: 1      A.    I don't know.
     2      Q.    You don't know one way or
     3      another?
     4      A.    I see that transactions were
     5      performed and executed in the account,
     6      but...
```

**Pg: 130 Ln: 6 - Pg: 131 Ln: 20**

**Annotation:**

```
130: 6      Q.    Plaintiff's Exhibit 55 that we
     7      were discussing earlier --
     8      A.    The routing instruction, if it
     9      says explicitly that it's a zero
    10      balance account?
    11      Q.    Yes. Is there anything in this
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 130 Ln: 6 - Pg: 131 Ln: 20** continued...

**Annotation:**

| | |
|---|---|
| 130:12 | document that indicates that Lazare's |
| 13 | bank account at KBC New York would be |
| 14 | used as a zero balance account? |
| 15 | MS. GREDD:  Objection to form. |
| 16 | A.    But the statement shows it. |
| 17 | Q.    I'm asking about this document, |
| 18 | Plaintiff's 55. |
| 19 | A.    Then I will have another look at |
| 20 | it. |
| 21 | Q.    Please. |
| 22 | A.    It's another binder then. |
| 23 | Q.    It's Exhibit 52. |
| 24 | A.    I think so, yes. |
| 25 | Q.    What words are you referring to? |
| 131: 1 | A.    It says that, okay, "shall be |
| 2 | effectuated through our account with |
| 3 | KBC and shall result in a same day |
| 4 | debit and credit to our loan balance |
| 5 | with Antwerp Diamond Bank", which was |
| 6 | at all times the main account. So that |
| 7 | obviously shows it. |
| 8 | Q.    Shows what? |
| 9 | A.    That the transactions would |
| 10 | route through the KBC account as part |
| 11 | of, let's say, an accommodation, an |
| 12 | administrative arrangement, I don't |
| 13 | know how you would call it, but that it |
| 14 | would generate these debits and credits |
| 15 | to the loan balance in Antwerp, yes. |
| 16 | Q.    And that indicates to you that |
| 17 | the bank account at KBC New York would |
| 18 | be used as a zero balance account? |
| 19 | MS. GREDD:  Objection to form. |
| 20 | A.    According to me, yes. |

**Pg: 137 Ln: 9 - Pg: 139 Ln: 11**

**Annotation:**

| | |
|---|---|
| 137: 9 | Q.    Turn to Exhibit tab 50? Have you |
| 10 | seen the document in tab 50 before, |
| 11 | Ms. Snyers? |
| 12 | A.    I think so, yes. |
| 13 | Q.    And directing your attention to |
| 14 | the third page, the last page of the |
| 15 | exhibit, do you see the column entitled |
| 16 | "bank statements (yes/no/NA)?" |
| 17 | A.    I see it, yes. |
| 18 | Q.    What does NA stand for in this |
| 19 | document? |
| 20 | MS. GREDD:  Objection to form. |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 137 Ln: 9 - Pg: 139 Ln: 11** continued...

**Annotation:**

```
137:21        A.    I must say, I don't know because
    22    I didn't draft the document, but I
    23    would read it as "not applicable" or --
    24        Q.    Okay. And what is the entry
    25    underneath the column "bank statements"
138: 1    that's noted?
     2        A.    What do you mean?
     3        Q.    What was the answer to
     4    "yes/no/not applicable" that's
     5    reflected in this document?
     6            MS. GREDD:  Objection to form.
     7        A.    For whom? I have to turn the
     8    page?
     9        Q.    You can look at the last page,
    10    page 3. By looking at this document --
    11        A.    By looking at the document I
    12    don't see anything.
    13        Q.    You don't see N/A in the column
    14    under bank statements?
    15        A.    Bank statement it says
    16    "yes/no/NA", not applicable.
    17        Q.    And dropping down to the line
    18    that's indicated on the third page --
    19        A.    I think you will have to come
    20    and show me because I --
    21        Q.    Your lawyer will --
    22            THE WITNESS: Okay.
    23            MS. GREDD:  Line 27.
    24        A.    And it says "not applicable"?
    25        Q.    Yes.
139: 1        A.    It says "not applicable", yes.
     2        Q.    Would you look at Exhibit 51,
     3    please?
     4        A.    Yes.
     5        Q.    Do you recognize that document?
     6        A.    Yes, I do.
     7        Q.    What is it?
     8        A.    It's an account activity report
     9    or bank statement issued by ADB
    10    concerning Lazare Kaplan's account with
    11    the bank.
```

**Pg: 142 Ln: 10 - Pg: 145 Ln: 16**

**Annotation:**

```
142:10        Q.    Is that the Service Agreement
    11    referred to Mr. Haeck's Declaration?
    12            MS. GREDD:  Objection to form.
    13        A.    I don't know.
    14        Q.    Well, do you know what this
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 142 Ln: 10 - Pg: 145 Ln: 16** continued...

**Annotation:**

```
142:15      document is?
    16      A.    It says "Agreement with respect
    17      to the delivery of operational banking
    18      services."
    19      Q.    And what is the date of the
    20      agreement?
    21      A.    October 15, '99.
    22      Q.    And who is the agreement
    23      between?
    24      A.    Between Antwerp Diamond Bank
    25      head office and KBC Bank New York
143: 1      branch.
     2      Q.    Have you ever seen this document
     3      before?
     4      A.    I will have a closer look at it.
     5      Q.    It's two pages.
     6      A.    Yes, I will just -- yes, I did.
     7      Q.    And I ask you again, is this the
     8      Service Agreement or is this document
     9      known as the Service Agreement or
    10      Service Level Agreement between KBC,
    11      New York and Antwerp Diamond Bank, ADB?
    12          MS. GREDD:  Objection to form.
    13      A.    Are you asking me if this is the
    14      same Service Level Agreement as the one
    15      as Mr. Haeck refers at in 6?
    16      Q.    Yes.
    17      A.    I don't think so.
    18      Q.    You don't think so?
    19      A.    I don't know. Maybe there are
    20      other Service Agreements. I don't know.
    21      Q.    Let me ask you that question.
    22      Are there other Service Agreements
    23      between KBC's New York branch and ADB?
    24      A.    Possibly, yes.
    25      Q.    And what is the basis of your
144: 1      testimony?
     2      A.    I think I saw copies.
     3      Q.    You saw copies of what?
     4      A.    Of other Service Agreements.
     5      Q.    What is a Service Agreement, by
     6      the way?
     7      A.    I suppose an agreement that sets
     8      out a service will be conducted between
     9      the two parties.
    10      Q.    So do you see in Mr. Haeck's
    11      Declaration, which is Exhibit 133 --
    12      A.    A-hum.
    13      Q.    -- where he writes, "Pursuant to
    14      that agreement the branch in New York
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

Pg: 142 Ln: 10 - Pg: 145 Ln: 16 continued...

**Annotation:**

```
144:15        clears U.S. dollar denominated
   16         transactions for Antwerp Diamond Bank."
   17         A.    Yes. I see it. Yes.
   18         Q.    Do you understand that sentence
   19         to refer to one agreement or more than
   20         one agreement?
   21         A.    I don't know. I don't have all
   22         the agreements in front of me, so it's
   23         difficult to say.
   24         Q.    And to your knowledge, did the
   25         branch of KBC in New York clear U.S.
145: 1        dollar denominated transactions for ADB
    2         during the --
    3         A.    To my knowledge?
    4         Q.    -- during the relevant period of
    5         time?
    6         A.    I don't know.
    7         Q.    You don't know one way or
    8         another?
    9         A.    My personal knowledge, no.
   10         Q.    Do you know whether ADB produced
   11         more than one Service Agreement in the
   12         course of this litigation?
   13         A.    If we produced it?
   14         Q.    To Lazare.
   15         A.    I must say, I don't know. We
   16         have produced so many papers.
```

Pg: 152 Ln: 2 - 25

**Annotation:**

```
152: 2        Q.    So if a diamond client like
    3         Lazare wanted to make a payment of
    4         funds out of its account at KBC New
    5         York how would it go about doing so?
    6               MS. GREDD:  Objection to form.
    7         A.    If it wanted to draw on the
    8         facility with ADB, you mean --
    9         Q.    If it wants to pay a third party
   10         for diamonds --
   11         A.    Yes.
   12         Q.    -- according to your
   13         understanding of this agreement, how
   14         would it go about doing so?
   15         A.    Reading only this paragraph?
   16         Q.    Any understanding that you have.
   17         A.    The understanding that I have is
   18         that if they -- if clients as Lazare
   19         wanted to do payments through their KBC
   20         account they would send payment
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 152 Ln: 2 - 25** continued...

**Annotation:**

```
152:21       instructions to KBC, who would then do
     22      the payment and then would -- KBC would
     23      obtain the same day the funds from ADB
     24      and then it would be entered as a debit
     25      in the ADB head office account.
```

**Pg: 155 Ln: 11 - Pg: 156 Ln: 7**

**Annotation:**

```
155:11       Q.    Do you understand what a SWIFT
     12      communication is?
     13       A.    I've heard of it, yes.
     14       Q.    And what have you heard?
     15       A.    Yeah, it's -- I don't know the
     16      specifics but it's, let's say, SWIFT
     17      messages between banks, yes.
     18       Q.    And do you recognize that the
     19      type of message that's described in
     20      this third "Whereas" clause, MT 900 and
     21      MT 910 messages?
     22       A.    I don't know what that means,
     23      no.  I know that the code refers to
     24      something but I don't know what.
     25       Q.    Okay. Do you understand these
156: 1      types of messages to be -- to involve
      2      the transfer of monies or to be a
      3      different kind of communication between
      4      the banks?
      5       A.    I told you that I have no
      6      knowledge of these things.  So, I don't
      7      know.
```

**Pg: 157 Ln: 19 - Pg: 158 Ln: 13**

**Annotation:**

```
157:19       Q.    And directing your attention to
     20      the last "Whereas" clause that reads
     21      "ADB agrees to open a pooling account
     22      with KBC to fund the payments
     23      effectuated by KBC on behalf of the
     24      diamond clients", do you know what a
     25      pooling account is?
158: 1       A.    No.
      2       Q.    Do you know whether ADB opened a
      3      pooling account at the New York branch
      4      of KBC during the relevant period of
      5      time?
      6       A.    If it did?
      7       Q.    Yes.
      8       A.    I don't know it says here
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 157 Ln: 19 - Pg: 158 Ln: 13** continued...

**Annotation:**

```
158: 9      "agrees to open." I don't know if it's
     10     effective.
     11         Q.   Have you ever heard the term
     12     pooling account before?
     13         A.   No.
```

