# Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers 10/19/2015

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers 10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

---

**Pg: 6 Ln: 20 - 24**

> **Annotation:**
> ```
>  6:20      Q.    Okay. Good morning, Ms. Snyers.
>    21    My name is Chris Sullivan and I'm with
>    22    the law firm of Herrick Feinstein and
>    23    we represent the Plaintiff in this
>    24    case, Lazare Kaplan International.
> ```

**Pg: 7 Ln: 11 - 14**

> **Annotation:**
> ```
>  7:11      Q.    Are you employed by KBC Bank?
>    12      A.    Yes.
>    13      Q.    Where do you live?
>    14      A.    In Belgium.
> ```

**Pg: 8 Ln: 1 - 5**

> **Annotation:**
> ```
>  8: 1      Q.    Do you speak and read English?
>    2      A.    Yes.
>    3      Q.    What other languages do you
>    4    speak and read?
>    5      A.    Dutch, Flemish and French.
> ```

**Pg: 10 Ln: 17 - Pg: 11 Ln: 3**

> **Annotation:**
> ```
> 10:17      Q.    What is your current job title
>    18    or position at KBC?
>    19      A.    I think it's called now Special
>    20    Risk Officer.
>    21      Q.    And what are your
>    22    responsibilities as Special Risk
>    23    Officer?
>    24      A.    I deal with the credit files
>    25    that need or the bank thinks needs
> 11: 1    special attention and in that, doing
>    2    that I will be in contact with outside
>    3    counsel and things like that.
> ```

**Pg: 11 Ln: 8 - 11**

> **Annotation:**
> ```
> 11: 8      Q.    Okay. When did you first start
>    9    working at KBC?
>    10      A.    It's -- the merger happened in
>    11    July, the 1st of July of this year.
> ```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers 10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

---

**Pg: 23 Ln: 10 - 24**

**Annotation:**

```
23:10        Q.     What is the highest level of
   11    education that you've completed?
   12        A.     I went to law school.
   13        Q.     And where did you go to law
   14    school?
   15        A.     In Antwerp.
   16        Q.     And in what year did you obtain
   17    your degree?
   18        A.     If I remember it correctly it
   19    would have been '99.
   20        Q.     1999?
   21        A.     Yes.
   22        Q.     Do you hold any other degrees
   23    besides your law school?
   24        A.     No.
```

**Pg: 55 Ln: 25 - Pg: 58 Ln: 5**

**Annotation:**

```
55:25        Q.     Do you know whether it was
56: 1    necessary to obtain the approval of KBC
    2    in order to make certain kinds of loans
    3    necessary for ADB to obtain the
    4    approval of KBC in order to make
    5    certain kinds of loans?
    6        A.     To grant credit facilities?
    7        Q.     For example.
    8        A.     Possibly yes, if they go above a
    9    certain amount. I don't know exactly.
   10        Q.     Well, what's the basis of your
   11    testimony "Possibly yes, if they go
   12    above a certain amount"? Is there a
   13    document that states that?
   14        A.     There are documents that indeed
   15    set out the delegation rules, yes.
   16        Q.     Those are the IKB documents?
   17        A.     Yes.
   18        Q.     Are there any other documents?
   19        A.     I don't know.
   20        Q.     Well, but you do -- you do know
   21    there was a limit on the amount of
   22    money that ADB could loan to any one
   23    customer or customer group?  Is that
   24    fair to state?
   25        A.     No.  That is a wrong statement.
57: 1        Q.     Okay.  Why is that a wrong
    2    statement?
    3        A.     Because it's incorrect.
    4        Q.     How is it incorrect?
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers 10/19/2015

**Transcript:** [10/19/2015] Snyers, Veerle

**Issue Filter:** Revised Deposition Designations

**Pg: 55 Ln: 25 - Pg: 58 Ln: 5** continued...

**Annotation:**

```
57: 5          A.    It's that ADB would be able to
     6     grant the facility, but maybe it needed
     7     approval or a decision of KBC that it
     8     was confirmed, yes.
     9          Q.    And you don't recall the size of
    10     credit facility that required the
    11     approval of KBC?
    12          A.    I'm there -- normally I step in
    13     when the file is not performing well.
    14     So I'm not there when the credit
    15     facilities are granted.  So, no, I
    16     don't know exactly.
    17          Q.    Well, do you know whether ADB
    18     needed the approval of KBC to grant the
    19     Lazare credit facility?
    20          A.    I don't know.
    21          Q.    You weren't working at the bank
    22     at the time?
    23          A.    No.
    24          Q.    I see. How about to terminate
    25     the credit facility?  Did KBC
58: 1     participate in the decision by ABD to
     2     terminate the Lazare credit facility?
     3          A.    It was on advice of the Credit
     4     Committee of ADB and indeed approved
     5     the decision by KBC, yes.
```

**Pg: 63 Ln: 18 - Pg: 67 Ln: 13**

**Annotation:**

