# EXHIBIT 3

72


**Politie**

PRO JUSTITIA
## NAVOLGEND PROCES-VERBAAL

**006520/2018** – 16-02-2018
**Notitie BR.70.99.001748/2016**

**FEDERALE GERECHT. POLITIE ARR BRUSSEL-HOOFDSTAD - 6458**
**Onderzoeksafdeling 4**
Koningsstraat 202A, Bus 1
1000 Brussel
(T) 02/223.91.97
(F) 02/223.90.40
(Email)
PJFGP.Bru.Dirops@police.belgium.eu

Dossier Onderzoeksrechter: 113/2016 - Onderzoeksrechter - Brussel (Brussel-Hoofdstad) Dhr Gaudius - 10-11-2016

| | |
|---|---|
| **Bestemmeling(en)** | Onderzoeksrechter - Brussel (Brussel-Hoofdstad) - Dhr Gaudius<br>Andere - FGP BRUSSEL OA4 (kopie) |
| **Onderwerp v.h. PV** | Inlichtingen schrijven aan RIO TINTO dd. 16/12/2009 |
| **Feiten** | Misbruik van vertrouwen plaatsgevonden tussen 01-01-2007 om 00u00 en 31-12-2014 om 23u59<br>Verduistering en/of opzettelijke vernietiging van gelden, papieren, enz. plaatsgevonden tussen 01-01-2007 om 00u00 en 31-12-2014 om 23u59<br>Witwassen plaatsgevonden tussen 01-01-2007 om 00u00 en 31-12-2014 om 23u59<br>Diefstal, zonder geweld of bedreiging, zonder verzwarende omstandigheden (Gewone diefstal) plaatsgevonden tussen 01-01-2007 om 00u00 en 31-12-2014 om 23u59 |
| **Betrokkenen** | **Inzake**<br>KBC BANK (NV (Handelsvenn))<br>ANTWERPSE DIAMANTBANK (NV (Handelsvenn))<br>**Benadeelden**<br>LAZARE KAPLAN INTERNATIONAL INC (Buitenlandse rechtsvorm met rechtspersoonlijkheid)<br>LAZARE KAPLAN BELGIUM (NV (Handelsvenn)) |

Toegezonden op 19/02/2018
Geviseerd : 
 LJNK

Voorbehouden bestemmeling

Aantal bijlagen : 1

Blz. 1/1

| | |
|---|---|
| **FEDERALE GERECHT. POLITIE ARR BRUSSEL-HOOFDSTAD - 6458** | **PV nr. 006520/2018** |
| **Onderzoeksafdeling 4** | **Notitie BR.70.99.001748/2016** |
| Koningsstraat 202A, Bus 1 - 1000 Brussel | (T) 02/223.91.97 - (F) 02/223.90.40 |

## PRO JUSTITIA

Op vrijdag 16-02-2018 om 11u00,

Wij, <u>VAN DE GUCHT</u> ANDRE, rechercheur, Officier van Gerechtelijke Politie, <u>STINKENS</u> ELLEN, rechercheur, Officier van Gerechtelijke Politie,

brengen volgende inlichtingen ter kennis aan uw ambt,

### REFERTES

Dossier 113/2016 - Onderzoeksrechter <u>GAUDIUS</u> te <u>BRUSSEL</u>
Notitienummer BR.70.99.001748/2016 - Parket <u>BRUSSEL</u>

---

### INLICHTINGEN

▢ Bij de analyse van de notulen van de Raad van bestuur van de **Antwerpse Diamantbank NV** voor 2010 (zie proces-verbaal 006025/2018), is ons opgevallen dat voor wat betreft het 'Special Credits'-dossier van **Group DD Manufacturing/Kt Collection** er bij de Raad van bestuur van 20/04/2010 melding werd gemaakt van 'verkopen Rio Tinto'. In de bemerking bij de cijfers voor de **Group DD Manufacturing/Kt Collection** werd het volgende vermeld:

*'Krediet verder wordt afgebouwd door verkopen pandgoederen en goederen Di Modolo. Ook voor bewerking in de fabriek worden regelmatig goederen in trust gevraagd. Debetstand is nog steeds ruim gedekt door de bekomen waarborgen. Door cliënt werd eveneens een plan opgesteld voor de verkoop van kunstwerken die werden verpand ten voordele van de bank. Verkopen Rio Tinto en DTC inmiddels volledig afgehandeld en alle fondsen ontvangen op rekening bij de bank.'.*

▢ **Rio Tinto Diamonds NV** is een vennootschap actief in de diamantsector. De zetel van het bedrijf is gevestigd te 2018 <u>Antwerpen</u>, Hoveniersstraat 53.
Op 29/11/2016 werd de heer **Karel <u>De Boeck</u>** verhoord betreffende het verslag van zijn hand dat gevoegd is aan de klacht met burgerlijke partijstelling in huidig dossier (zie proces-verbaal 47596/2016). Het betreft een '*VERKLARING OP EED*' dd. 16/09/2016 die de heer <u>De Boeck</u> heeft afgelegd als expert.

