# EXHIBIT 4

| | |
|---|---|
| Police | PRO JUSTITIA |
| | SUBSEQUENT OFFICIAL REPORT |
| FEDERAL JUD. POLICE ARR | 006520/2018 – 16-02-2018 |
| BRUSSELS CAPITAL – 6458 | Note BR.70.99.001748/2016 |
| Research Dept. 4 | Dossier Examining Magistr.: 113/2016 – |
| Koningsstraat 202A, Box 1 | Examining Magistrate – Brussels |
| 1000 Brussels | (Brussels-Capital) Mr. Gaudius – 10-11-2016 |

Recipient(s)          Examining magistrate – Brussels (Brussels-Capital) – Mr. Gaudius
Other – FGP BRUSSELS OA4 (copy)

Topic of the official report    Information letter to RIO TINTO of 16/12/2009

Facts            Abuse of good faith taking place between 01-01-2007 at 00:00 am and 31-12-2014 at 11:59 pm
Embezzlement and/or intentional destruction of money, papers, etc. taking place between 01-01-2007 at 00:00 am and 31-12-2014 at 11:59 pm
Money laundering taking place between 01-01-2007 at 00:00 am and 31-12-2014 at 11:59
Theft, without violence or threat, without aggravating circumstances (Ordinary theft) taking place between 01-01-2007 at 00:00 am and 31-12-2014 at 11:59 pm

Parties involved       In the case
KBC BANK (NV (Commercial Company))
ANTWERPSE DIAMANTBANK (NV (Commercial Company))
Aggrieved parties
LAZARE KAPLAN INTERNATIONAL INC (Foreign legal form with legal personality)
LAZARE KAPLAN BELGIUM (NV (Commercial Company))

Sent on                                             Reserved recipient
Endorsed: 19/02/2018
     (signed)
Number of annexes: 1

PRO JUSTITIA

On Friday 16-02-2018 at 11 am,
We, VAN DE GUCHT ANDRE, detective, Officer of the Judicial Police, STINKENS ELLEN, detective, officer
of the Judicial Police,

Inform your office of the following information,

### REFERENCES

Dossier 113/2016 – Examining Magistrate GAUDIUS in BRUSSELS
Note number BR.70.99.001748/2016 – Prosecution of BRUSSELS

### INFORMATION

Upon analyzing the minutes of the Board of Directors meetings of Antwerp Diamond Bank NV for 2010
(see official report 006025/2018), it struck us that, as for the 'Special Credits' dossier of Group DD
Manufacturing/KT Collection, the Board of Directors meeting of 20/04/2010 makes mention of 'sales Rio
Tinto'. In the remark to the figures for the Group DD Manufacturing/KT Collection, the following was
mentioned:

*'Credit is further reduced through sale of pledged goods and goods Di Modolo. Also for processing at the
factory, goods are regularly asked as trust. Debit position is still amply covered by the obtained
guarantees. The client also drew up a plan for the sale of works of art that were pledged to the bank.
Sales Rio Tinto and DTC by now entirely completed and all funds received in the account with the bank.'*

Rio Tinto Diamonds NV is a company that operates within the diamond sector. The headquarters of the
company are located in 2018 Antwerp, Hoveniersstraat 53.
On 29/11/2016, Mr. Karel De Boeck was interrogated regarding the report he wrote that was adjoined
to the complaint with constitution of civil party in the present dossier (see official report 47596/2016). It
pertains to a *'STATEMENT UNDER OATH'* of 16/09/2016 made by Mr. De Boeck as an expert.

In this *'STATEMENT UNDER OATH'* Mr. De Boeck alluded to the fact that KBC and Antwerp Diamond
Bank have falsely upheld the creditworthiness of the companies of Mr. Daleyot until October 2014,
while (still according to Mr. De Boeck) it had been clear since 2008 that these companies were in a dire
state and even going bankrupt.

A striking example for this is, according to Mr. De Boeck, a letter from 16/12/2009 from Mr. Guy Snoecks to RIO TINTO.

Literally:

8.
KBC/ADB has falsely upheld the creditworthiness of DALEYOT until as late as October 2014 despite the fact that it was clear as of 2008 to the bank that DALEYOT was in a dire state and even going bankrupt. A striking example is the letter from Guy SNOECKS to RIO TINTO of 16 December 2009, which exhibits a rare enthusiasm, while it should exhibit reticence. In this manner, KBC/ADB intentionally undertook steps to prevent a collapse of DALEYOT which would have caused serious trouble for ADB.

As we did not have in our possession the mentioned letter from Mr. Snoeks to Rio Tinto, we asked the counsel for the civil party to submit it to us. A copy of the letter in question was sent to us by email by the offices of attorney Rieder. We adjoin the letter in annex 01. This proved to be a letter from Mr. Kurt Beckers (as Senior Vice President / Head of Account Management) and Guy Snoeks (as Managing Director / Member of the Executive Committee) to Rio Tinto Diamonds NV.

In light of the numbers that were shown at the Board of Directors meetings of Antwerp Diamond bank regarding the 'large and problematic dossiers', the tone of the letter from Mr. Beckers and Mr. Snoeks surprises us. In the letter, they indicate to Rio Tinto Diamonds NV that there is, so to speak, not a cloud in the sky regarding the creditworthiness of DD Manufacturing. It is a pure recommendation to Rio Tinto Diamonds to engage in business with DD Manufacturing. Among others, it is stated that Mr. Daleyot enjoys an 'excellent reputation' in the diamond industry.

This letter at least raises the question whether the Antwerp Diamond Bank and/or Mr. Beckers and Snoeks acted fairly towards Rio Tinto Diamonds. Without delving too deeply into the 'absolute numbers' of the problematic dossier of Group DD Manufacturing/Kt Collection, it seems quite bizarre to us that a renowned bank institution would convey such false information. The companies of Mr. Daleyot had had a PD rating of 11 for quite some time at that point. We have not yet received a full explanation regarding this rating, but all signs indicate that a rating of 11 is anything but positive, and rather points towards the disastrous side of things.

ADJOINED HERETO
Annex 01: letter to Rio Tinto Diamonds NV of 16/12/2009.

                                                 Whereof deed,
                             *(signed)*        *(signed)*