# EXHIBIT 5



**Politie**

FEDERALE GERECHT. POLITIE ARR
BRUSSEL-HOOFDSTAD - 6458
Onderzoeksafdeling 4
Koningsstraat 202A, Bus 1
1000 Brussel
(T) 02/223.91.97
(F) 02/223.90.40
(Email)
PJFGP.Bru.Dirops@police.belgium.eu

PRO JUSTITIA
**NAVOLGEND PROCES-VERBAAL**

**012621/2018** – 30-03-2018
**Notitie BR.70.99.001748/2016**

Dossier Onderzoeksrechter: 113/2016 - Onderzoeksrechter - Brussel (Brussel-Hoofdstad) Dhr Gaudius - 10-11-2016

77

| | |
|---|---|
| Bestemmeling(en) | :Onderzoeksrechter - Brussel (Brussel-Hoofdstad) - Dhr Gaudius<br>Andere - FGP BRUSSEL OA4 (kopie) |
| Onderwerp v.h. PV | Structuur vennootschappen Daleyot |
| Feiten | **Misbruik van vertrouwen** plaatsgevonden tussen 01-01-2007 om 00u00 en 31-12-2014 om 23u59<br>**Verduistering en/of opzettelijke vernietiging van gelden, papieren, enz.** plaatsgevonden tussen 01-01-2007 om 00u00 en 31-12-2014 om 23u59<br>**Witwassen** plaatsgevonden tussen 01-01-2007 om 00u00 en 31-12-2014 om 23u59<br>**Diefstal, zonder geweld of bedreiging, zonder verzwarende omstandigheden (Gewone diefstal)** plaatsgevonden tussen 01-01-2007 om 00u00 en 31-12-2014 om 23u59 |
| Betrokkenen | **Inzake**<br>**KBC BANK** (NV (Handelsvenn))<br>**ANTWERPSE DIAMANTBANK** (NV (Handelsvenn))<br>**Benadeelden**<br>**LAZARE KAPLAN INTERNATIONAL INC** (Buitenlandse rechtsvorm met rechtspersoonlijkheid)<br>**LAZARE KAPLAN BELGIUM** (NV (Handelsvenn)) |

Toegezonden op 4/4/2018
Geviseerd: /Vandeputte

Aantal bijlagen : 4

Voorbehouden bestemmeling

Blz. 1/1

**FEDERALE GERECHT. POLITIE ARR BRUSSEL-HOOFDSTAD - 6458**  
**Onderzoeksafdeling 4**  
Koningsstraat 202A, Bus 1 - 1000 Brussel

PV nr. 012621/2018  
Notitie BR.70.99.001748/2016  
(T) 02/223.91.97 - (F) 02/223.90.40

## PRO JUSTITIA

Op vrijdag 30-03-2018 om 09u45,

Wij, **VAN DE GUCHT** ANDRE, rechercheur, Officier van Gerechtelijke Politie,

brengen volgende inlichtingen ter kennis aan uw ambt,

### REFERTES

Dossier **113/2016** - Onderzoeksrechter **GAUDIUS** te **BRUSSEL**  
Notitienummer **BR.70.99.001748/2016** - Parket **BRUSSEL**

---

### VASTSTELLINGEN DOCUMENTEN COMPLIANCE

▫ Bij de huiszoeking op de zetel van **KBC BANK NV** te 1080 Sint-Jans-Molenbeek, Havenlaan 2 werden mappen en documenten in beslag genomen bij de juridische dienst, bij de dienst Compliance en een deel uit de archieven van de bank.

▫ Op de dienst Compliance werd een map met diverse documenten '**LKI**' in beslag genomen, alsmede drie archiefdozen met documenten. Deze dozen dragen de archiefnummers

200 000 153 987  
200 000 153 988  
200 000 153 989.

Uit de doos ...153 988 werden tijdens de huiszoeking documenten geselecteerd die mogelijks vallen onder beroepsgeheim advocaten en/of bedrijfsjuristen. De geselecteerde documenten werden in een omslag geplaatst en de omslag werd verzegeld. Gezien de heer Onderzoeksrechter aanwezig was bij deze huiszoeking, werd de omslag onmiddellijk aan zijn ambt overhandigd.

De inbeslagnames op de dienst compliance staan vermeld op bijlage 02 aan proces-verbaal 26469/2017.

▫ <u>Onder huidig proces-verbaal gaan wij over tot de analyse van een deel van de inhoud van de doos ...**153 989**.</u>

▪ Vooreerst dient vermeld dat het geheel van de stukken die werden in beslag genomen op de dienst Compliance deel uitmaakt van het onderzoek dat door die dienst (en de juridische dienst) intern werd gevoerd naar de situatie '**LKI/LKB - DALEYOT** ...'. Bij dat onderzoek werden allerlei facetten van de problematiek doorgelicht:

--kredieten Daleyot en zijn vennootschappen;  
--kredieten **LKI/LKB**;  
-- de panden;  
--de **HSBC**-garantie/ back-to-back lening;

1/4

--de mogelijke betrokkenheid van werknemers/verantwoordelijken **Antwerpse Diamantbank**, waarbij ondermeer interviews werden afgenomen en zelfs bankrekeningen werden doorgelicht;
--de 'bribes'(steekpenningen);
enzoverder....

In de doos ...**153 989** treffen wij een aantal documenten aan betreffende organisatiestructuren van **DD Manufacturing** en buitenlandse structuren waar **DD Manufacturing** bij vernoemd wordt.

