# EXHIBIT 6

| | |
|---|---|
| Police<br><br>FEDERAL JUD. POLICE ARR<br>BRUSSELS CAPITAL – 6458<br>Research Dept. 4<br>Koningsstraat 202A, Box 1<br>1000 Brussels | PRO JUSTITIA<br>SUBSEQUENT OFFICIAL REPORT<br>012621/2018 – 30-03-2018<br>Note BR.70.99.001748/2016<br>Dossier Examining Magistr.: 113/2016 –<br>Examining Magistrate – Brussels<br>(Brussels-Capital) Mr. Gaudius – 10-11-2016 |

| | |
|---|---|
| Recipient(s) | Examining magistrate – Brussels (Brussels-Capital) – Mr. Gaudius<br>Other – FGP BRUSSELS OA4 (copy) |
| Topic of the official report | Structure Daleyot companies |
| Facts | Abuse of good faith taking place between 01-01-2007 at 00:00 am and 31-12-2014 at 11:59 pm<br>Embezzlement and/or intentional destruction of money, papers, etc. taking place between 01-01-2007 at 00:00 am and 31-12-2014 at 11:59 pm<br>Money laundering taking place between 01-01-2007 at 00:00 am and 31-12-2014 at 11:59<br>Theft, without violence or threat, without aggravating circumstances (Ordinary theft) taking place between 01-01-2007 at 00:00 am and 31-12-2014 at 11:59 pm |
| Parties involved | In the case<br>KBC BANK (NV (Commercial Company))<br>ANTWERPSE DIAMANTBANK (NV (Commercial Company))<br>Aggrieved parties<br>LAZARE KAPLAN INTERNATIONAL INC (Foreign legal form with legal personality)<br>LAZARE KAPLAN BELGIUM (NV (Commercial Company)) |

| | |
|---|---|
| Sent on<br>Endorsed: 4/4/2018<br>*(signed)*<br>Number of annexes: 4 | Reserved recipient |

PRO JUSTITIA

On Friday 30-03-2018 at 9:45 am,
We, <u>VAN DE GUCHT</u> ANDRE, detective, Officer of the Judicial Police

Inform your office of the following information,

### REFERENCES

Dossier 113/2016 – Examining Magistrate <u>GAUDIUS</u> in <u>BRUSSELS</u>
Note number BR.70.99.001748/2016 – Prosecution of <u>BRUSSELS</u>

### FINDINGS COMPLIANCE DOCUMENTS

During the house search at the headquarters of KBC BANK NV in 1080 Sint-Jans-Molenbeek, Havenlaan 2, folders and documents were seized from the legal department, from the Compliance department, and partly from the archives of the bank.

At the Compliance department, a folder with various documents marked 'LKI' were seized, as well as three archive boxes with documents. These boxes carry the archive numbers
200 000 153 987
200 000 153 988
200 000 153 989
From the box ... 153 988, documents were selected during the house search that may fall under professional secrecy for attorneys and/or company attorneys. The selected documents were placed in an envelope and the envelope was sealed. As Mr. Examining Magistrate was present during this house search, the envelope was immediately handed over to his office.

The seizures at the compliance department are mentioned in annex 02 to official report 26469/2017.

Under the present official report, we proceed with the analysis of part of the contents of the box ... 153 989.

Firstly it should be mentioned that the entirety of the exhibits that were seized at the Compliance department are part of the investigation conducted internally by this department (and the legal department) into the situation 'LKI/LKB – DALEYOT ...'. A number of facets of the issues were examined during this investigation:
- Credits Daleyot and his companies;
- Credits LKI/LKB;
- The pledges;
- The HSBC guarantee / back-to-back loan;

- The possible involvement of employees/executive staff of Antwerp Diamond Bank, whereby among others interviews were taken and even bank accounts were investigated;
- The bribes;
  Etc.

IN box … 153 989 we find a number of documents regarding organization structures of DD Manufacturing and foreign structures where DD Manufacturing is mentioned.

All documents discussed by us are added in annex.

Annex 01

Pertains to organization chart 'DDM BELGIUM ORGANISATION CHART' from November 2000. The overview is catalogued as 'strictly private & confidential'.
The organization chart offers an overview of the various executives within the organization of DD Manufacturing in Belgium.
At the helm is/was Mr. Daleyot Erez as CEO. He is also mentioned as executive for 'public relations'. Mr. Raffi Fass is mentioned in this overview as Financial manager. Mr. Fass had a 'financial assistant' during this period, Ms. Annie Asselberghs.

Annex 02

Structure of companies related to I.L. Investment (Trust B.V.I.) – 2005.

This overview teaches us that:
- Mr. Erez Daleyot owned 100% of KT Collection NV and DD Manufacturing NV (situation in 2005);
- DD Manufacturing had 51% 'voting shares' in Daniël K Inc and owned 30% of Life Diamonds SA;
- I.L. Investment (Trust British Virgin Islands) owned 100% of Euroinvestors SA (Luxembourg Holding), which in turn owned 40% of Life Diamonds SA.

Annex 03

Structure of companies related to Mr. Erez Daleyot and the Daleyot family – situation in 2006.

In this overview the situation is represented completely differently from the situation in 2005.
Mr. Erez Daleyot is mentioned as:
Owning 100% of DDM Holding CVA
Owning 100% of Mauridiam Invest in Mauritius
Owning 100% of KT Collection BVBA
Owning 100% of DDM NV
For Mauridiam Invest, it is also stated that this company owned 95% of F.T.D. Diamonds Ltd in Israel, and 45% of Gulfdiam in Dubai.
DDM NV in turn owned 70% of DDA in Botswana and 20% of Life Diamonds SA.

The Daleyot 'family' apparently owned 100% of IL Investments (trust B.V.I.), which through Euro Investors Holding SA owned 50% of Daniël K LLC (USA) and owned 43% of Life Diamonds SA.

Annex 04

Structure of companies related to Mr. Erez Daleyot and the Daleyot family – situation in 2007.
Situation is largely similar to the situation in 2006.

The company DDM NV owned 36% of Life Diamonds (compared to 20% in 2006) and Daniël K only owned 27% of Life Diamonds (compared to 45% in 2006).

INFORMATION/INTERROGATIONS

These overviews were found at the Compliance Department of KBC. This fact indicates that Antwerp Diamond Bank – and by extension KBC – were indeed aware of the 'structure' around Mr. Daleyot, and were so throughout the years.

For instance, among others Mr. Kurt Beckers – account manager for Daleyot and his companies with Antwerp Diamond Bank – allegedly received this information from Mr. Fass.

In official report 9857/2018 and 10367/2018, we made mention of the fact that, as for the credit lines, DD Manufacturing and KT Collection Group were mentioned in the same breath as it were as Daniel K. Also, a 'general security agreement' was received from Daniel K.

It is now apparent from the adjoined overviews that Mr. Daleyot – albeit through his companies – owned Daniel K Inc.

It is advisable that Mr. Fass be (re-)interrogated regarding these overviews of the companies, mainly in light of the 'general security agreement' given by Daniel K.

### ADJOINED HERETO

Annexes 01 to 04: documents as described above.

                                                            Whereof deed,
*(signed)*    *(signed)*