# EXHIBIT 11



**From:** AtulKumar Nandankar
**Sent:** Wednesday, February 07, 2018 11:24 AM
**To:** Diane Grimmig <diane.grimmig@kbc.be>
**Cc:** Michael Candiano <michael.candiano@kbc.be>; Rogerio Pestana <rogerio.pestana@kbc.be>; Rahul Patel <rahul.patel@kbc.be>
**Subject:** RE: request for account statements/gentle reminder
**Sensitivity:** Confidential

Diane,

We searched for ADB's Statement for 2009 in Alchemy, other servers, backup tapes but were not able to find them.
Apologies for the inconvenience.

**Atul Nandankar**
KBC Bank - New York Branch
1177 Avenue of the Americas, 8th Floor
New York, NY 10036
Tel: +1212-541-0625
Fax: +1212-541-0785