**Pg: 159 Ln: 9 - Pg: 161 Ln: 1**

**Annotation:**

```
159: 9          Q.   Did KBC effectuate the local and
      10    international payments made by diamond
      11    clients of ADB through their accounts
      12    at KBC New York, Ms. Snyers?
      13        A.   Yes.
      14        Q.   What does it mean to effectuate
      15    the payment?
      16        A.   Yeah, but funds were --
      17        Q.   I'm sorry. What does it mean to
      18    effectuate the payment?
      19        A.   Do the payment.
      20        Q.   Okay. KBC did the payment. Where
      21    did the funds that KBC used to do the
      22    payment come from, according to your
      23    understanding of this agreement?
      24        A.   They obtained the funds the same
      25    day from ADB.
160: 1          Q.   Before they obtained the funds,
       2    did they use their own funds --
       3        A.   I don't know.
       4        Q.   You have to let me finish.
       5            Before they obtained the funds
       6    from ADB did they use their own funds
       7    to "do the payments"?
       8            MS. GREDD:  Objection to form.
       9        A.   That, I don't know.
      10        Q.   Is it your understanding that
      11    after doing the payments they then
      12    obtained the funds or reimbursement of
      13    the funds from Antwerp Diamond Bank?
      14            MS. GREDD: Objection to form.
      15        A.   Reimbursement, the funds would
      16    be obtained from ADB the same day.
      17    Yes, that's what I said.
      18        Q.   Does ADB send funds from Belgium
      19    to KBC New York following KBC's doing
      20    the payments referred to in this
      21    document?
      22        A.   I don't know --
      23            MS. GREDD:  Objection to form.
      24        A.   -- how it's -- it operationally
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 159 Ln: 9 - Pg: 161 Ln: 1** continued...

> **Annotation:**
> 160:25    works, so that I cannot answer the
> 161: 1    question of --

**Pg: 161 Ln: 2 - 7**

> **Annotation:**
> 161: 2    Q.    Do you know what a book transfer
>      3    is?
>      4    A.    I know it's -- it's a wording
>      5    that is of some type of transaction in
>      6    your account, but I could not say what
>      7    kind of transaction.

**Pg: 161 Ln: 8 - Pg: 164 Ln: 20**

> **Annotation:**
> 161: 8    Q.    Do you know what a correspondent
>      9    bank account is?
>     10    A.    No.
>     11    Q.    Do you know what a correspondent
>     12    bank is?
>     13    A.    No.
>     14    Q.    Well, how did you know that
>     15    Mr. Haeck's Declaration was true and
>     16    accurate, and in particular, his
>     17    statement in paragraph 6 that "KBC's
>     18    New York branch acts as a correspondent
>     19    bank for Antwerp Bank pursuant to a
>     20    Service Agreement"?
>     21       MS. GREDD:  Objection to form.
>     22    Q.    If you don't know what a
>     23    correspondent bank is --
>     24       MS. GREDD:  Objection to form.
>     25    A.    I would think from Mr. Haeck
> 162: 1    from the Legal Department of KBC would
>      2    know what that meant, yes.
>      3    Q.    So when you wrote in your sworn
>      4    Declaration that Mr. Haeck's
>      5    Declaration is true and accurate, were
>      6    you just assuming that it was?
>      7       MS. GREDD:  Objection to form.
>      8    A.    Assuming? No. No. I went
>      9    through it, yes.
>     10    Q.    You went through it?
>     11    A.    Yes.
>     12    Q.    On your way through his
>     13    Declaration when you got to the
>     14    sentence in paragraph 6 that says
>     15    "KBC's New York branch acts as a
>     16    correspondent bank for Antwerp Bank

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 161 Ln: 8 - Pg: 164 Ln: 20** continued...

**Annotation:**

| | |
|---|---|
| 162:17 | pursuant to a Service Agreement," what |
| 18 | did you do if you didn't know what a |
| 19 | correspondent bank was? |
| 20 | A.    I didn't do anything. |
| 21 | Q.    You didn't ask anybody what a |
| 22 | correspondent bank was? |
| 23 | A.    I don't think so, no. |
| 24 | Q.    But you're aware this |
| 25 | Declaration that you signed was |
| 163: 1 | submitted to the United States District |
| 2 | Court for use in a litigation? |
| 3 | A.    I do know, yes. |
| 4 | Q.    And you stated in that |
| 5 | Declaration Mr. Haeck's Declaration was |
| 6 | true and accurate? |
| 7 | MS. GREDD:  Objection to form. |
| 8 | Q.    Correct? |
| 9 | A.    Yes. |
| 10 | Q.    And you didn't indicate in your |
| 11 | Declaration that you did not have |
| 12 | firsthand knowledge of all of the facts |
| 13 | described in that Declaration? |
| 14 | A.    I didn't say that I had |
| 15 | firsthand knowledge, did I? |
| 16 | Q.    No. That's my question to you. |
| 17 | You did not do so? |
| 18 | A.    What did I say in my |
| 19 | Declaration?  And I have to look up the |
| 20 | exact wording what my statement was on |
| 21 | Walter Haeck's Declaration. |
| 22 | Q.    Do you know how much -- do you |
| 23 | know how many bank accounts ADB had at |
| 24 | the New York branch of KBC during the |
| 25 | relevant period of time? |
| 164: 1 | A.    How many accounts ADB had -- |
| 2 | Q.    -- at the New York branch of |
| 3 | KBC? |
| 4 | A.    No. |
| 5 | Q.    Do you know whether they had any |
| 6 | accounts at the New York branch of KBC? |
| 7 | A.    Personal knowledge? |
| 8 | Q.    Yes. |
| 9 | A.    No. |
| 10 | Q.    Have you ever heard in the |
| 11 | course of your work at ADB that ADB |
| 12 | maintained a bank account of some kind |
| 13 | at the New York branch of KBC? |
| 14 | A.    Yes. |
| 15 | Q.    Okay. What have you heard? |
| 16 | A.    That they had a bank account. As |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 161 Ln: 8 - Pg: 164 Ln: 20** continued...

**Annotation:**

```
164:17      I say, these operational things are not
    18      really my first duty, so I say that I
    19      have the knowledge but I am not a
    20      specialist.
```

**Pg: 165 Ln: 12 - 14**

**Annotation:**

```
165:12      Q.    Do you have an understanding of
    13      how clearing works?
    14      A.    No.
```

**Pg: 170 Ln: 2 - Pg: 171 Ln: 2**

**Annotation:**

```
170: 2      Q.    I'll ask you the question, if I
     3      may.
     4      A.    Yes.
     5      Q.    Are you familiar with the
     6      Clearinghouse Interbank Payment System?
     7      A.    No.
     8      Q.    Sometimes known as CHIPS?
     9      A.    No.
    10      Q.    Do you know -- have you ever
    11      heard that CHIPS is a fund transfer
    12      system that transmits and settles
    13      payment orders in U.S. dollars?
    14      A.    I have to disappoint you. No.
    15      Q.    Do you know how banks move or
    16      transmit -- transfer U.S. dollars
    17      around the world?
    18      A.    No.
    19      Q.    Do you have any understanding at
    20      all?
    21      A.    No.
    22      Q.    Have you ever heard that dollar
    23      denominated transactions must pass
    24      through New York or the United States?
    25      A.    I tell you, you are in a section
171: 1      where I totally am not a specialist, so
     2      I will say no.
```

**Pg: 171 Ln: 9 - 22**

**Annotation:**

```
171: 9      Q.    Are most diamond transactions
    10      done in U.S. dollars?
    11      A.    As far as I know?
    12      Q.    Yes.
    13      A.    Yes.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 171 Ln: 9 - 22** continued...

**Annotation:**
```
171:14      Q.    And were the diamond
     15   transactions of ADB's clients or
     16   customers in U.S. dollars?
     17      A.    Were?
     18      Q.    Yes.
     19      A.    Or are?
     20      Q.    Were during the relevant period
     21   of time?
     22      A.    I should think so, yes.
```

**Pg: 171 Ln: 23 - Pg: 172 Ln: 5**

**Annotation:**
```
171:23      Q.    And to your knowledge, was ADB
     24   able to execute transactions in U.S.
     25   dollars on behalf of its customers
172: 1   itself or did it need to use a
      2   different bank or third party?
      3      A.    I don't know.
      4      Q.    You have no idea?
      5      A.    No idea.
```

**Pg: 179 Ln: 15 - 19**

**Annotation:**
```
179:15      Q.    Okay. And flipping forward to
     16   Exhibit 63 --
     17      A.    63?
     18      Q.    Two exhibits forward.
     19      A.    Yes.
```

**Pg: 182 Ln: 9 - 14**

**Annotation:**
```
182: 9      Q.    And turning to the next page of
     10   the exhibit?
     11      A.    Next page? Yes.
     12      Q.    This is the, what you described
     13   earlier, as an ADB bank statement?
     14      A.    Yes.
```

**Pg: 183 Ln: 10 - Pg: 185 Ln: 16**

**Annotation:**
```
183:10      Q.    Okay. Who is the payment -- who
     11   is the recipient of the payment
     12   described in this document, by
     13   reference to the document, can you
     14   tell?
     15      A.    By looking at the document?
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 183 Ln: 10 - Pg: 185 Ln: 16** continued...

**Annotation:**

```
183:16      Q.    Yes.
    17      A.    No.
    18      Q.    Can you tell where the money
    19   went?
    20      A.    From looking to the document?
    21      Q.    Yes.
    22      A.    Because there is a possibility
    23   to know but by looking to the document,
    24   no.
    25      Q.    Can you tell what the
184: 1   transaction was that resulted in the
     2   entries in the document?
     3      A.    By just looking to the document?
     4      Q.    Yes.
     5      A.    No.
     6      Q.    Is there anything in this
     7   document that would allow a customer to
     8   confirm or verify the transaction that
     9   resulted in these entries by looking at
    10   the document?
    11      A.    Yeah, but if I -- if you do --
    12   if you are doing withdrawals under your
    13   facility, I suppose there are other
    14   documents that you will put next to the
    15   bank statement.
    16      Q.    But this document, by itself, is
    17   not sufficient for a customer to
    18   confirm or verify the transaction that
    19   resulted in these entries, correct?
    20      A.    I think it shows that the
    21   transaction was done and the amount,
    22   yes.
    23      Q.    Does this show what the
    24   transaction was?
    25      A.    It shows that's a payment
185: 1   because it's a minus, so you will have
     2   paid someone. If you are asking me if
     3   the document mentions the name of the
     4   party receiving the payment? No.
     5      Q.    So again, I ask you, is there
     6   anything in this document that would
     7   allow a customer to confirm or verify a
     8   transaction it engaged it?
     9      A.    You verify -- you see that there
    10   is -- you see there is a reference, a
    11   description and you see that your
    12   account is debited. So that's -- that
    13   should be sufficient for a client to
    14   put together with other papers that
    15   allows to define what the payment was.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 183 Ln: 10 - Pg: 185 Ln: 16** continued...

    **Annotation:**
    185:16       Yes.

**Pg: 186 Ln: 8 - Pg: 188 Ln: 17**

    **Annotation:**
```
186: 8        Q.    So do I understand your
      9    testimony correctly, Ms. Snyers, that a
     10    client like Lazare that wished to
     11    confirm or verify a transaction would
     12    review what you call a bank statement
     13    or account statement from ADB along
     14    with the KBC transfer form and the KBC
     15    bank statement that are contained in
     16    Exhibit 63?
     17        A.    No. That is not what I said.
     18        Q.    Okay. Tell me --
     19        A.    I said if you are an
     20    accountholder as Lazare Kaplan, that
     21    this should be sufficient. Could it be
     22    more detailed? Is that your question to
     23    me?  Personally, yes, it could, but as
     24    it is, I think it should be sufficient.
     25    That's my testimony. Yes.
187: 1        Q.    You think this page, by itself,
      2    is sufficient to allow a customer of
      3    ADB to confirm or verify a transaction?
      4        A.    Verify a transaction, yes, yes.
      5        Q.    And confirm it?
      6        A.    "Confirm?"  What do you mean by
      7    "confirm"?
      8        Q.    Well, what do you understand
      9    "confirm" to mean?
     10        A.    I don't know. You tell me.
     11        Q.    I'm asking for your
     12    understanding.
     13        A.    I think it's -- it shows that
     14    you did a payment and that it was
     15    debited from your account and that your
     16    debit balance increases and if the
     17    question is, is it obvious from this
     18    document to whom the payment went? Then
     19    I say no.
     20        Q.    Okay. So is it your
     21    understanding that the purpose of this
     22    document is for confirmation or
     23    verification of customer transactions
     24    under the credit facility?
     25        MS. GREDD:  Objection to form.
188: 1        Q.    Is that the purpose of this page
      2    that you described as an ADB statement?
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 186 Ln: 8 - Pg: 188 Ln: 17** continued...

**Annotation:**

```
188: 3        A.    I don't know --
      4              MS. GREDD:  Objection to form.
      5        A.    -- I don't know what the client
      6        does with the statement.  It's just to
      7        give an overview of the activity, that
      8        is why we call it an account activity
      9        report. I don't know what our clients
     10        do with their statement.
     11        Q.    I'm asking you what the bank's
     12        purpose is in sending this document to
     13        clients?
     14        A.    So that you have an overview of
     15        all debit and credit transactions in
     16        your account. That's what we call
     17        activity report.
```

**Pg: 188 Ln: 18 - Pg: 189 Ln: 13**

**Annotation:**

```
188:18        Q.    Let's go back to the Service
     19        Level Agreements in Exhibit 57.
     20              I asked you earlier about how
     21        ADB funded the payments made by KBC
     22        pursuant to this agreement and correct
     23        me if I misstate your testimony, you
     24        didn't understand the specifics, but
     25        you believed that ADB does, in fact,
189: 1        fund those payments. Is that a fair
      2        summary of your testimony?
      3        A.    I don't know how operationally
      4        it works, but as we said, indeed, with
      5        withdrawals under the credit facility
      6        with ADB.  So, yes.
      7        Q.    How did ADB go about funding
      8        those payments when the bank in Belgium
      9        was closed?
     10        A.    I told you, that's the
     11        operational side of the -- of the -- of
     12        the whole setup, which I don't know
     13        what.
```

**Pg: 190 Ln: 3 - 8**

**Annotation:**

```
190: 3        Q.    And do you have any
      4        understanding of how KBC New York and
      5        ADB reconciled the payments that KBC
      6        funded through the KBC New York bank
      7        account?
      8        A.    No, I don't.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 190 Ln: 9 - Pg: 191 Ln: 21**