```
63:18          Q.    Will you turn to Exhibit 31 in
    19     the first binder that says zero to
    20     something?
    21          THE WITNESS: Which document?
    22          MS. GREDD:  Tab 31.
    23          Q.    In particular, page 5, lower
    24     right-hand corner.
    25          A.    Page 5?
64: 1          Q.    Page 5 of that exhibit, yes. Do
     2     you see the statement in the first
     3     paragraph at the top of the page that
     4     reads, "In accordance with the
     5     conditions of Article 113, Section 2
     6     the Antwerp Diamond Bank states that
     7     its commitments and those of all its
     8     subsidiaries included in the
     9     consolidation are guaranteed by its
    10     shareholder KBC Bank NV"?
    11          A.    Yes. I see that, yes.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers 10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

**Pg: 63 Ln: 18 - Pg: 67 Ln: 13** continued...

**Annotation:**

```
64:12        Q.     Were you aware prior to today
   13    that commitments of ADB and its
   14    subsidiaries were guaranteed by KBC?
   15           MS. GREDD:  Objection to form.
   16    A.     No.
   17    Q.     Would you look at 44, in Exhibit
   18    44 in this same binder? I'll represent
   19    to you this document is not in English.
   20    A.     Yes, I see.
   21           MS. GREDD:  I'll represent to
   22    you I agree.
   23    Q.     Am I correct that the subject
   24    line of this document says in English
   25    "KBC guarantees"?
65: 1    A.     Yes, it does.
    2    Q.     Can you tell me in English what
    3    the text of the document says up to and
    4    including where it says "Lazare Kaplan
    5    Groep"?
    6    A.      I have to translate it to you or
    7    what?
    8    Q.     Yes. I'm asking you to translate
    9    it to me.
   10    A.      Literally or --
   11    Q.     Up to -- well, I want you to
   12    tell me truthfully what it says up to
   13    the words "Lazare Kaplan Groep",
   14    G-r-o-e-p.
   15           MS. GREDD:  Objection to form.
   16    A.     So I will translate.
   17    Q.     Your best effort, if you would,
   18    Ms. Snyers.
   19    A.     Yes. Colleagues, as you know,
   20    KBC gives a guarantee for all the
   21    limits above our lending limit.
   22    Actually, that is fixed at or set at, I
   23    don't know, and then the amount in euro
   24    you can read yourself. We have to do a
   25    monthly.  We have to do -- we have to
66: 1    give a monthly overview to KBC of all
    2    decided and withdrawn credit facilities
    3    about this limit. Furthermore, there
    4    are two other guarantees decided -- I
    5    don't know how to translate that --
    6    capital moment of making it
    7    operational. Client -- the clients that
    8    would fall under this -- under this --
    9    I would say -- this scope are, and then
   10    it is Lazare Kaplan Groep.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers
10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

**Pg: 63 Ln: 18 - Pg: 67 Ln: 13 continued...**

**Annotation:**

```
66:11        Q.    You stated before that no
   12    portion of the Lazare credit facility
   13    was guaranteed by KBC. Does this
   14    document?
   15        A.    I said that I didn't know.
   16        Q.    Okay. Does this document suggest
   17    to you that KBC did, in fact, guarantee
   18    loans under the Lazare credit facility?
   19          MS. GREDD: Objection to form.
   20        A.    Can you repeat that question,
   21    please?
   22        Q.    Does this document indicate to
   23    you --
   24        A.    Yes.
   25        Q.    -- that KBC did, in fact,
67: 1    guarantee loans to Lazare under the
    2    Lazare credit facility?
    3          MS. GREDD:  Objection to form.
    4        A.    I see the name Lazare Kaplan
    5    Groep, yes, with the account numbers of
    6    Lazare Kaplan and Lazare Kaplan
    7    Belgium, yes.
    8        Q.    So apart from this document, do
    9    you have any independent recollection
   10    of whether KBC, in fact, guaranteed any
   11    portion of the Lazare credit facility?
   12          MS. GREDD:  Objection to form.
   13        A.    I have no recollection, no.
```

**Pg: 74 Ln: 12 - Pg: 75 Ln: 11**

**Annotation:**

```
74:12        Q.    As a general matter was ADB free
   13    to reject the legal advice provided by
   14    the KBC group Legal Department?
   15          MS. GREDD:  Objection to form.
   16        Q.    Did ADB --
   17        A.    Can I say -- you talk a bit too
   18    speedy for me.  So, yeah.
   19        Q.    Was ADB required to follow the
   20    advice or direction given by the KBC
   21    group Legal Department?
   22          MS. GREDD:  Objection to form.
   23        A.    I think it would be in
   24    consultation with ADB advice, yes.
   25        Q.    Can you think of any situation
75: 1    in which ADB ever refused to follow the
    2    advice given by the KBC group Legal
    3    Department?
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers
10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

---

**Pg: 74 Ln: 12 - Pg: 75 Ln: 11** continued...

**Annotation:**

```
75: 4              MS. GREDD:  Objection to form.
     5      A.    I don't know.
     6      Q.    You can't think of a single
     7  situation?
     8              MS. GREDD:  Objection to form.
     9      Q.    You have to answer. You can't
    10  make a verbal gesture.
    11      A.    No. I can't, no.
```