▢ In die '*VERKLARING OP EED*' heeft de heer <u>De Boeck</u> allusie gemaakt op het feit dat **KBC** en **Antwerpse Diamantbank** de kredietwaardigheid van de vennootschappen van de heer <u>Daleyot</u> tot oktober 2014 valselijk heeft gehandhaafd, daar waar (steeds volgens de heer <u>De Boeck</u>) reeds vanaf 2008 duidelijk was dat deze vennootschappen in grote

| | |
|---|---|
| **FEDERALE GERECHT. POLITIE ARR BRUSSEL-HOOFDSTAD - 6458** | **PV nr. 006520/2018** |
| Onderzoeksafdeling 4 | Notitie BR.70.99.001748/2016 |
| Koningsstraat 202A, Bus 1 - 1000 Brussel | (T) 02/223.91.97 - (F) 02/223.90.40 |

moeilijkheden verkeerden en zelfs in faling waren. Een frappant voorbeeld hiervoor is volgens de heer <u>De Boeck</u> een schrijven dd 16/12/2009 van de heer Guy <u>Snoeks</u> aan RIO TINTO.

<u>Letterlijk:</u>

> 8. KBC/ADB heeft de kredietwaardigheid van DALEYOT tot zo laat als oktober 2014 valselijk gehandhaafd ondanks het feit dat het vanaf 2008 duidelijk was voor de bank dat DALEYOT in grote moeilijkheden verkeerde en zelfs in faling was. Een treffend voorbeeld is de brief van Guy SNOECKS aan RIO TINTO de dato 16 december 2009, dewelke een zeldzaam enthousiasme tentoonstelt, terwijl terughoudendheid zou moeten blijken. KBC/ADB heeft opzettelijk op deze manier gehandeld om een ineenstorting van DALEYOT te voorkomen wat ADB in ernstige moeilijkheden zou hebben gebracht.

▫ Gezien wij niet beschikken over de aangehaalde brief van de heer <u>Snoeks</u> aan Rio Tinto, hebben wij aan de raadsman van de burgerlijke partij verzocht ons deze te willen bezorgen. Een kopie van het bewuste schrijven werd ons per mail overgemaakt door het kantoor van meester <u>Rieder</u>. Wij voegen de brief in bijlage 01. Het blijkt een brief te zijn van de heren Kurt <u>Beckers</u> (als Senior Vice President / Head of Account Management) en Guy <u>Snoeks</u> (als Managing Director/ Member of the Executive Committee) aan Rio Tinto Diamonds NV.

▫ In het licht van de cijfers die bij de RvB van **Antwerpse Diamantbank** werden getoond betreffende de 'grote en probleemdossiers', verbaast de teneur van de brief van de heren <u>Beckers</u> en <u>Snoeks</u> ons. In de brief laten zij naar **Rio Tinto Diamonds NV** toe doorschijnen dat er a.h.w. geen vuiltje aan de lucht is voor wat betreft de kredietwaardigheid van **DD Manufacturing**. Het is een zuivere aanbeveling aan **Rio Tinto Diamonds** om in zee te gaan met **DD Manufacturing**. Er wordt ondermeer in vermeld dat de heer <u>Daleyot</u> een 'excellente reputatie' geniet in de diamantwereld.

▫ Bij deze brief kan minstens de vraag gesteld worden of de **Antwerpse Diamantbank** en/of de heren <u>Beckers</u> en <u>Snoeks</u> wel fair handelden tegenover **Rio Tinto Diamonds**. Zonder al te diep in te gaan op de 'absolute cijfers' van het probleemdossier van **Group DD Manufacturing/Kt Collection** lijkt het ons nogal bizar dat een gerenommeerde bankinstelling dergelijke valse informatie overmaakt. De vennootschappen van de heer <u>Daleyot</u> hadden op dat ogenblik al geruime tijd een PD-rating 11. Wij hebben omtrent deze rating nog geen volledige uitleg gevonden, maar alle tekenen wijzen erop dat een rating 11 allesbehalve positief is en eerder naar het desastreuze neigt.

| | |
|---|---|
| **FEDERALE GERECHT. POLITIE ARR BRUSSEL-HOOFDSTAD - 6458**<br>**Onderzoeksafdeling 4**<br>Koningsstraat 202A, Bus 1 - 1000 Brussel | **PV nr. 006520/2018**<br>**Notitie BR.70.99.001748/2016**<br>(T) 02/223.91.97 - (F) 02/223.90.40 |

## HIERBIJGEVOEGD

Bijlage 01: brief aan Rio Tinto Diamonds NV dd. 16/12/2009.

Waarvan akte,