<u>Alle documenten die door ons worden besproken worden gevoegd in bijlage.</u>

---

### Bijlage 01

✓ Betreft een organigram ' DDM BELGIUM ORGANISATION CHART' van november 2000. Het overzicht staat gecategoriseerd als '*strictly private & confidential*'.
Het organigram geeft een beeld van de verschillende verantwoordelijken binnen de organisatie van **DD Manufacturing** in België.
Aan het hoofd staat/stond de heer <u>Daleyot</u> **Erez** als CEO. Hij wordt tevens vermeld als verantwoordelijke voor de 'public relations'. De heer **Raffi** <u>Fass</u> staat in dit overzicht vermeld als Financial manager. De heer <u>Fass</u> had in die periode een 'financial assistant', mevrouw **Annie** <u>Asselberghs</u>.

---

### Bijlage 02

✓ <u>Structuur van vennootschappen die verband hebben met **I.L. Investment** (Trust B.V.I.) - 2005.</u>

Uit dit overzicht leren wij dat:
☒ de heer **Erez Daleyot** voor 100% eigenaar was van **KT Collection NV** en **DD Manufacturing NV** (situatie in 2005);
☒ **DD Manufacturing** voor 51% 'voting shares' had in **Daniël K Inc** en 30% eigenaar was van **Life Diamonds SA**;
☒ **I.L. Investment** (Trust British Virgin Islands) voor 100% eigenaar was van **Euroinvestors SA** (Luxemburgse Holding), dat op zijn beurt 40% eigenaar was van **Life Diamonds SA**.

FEDERALE GERECHT. POLITIE ARR BRUSSEL-HOOFDSTAD - 6458
Onderzoeksafdeling 4
Koningsstraat 202A, Bus 1 - 1000 Brussel

PV nr. 012621/2018
Notitie BR.70.99.001748/2016
(T) 02/223.91.97 - (F) 02/223.90.40

---

**Bijlage 03**

✓ <u>Structuur van vennootschappen die verband hebben met de heer **Erez Daleyot** en met de familie **Daleyot** -- situatie in 2006.</u>

In dit overzicht wordt de situatie compleet anders voorgesteld dan voor wat betreft de situatie in 2005.
De heer **Erez Daleyot** wordt vermeld als :
- 100% eigenaar van **DDM Holding CVA**
- 100% eigenaar van **Mauridiam Invest in Mauritius**
- 100% eigenaar van **KT Collection BVBA**
- 100% eigenaar van **DDM NV**

Voor **Mauridiam Invest** wordt tevens vermeld dat deze vennootschap 95% eigenaar was van **F.T. D. Diamonds Ltd** in Israël en 45% van **Gulfdiam** in Dubai.
**DDM NV** was dan weer eigenaar voor 70% van **DDA** in Botswana en 20% in **Life Diamonds SA**.

De 'familie' **Daleyot** was blijkbaar voor 100% eigenaar van **IL Investments** (trust B.V.I.), dat doorheen **Euro Investors Holding SA** voor 50% eigenaar was van **Daniël K LLC** (USA) en voor 43% eigenaar van **Life Diamonds SA**.

---

**Bijlage 04**

✓ <u>Structuur van vennootschappen die verband hebben met de heer **Erez Daleyot** en met de familie **Daleyot** -- situatie in 2007.</u>
Situatie is grotendeels gelijkaardig aan de situatie in 2006.

De vennootschap **DDM NV** was voor 36% eigenaar van **Life Diamonds** (tegenover 20% in 2006) en **Daniël K** nog slechts voor 27% eigenaar van **Life Diamonds** (tegenover 45% in 2006).

---

## INLICHTINGEN/VERHOREN

▫ Deze overzichten werden aangetroffen bij de dienst Compliance van **KBC**. Dit gegeven wijst erop dat de **Antwerpse Diamantbank** - en in het verlengde **KBC** - wel degelijk op de hoogte was van de 'structuur' rond de heer **Daleyot** en dit door de jaren heen.

| | |
|---|---|
| **FEDERALE GERECHT. POLITIE ARR BRUSSEL-HOOFDSTAD - 6458**<br>**Onderzoeksafdeling 4**<br>Koningsstraat 202A, Bus 1 - 1000 Brussel | **PV nr. 012621/2018**<br>**Notitie BR.70.99.001748/2016**<br>(T) 02/223.91.97 - (F) 02/223.90.40 |

Zo zou ondermeer de heer Kurt **Beckers** - accountmanager voor **Daleyot** en zijn vennootschappen bij **Antwerpse Diamantbank** - deze gegevens hebben ontvangen van de heer **Fass**.

▫ In proces-verbaal 9857/2018 en 10367/2018 hebben wij melding gemaakt van het feit dat voor wat betreft de kredietlijnen **DD Manufacturing en KT Collection Groep** a.h.w. in één adem genoemd werden met **Daniel K**. Tevens is er sprake van het ontvangen van een '*general security agreement*' vanwege **Daniel K.**

Uit de hierbijgevoegde overzichten blijkt nu dat de heer **Daleyot** - weliswaar doorheen zijn vennootschappen - eigenaar was van **Daniel K Inc.**

Het is aangewezen van de heer **Fass** te (her-)verhoren betreffende deze overzichten van de vennootschappen, dit vooral in het licht van de '*general security agreement*' gegeven door **Daniel K.**

## HIERBIJGEVOEGD

Bijlage 01 t/m 04: documenten zoals hierboven beschreven.

Waarvan akte,