**Annotation:**

```
190:  9        Q.    Do you have any firsthand
      10     knowledge how KBC operated what you
      11     call Lazare's zero balance account in
      12     New York?
      13        A.    No.
      14        Q.    And dropping down to paragraph 2
      15     on page 1 of Exhibit 57 --
      16        A.    The Service Level Agreement?
      17        Q.    Yes.
      18        A.    Yeah.
      19        Q.    Do you see the words that read
      20     "KBC will accept and registrate all
      21     incoming funds via the customary
      22     channels, CHIPS, Fedwire, book
      23     transfer, etcetera, in favor of the
      24     diamond clients."
      25        A.    Yes.
191:  1        Q.    What do you understand the
       2     sentence to mean?
       3        A.    I cannot give any opinion about
       4     it because I don't know how it works.
       5     So I would give an opinion that could
       6     be completely wrong. So it will not
       7     help anyone, so...
       8        Q.    Well, by reference to the
       9     document and based on your --
      10        A.    Yeah, but it's so technical,
      11     this issue, that I'm totally not a
      12     specialist, so --
      13        Q.    You have no understanding
      14     whatsoever what this document means?
      15           MS. GREDD:   Objection to form.
      16        A.    I do know in general what it
      17     means but how it in detail functioned
      18     and operated, I already told you I
      19     think 20 times.  So I don't think my
      20     opinion or how I read it will
      21     contribute to the --
```

**Pg: 194 Ln: 23 - Pg: 196 Ln: 4**

**Annotation:**

```
194:23        Q.    Do you know how Lazare went
      24     about repaying the monies it borrowed
      25     under its credit facility from ADB? Do
195:  1     you know how that -- how those
       2     repayments were effectuated?
       3        A.    Technically?
       4        Q.    The procedure, yes.
       5        A.    No, I don't know.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 194 Ln: 23 - Pg: 196 Ln: 4** continued...

**Annotation:**

```
195: 6        Q.    Well, do you know what the
      7    procedure in this agreement is with
      8    respect to funds deposited into the
      9    Lazare KBC New York bank account?  What
     10    happens to the monies after they're
     11    received into the bank account?
     12        A.    At the end of the day they would
     13    have been automatically transferred to
     14    the ADB account that the client has
     15    connected to its credit facility
     16    because the end balance and the
     17    beginning balance is always zero.
     18        Q.    And is that account located in
     19    Belgium?
     20        A.    Which account?
     21        Q.    The -- you said the account the
     22    client has --
     23        A.    In connection with the credit
     24    facility?
     25        Q.    Yes.
196: 1        A.    It's in Antwerp, yes.
      2        Q.    And can you explain how?
      3        A.    The technicalities behind it,
      4    no, I already told you.
```

**Pg: 196 Ln: 14 - Pg: 203 Ln: 4**

**Annotation:**

```
196:14        Q.    Ms. Snyers, let me return your
     15    attention to your June 14, 2012
     16    Declaration in Exhibit 117, which is
     17    the big binder in front of you.    In
     18    particular to paragraph 11 H of your
     19    Declaration.
     20        A.    Yes.
     21        Q.    Okay. Directing your attention
     22    to the last sentence in paragraph H
     23    where you wrote "In addition, because
     24    the account at KBC NY is a zero balance
     25    account any funds transferred into the
197: 1    KBC NY account are automatically
      2    credited to or swept into the
      3    customer's bank account at Antwerp Bank
      4    at the end of the day."
      5        Do you see where you wrote that?
      6        A.    I see it, yes.
      7        Q.    Do you believe that your
      8    explanation in this paragraph is
      9    consistent with the Service Level
     10    Agreement?
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

Pg: 196 Ln: 14 - Pg: 203 Ln: 4 continued...

**Annotation:**

```
197:11        A.    I think so, yes.
     12        Q.    And is the reason that you do
     13   not refer to the pooling account in
     14   your Declaration that you never heard
     15   of the pooling account at the time you
     16   wrote your Declaration?
     17            MS. GREDD:  Objection to form.
     18        A.    I never heard of it and it would
     19   have been of -- yeah, I never heard of
     20   it, yes.
     21        Q.    And that's why you didn't make
     22   any reference to it in your sworn
     23   Declaration?
     24        A.    I suppose it was also of not any
     25   importance.
198: 1        Q.    Not of importance, okay. Can you
      2   explain the procedure in this sentence,
      3   in which funds are, as you put it,
      4   automatically credited to or swept into
      5   a customer's bank accounts at Antwerp
      6   Bank?
      7        A.    What do you want me to say about
      8   that?
      9        Q.    What does it mean?
     10        A.    That it's automatically
     11   transferred.
     12        Q.    Sorry. Go ahead.
     13        A.    It's okay.
     14        Q.    Well, explain how U.S. dollars
     15   can be swept into an account in
     16   Belgium?
     17            MS. GREDD:  Objection to form.
     18        A.    I said -- I said it was an
     19   automatic transfer and then you come
     20   again to the technicalities of how it
     21   happens, to which I already said before
     22   that I don't know the technicalities,
     23   so...
     24        Q.    So if I understand you
     25   correctly, you don't understand what is
199: 1   involved in sweeping funds from the KBC
      2   New York account to a bank account in
      3   Belgium?
      4        A.    No. You said how it works, I
      5   said it's an automatic transfer. So
      6   that, because we are still referencing
      7   the zero balance account, so that the
      8   balance at the end of the day would be
      9   zero.
     10        Q.    I'm sure you will agree with me,
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 196 Ln: 14 - Pg: 203 Ln: 4** continued...

**Annotation:**

| | |
|---|---|
| 199:11 | Ms. Snyers, it doesn't happen by magic, |
| 12 | you state in your sworn Declaration the |
| 13 | funds transferred into the KBC New York |
| 14 | account are credited to or swept into a |
| 15 | bank account in Belgium. I'm asking you |
| 16 | how that happens, what did you mean |
| 17 | when you wrote that? |
| 18 | MS. GREDD:  Objection to form. |
| 19 | A.    I explained to you I mean it is |
| 20 | automatically transferred, a transfer. |
| 21 | That's what I mean. |
| 22 | Q.    Does money move, do actual |
| 23 | dollars move from New York to Belgium, |
| 24 | according to your understanding of the |
| 25 | procedure in the Services Agreement? |
| 200: 1 | MS. GREDD:  Objection to form. |
| 2 | A.    I think a transfer is what it |
| 3 | is, it's servicing money from one to |
| 4 | the other.  So it's not with -- the |
| 5 | money has to go somewhere, so into an |
| 6 | account. |
| 7 | Q.    So is the answer to my question, |
| 8 | do dollars move from New York to |
| 9 | Belgium?  Yes, no or you don't know? |
| 10 | MS. GREDD:  Objection to form. |
| 11 | A.    I say they don't move to |
| 12 | Belgium, it's automatic transfer from |
| 13 | one account to another account. |
| 14 | Q.    It's a book transfer or an |
| 15 | accounting entry -- |
| 16 | MS. GREDD:  Objection to form. |
| 17 | Q.    -- is that your testimony? |
| 18 | A.    I told you before that the |
| 19 | technicalities and the way or the |
| 20 | transfer how it's described, I don't |
| 21 | know how it's described or what the |
| 22 | exact term of that is, yes. |
| 23 | Q.    And directing your attention |
| 24 | back to the Service Level Agreement in |
| 25 | Plaintiff's Exhibit 57, book no. 2 -- |
| 201: 1 | A.    Yes. |
| 2 | Q.    -- paragraph 3, second page? |
| 3 | A.    Second page? |
| 4 | Q.    Second page of a two-page |
| 5 | exhibit, see the sentence that says, |
| 6 | "Every day KBC clears the customer's |
| 7 | account via ADB's pooling under |
| 8 | agreement/advisement with the diamond |
| 9 | client." |
| 10 | Can you explain what that means? |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 196 Ln: 14 - Pg: 203 Ln: 4** continued...

**Annotation:**

```
201:11        A.    No. I already told you I don't
    12    know anything about these specific
    13    items.
    14        Q.    Second sentence, "Credit
    15    positions on the diamond client's
    16    account are transferred to the pooling
    17    account as well." Any idea what that
    18    means?
    19        A.    I should repeat myself?
    20        Q.    If necessary.
    21        A.    I will then. No.
    22        Q.    No, you have no idea what that
    23    means?
    24        MS. GREDD:  Objection to form.
    25        A.    How it technically goes,
202: 1    transfers, I told you that -- I told
     2    you before break and I will tell you
     3    now, I don't know this.
     4        Q.    What do you think credit
     5    positions on the diamond client's
     6    accounts refers to?
     7        A.    Credit positions?
     8        Q.    A-hum.
     9        A.    I would think it's a credit
    10    balance.
    11        Q.    So would an example of a credit
    12    balance then be money that is paid by a
    13    customer into Lazare's bank accounts
    14    KBC New York?
    15        A.    It could represent that, yes.
    16        Q.    And do you have any
    17    understanding of what is meant by the
    18    reference to transferring credit
    19    positions to the pooling account?
    20        A.    No.
    21        Q.    And the next paragraph within
    22    paragraph 3, do you see where it states
    23    "If these clearing operations yield a
    24    balance deficiency on the pooling
    25    account, KBC NY will grant ADB an
203: 1    overnight placement on money market
     2    rates on a best efforts basis."
     3        Any idea what those words mean?
     4        A.    No.
```

**Pg: 204 Ln: 1 - Pg: 209 Ln: 8**

**Annotation:**

```
204: 1        Q.    And would you turn to -- well,
     2    let me ask you before we turn -- we're
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

Pg: 204 Ln: 1 - Pg: 209 Ln: 8 continued...

**Annotation:**

```
204: 3      going to turn to 133 in a second in the
     4      big binder, but with specific reference
     5      to your June 14, 2012 Declaration, you
     6      don't understand the operational basics
     7      of how the arrangement described in the
     8      Service Level Agreement worked, why did
     9      you submit a sworn Declaration to the
    10      Court describing --
    11        A.     I do think you need to know how
    12      it operationally works to see that the
    13      account is set up as a zero balance
    14      account because it's shown, and that
    15      you know that the account has a bank
    16      account with ADB, as all our customers
    17      have, if you have a credit facility. So
    18      I don't think you need to know in
    19      detail every step of the way to be able
    20      to give a general overview or a general
    21      insight in all this account works.
    22      That's my opinion.
    23        Q.     Did you write your June 14, 2012
    24      Declaration?
    25        A.     If I --
205: 1          MS. GREDD:  Objection to form.
     2        A.     Did I write it myself?
     3        Q.     Yes.
     4        A.     No.
     5        Q.     Who wrote it?
     6        A.     I will have a look at it.  Which
     7      it was?
     8        Q.     It's Plaintiff's Exhibit 117.
     9        A.     I think it will have been Helen.
    10        Q.     You're referring to Ms. Gredd?
    11        A.     Yes.
    12        Q.     Did you review the document
    13      before you signed it?
    14        A.     Yes, I did.
    15        Q.     Did you understand what you read
    16      when you reviewed the document?
    17        A.     What I read? Yes.
    18        Q.     And do you believe it to be
    19      true?
    20        A.     Yes.
    21        Q.     And would you turn to
    22      Plaintiff's Exhibit 133 in the big
    23      binder, which is Mr. Haeck's
    24      Declaration, his first Declaration, and
    25      directing your attention to paragraph
206: 1      7, page 2 of Mr. Haeck's Declaration,
     2      do you see where he wrote, "Except for
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 204 Ln: 1 - Pg: 209 Ln: 8 continued...**

**Annotation:**

```
206:  3      a small number of documents relating to
      4      routine clearance procedures all
      5      materials relating to KBC U.S. dollar
      6      clearance transactions are located in
      7      Belgium."
      8      A.      A-hum.
      9      Q.      What are the routine clearance
     10      procedures that Mr. Haeck is describing
     11      in his April 4, 2012 Declaration?
     12      A.      I don't know.
     13      Q.      Well, why did you certify that
     14      the Declaration was true and correct if
     15      you don't know what he means?
     16           MS. GREDD:  Objection to form.
     17      A.      I don't remember.
     18      Q.      You don't remember why you
     19      certified that his Declaration was true
     20      and correct?
     21           MS. GREDD:  Objection to form.
     22      A.      Because I -- because I believed
     23      it was true at the time that I declared
     24      that.
     25      Q.      And what was the basis for your
207:  1      belief that it was true?
      2      A.      I still -- I referred already to
      3      that, so I will be repetitive again,
      4      yeah.  I know Walter Haeck and I know
      5      his position, so I read the document
      6      and I attested it was true, so...
      7      Q.      And at the time you read the
      8      document and attested that it was true
      9      did you understand what he meant in
     10      paragraph 7 by "routine clearance
     11      procedures"?
     12           MS. GREDD:  Objection to form.
     13      A.      I just answered that question,
     14      no.  But I will tell you again, no.
     15      Q.      And is it really true that all
     16      materials relating to KBC U.S. dollar
     17      clearance transactions are located in
     18      Belgium?
     19      A.      I told you I don't know.
     20      Q.      You don't know if that's true or
     21      not true?
     22      A.      It will be true.
     23      Q.      Did you say it will be true?
     24      A.      I will say I -- I said I don't
     25      know.
208:  1      Q.      And directing your attention to
      2      paragraph 8 of Mr. Haeck's Declaration,
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 204 Ln: 1 - Pg: 209 Ln: 8** continued...