**Pg: 97 Ln: 16 - Pg: 99 Ln: 17**

**Annotation:**

```
97:16      Q.    Are you aware or were you aware
    17  in November, 2001 that Lazare had
    18  opened a bank account at the New York
    19  branch of KBC?
    20      A.    If I was aware of it in
    21  November, 2001?
    22      Q.    Yes.
    23      A.    No.
    24      Q.    When did you first become aware
    25  that Lazare had opened a bank account
98: 1  at the New York branch of KBC?
     2      A.    I think it was only in 2012.
     3      Q.    2012?
     4      A.    Yes.
     5      Q.    Do you know whether Lazare made
     6  active use of its bank accounts at the
     7  New York branch of KBC?
     8              MS. GREDD:  Objection to form.
     9      A.    If I know?
    10      Q.    Yes.
    11      A.    Personally?
    12      Q.    Yes.
    13      A.    No.
    14      Q.    Do you have any idea of the
    15  amount of money that passed through
    16  that bank account during the relevant
    17  period of time?
    18              MS. GREDD:  Objection to form.
    19      A.    An idea? I know that it's
    20  mentioned in Mr. Moryto's Declaration.
    21  I read it.
    22      Q.    Apart from Mr. Moryto's
    23  Declaration, do you have any
    24  independent knowledge?
    25      A.    No.
99: 1      Q.    Would you take a look at Exhibit
     2  117, which is the third binder?
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers
10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

---

**Pg: 97 Ln: 16 - Pg: 99 Ln: 17** continued...

**Annotation:**

```
99: 3        A.    117?
    4        Q.    1-1-7.
    5              (Plaintiff's Exhibit 117, was
    6      received and marked on this date for
    7      identification.)
    8              THE WITNESS: 1-1-7?
    9              MS. GREDD:  1-1-7, reply
   10      Declaration.
   11        Q.   By the way, just going back a
   12      moment to your prior testimony, when in
   13      2012 did you first learn that Lazare
   14      had opened a bank account at the New
   15      York branch of KBC?
   16        A.    After I had read Mr. Moryto's
   17      Declaration.
```

**Pg: 104 Ln: 3 - 23**

**Annotation:**

```
104: 3       Q.    Would you look at Exhibit 55 in
     4      binder 2, please? Do you recognize this
     5      document?
     6        A.    Yes, I do.
     7        Q.    Do you see the date of May 31,
     8      2001 on the document?
     9        A.    Yes, I do.
    10        Q.    Okay. So the document is dated
    11      prior to the time you began working at
    12      ADB. Is that correct?
    13        A.    That's correct, yes.
    14        Q.    And do you understand this
    15      document to pertain to the bank account
    16      that Lazare was in the process of
    17      opening at KBC New York in May of 2001?
    18        A.    You mean that it's related to
    19      the intention of Lazare Kaplan to open
    20      the zero balance account at KBC New
    21      York?
    22        Q.    Yes.
    23        A.    Yes.
```

**Pg: 106 Ln: 7 - Pg: 107 Ln: 5**

**Annotation:**

```
106: 7       Q.    Do you know where the original
     8      of this document is located?
     9        A.    Yeah. At KBC.
    10        Q.    Have you ever seen the original
    11      of this document?
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers
10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

**Pg: 106 Ln: 7 - Pg: 107 Ln: 5** continued...

**Annotation:**

```
106:12      A.   Me, personally?
    13      Q.   A-hum.
    14      A.   No.
    15      Q.   Do you know why ADB did not
    16  produce a copy of this document in this
    17  lawsuit?
    18           MS. GREDD:  Objection to form.
    19      A.   Because it's not -- it's not
    20  part of our client file, no.
    21      Q.   It's not part -- when you say
    22  it's not part of your client file, you
    23  mean ADB's client file?
    24      A.   Yes.
    25      Q.   Do you consider this document to
107: 1  be a KBC document then?
     2           MS. GREDD:  Objection to form.
     3      A.   It has indeed to do with routing
     4  transactions through the KBC New York
     5  account.  So, yes.
```

**Pg: 108 Ln: 21 - Pg: 109 Ln: 13**

**Annotation:**

```
108:21      Q.   Did Lazare need to sign this
    22  document in order to use its bank
    23  account in KBC New York?
    24           MS. GREDD:  Objection on form.
    25      A.   To start using the zero balance
109: 1  account, I think so, yes.
     2      Q.   What is the basis of your
     3  testimony based on?  On what do you
     4  believe it was necessary?
     5      A.   I think it's, as far as I'm not
     6  mistaken, mentioned in the Service
     7  Level Agreement between ADB and KBC New
     8  York.
     9      Q.   Anything besides -- any other
    10  document besides the Service Agreement
    11  provide a basis for your testimony?
    12      A.   For the moment that is the first
    13  thing I think of, yes.
```

**Pg: 130 Ln: 6 - Pg: 131 Ln: 20**

**Annotation:**

```
130: 6      Q.   Plaintiff's Exhibit 55 that we
     7  were discussing earlier --
     8      A.   The routing instruction, if it
     9  says explicitly that it's a zero
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers
10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

---

**Pg: 130 Ln: 6 - Pg: 131 Ln: 20** continued...

**Annotation:**