**Annotation:**

```
208: 3        do you see where he writes in the third
      4        sentence, "Although certain officers of
      5        KBC sit on Antwerp Bank's Board of
      6        Directors in such capacity those
      7        individuals act on behalf of and owe
      8        fiduciary duties to Antwerp Bank, not
      9        KBC."
      10              Do you know what officers of KBC
      11       sit on Antwerp Bank at the Board of
      12       Directors?  Do you know who the
      13       individuals are, what their names are?
      14       A.   I don't know the names but I
      15       know it changes over time.
      16       Q.   Do you agree with Mr. Haeck,
      17       that those KBC officers who sit on
      18       ADB's Board of Directors owe fiduciary
      19       duties to ADB not to KBC?
      20              MS. GREDD:  Objection to form.
      21       A.    If the Board of Directors is
      22       referred to what is in Dutch, yes.
      23       Q.   You agree with Mr. Haeck?
      24       A.   Yes.
      25       Q.   And do you think maybe the point
209: 1        of KBC officers sitting on ADB's Board
      2        of Directors is to protect KBC's
      3        interest?
      4              MS. GREDD:  Objection to form.
      5        A.   I have totally no insight in how
      6        it is structured and what is the
      7        meaning of their presence there. I
      8        don't know.
```

**Pg: 211 Ln: 16 - Pg: 215 Ln: 11**

**Annotation:**

```
211:16        Q.   Would you look at paragraph 9 of
      17       Mr. Haeck's Declaration?
      18       A.   Yes.
      19       Q.   Do you see where he states "KBC
      20       has de minimus business dealings with
      21       Lazare, or its subsidiary Lazare Kaplan
      22       Belgium."
      23       A.   Yes.
      24       Q.   Is that an accurate description
      25       in your view of the extent of KBC's
212: 1        business dealings with Lazare, de
      2        minimus?
      3              MS. GREDD:  Objection to form.
      4        A.   Yes.
      5        Q.   And do you see the reference at
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

Pg: 211 Ln: 16 - Pg: 215 Ln: 11 continued...

**Annotation:**

```
212:  6    the end of the paragraph to "such
      7    transactions cleared through Antwerp
      8    Bank's account at KBC's New York
      9    branch"?
     10    A.    A-huh.
     11    Q.    Do you know what account
     12    Mr. Haeck is referring to?
     13    A.    I think I already answered that
     14    question also a bit before, but I will
     15    tell you, no.
     16    Q.    Well, does that indicate -- does
     17    that statement by Mr. Haeck, which in a
     18    Declaration that you represented to the
     19    United States District Court was true
     20    and accurate, does that reference to
     21    ADB's account at KBC's New York branch
     22    refresh your recollection at all as to
     23    whether ADB had an account of any kind
     24    at KBC New York?
     25         MS. GREDD:  Objection to form.
213:  1    A.    I don't know.
      2    Q.    You don't have a view one way or
      3    another?
      4         MS. GREDD:  Objection to form.
      5    A.    No. I think you like me to have
      6    a view but I don't have a view, no.
      7    Q.    Well, when you signed this --
      8    A.    I didn't sign this.
      9    Q.    Let me finish.
     10         When you signed your
     11    Declaration --
     12    A.    Yes.
     13    Q.    -- in which you represented to
     14    the United States District Court that
     15    Mr. Haeck's Declaration was true and
     16    accurate did you ask anyone what this
     17    reference to ADB's account at KBC New
     18    York referred to?
     19         MS. GREDD:  Objection to form.
     20    A.    I don't remember but I would say
     21    no.
     22    Q.    Do you know where the business
     23    records that reflect the payments made
     24    by KBC New York on behalf of Lazare are
     25    maintained?
214:  1    A.    What is the question?
      2    Q.    Do you know where the --
      3    A.    Business records?
      4    Q.    -- bank records reflecting the
      5    payments made by KBC New York on behalf
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 211 Ln: 16 - Pg: 215 Ln: 11** continued...

**Annotation:**

```
214: 6      of Lazare through Lazare's KBC's bank
      7      account, do you know where those
      8      records are maintained?
      9           MS. GREDD:  Objection to form.
     10      A.    Are you referring to transfers
     11      through the zero balance account?
     12      Q.    Let's start with that.
     13      A.    Start with that. I don't know.
     14      Q.    Do you consider those records to
     15      be clerical records or more than
     16      clerical records?
     17           MS. GREDD:  Objection to form.
     18      A.    I don't understand the word
     19      "clerical".
     20      Q.    What kind of record would ADB
     21      maintain with respect to either
     22      payments out of Lazare's bank accounts
     23      at KBC New York or payments into
     24      Lazare's bank account at KBC New York?
     25      A.    Which documentation we would --
215: 1      Q.    Yes.
      2      A.    No.
      3      Q.    No idea?
      4      A.    No.
      5      Q.    Do you know which documentation
      6      KBC New York would maintain with
      7      respect to either payments into
      8      Lazare's account or payments out of
      9      Lazare's account?
     10           MS. GREDD:  Objection to form.
     11      A.    No.
```

**Pg: 215 Ln: 12 - 23**

**Annotation:**

```
215:12      Q.    Would you look at Exhibit 56,
     13      right before the Service Level
     14      Agreement in binder 2?
     15           Do you recognize this document?
     16      A.    I think I do, yes.
     17      Q.    It appears to be a letter sent
     18      by Philippe Loral to Greg Boston at KBC
     19      New York branch?
     20      A.    It appears so, yes.
     21      Q.    And it's dated September 4,
     22      2000?
     23      A.    Yes.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 216 Ln: 3 - Pg: 222 Ln: 5**

**Annotation:**

```
216: 3              Do you know what this letter is
      4      about?
      5      A.    I read in the title SLA from
      6      October 15, 1999, "KBC Bank New York
      7      branch ADB practical organization."
      8      Q.    And do you understand that title
      9      to refer to the Service Level Agreement
     10      that's contained in Plaintiff's Exhibit
     11      57?
     12      A.    Yes.
     13      Q.    And this letter then is
     14      approximately a year, give or take,
     15      after the date of the Service Level
     16      Agreement.  Is that correct?
     17      A.    Yes.
     18      Q.    And when did you see this
     19      document for the first time?
     20      A.    When?
     21      Q.    When.
     22      A.    I don't remember.
     23      Q.    Did you see it prior to -- prior
     24      to your preparation for today's
     25      deposition?
217: 1      A.    Yes, I did.
      2      Q.    Can you give me an approximate
      3      year in which you saw this document?
      4      A.    I would think 2012.
      5      Q.    And how did you come to see the
      6      document?
      7      A.    I think we -- I think I obtained
      8      it because I asked for it.
      9      Q.    Who did you ask?
     10      A.    The person? I think it was -- we
     11      obtained it through KBC New York but
     12      exact person, I don't know.
     13      Q.    Why did you ask to see the
     14      document?
     15      A.    It was after Mr. Moryto's --
     16      reading Mr. Moryto's Declaration that
     17      we asked for these documents.
     18      Q.    Who is the "we" that you are
     19      referring to?
     20      A.    Me. Me.
     21      Q.    Your testimony is you asked
     22      somebody at KBC. Was it KBC New York?
     23      A.    KBC New York, I said, yes.
     24      Q.    And you asked to see this
     25      particular document or did you ask for
218: 1      a category of documents?
      2      A.    I don't think I specified, but
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 216 Ln: 3 - Pg: 222 Ln: 5** continued...

**Annotation:**

| | |
|---|---|
| 218: 3 | that I don't remember. I don't remember |
| 4 | how I phrased my request. |
| 5 | Q.    And when you say you asked for |
| 6 | that document at or about the time -- |
| 7 | well, did you ask for that document in |
| 8 | order to prepare a response to |
| 9 | Mr. Moryto's Declaration? |
| 10 | A.    That I don't remember. |
| 11 | Q.    Was there something in |
| 12 | Mr. Moryto's Declaration that you |
| 13 | wanted to respond to in some way? |
| 14 | A.    Yes. |
| 15 | Q.    What, in his Declaration, were |
| 16 | you looking to respond to? |
| 17 | A.    I think it would have been the |
| 18 | Declaration that I would have |
| 19 | intentionally not mentioned the |
| 20 | existence of a KBC account in my prior |
| 21 | Declaration. Yes. |
| 22 | Q.    And what is it that you asked |
| 23 | the person at KBC New York to provide |
| 24 | to you? |
| 25 | A.    I already told you that I don't |
| 219: 1 | remember what I exactly asked or how |
| 2 | did I phrase my request. |
| 3 | Q.    But you received from that |
| 4 | person a copy of this document.  Is |
| 5 | that correct? |
| 6 | A.    In my recollection, yes. |
| 7 | Q.    And did you refer to this |
| 8 | document in any Declaration that you |
| 9 | signed in response to Mr. Moryto's |
| 10 | Declaration? |
| 11 | A.    As far as I know, specific |
| 12 | reference to this document? I would say |
| 13 | no, but then I have to go in detail |
| 14 | through my Declarations. |
| 15 | Q.    Well, did this -- is there |
| 16 | something in this document that you |
| 17 | felt responded to Mr. Moryto's |
| 18 | Declaration? |
| 19 | A.    Specific in this document? |
| 20 | Q.    Yes. |
| 21 | A.    But we were just -- because |
| 22 | Mr. Moryto, let's say, in his |
| 23 | Declaration was pointing out that he |
| 24 | only had a bank account at New York KBC |
| 25 | or that Lazare only had a bank account |
| 220: 1 | at KBC New York, we were investigating |
| 2 | that in general. |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 216 Ln: 3 - Pg: 222 Ln: 5** continued...

**Annotation:**

```
220: 3        Q.    And the "we", again, is you?
     4        A.    Me. Yeah.
     5        Q.    And did you discuss this
     6   document with anyone after you received
     7   it?
     8            MS. GREDD:  Let me caution you
     9   here, since we are in a time when there
    10   was pending litigation, not to reveal
    11   communications with counsel or
    12   communications with other employees
    13   that were part of the information
    14   gathering process by counsel or at the
    15   direction of counsel.
    16        A.    I don't even remember if I
    17   discussed. I suppose, but...
    18        Q.    Did you ever discuss this
    19   document with Philippe Loral?
    20        A.    No.
    21        Q.    Or with Greg Boston?
    22        A.    No.
    23        Q.    And do you understand what's
    24   handwritten in the document?
    25            MS. GREDD:  Objection to form.
221: 1        A.    Understand, it's again more in
     2   detail saying how in the system of the
     3   zero balance account would actually
     4   work.  So as you go to the
     5   generalities, yes, but if you are going
     6   to ask me questions about the details
     7   and the operational things and my
     8   answers will be -- will become again
     9   that I don't know.
    10        Q.    Well, let's give it a try.
    11        A.    A try?
    12        Q.    Directing your attention to
    13   paragraph 1 entitled "Startup".
    14        A.    Yes.
    15        Q.    Do you see where it's written
    16   "Client signs a document in which he
    17   gives the authorization to KBC NY and
    18   Antwerp Diamantbank NV head office to
    19   ABD HO to exchange accounts and credit
    20   facility information concerning his
    21   relations with both banks, etcetera. Do
    22   you see where I'm reading from?
    23        A.    Yes.
    24        Q.    Do you know what the document
    25   that the client signs under this
222: 1   provision of the letter is?
     2        A.    I would understand it as
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 216 Ln: 3 - Pg: 222 Ln: 5** continued...

    **Annotation:**

```
222: 3      referring to the routing instruction.
     4      Q.    Is that Plaintiff's Exhibit 55?
     5      A.    Yes.
```

**Pg: 228 Ln: 8 - 10**

    **Annotation:**

```
228: 8            Would you turn to Exhibit 49,
     9      which is your first binder?
    10      A.    Yes.
```

**Pg: 233 Ln: 17 - Pg: 234 Ln: 13**

    **Annotation:**

```
233:17      Q.    And would you flip forward to
    18      the general conditions for banking
    19      operations that follow in this exhibit,
    20      the credit conditions?
    21      A.    Okay. Yes.
    22      Q.    And the second page of the
    23      banking conditions, Article 8, do you
    24      see the statement that reads "This
    25      statement of account is issued for
234: 1      confirmation and/or verification of the
     2      transaction"? Do you understand the
     3      statement of account referred to in
     4      Article 8 to be the --
     5      A.    The bank statement or the
     6      account --
     7      Q.    The documents that was included
     8      in Plaintiff's Exhibit 49.
     9      A.    The activity report?
    10      Q.    What you call an activity
    11      report, yes.
    12      A.    Which is not an account.  The
    13      bank statement, I would say yes.
```

**Pg: 238 Ln: 14 - Pg: 241 Ln: 3**

    **Annotation:**

```
238:14      Q.    Would you turn to Exhibit 115
    15      which is your big binder? 1-1-5. So
    16      this is your --
    17      A.    Wait. I'm not there yet. Sorry.
    18      Q.    Is this your April 4, 2012
    19      Declaration that you reviewed this
    20      morning, and directing your attention
    21      to paragraph 7?
    22      A.    A-hum.
    23      Q.    Do you see the last sentence
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 238 Ln: 14 - Pg: 241 Ln: 3** continued...