```
130:10      balance account?
     11        Q.    Yes. Is there anything in this
     12      document that indicates that Lazare's
     13      bank account at KBC New York would be
     14      used as a zero balance account?
     15            MS. GREDD:  Objection to form.
     16        A.    But the statement shows it.
     17        Q.    I'm asking about this document,
     18      Plaintiff's 55.
     19        A.    Then I will have another look at
     20      it.
     21        Q.    Please.
     22        A.    It's another binder then.
     23        Q.    It's Exhibit 52.
     24        A.    I think so, yes.
     25        Q.    What words are you referring to?
131: 1        A.    It says that, okay, "shall be
      2      effectuated through our account with
      3      KBC and shall result in a same day
      4      debit and credit to our loan balance
      5      with Antwerp Diamond Bank", which was
      6      at all times the main account. So that
      7      obviously shows it.
      8        Q.    Shows what?
      9        A.    That the transactions would
     10      route through the KBC account as part
     11      of, let's say, an accommodation, an
     12      administrative arrangement, I don't
     13      know how you would call it, but that it
     14      would generate these debits and credits
     15      to the loan balance in Antwerp, yes.
     16        Q.    And that indicates to you that
     17      the bank account at KBC New York would
     18      be used as a zero balance account?
     19            MS. GREDD:  Objection to form.
     20        A.    According to me, yes.
```

**Pg: 137 Ln: 9 - Pg: 139 Ln: 11**

**Annotation:**

```
137: 9        Q.    Turn to Exhibit tab 50? Have you
     10      seen the document in tab 50 before,
     11      Ms. Snyers?
     12        A.    I think so, yes.
     13        Q.    And directing your attention to
     14      the third page, the last page of the
     15      exhibit, do you see the column entitled
     16      "bank statements (yes/no/NA)?"
     17        A.    I see it, yes.
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers
10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

**Pg: 137 Ln: 9 - Pg: 139 Ln: 11** continued...

**Annotation:**

```
137:18        Q.    What does NA stand for in this
    19    document?
    20          MS. GREDD:  Objection to form.
    21        A.    I must say, I don't know because
    22    I didn't draft the document, but I
    23    would read it as "not applicable" or --
    24        Q.    Okay. And what is the entry
    25    underneath the column "bank statements"
138: 1    that's noted?
     2        A.    What do you mean?
     3        Q.    What was the answer to
     4    "yes/no/not applicable" that's
     5    reflected in this document?
     6          MS. GREDD:  Objection to form.
     7        A.    For whom? I have to turn the
     8    page?
     9        Q.    You can look at the last page,
    10    page 3. By looking at this document --
    11        A.    By looking at the document I
    12    don't see anything.
    13        Q.    You don't see N/A in the column
    14    under bank statements?
    15        A.    Bank statement it says
    16    "yes/no/NA", not applicable.
    17        Q.    And dropping down to the line
    18    that's indicated on the third page --
    19        A.    I think you will have to come
    20    and show me because I --
    21        Q.    Your lawyer will --
    22          THE WITNESS: Okay.
    23          MS. GREDD:  Line 27.
    24        A.    And it says "not applicable"?
    25        Q.    Yes.
139: 1        A.    It says "not applicable", yes.
     2        Q.    Would you look at Exhibit 51,
     3    please?
     4        A.    Yes.
     5        Q.    Do you recognize that document?
     6        A.    Yes, I do.
     7        Q.    What is it?
     8        A.    It's an account activity report
     9    or bank statement issued by ADB
    10    concerning Lazare Kaplan's account with
    11    the bank.
```

**Pg: 157 Ln: 19 - Pg: 158 Ln: 6**

**Annotation:**

```
157:19        Q.    And directing your attention to
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers 10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

---

**Pg: 157 Ln: 19 - Pg: 158 Ln: 6** continued...

**Annotation:**

```
157:20      the last "Whereas" clause that reads
    21      "ADB agrees to open a pooling account
    22      with KBC to fund the payments
    23      effectuated by KBC on behalf of the
    24      diamond clients", do you know what a
    25      pooling account is?
158: 1      A.   No.
     2      Q.   Do you know whether ADB opened a
     3      pooling account at the New York branch
     4      of KBC during the relevant period of
     5      time?
     6      A.   If it did?
```

**Pg: 159 Ln: 9 - Pg: 161 Ln: 1**

**Annotation:**

```
159: 9      Q.   Did KBC effectuate the local and
    10      international payments made by diamond
    11      clients of ADB through their accounts
    12      at KBC New York, Ms. Snyers?
    13      A.   Yes.
    14      Q.   What does it mean to effectuate
    15      the payment?
    16      A.   Yeah, but funds were --
    17      Q.   I'm sorry. What does it mean to
    18      effectuate the payment?
    19      A.   Do the payment.
    20      Q.   Okay. KBC did the payment. Where
    21      did the funds that KBC used to do the
    22      payment come from, according to your
    23      understanding of this agreement?
    24      A.   They obtained the funds the same
    25      day from ADB.
160: 1      Q.   Before they obtained the funds,
     2      did they use their own funds --
     3      A.   I don't know.
     4      Q.   You have to let me finish.
     5      Before they obtained the funds
     6      from ADB did they use their own funds
     7      to "do the payments"?
     8      MS. GREDD:  Objection to form.
     9      A.   That, I don't know.
    10      Q.   Is it your understanding that
    11      after doing the payments they then
    12      obtained the funds or reimbursement of
    13      the funds from Antwerp Diamond Bank?
    14      MS. GREDD: Objection to form.
    15      A.   Reimbursement, the funds would
    16      be obtained from ADB the same day.
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers 10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