**Annotation:**

```
238:24      where you wrote, "In 2000 Lazare
    25      applied to Antwerp Bank for a line of
239: 1      credit and in December, 2000 Lazare's
     2      credit line application was approved in
     3      Antwerp and Antwerp Bank opened an
     4      account in the name of Lazare." Do you
     5      see where you wrote that?
     6      A.    Yes.
     7      Q.    Again, you weren't working at
     8      ADB in December of 2000, correct?
     9      A.    That's correct. Yes.
    10      Q.    So you don't have any firsthand
    11      knowledge one way or another regarding
    12      what Lazare did in December of 2000,
    13      correct?
    14            MS. GREDD:  Objection to form.
    15      A.    This is a bit strange. I don't
    16      know when exactly it happened, but in
    17      our safes in the bank these documents
    18      do appear. It's not that the document
    19      doesn't exist.
    20      Q.    No.  I'm just asking if you have
    21      any firsthand knowledge of what Lazare
    22      did in December, 2000.
    23            MS. GREDD:  Objection to form.
    24      A.    Okay.  But --
    25      Q.    The answer is no?
240: 1      A.    No.
     2      Q.    And what does it mean that
     3      Lazare applied for a line of credit?
     4      What kind of line of credit did Lazare
     5      apply for, to your understanding, in
     6      December, 2000?
     7      A.    I don't have firsthand
     8      knowledge, of course.
     9      Q.    So based on what you do know --
    10      A.    What I do know, it's because it
    11      refers to credit confirmation, that as
    12      I said that do exist, it's an overdraft
    13      facility and credit account.
    14      Q.    Did Lazare apply for a working
    15      line of credit?
    16            MS. GREDD:  Objection to form.
    17      A.    I don't know.
    18      Q.    Do you know what a working line
    19      of credit is?
    20            MS. GREDD:  Objection to form.
    21      A.    No.
    22      Q.    Working capital line of credit?
    23            MS. GREDD:  Objection to form.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 238 Ln: 14 - Pg: 241 Ln: 3** continued...

**Annotation:**

```
240:24      A.    No.
    25      Q.    Have you ever heard of a working
241: 1   capital line of credit?
     2            MS. GREDD:  Objection to form.
     3      A.    No.
```

**Pg: 241 Ln: 4 - Pg: 242 Ln: 23**

**Annotation:**

```
241: 4      Q.    And moving to paragraph -- sorry
     5   -- tab 117 which is your reply
     6   Declaration of --
     7      A.    117?
     8      Q.    Yes. Of your reply Declaration
     9   of June 14, 2012? Did we mark that as
    10   an exhibit? We did.
    11      A.    Yes.
    12      Q.    And in particular, paragraph 3.
    13   Do you see where you wrote, "Lazare was
    14   required to open the Lazare Antwerp
    15   Bank account in order to establish and
    16   utilize a credit facility with Antwerp
    17   Banks because as is the custom and
    18   practice at Antwerp Bank, Lazare's
    19   credit facility was structured as an
    20   overdraft facility associated with the
    21   bank account."
    22      A.    A-hum.
    23      Q.    And later on in paragraph 10 do
    24   you see a reference there to "the
    25   custom and practice of Antwerp Bank in
242: 1   extending credit"? Do you see that in
     2   your Declaration?
     3      A.    Yes.
     4      Q.    So, is there a law of some kind
     5   in Belgium that requires a borrower to
     6   open a bank account in order to obtain
     7   a loan?
     8      A.    I don't know of any loan but it
     9   is the custom in the bank that you
    10   cannot access your facility without
    11   having a bank account.
    12      Q.    But you're not aware of any law
    13   that requires that?
    14      A.    Of any law?
    15      Q.    Yes.
    16      A.    No.
    17      Q.    Is there a banking regulation of
    18   any kind in Belgium that requires a
    19   customer to open a bank account in
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 241 Ln: 4 - Pg: 242 Ln: 23** continued...

**Annotation:**

```
242:20    order to obtain a loan?
    21    A.    In general?
    22    Q.    Yes.
    23    A.    I don't know.
```

**Pg: 244 Ln: 18 - Pg: 249 Ln: 1**

**Annotation:**

```
244:18        Q.    That is the basis. Okay. And did
    19    anyone at ADB, to your knowledge, ever
    20    explain to Lazare the bank's custom and
    21    practice with respect to the need to
    22    open Belgian bank account in connection
    23    with the credit facility? And again, I
    24    understand you weren't at the bank
    25    prior to August of 2001, but to your
245: 1    knowledge?
     2        A.    I don't know of personal
     3    knowledge but I see that all these
     4    documents appear in our client files,
     5    so that makes me believe that someone
     6    would have asked to open the account,
     7    yes. What they explained, that I don't
     8    know, but the papers do exist.
     9        Q.    Apart from the existence of the
    10    papers, do you have any --
    11        A.    I was not there at the time.
    12        Q.    Okay. Was it ADB's custom and
    13    practice to require personal guarantees
    14    from the principal owners of a
    15    customer?
    16        A.    Can you repeat that question,
    17    please?
    18        Q.    Was it ADB's custom and practice
    19    to require personal guarantees from the
    20    customer from the principal owners of a
    21    customer?
    22        A.    As to what, a security for a
    23    credit facility granted?
    24        Q.    Let's start with that.
    25        A.    So as a security for a credit
246: 1    facility that ADB is willing to grant?
     2        Q.    Yes.
     3        A.    That's normally the case, yes.
     4        Q.    And did ADB, in fact, require
     5    personal guarantees from Lazare in
     6    connection with the Lazare credit
     7    facility?
     8        A.    I cannot say if we didn't
     9    require.  I only can say that we did
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 244 Ln: 18 - Pg: 249 Ln: 1** continued...

**Annotation:**

```
246:10      not obtain them, yes.
    11         Q.    Was it ADB's custom and practice
    12      to require or obtain collateral in
    13      connection with loans that it made?
    14         A.    Collateral?
    15         Q.    Yes.
    16         A.    Meaning? I think it's very
    17      vague, your question, so --
    18         Q.    Do you know what collateral
    19      means?
    20         A.    Collateral, yes.
    21         Q.    So was it ADB's custom and
    22      practice to require collateral in
    23      connection with credit facilities
    24      extended to customers?
    25         A.    I think you will -- I think you
247: 1      will have to divide your question
     2      because as I think you know and the
     3      customer know there is a difference in
     4      granting credit facilities to customers
     5      located in Antwerp and customers
     6      located in New York because of the
     7      limits that you face with having a New
     8      York rep office, yes.
     9         Q.    Well, let's stay with that for a
    10      second.
    11         A.    Yes.
    12         Q.    Did ADB obtain collateral in
    13      connection with the Lazare credit
    14      facility?
    15            MS. GREDD:  Objection to form.
    16         Q.    Was it an unsecured loan
    17      facility?
    18         A.    It was an unsecured loan, yes.
    19         Q.    So they did not obtain
    20      collateral. As a general rule, did ADB
    21      look to obtain collateral from diamond
    22      clients who borrowed money from the
    23      bank?
    24            MS. GREDD:  Objection to form.
    25         A.    But do you refer to the fact
248: 1      that in Antwerp we finance specific
     2      transactions, is that what you refer
     3      at?
     4         Q.    Well, you tell me.
     5         A.    No. I'm asking to which question
     6      I have to answer, because it's not
     7      clear.
     8         Q.    Is it your testimony that ADB
     9      requires collateral from clients in
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 244 Ln: 18 - Pg: 249 Ln: 1** continued...

**Annotation:**

| | |
|---|---|
| 248:10 | Antwerp to whom it extends credit |
| 11 | facilities? |
| 12 | MS. GREDD:  Objection to form. |
| 13 | A.    It's part of the modalities and |
| 14 | it -- it depends on which client.  So |
| 15 | it's depending, but yes. |
| 16 | Q.    And with respect to clients in |
| 17 | New York does ADB require collateral? |
| 18 | A.    According to my recollection, |
| 19 | it's based on a borrowing base, yes, |
| 20 | certificate. |
| 21 | Q.    It's based on a Borrowing Base |
| 22 | Certificate? And do you consider a |
| 23 | Borrowing Base Certificate to be |
| 24 | collateral? |
| 25 | A.    No, but then you see which |
| 249: 1 | transactions happen. |

**Pg: 250 Ln: 23 - Pg: 251 Ln: 1**

**Annotation:**

| | |
|---|---|
| 250:23 | Q.    Are there any written procedures |
| 24 | regarding the opening of bank accounts |
| 25 | at ADB dating back to 2000 and 2001? |
| 251: 1 | A.    That I don't know. |

**Pg: 252 Ln: 1 - Pg: 256 Ln: 10**

**Annotation:**

| | |
|---|---|
| 252: 1 | Q.    When ADB opens a bank account |
| 2 | for a customer does it provide the |
| 3 | customer with any standardized forms or |
| 4 | templates or written instructions |
| 5 | specifying how the customer can access |
| 6 | its bank account? |
| 7 | MS. GREDD:  Objection to form. |
| 8 | A.    How it can access? |
| 9 | Q.    How can it use its bank account. |
| 10 | A.    I don't know. |
| 11 | Q.    Did you ever see a notice to |
| 12 | Lazare from ADB confirming that a bank |
| 13 | account at ADB had been opened for |
| 14 | Lazare in Belgium? |
| 15 | A.    If they would have been noticed |
| 16 | on paper? |
| 17 | Q.    Did you ever see a written |
| 18 | notice of any kind? |
| 19 | A.    I don't know. |
| 20 | Q.    Do you know whether ADB provided |
| 21 | Lazare with checks for a bank account |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 252 Ln: 1 - Pg: 256 Ln: 10** continued...