---

**Pg: 159 Ln: 9 - Pg: 161 Ln: 1** continued...

**Annotation:**

```
160:17      Yes, that's what I said.
    18      Q.    Does ADB send funds from Belgium
    19   to KBC New York following KBC's doing
    20   the payments referred to in this
    21   document?
    22      A.    I don't know --
    23            MS. GREDD:  Objection to form.
    24      A.    -- how it's -- it operationally
    25   works, so that I cannot answer the
161: 1   question of --
```

**Pg: 161 Ln: 8 - 13**

**Annotation:**

```
161: 8      Q.    Do you know what a correspondent
     9   bank account is?
    10      A.    No.
    11      Q.    Do you know what a correspondent
    12   bank is?
    13      A.    No.
```

**Pg: 164 Ln: 10 - 20**

**Annotation:**

```
164:10      Q.    Have you ever heard in the
    11   course of your work at ADB that ADB
    12   maintained a bank account of some kind
    13   at the New York branch of KBC?
    14      A.    Yes.
    15      Q.    Okay. What have you heard?
    16      A.    That they had a bank account. As
    17   I say, these operational things are not
    18   really my first duty, so I say that I
    19   have the knowledge but I am not a
    20   specialist.
```

**Pg: 165 Ln: 12 - 14**

**Annotation:**

```
165:12      Q.    Do you have an understanding of
    13   how clearing works?
    14      A.    No.
```

**Pg: 170 Ln: 2 - Pg: 171 Ln: 2**

**Annotation:**

```
170: 2      Q.    I'll ask you the question, if I
     3   may.
     4      A.    Yes.
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers 10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

---

**Pg: 170 Ln: 2 - Pg: 171 Ln: 2** continued...

**Annotation:**

```
170: 5        Q.    Are you familiar with the
      6   Clearinghouse Interbank Payment System?
      7        A.    No.
      8        Q.    Sometimes known as CHIPS?
      9        A.    No.
     10        Q.    Do you know -- have you ever
     11   heard that CHIPS is a fund transfer
     12   system that transmits and settles
     13   payment orders in U.S. dollars?
     14        A.    I have to disappoint you. No.
     15        Q.    Do you know how banks move or
     16   transmit -- transfer U.S. dollars
     17   around the world?
     18        A.    No.
     19        Q.    Do you have any understanding at
     20   all?
     21        A.    No.
     22        Q.    Have you ever heard that dollar
     23   denominated transactions must pass
     24   through New York or the United States?
     25        A.    I tell you, you are in a section
171: 1    where I totally am not a specialist, so
      2   I will say no.
```

**Pg: 171 Ln: 9 - 22**

**Annotation:**

```
171: 9        Q.    Are most diamond transactions
     10   done in U.S. dollars?
     11        A.    As far as I know?
     12        Q.    Yes.
     13        A.    Yes.
     14        Q.    And were the diamond
     15   transactions of ADB's clients or
     16   customers in U.S. dollars?
     17        A.    Were?
     18        Q.    Yes.
     19        A.    Or are?
     20        Q.    Were during the relevant period
     21   of time?
     22        A.    I should think so, yes.
```

**Pg: 171 Ln: 23 - Pg: 172 Ln: 5**

**Annotation:**

```
171:23        Q.    And to your knowledge, was ADB
     24   able to execute transactions in U.S.
     25   dollars on behalf of its customers
172: 1    itself or did it need to use a
```

---

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers 10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

---

**Pg: 171 Ln: 23 - Pg: 172 Ln: 5** continued...

**Annotation:**

```
172: 2    different bank or third party?
     3        A.    I don't know.
     4        Q.    You have no idea?
     5        A.    No idea.
```

**Pg: 188 Ln: 18 - Pg: 189 Ln: 13**

**Annotation:**

```
188:18       Q.    Let's go back to the Service
    19   Level Agreements in Exhibit 57.
    20            I asked you earlier about how
    21   ADB funded the payments made by KBC
    22   pursuant to this agreement and correct
    23   me if I misstate your testimony, you
    24   didn't understand the specifics, but
    25   you believed that ADB does, in fact,
189: 1   fund those payments. Is that a fair
     2   summary of your testimony?
     3        A.    I don't know how operationally
     4   it works, but as we said, indeed, with
     5   withdrawals under the credit facility
     6   with ADB.  So, yes.
     7        Q.    How did ADB go about funding
     8   those payments when the bank in Belgium
     9   was closed?
    10        A.    I told you, that's the
    11   operational side of the -- of the -- of
    12   the whole setup, which I don't know
    13   what.
```

**Pg: 190 Ln: 3 - 8**

**Annotation:**

```
190: 3       Q.    And do you have any
     4   understanding of how KBC New York and
     5   ADB reconciled the payments that KBC
     6   funded through the KBC New York bank
     7   account?
     8        A.    No, I don't.
```

**Pg: 190 Ln: 9 - Pg: 191 Ln: 21**

**Annotation:**

```
190: 9       Q.    Do you have any firsthand
    10   knowledge how KBC operated what you
    11   call Lazare's zero balance account in
    12   New York?
    13        A.    No.
    14        Q.    And dropping down to paragraph 2
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers 10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