**Annotation:**

```
252:22        in Belgium, written checks?
      23      A.    I don't know.
      24      Q.    Do you know if ADB provided
      25  Lazare with deposit slips for an
253: 1  account in Belgium?
       2      A.    Deposit slips?
       3      Q.    Yes.
       4      A.    Meaning?
       5      Q.    Do you have an understanding of
       6  what a deposit slip is?
       7      A.    No.
       8          MS. GREDD:  It's so last
       9  century.
      10          MR. SULLIVAN:  It's your client.
      11      Q.    How about e-banking access
      12  forms, did ADB ever provide Lazare with
      13  e-banking access forms?
      14      A.    I don't know.
      15      Q.    You don't know. Would you look
      16  at Exhibit 74 and tell me whether you
      17  can identify the document in that
      18  exhibit?
      19      A.    74?
      20      Q.    7-4.
      21          (Plaintiff's Exhibit 74, was
      22  received and marked on this date for
      23  identification.)
      24      Q.    Can you identify this document?
      25      A.    It says "Agreement ADB E-Banking
254: 1  Registration Form."
       2      Q.    Beyond what the document says,
       3  have you ever seen this form of
       4  document before?
       5      A.    If I saw the form?
       6      Q.    Yes. This kind of document.
       7      A.    Yes.
       8      Q.    What is it?
       9      A.    It's an agreement regarding the
      10  possibility to use e-banking.
      11      Q.    And turning to the third page,
      12  do you see the name of Lazare Kaplan
      13  Belgium NV, middle of the page?
      14      A.    Yes.
      15      Q.    Does that suggest to you this is
      16  an agreement between ADB and LKB
      17  regarding the use of e-banking at ADB?
      18      A.    Yes.
      19      Q.    And do you have any idea why ADB
      20  did not provide Lazare with a similar
      21  agreement regarding the use of
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 252 Ln: 1 - Pg: 256 Ln: 10** continued...

**Annotation:**

```
254:22    e-banking?
    23    A.    I don't know.
    24    Q.    Would you turn to the next
    25    document 75?
255: 1    A.    Yes.
     2    Q.    Do you recognize this document?
     3         (Plaintiff's Exhibit 75, was
     4    received and marked on this date for
     5    identification.)
     6    A.    No.
     7    Q.    Does this document appear to you
     8    to pertain to the use of secured e-mail
     9    by clients with bank accounts at ADB?
    10    A.    It says "regulations, secured
    11    e-mail, ADB position clientele."
    12    Q.    Are you familiar at all with the
    13    availability of secured e-mail
    14    services --
    15    A.    No.
    16    Q.    -- at ADB? Do you know what a
    17    key fob for electronic access to a bank
    18    is?
    19    A.    No.
    20    Q.    Never heard of a key fob?
    21    A.    No.
    22    Q.    Turning to the next document,
    23    76.
    24         (Plaintiff's Exhibit 76, was
    25    received and marked on this date for
256: 1    identification.)
     2    Q.    Were you aware that ADB entered
     3    into agreements concerning the use of
     4    telefax with customers who opened bank
     5    accounts at ADB?
     6    A.    No.
     7    Q.    Okay. And do you know whether
     8    ADB ever offered such an agreement to
     9    Lazare?
    10    A.    I don't know.
```

**Pg: 269 Ln: 18 - 25**

**Annotation:**

```
269:18    Q.    So how many -- at the end of the
    19    day how many different bank accounts
    20    did Lazare -- does ADB contend Lazare
    21    opened in Belgium?
    22    A.    One.
    23    Q.    One account and that account was
    24    not a subaccount, it was an account?
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 269 Ln: 18 - 25** continued...

    **Annotation:**
```
269:25      A.    An account.
```

**Pg: 271 Ln: 7 - Pg: 272 Ln: 19**

    **Annotation:**
```
271: 7      Q.    So staying with Plaintiff's
      8  Exhibit 128 in your big binder for the
      9  moment.
     10      A.    128?
     11      Q.    Yes.  The document we were
     12  discussing.
     13      A.    Yes.
     14      Q.    How many U.S. dollar accounts is
     15  a customer allowed to open at ADB in
     16  Belgium?
     17      A.    I don't know.
     18      Q.    Well, is it possible for Lazare
     19  to have more than one U.S. dollar
     20  account under the number 4334?
     21          MS. GREDD:  Objection to form.
     22      A.    I don't know.
     23      Q.    And other than the number 4334,
     24  is there anything in this document that
     25  refers to Lazare?
272: 1      A.    It doesn't need to because
      2  everybody knows that it's referring to
      3  Lazare.
      4      Q.    Based on what?
      5      A.    Based on the four digits which
      6  in the bank identifies the client.
      7      Q.    So my question is, apart from
      8  that number, is there any entry in this
      9  document that refers to Lazare?
     10          MS. GREDD:  Objection to form.
     11      A.    It all refers to Lazare.
     12      Q.    What else refers to Lazare?
     13      A.    The whole document --
     14      Q.    No. Identify, let's use the word
     15  identify as Lazare.
     16          Apart from 4334, is there any
     17  entry or word in this document that
     18  identifies Lazare?
     19      A.    No.
```

**Pg: 273 Ln: 24 - Pg: 276 Ln: 5**

    **Annotation:**
```
273:24      Q.    And would you turn to Exhibit
     25  117, which is your June 4, 2012
274: 1  Declaration, and in paragraph 2 do you
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 273 Ln: 24 - Pg: 276 Ln: 5** continued...

**Annotation:**

```
274: 2      see where you wrote on top of page 2
     3      "And thereafter established bank
     4      account 4334 in Lazare's name
     5      etcetera"?
     6      A.    Yes.
     7      Q.    Now, if you look at -- leave
     8      this open but turn to Exhibit 23 in
     9      binder 1.
    10      A.    Yes.
    11      Q.    What is the account number in
    12      Exhibit 23 that's indicated there for
    13      Lazare?
    14      A.    The account number?
    15      Q.    Yes. The upper right-hand
    16      corner, first page?
    17      A.    4345.
    18      Q.    And this is in August of 2001,
    19      this document? Is that the date?
    20      A.    That's the date, yes.
    21      Q.    And can you explain why ADB's
    22      August 2001 document indicated that
    23      Lazare's account number was 4345 and
    24      not 4334?
    25      A.    It's obvious a mistake of the
275: 1      one who writes the memo.
     2      Q.    Who wrote the memo?
     3      A.    As far as I can see the initials
     4      PD are mentioned, so I would suppose
     5      Peter Driesen.
     6      Q.    Would you turn to Exhibit 132 in
     7      your big binder? Put a little place
     8      mark next to 117 because we're going to
     9      come back to it. Get rid of that one
    10      and get the big one.
    11      A.    So now I'm going to --
    12      Q.    -- 132. And -- are you there?
    13      Drawing your attention to the upper
    14      right-hand corner, what is the date of
    15      this document?
    16            (Plaintiff's Exhibit 132, was
    17      received and marked on this date for
    18      identification.)
    19      A.    Is it February 14, 2001?
    20      Q.    Okay. And what is the account
    21      number that's indicated to the right of
    22      Lazare's name?
    23      A.    4345.
    24      Q.    Okay. And again, is this a
    25      mistake in this document, that
276: 1      reference to that account number?
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 273 Ln: 24 - Pg: 276 Ln: 5** continued...

**Annotation:**
```
276: 2      A.    Yes.
     3      Q.    Okay. How many digits are there
     4   in a bank account number in Belgium?
     5      A.    12.
```

**Pg: 277 Ln: 25 - Pg: 280 Ln: 4**

**Annotation:**
```
277:25      Q.    So look at Exhibit 24 in binder
278: 1   1, if you would? It's right after the
     2   23 that we had opened before?
     3      A.    Which?
     4      Q.    24, 24 in binder 1.
     5      A.    Yes.
     6      Q.    Directing your attention to the
     7   upper left-hand corner of the document,
     8   do you see the number 4334?
     9      A.    Yes.
    10      Q.    And alongside of it what does it
    11   say?
    12      A.    Number customer.
    13      Q.    What does that mean, number
    14   customer, customer number?
    15      A.    So it identifies the number that
    16   identifies the accountholder with the
    17   bank number customer.
    18      Q.    Is a customer number a bank
    19   account number at ADB?
    20         MS. GREDD:  Objection to form.
    21      A.    Can you repeat the question?
    22      Q.    Does the term customer number or
    23   number customer or did the term
    24   customer number or number customer at
    25   ADB refer to a bank account number or
279: 1   something different?
     2         MS. GREDD:  Objection to form.
     3      A.    If I read this it refers to the
     4   bank account, yes.
     5      Q.    But as a general matter, does a
     6   customer -- did a customer number at
     7   ADB constitute a bank account number or
     8   something different?
     9         MS. GREDD:  Objection to form.
    10      A.    We always refer to those four
    11   digits and those four digits, they
    12   represent or they make the bank
    13   identify the client, yes, as a holder
    14   of that bank account.
    15      Q.    So the four digits allow the
    16   bank to identify the client. Is that
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

Pg: 277 Ln: 25 - Pg: 280 Ln: 4 continued...

**Annotation:**

```
279:17    correct?
   18            MS. GREDD:  Objection to form.
   19       A.    The client with this account
   20    number, yes.
   21       Q.    The client, which account
   22    number?
   23       A.    The 4334.
   24       Q.    So we're back to 4334 is an
   25    account number?
280: 1            MS. GREDD:  Objection to form.
    2       A.    We already explained it.
    3       Q.    Not so good.
    4       A.    No?
```

Pg: 282 Ln: 2 - Pg: 283 Ln: 20

**Annotation:**

```
282: 2       Q.    Will you turn back to Exhibit 68
    3    in binder 2?
    4       A.    68.
    5       Q.    Directing your attention to the
    6    notation account number in the upper
    7    left-hand side of this document.
    8       A.    Yes.
    9       Q.    What is the account number to
   10    the right of the bold typeface account
   11    number entry?
   12       A.    I will say all the numbers?
   13       Q.    Right.
   14       A.    640043340181.
   15       Q.    Okay. And can you explain by
   16    reference to this number what each of
   17    those digits refers to or groups of
   18    digits?
   19       A.    So the 640, as I explained
   20    before, reference and clarifies that
   21    it's regarding an account with ADB,
   22    then we always apply a 0 and then it's
   23    the four digit, which identify the
   24    accountholder, then we have the 01,
   25    which I explained before references to
283: 1    the fact that it concerns a U.S. dollar
    2    account, and then we have the 81, which
    3    it's the wrong check digit.
    4       Q.    What does that mean, "the wrong
    5    check digit"?
    6       A.    Apparently the one who filled
    7    out this document didn't know how to
    8    calculate the check digit because there
    9    exists a method to calculate it and
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 282 Ln: 2 - Pg: 283 Ln: 20** continued...

**Annotation:**

```
283:10      then he or she would automatically see
    11      that the check digit was wrong.
    12          Q.    Well, what was the procedure at
    13      ADB for assigning account numbers in --
    14      in 2000 or 2001, if you know?
    15          A.    I don't know.
    16          Q.    Well, while you were employed by
    17      ADB what was the procedure for
    18      assigning account numbers?
    19          A.    While I was employed? I don't
    20      know either.
```

**Pg: 284 Ln: 22 - Pg: 291 Ln: 5**

**Annotation:**

```
284:22          Do you know what account number
    23      was listed on Lazare's signature cards?
    24          A.    Can I have a look at it? Maybe
    25      we can have a look at it.
285: 1          Q.    So flip forward in your existing
     2      tab past the blue piece of paper.
     3          A.    Okay.
     4          Q.    It's what we call a blue slip.
     5          A.    Yes.
     6          Q.    What is the account number on
     7      that document?
     8          A.    I see the name number appearing.
     9          Q.    Oh, no, another mistake. It is a
    10      mistake, is that your testimony?
    11              MS. GREDD:   Objection to form.
    12      Move to strike.
    13          A.    Mistake. It's the check digit
    14      was wrong, but okay, it's only the
    15      check digit.
    16          Q.    What is the point of a signature
    17      card, by the way? What does the bank
    18      use this for, this document?
    19          A.    What it uses it for?
    20          Q.    Yes.
    21          A.    So you see it says name and
    22      first name and capacity, so that you
    23      know if documents are being signed, who
    24      could sign for the company in what
    25      capacity and how many signatures should
286: 1      apply.
     2          Q.    And where -- as a matter of
     3      general procedure, where did ADB keep
     4      or maintain signature cards signed by
     5      customers?
     6          A.    Where?
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 284 Ln: 22 - Pg: 291 Ln: 5** continued...

**Annotation:**

```
286: 7        Q.     Where in the bank.
     8        A.     As I told you before, it would
     9    be in the client file which would be at
    10    this particular time, be at the
    11    Secretarial Generale.  If we talk about
    12    now it would be at the administrative
    13    department within the credit
    14    department.
    15        Q.     And would ADB, as a matter of
    16    practice or procedure, would ADB
    17    authorize a transaction for a
    18    particular credit facility if the
    19    number indicated on the transaction
    20    documents didn't match the bank account
    21    number on the signature cards?
    22            MS. GREDD:  Objection to form.
    23        A.     I cannot answer that because I
    24    -- I am -- I don't know how these
    25    things work within the bank, so...
287: 1        Q.     Well, do you know whether this
     2    signature card that you are looking at
     3    was ever used by ADB in connection with
     4    any payments or disbursements requested
     5    by Lazare under its credit facility?
     6        A.     You mean if we would --
     7        Q.     -- have consulted this signature
     8    card --
     9        A.     -- to see who is allowed?  That
    10    I also don't know. I don't know.
    11        Q.     Do you know whether any
    12    transaction requested by Lazare was
    13    rejected because the account number on
    14    the signature card didn't match the
    15    bank account number assigned to Lazare
    16    at ADB?
    17        A.     We have to go a bit -- we have
    18    to go back in time. If you want to make
    19    payment transactions, then the account
    20    should exist, of course, yeah? And so
    21    this would never appear in the system
    22    because the system would bounce it
    23    because of the wrong check digit and
    24    would make the correction.
    25            So it's wrong on the card but it
288: 1    will never -- this account has -- with
     2    this check digit was not Lazare's
     3    account.
     4        Q.     When did you learn for the first
     5    time that the check digits on this
     6    signature card document and the other
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

Pg: 284 Ln: 22 - Pg: 291 Ln: 5 continued...