---

**Pg: 190 Ln: 9 - Pg: 191 Ln: 21** continued...

**Annotation:**

```
190:15      on page 1 of Exhibit 57 --
    16      A.    The Service Level Agreement?
    17      Q.    Yes.
    18      A.    Yeah.
    19      Q.    Do you see the words that read
    20      "KBC will accept and registrate all
    21      incoming funds via the customary
    22      channels, CHIPS, Fedwire, book
    23      transfer, etcetera, in favor of the
    24      diamond clients."
    25      A.    Yes.
191: 1      Q.    What do you understand the
     2      sentence to mean?
     3      A.    I cannot give any opinion about
     4      it because I don't know how it works.
     5      So I would give an opinion that could
     6      be completely wrong. So it will not
     7      help anyone, so...
     8      Q.    Well, by reference to the
     9      document and based on your --
    10      A.    Yeah, but it's so technical,
    11      this issue, that I'm totally not a
    12      specialist, so --
    13      Q.    You have no understanding
    14      whatsoever what this document means?
    15          MS. GREDD:  Objection to form.
    16      A.    I do know in general what it
    17      means but how it in detail functioned
    18      and operated, I already told you I
    19      think 20 times.  So I don't think my
    20      opinion or how I read it will
    21      contribute to the --
```

**Pg: 194 Ln: 23 - Pg: 196 Ln: 4**

**Annotation:**

```
194:23      Q.    Do you know how Lazare went
    24      about repaying the monies it borrowed
    25      under its credit facility from ADB? Do
195: 1      you know how that -- how those
     2      repayments were effectuated?
     3      A.    Technically?
     4      Q.    The procedure, yes.
     5      A.    No, I don't know.
     6      Q.    Well, do you know what the
     7      procedure in this agreement is with
     8      respect to funds deposited into the
     9      Lazare KBC New York bank account?  What
    10      happens to the monies after they're
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers 10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

---

**Pg: 194 Ln: 23 - Pg: 196 Ln: 4** continued...

**Annotation:**

```
195:11    received into the bank account?
   12     A.    At the end of the day they would
   13   have been automatically transferred to
   14   the ADB account that the client has
   15   connected to its credit facility
   16   because the end balance and the
   17   beginning balance is always zero.
   18     Q.    And is that account located in
   19   Belgium?
   20     A.    Which account?
   21     Q.    The -- you said the account the
   22   client has --
   23     A.    In connection with the credit
   24   facility?
   25     Q.    Yes.
196: 1     A.    It's in Antwerp, yes.
    2      Q.    And can you explain how?
    3      A.    The technicalities behind it,
    4    no, I already told you.
```

**Pg: 196 Ln: 14 - Pg: 203 Ln: 4**

**Annotation:**

```
196:14    Q.    Ms. Snyers, let me return your
   15   attention to your June 14, 2012
   16   Declaration in Exhibit 117, which is
   17   the big binder in front of you.  In
   18   particular to paragraph 11 H of your
   19   Declaration.
   20     A.    Yes.
   21     Q.    Okay. Directing your attention
   22   to the last sentence in paragraph H
   23   where you wrote "In addition, because
   24   the account at KBC NY is a zero balance
   25   account any funds transferred into the
197: 1   KBC NY account are automatically
    2    credited to or swept into the
    3    customer's bank account at Antwerp Bank
    4    at the end of the day."
    5         Do you see where you wrote that?
    6      A.    I see it, yes.
    7      Q.    Do you believe that your
    8    explanation in this paragraph is
    9    consistent with the Service Level
   10   Agreement?
   11     A.    I think so, yes.
   12     Q.    And is the reason that you do
   13   not refer to the pooling account in
   14   your Declaration that you never heard
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers 10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

**Pg: 196 Ln: 14 - Pg: 203 Ln: 4** continued...

**Annotation:**

```
197:15     of the pooling account at the time you
   16      wrote your Declaration?
   17          MS. GREDD:  Objection to form.
   18      A.    I never heard of it and it would
   19      have been of -- yeah, I never heard of
   20      it, yes.
   21      Q.    And that's why you didn't make
   22      any reference to it in your sworn
   23      Declaration?
   24      A.    I suppose it was also of not any
   25      importance.
198: 1     Q.    Not of importance, okay. Can you
    2      explain the procedure in this sentence,
    3      in which funds are, as you put it,
    4      automatically credited to or swept into
    5      a customer's bank accounts at Antwerp
    6      Bank?
    7      A.    What do you want me to say about
    8      that?
    9      Q.    What does it mean?
   10      A.    That it's automatically
   11      transferred.
   12      Q.    Sorry. Go ahead.
   13      A.    It's okay.
   14      Q.    Well, explain how U.S. dollars
   15      can be swept into an account in
   16      Belgium?
   17          MS. GREDD:  Objection to form.
   18      A.    I said -- I said it was an
   19      automatic transfer and then you come
   20      again to the technicalities of how it
   21      happens, to which I already said before
   22      that I don't know the technicalities,
   23      so...
   24      Q.    So if I understand you
   25      correctly, you don't understand what is
199: 1     involved in sweeping funds from the KBC
    2      New York account to a bank account in
    3      Belgium?
    4      A.    No. You said how it works, I
    5      said it's an automatic transfer. So
    6      that, because we are still referencing
    7      the zero balance account, so that the
    8      balance at the end of the day would be
    9      zero.
   10      Q.    I'm sure you will agree with me,
   11      Ms. Snyers, it doesn't happen by magic,
   12      you state in your sworn Declaration the
   13      funds transferred into the KBC New York
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers
10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

**Pg: 196 Ln: 14 - Pg: 203 Ln: 4 continued...**

**Annotation:**