**Annotation:**

```
288:  7    two documents that you identified was
      8    incorrect?
      9    A.    I don't remember.
     10    Q.    Was it before or after the
     11    commencement of Lazare's lawsuit
     12    against ADB and KBC?
     13    A.    I suppose after.
     14    Q.    Do you know one way or another?
     15    A.    I don't think I was going to
     16    check Lazare's client file before, no.
     17    Q.    Do you know whether the bank
     18    records pertaining to the Lazare credit
     19    facility contain a note of any kind
     20    referencing the mistake in the check
     21    digits on the documents you've
     22    identified?
     23    A.    I don't know but I don't think
     24    so because we would not pay too much
     25    attention to the fact that it's wrong
289:  1    because it's only the check digits and
      2    the system would correct it itself,
      3    so...
      4    Q.    What does that mean "the system
      5    would correct itself?" What signature
      6    cards did ADB use to verify Lazare's
      7    payment requests?
      8    A.    What signature cards, payment
      9    request?
     10    Q.    If this signature card in front
     11    of you has the wrong check digit on it
     12    what signature card did the bank use?
     13    A.    I don't know, because I said I
     14    don't know what was the practice in the
     15    bank while these transactions happened,
     16    if they would check the signature card,
     17    yes or no.  So I cannot reply to that.
     18    Q.    And prior to consulting or
     19    becoming aware of the mistake in the
     20    check digit in connection with Lazare's
     21    lawsuit against ADB and KBC, you were
     22    not aware at any time of the mistake in
     23    the check digit in the different
     24    documents you've identified?
     25    MS. GREDD:  Objection to form.
290:  1    A.    I was not aware. I said how can
      2    you be aware of what is the content of
      3    a file if you did not consult the file?
      4    Q.    That's very metaphysical.
      5    MS. GREDD:  It's been a very
      6    metaphysical day.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 284 Ln: 22 - Pg: 291 Ln: 5** continued...

**Annotation:**

```
290: 7        Q.    Would you turn to tab 52, which
      8    is going to be in binder 1,
      9    unfortunately?  Do you recognize this
     10    document?
     11        A.    Yes, I do.
     12        Q.    What is this document?
     13        A.    It says in the title "Two months
     14    notice of termination of uncommitted
     15    credit facility."
     16        Q.    This is a December 28, 2009
     17    letter from Antwerp Diamond Bank to
     18    Lazare?
     19        A.    Yeah.
     20        Q.    Correct?
     21        A.    Yeah.
     22        Q.    And in this document Antwerp
     23    Bank gives notice of ADB's election to
     24    terminate the Lazare credit facility,
     25    correct?
291: 1        A.    Yes.
      2        Q.    And the notice is pursuant to
      3    Article 10 of the general credit
      4    granting provisions?
      5        A.    It says so, yes.
```

**Pg: 291 Ln: 25 - Pg: 292 Ln: 10**

**Annotation:**

```
291:25        Q.    Were you consulted about the
292: 1    decision to terminate the Lazare credit
      2    facility before this letter was sent to
      3    Lazare?
      4        A.    Consulted?
      5        Q.    Yes, by anyone at ADB.
      6        MS. GREDD:   Answer that "yes" or
      7    "no", but I would caution you not to
      8    reveal anything that would constitute
      9    privileged information.
     10        A.    I don't know.
```

**Pg: 292 Ln: 25 - Pg: 294 Ln: 13**

**Annotation:**

```
292:25        Q.    Do you know who prepared this
293: 1    document?
      2        A.    Yes.
      3        Q.    Who prepared the document?
      4        A.    It's one of our lawyers.
      5        Q.    In-house lawyers?
      6        A.    No. Outside.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

Pg: 292 Ln: 25 - Pg: 294 Ln: 13 continued...

**Annotation:**

```
293: 7        Q.    Outside lawyers? Who is the
     8    lawyer who prepared it?
     9           THE WITNESS:  Can I answer that
    10    question?
    11           MS. GREDD:  You can answer the
    12    name.
    13        A.    Paul Michaels.
    14        Q.    And who made the decision to
    15    terminate the credit facility?
    16        A.    Who made --
    17        Q.    Who at ADB made the decision?
    18        A.    As I explained before, the
    19    Credit Committee.
    20        Q.    And directing your attention to
    21    the second page of this exhibit --
    22        A.    Yes.
    23        Q.    -- you see the reference in the
    24    first box balance and overdraft
    25    account, and an account number?
294: 1        A.    Yes.
     2        Q.    Are the check digits in that
     3    account number mistaken?
     4        A.    I think it's a typo with a 1 and
     5    the 4.
     6        Q.    I'm sorry. I don't understand
     7    your testimony. Are you referring to
     8    the last two --
     9        A.    The check digits.
    10        Q.    18?
    11        A.    18, yes.
    12        Q.    And what should those digits be?
    13        A.    If I remember it correctly, 48.
```

Pg: 306 Ln: 13 - Pg: 312 Ln: 7

**Annotation:**

```
306:13        Q.    Would you turn to -- turn back
    14    to your June 14, 2012 Declaration,
    15    which is -- that's a good question.
    16           MS. GREDD:  117.
    17           MR. SULLIVAN:  What is it?
    18           MS. GREDD:  117.
    19        Q.    Directing your attention to
    20    paragraph 14 of your Declaration and
    21    the last sentence in particular where
    22    you wrote "And once again, those
    23    transactions were mirrored in the
    24    Lazare Antwerp Bank account, which
    25    showed credits of $142,504.95 and
307: 1    $2,500,000 posted on January 29, 2008".
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

Pg: 306 Ln: 13 - Pg: 312 Ln: 7 continued...

**Annotation:**

```
307: 2      Do you see where you wrote that?
      3      A.      Yeah.
      4      Q.      And can you explain what you
      5      meant when you said those transactions
      6      were mirrored in the Lazare Antwerp
      7      Bank account?
      8      A.      It's what we discussed before
      9      while discussing the zero balance
     10      account, it's always the same things
     11      that at the end of the day the balance
     12      would become zero and then the funds
     13      would go -- would be automatically
     14      transferred to the account of the
     15      client with ADB.
     16      Q.      Now, you're referring in this
     17      paragraph to a transfer or sweep of two
     18      credits into the Lazare Antwerp Bank
     19      account, that is the prior sentence. Do
     20      you see that?
     21      A.      Yes.
     22      Q.      And you're saying that Lazare's
     23      KBC New York account reflected those
     24      two credits representing transfers
     25      received from third parties.
308: 1          So is your testimony that with
      2      respect to those credits or with
      3      respect to credits, Lazare's bank
      4      account in Belgium mirrored the
      5      activity in Lazare's bank account at
      6      KBC New York? Is that what you're
      7      stating in this Declaration?
      8      A.      No. I'm stating that.  So in the
      9      zero balance account apparently at that
     10      date two payments came in.  So it's a
     11      positive balance that would be
     12      transferred at the end of the day to
     13      the account with ADB and so indeed, the
     14      outstanding withdrawals under the
     15      credit facility with ADB would be
     16      reduced with the same amount.
     17      Q.      And where do you derive your
     18      understanding of how that procedure --
     19      of that procedure?
     20      A.      Are we going again to the
     21      technical things of which I already --
     22      Q.      Yes.
     23      A.      -- told you I don't know 35
     24      times that I don't know exactly how
     25      operationally it worked, but we could
309: 1      see maybe if we look at account
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

Pg: 306 Ln: 13 - Pg: 312 Ln: 7 continued...

**Annotation:**

| 309: | 2 | statements of Antwerp Diamond Bank an |
|---|---|---|
| | 3 | account of Lazare, we will see that it |
| | 4 | will be the plus we will see on the |
| | 5 | account statement reducing the |
| | 6 | outstanding balance. |
| | 7 | Q.    Did you prepare -- did you write |
| | 8 | this Declaration yourself, Ms. Snyers? |
| | 9 | A.    No. |
| | 10 | Q.    Was this written for you by |
| | 11 | someone else? |
| | 12 | A.    Written for me? |
| | 13 | MS. GREDD:  Objection to form. |
| | 14 | A.    Written for me? |
| | 15 | Q.    Was this prepared by someone |
| | 16 | other than you? |
| | 17 | A.    Written for me, I can -- I can |
| | 18 | read for myself and so these things |
| | 19 | normally I think are drafted by counsel |
| | 20 | and then if you read it, it's indeed -- |
| | 21 | changes are being made and then it |
| | 22 | becomes indeed the document that I |
| | 23 | signed. |
| | 24 | Q.    And who drafted this document? |
| | 25 | MS. GREDD:  Objection to form. |
| 310: | 1 | Asked and answered. |
| | 2 | A.    Mrs. Gredd. |
| | 3 | Q.    And is it correct that all of |
| | 4 | the Declarations that you submitted in |
| | 5 | this case, that would be dated April |
| | 6 | 24, 2014, July 23, 2012 -- |
| | 7 | A.    Is this the one that we were -- |
| | 8 | Q.    -- June 14, 2012 and April 4, |
| | 9 | 2012, the four Declarations? |
| | 10 | A.    Can I see? |
| | 11 | Q.    I can give you the account |
| | 12 | numbers, the exhibit numbers.  It would |
| | 13 | be 115, 117, 119 and 120. |
| | 14 | A.    119 and 120, we didn't -- |
| | 15 | (Plaintiff's Exhibit 119, was |
| | 16 | received and marked on this date for |
| | 17 | identification.) |
| | 18 | (Plaintiff's Exhibit 120, was |
| | 19 | received and marked on this date for |
| | 20 | identification.) |
| | 21 | Q.    Would you take a look at those, |
| | 22 | please? |
| | 23 | A.    Because 115 and 117 we already |
| | 24 | -- yeah.  What was the question about |
| | 25 | these? |
| 311: | 1 | Q.    Did Ms. Gredd prepare all of |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 306 Ln: 13 - Pg: 312 Ln: 7** continued...

**Annotation:**

```
311: 2      those Declarations for your signature?
      3      A.    Prepare, do you mean drafted so
      4      that I could review it and that I would
      5      hope it was the document that I wanted
      6      to sign?
      7      Q.    Yes.
      8      A.    I still have to look at.
      9            MS. GREDD:  And Chris, your
     10      question includes all four
     11      Declarations, including the first going
     12      through the last?
     13            MR. SULLIVAN:  Yes. The four
     14      that were submitted in this lawsuit.
     15      A.    No, they were not.
     16      Q.    I'm sorry?
     17      A.    No, they were not.
     18      Q.    Was the first one drafted by
     19      Cynthia Okrent?
     20      A.    Indeed, yes.
     21      Q.    And the second, third and the
     22      fourth were drafted by Ms. Gredd?
     23      A.    Yes.
     24      Q.    Did you make changes in any of
     25      the Declarations before you signed
312: 1      them?
      2      A.    I suppose so, yes.
      3      Q.    Well, do you remember doing so?
      4      A.    I don't remember exactly what I
      5      will have changed but I know in my
      6      nature I will have changed something,
      7      yes.
```

**Pg: 321 Ln: 3 - 24**

**Annotation:**

```
321: 3      Q.    And would you look at Exhibit
      4      115 in your big binder? And this is
      5      your, once again, your April 4, 2012
      6      Declaration that we've been discussing
      7      earlier. Just turn to paragraph 25,
      8      which is on page 9, I believe.
      9            Do you see where you wrote,
     10      "Virtually all documents relating to
     11      Lazare and Lazare Belgium that are in
     12      Antwerp Bank's custody or control are
     13      located in Belgium, while documents
     14      relating to DD and KT that are in
     15      Antwerp's bank custody or control are
     16      located in Belgium."
     17            Have you seen or been involved
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 321 Ln: 3 - 24** continued...

**Annotation:**

```
321:18        in ADB's production of documents in
   19        this case?
   20        A.    In this case?
   21        Q.    In our litigation.
   22        A.    Yes.
   23        Q.    You have?
   24        A.    Yes.
```

**Pg: 322 Ln: 3 - 18**

**Annotation:**

```
322: 3        Q.    Are you aware -- withdrawn. Are
    4        you aware that over 70% of the pages
    5        that ADB produced in this lawsuit came
    6        from the files of the ADB New York
    7        office and its employees?
    8              MS. GREDD:  Objection to form.
    9        Q.    You can answer.
   10        A.    I don't know and it sounds very
   11        strange to me.
   12        Q.    Why does it sound strange to
   13        you?
   14        A.    Because I have digging from the
   15        cellar to, I don't know, the sixth
   16        floor for documentation in this regard.
   17        So it was me, not here, but in Antwerp,
   18        yes.
```

**Pg: 324 Ln: 3 - Pg: 331 Ln: 13**

**Annotation:**

```
324: 3        Q.    Well, when you wrote in your
    4        sworn Declaration that virtually all
    5        documents relating to Lazare are in --
    6        are located in Belgium?
    7        A.    Yes.
    8        Q.    Is that a true statement?
    9        A.    Yes.
   10        Q.    And you believe it to be true?
   11        A.    Yes.
   12        Q.    How do you explain then that
   13        over 70% of the documents that were
   14        produced came from the New York rep
   15        office --
   16              MS. GREDD:  Objection to form.
   17        Q.    -- of ADB?
   18        A.    That I cannot believe.
   19        Q.    You don't believe it. Okay.
   20        A.    No.
   21        Q.    Would you look at Exhibits 90,
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

Pg: 324 Ln: 3 - Pg: 331 Ln: 13 continued...