```
199:14      account are credited to or swept into a
   15       bank account in Belgium. I'm asking you
   16       how that happens, what did you mean
   17       when you wrote that?
   18           MS. GREDD:  Objection to form.
   19       A.    I explained to you I mean it is
   20       automatically transferred, a transfer.
   21       That's what I mean.
   22       Q.    Does money move, do actual
   23       dollars move from New York to Belgium,
   24       according to your understanding of the
   25       procedure in the Services Agreement?
200: 1           MS. GREDD:  Objection to form.
    2       A.    I think a transfer is what it
    3       is, it's servicing money from one to
    4       the other.  So it's not with -- the
    5       money has to go somewhere, so into an
    6       account.
    7       Q.    So is the answer to my question,
    8       do dollars move from New York to
    9       Belgium?  Yes, no or you don't know?
   10           MS. GREDD:  Objection to form.
   11       A.    I say they don't move to
   12       Belgium, it's automatic transfer from
   13       one account to another account.
   14       Q.    It's a book transfer or an
   15       accounting entry --
   16           MS. GREDD:  Objection to form.
   17       Q.    -- is that your testimony?
   18       A.    I told you before that the
   19       technicalities and the way or the
   20       transfer how it's described, I don't
   21       know how it's described or what the
   22       exact term of that is, yes.
   23       Q.    And directing your attention
   24       back to the Service Level Agreement in
   25       Plaintiff's Exhibit 57, book no. 2 --
201: 1       A.    Yes.
    2       Q.    -- paragraph 3, second page?
    3       A.    Second page?
    4       Q.    Second page of a two-page
    5       exhibit, see the sentence that says,
    6       "Every day KBC clears the customer's
    7       account via ADB's pooling under
    8       agreement/advisement with the diamond
    9       client."
   10           Can you explain what that means?
   11       A.    No. I already told you I don't
   12       know anything about these specific
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers
10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

**Pg: 196 Ln: 14 - Pg: 203 Ln: 4** continued...

**Annotation:**

```
201:13        items.
     14          Q.      Second sentence, "Credit
     15        positions on the diamond client's
     16        account are transferred to the pooling
     17        account as well." Any idea what that
     18        means?
     19          A.      I should repeat myself?
     20          Q.      If necessary.
     21          A.      I will then.  No.
     22          Q.      No, you have no idea what that
     23        means?
     24              MS. GREDD:  Objection to form.
     25          A.      How it technically goes,
202: 1        transfers, I told you that -- I told
      2        you before break and I will tell you
      3        now, I don't know this.
      4          Q.      What do you think credit
      5        positions on the diamond client's
      6        accounts refers to?
      7          A.      Credit positions?
      8          Q.      A-hum.
      9          A.      I would think it's a credit
     10        balance.
     11          Q.      So would an example of a credit
     12        balance then be money that is paid by a
     13        customer into Lazare's bank accounts
     14        KBC New York?
     15          A.      It could represent that, yes.
     16          Q.      And do you have any
     17        understanding of what is meant by the
     18        reference to transferring credit
     19        positions to the pooling account?
     20          A.      No.
     21          Q.      And the next paragraph within
     22        paragraph 3, do you see where it states
     23        "If these clearing operations yield a
     24        balance deficiency on the pooling
     25        account, KBC NY will grant ADB an
203: 1        overnight placement on money market
      2        rates on a best efforts basis."
      3              Any idea what those words mean?
      4          A.      No.
```

**Pg: 204 Ln: 1 - Pg: 207 Ln: 25**

**Annotation:**

```
204: 1          Q.      And would you turn to -- well,
      2        let me ask you before we turn -- we're
      3        going to turn to 133 in a second in the
```

## TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers 10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

**Pg: 204 Ln: 1 - Pg: 207 Ln: 25** continued...

**Annotation:**

```
204: 4      big binder, but with specific reference
      5      to your June 14, 2012 Declaration, you
      6      don't understand the operational basics
      7      of how the arrangement described in the
      8      Service Level Agreement worked, why did
      9      you submit a sworn Declaration to the
     10      Court describing --
     11      A.    I do think you need to know how
     12      it operationally works to see that the
     13      account is set up as a zero balance
     14      account because it's shown, and that
     15      you know that the account has a bank
     16      account with ADB, as all our customers
     17      have, if you have a credit facility. So
     18      I don't think you need to know in
     19      detail every step of the way to be able
     20      to give a general overview or a general
     21      insight in all this account works.
     22      That's my opinion.
     23      Q.    Did you write your June 14, 2012
     24      Declaration?
     25      A.    If I --
205: 1            MS. GREDD:  Objection to form.
      2      A.    Did I write it myself?
      3      Q.    Yes.
      4      A.    No.
      5      Q.    Who wrote it?
      6      A.    I will have a look at it.  Which
      7      it was?
      8      Q.    It's Plaintiff's Exhibit 117.
      9      A.    I think it will have been Helen.
     10      Q.    You're referring to Ms. Gredd?
     11      A.    Yes.
     12      Q.    Did you review the document
     13      before you signed it?
     14      A.    Yes, I did.
     15      Q.    Did you understand what you read
     16      when you reviewed the document?
     17      A.    What I read? Yes.
     18      Q.    And do you believe it to be
     19      true?
     20      A.    Yes.
     21      Q.    And would you turn to
     22      Plaintiff's Exhibit 133 in the big
     23      binder, which is Mr. Haeck's
     24      Declaration, his first Declaration, and
     25      directing your attention to paragraph
206: 1      7, page 2 of Mr. Haeck's Declaration,
      2      do you see where he wrote, "Except for
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers
10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

**Pg: 204 Ln: 1 - Pg: 207 Ln: 25** continued...

**Annotation:**