**Annotation:**

| | |
|---|---|
| 324:22 | the exhibits that run from 90 to 100 in |
| 23 | binder 2? |
| 24 | MS. GREDD: Are you asking the |
| 25 | witness to look at all -- |
| 325: 1 | Q. No. I'm asking you, I don't need |
| 2 | you to read the documents. I want for |
| 3 | you to flip through the Exhibits 90 to |
| 4 | 100, tell me whether you were involved |
| 5 | in producing these documents in the |
| 6 | course of this litigation? |
| 7 | I'll represent to you that these |
| 8 | documents came from the files of Marc |
| 9 | Weiss in New York. |
| 10 | A. It's possible but maybe I |
| 11 | produced the same in my file. I don't |
| 12 | know. I don't know how many thousands, |
| 13 | maybe ten thousands of pages I have |
| 14 | produced. So it seems very strange that |
| 15 | Marc would have more papers than in |
| 16 | head office Antwerp. |
| 17 | Q. And what was the basis of the |
| 18 | statement in paragraph 25 of your |
| 19 | Declaration that all documents relating |
| 20 | to DD and KT are located in Belgium? |
| 21 | These are documents in ADB's |
| 22 | possession, custody or control? |
| 23 | MS. GREDD: There I'm going to |
| 24 | object and say that we are beyond the |
| 25 | scope of this deposition, which is not |
| 326: 1 | related to DD and KT or document |
| 2 | production or preservation issues. |
| 3 | MR. SULLIVAN: Okay. We'll put |
| 4 | it on the list -- |
| 5 | MS. GREDD: On the list. |
| 6 | MR. SULLIVAN: -- for the Judge. |
| 7 | Q. If I direct your attention to |
| 8 | Exhibit 130, big binder. |
| 9 | (Plaintiff's Exhibit 130, was |
| 10 | received and marked on this date for |
| 11 | identification.) |
| 12 | Q. I'll represent to you that this |
| 13 | document, the documents in this |
| 14 | exhibit, Ms. Snyers, come from Diana |
| 15 | David's files in New York. |
| 16 | A. Okay. |
| 17 | Q. Do you know who Diana David is? |
| 18 | A. Yes. |
| 19 | Q. Who is she? |
| 20 | A. She was working at New York rep |
| 21 | office more I think in the |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

Pg: 324 Ln: 3 - Pg: 331 Ln: 13 continued...

**Annotation:**

```
326:22   administrative role.
   23        Q.    Do you recognize the document
   24    that begins on the second page to be a
   25    Borrowing Base Certificate?
327: 1        A.    I recognize the document. If I
    2    can -- everything on the document,
    3    that's another thing.  But I recognize
    4    it, yes.
    5        Q.    I'm only asking about the form
    6    of the document. Is this the type of
    7    document that Lazare prepared and
    8    submitted to ADB?
    9        A.    I would think so, yes.
   10        Q.    And was this type of document,
   11    this Borrowing Base Certificate, kept
   12    in New York, in the rep office of ADB
   13    or in ADB Belgium?
   14        A.    That I don't know but I would
   15    think -- if it's kept in New York then
   16    I don't know but I think it would have
   17    also been kept, if it's also kept in
   18    New York in the head office, yes.
   19        Q.    Well, the document is prepared
   20    in English, correct?
   21        A.    Yes.
   22        Q.    And do you know how frequently
   23    Lazare submitted Borrowing Base
   24    Certificates to ADB?
   25        A.    I don't know as from which
328: 1    period they submitted it but I think
    2    it's referred to as monthly Borrowing
    3    Base Certificates.
    4        Q.    Monthly?
    5        A.    Yes.
    6        Q.    And these documents --
    7    withdrawn.
    8             Would you turn to the next
    9    exhibit, 131? I'll represent to you
   10    that Plaintiff's Exhibit 131 was
   11    produced by ADB by Oakley Champine's
   12    files in the New York office of ADB.
   13             (Plaintiff's Exhibit 131, was
   14    received and marked on this date for
   15    identification.)
   16        A.    Okay.
   17        Q.    And do you see by reference to
   18    the first page of this document?
   19        A.    First page, yes.
   20        Q.    You see information regarding
   21    Lazare Kaplan Belgium and DD and KT,
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 324 Ln: 3 - Pg: 331 Ln: 13** continued...

**Annotation:**

```
328:22    very first page?
     23        A.    I will first have a look at it,
     24    okay?
     25            (Whereupon, the Deponent reviews
329: 1    the document.)
      2        A.    Yes.
      3        Q.    Do you see the first page of
      4    this document sets forth information
      5    relating to Lazare Kaplan Belgium and
      6    the companies known as DD Manufacturing
      7    and KT Collection?
      8        A.    Where do you see the reference
      9    to Lazare Kaplan Belgium?
     10        Q.    Let's stay with DD and KT for
     11    the moment.  Do you see the references
     12    on the first page to DD Manufacturing,
     13    the first paragraph, first e-mail,
     14    second e-mail, first and second
     15    paragraphs, third e-mail, middle
     16    paragraph all setting forth the
     17    information pertaining to DD
     18    Manufacturing?
     19        A.    I see DD. KT, I don't know.
     20        Q.    Let's stay with DD for the
     21    moment.
     22        A.    Okay.
     23        Q.    My question is simply, can you
     24    explain your statement in your
     25    Declaration that all documents relating
330: 1    to DD that are in Antwerp Diamond
      2    Bank's possession, custody or control
      3    are located in Belgium because this
      4    document came from New York?
      5            MS. GREDD:  Objection to form.
      6        A.    I must think that I'm talking
      7    about the DD side of the matter. This
      8    is relating to LKI, so I would think
      9    this will be in the LKI file, because
     10    it's LKI consolidated Borrowing Base
     11    Certificate. It's not because another
     12    client of the bank is named that the
     13    file would be or the papers would be
     14    all in New York. No. So I don't
     15    understand what you mean.
     16        Q.    Well, this document is sent by
     17    Mr. Oakley Champine to Mr. Philippe
     18    Loral?
     19        A.    In connection with, I suppose if
     20    I read it correctly, "I made the change
     21    below as you suggested", so I suppose
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 324 Ln: 3 - Pg: 331 Ln: 13** continued...

**Annotation:**

| | |
|---|---|
| 330:22 | he's preparing some kind of memo in the |
| 23 | LKI matter, and so he references other |
| 24 | people or other companies, yeah, that's |
| 25 | possible. |
| 331: 1 | Q.    And does this document indicate |
| 2 | to you that Mr. Champine and Mr. Loral |
| 3 | had information that pertained to DD |
| 4 | Manufacturing, even if it's in the |
| 5 | context of a document discussing |
| 6 | Lazare? |
| 7 | MS. GREDD:  Objection to form |
| 8 | and we are now getting, once again, |
| 9 | beyond the scope of this deposition |
| 10 | since you are focusing, as you've tried |
| 11 | to do repeatedly, on DD and KT rather |
| 12 | than the issues that the Court has |
| 13 | permitted. |

**Pg: 332 Ln: 18 - Pg: 334 Ln: 13**

**Annotation:**

| | |
|---|---|
| 332:18 | Q.    Was FLEXCUBE available in the |
| 19 | office of ADB at any time during the |
| 20 | relevant period of time? |
| 21 | A.    I cannot say for sure. Possibly. |
| 22 | Q.    And what exactly does FLEXCUBE |
| 23 | allow one to access? What documents? |
| 24 | What type of documents? |
| 25 | A.    It's not documents. |
| 333: 1 | Q.    What information -- |
| 2 | A.    It's account information, about |
| 3 | account and movement in the account, |
| 4 | but FLEXCUBE has many options of which |
| 5 | I only know very few because I am -- I |
| 6 | do not have access to all the |
| 7 | possibilities of FLEXCUBE. |
| 8 | Q.    And when you say it allows |
| 9 | access to accounts, can someone using |
| 10 | FLEXCUBE print out bank statements of a |
| 11 | customer of ADB? |
| 12 | MS. GREDD:  Objection to form. |
| 13 | A.    Print out bank statements? |
| 14 | Q.    Or access bank statements? |
| 15 | A.    No. Because the bank statements |
| 16 | you saw, they have a special format. So |
| 17 | you can see or you can see what |
| 18 | activity appears in the account, yes. |
| 19 | Q.    And, I'm sorry, I'm not |
| 20 | understanding your answer. FLEXCUBE |
| 21 | allows one to see the activity |

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

---

**Pg: 332 Ln: 18 - Pg: 334 Ln: 13** continued...

**Annotation:**

```
333:22      appearing in the account but not the
   23      bank statement pertaining to the
   24      account?
   25           MS. GREDD:  Objection to form.
334: 1      A.    I want to make it very clear.
    2      So you have the bank statement that is
    3      produced, every time there is a
    4      movement in the account and it's sent
    5      to the client, if I want to see --
    6      let's say I have access to FLEXCUBE and
    7      I want to see what is, let's say, debit
    8      and credit movement on the Lazare
    9      Kaplan account in, I don't know, a
   10      certain period in time.  I don't have
   11      the bank statement, so I would go into
   12      the FLEXCUBE system and I would have
   13      that information available.
```

**Pg: 334 Ln: 22 - Pg: 336 Ln: 10**

**Annotation:**

```
334:22      Q.    Turn to Exhibit 110, this is no.
   23      2 binder.
   24      A.    That is the second one?
   25      Q.    The second binder, at the very
335: 1      end, almost at the very end.  This
    2      appears to be an e-mail from --
    3      redacted at ADB to Diana David at ADB.
    4      Do you see that at the top of the page?
    5      A.    It's sent by someone, yeah, to
    6      Diana.  Yes, I see.
    7      Q.    And the date is December 6,
    8      2006?
    9      A.    December 6, yes.
   10      Q.    And the subject is "monthly PDF
   11      file customers ADB New York"?
   12      A.    Yes.
   13      Q.    Directing your attention to the
   14      last paragraph that reads, "Another
   15      option is that you go onto FLEXCUBE
   16      yourself and print the statements one
   17      by one yourselves from the New York
   18      office directly to a local printer."  Do
   19      you see that?
   20      A.    Yes.
   21      Q.    Does that indicate to you that a
   22      person using FLEXCUBE could, in fact,
   23      print bank statements of customers of
   24      ADB?
   25      A.    I cannot give any opinion about
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Deposition Designations for Veerle Snyers 2/16/2016
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Depo Designation

**Pg: 334 Ln: 22 - Pg: 336 Ln: 10** continued...

**Annotation:**

```
336: 1    that because I -- according to my
     2    recollection, it's not possible to
     3    print the statements as they are
     4    produced or issued to the client. I
     5    don't know statements, if they see
     6    statements meaning that you can have an
     7    overview of debit and credit in the
     8    account, possibly, but I don't know if
     9    they could do so in New York. I don't
    10    know.
```