```
206: 3      a small number of documents relating to
     4      routine clearance procedures all
     5      materials relating to KBC U.S. dollar
     6      clearance transactions are located in
     7      Belgium."
     8      A.      A-hum.
     9      Q.      What are the routine clearance
    10      procedures that Mr. Haeck is describing
    11      in his April 4, 2012 Declaration?
    12      A.      I don't know.
    13      Q.      Well, why did you certify that
    14      the Declaration was true and correct if
    15      you don't know what he means?
    16          MS. GREDD:  Objection to form.
    17      A.      I don't remember.
    18      Q.      You don't remember why you
    19      certified that his Declaration was true
    20      and correct?
    21          MS. GREDD:  Objection to form.
    22      A.      Because I -- because I believed
    23      it was true at the time that I declared
    24      that.
    25      Q.      And what was the basis for your
207: 1      belief that it was true?
     2      A.      I still -- I referred already to
     3      that, so I will be repetitive again,
     4      yeah.  I know Walter Haeck and I know
     5      his position, so I read the document
     6      and I attested it was true, so...
     7      Q.      And at the time you read the
     8      document and attested that it was true
     9      did you understand what he meant in
    10      paragraph 7 by "routine clearance
    11      procedures"?
    12          MS. GREDD:  Objection to form.
    13      A.      I just answered that question,
    14      no.  But I will tell you again, no.
    15      Q.      And is it really true that all
    16      materials relating to KBC U.S. dollar
    17      clearance transactions are located in
    18      Belgium?
    19      A.      I told you I don't know.
    20      Q.      You don't know if that's true or
    21      not true?
    22      A.      It will be true.
    23      Q.      Did you say it will be true?
    24      A.      I will say I -- I said I don't
    25      know.
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers 10/19/2015
**Transcript:** [10/19/2015] Snyers, Veerle
**Issue Filter:** Revised Deposition Designations

**Pg: 211 Ln: 16 - Pg: 213 Ln: 21**

**Annotation:**

```
211:16        Q.    Would you look at paragraph 9 of
   17    Mr. Haeck's Declaration?
   18        A.    Yes.
   19        Q.    Do you see where he states "KBC
   20    has de minimus business dealings with
   21    Lazare, or its subsidiary Lazare Kaplan
   22    Belgium."
   23        A.    Yes.
   24        Q.    Is that an accurate description
   25    in your view of the extent of KBC's
212: 1    business dealings with Lazare, de
    2    minimus?
    3        MS. GREDD:  Objection to form.
    4        A.    Yes.
    5        Q.    And do you see the reference at
    6    the end of the paragraph to "such
    7    transactions cleared through Antwerp
    8    Bank's account at KBC's New York
    9    branch"?
   10        A.    A-huh.
   11        Q.    Do you know what account
   12    Mr. Haeck is referring to?
   13        A.    I think I already answered that
   14    question also a bit before, but I will
   15    tell you, no.
   16        Q.    Well, does that indicate -- does
   17    that statement by Mr. Haeck, which in a
   18    Declaration that you represented to the
   19    United States District Court was true
   20    and accurate, does that reference to
   21    ADB's account at KBC's New York branch
   22    refresh your recollection at all as to
   23    whether ADB had an account of any kind
   24    at KBC New York?
   25        MS. GREDD:  Objection to form.
213: 1        A.    I don't know.
    2        Q.    You don't have a view one way or
    3    another?
    4        MS. GREDD:  Objection to form.
    5        A.    No. I think you like me to have
    6    a view but I don't have a view, no.
    7        Q.    Well, when you signed this --
    8        A.    I didn't sign this.
    9        Q.    Let me finish.
   10        When you signed your
   11    Declaration --
   12        A.    Yes.
   13        Q.    -- in which you represented to
   14    the United States District Court that
```

# TextMap Annotation Digest Report

**Case Name:** Plaintiff Lazare Kaplan International Inc.'s Revised Deposition Designations for Veerle Snyers
10/19/2015

**Transcript:** [10/19/2015] Snyers, Veerle

**Issue Filter:** Revised Deposition Designations

**Pg: 211 Ln: 16 - Pg: 213 Ln: 21** continued...

**Annotation:**

```
213:15      Mr. Haeck's Declaration was true and
   16       accurate did you ask anyone what this
   17       reference to ADB's account at KBC New
   18       York referred to?
   19            MS. GREDD:  Objection to form.
   20       A.   I don't remember but I would say
   21       no.
```