# EXHIBIT 12



**From:** AtulKumar Nandankar
**Sent:** vrijdag 13 april 2018 21:25
**To:** Herman Van Hecke <herman.hvh.vanhecke@kbc.be>
**Cc:** Diane Grimmig <diane.grimmig@kbc.be>; Rahul Patel <rahul.patel@kbc.be>; Conall MC GONAGLE <conall.mcgonagle@kbc.be>
**Subject:** RE: request for account statements/gentle reminder
**Sensitivity:** Confidential

Herman,

As per the request of Group Legal, we performed a search of all our databases to identify and retrieve all monthly account statements sent to Antwerp Diamond Bank ("ADB") regarding its USD dollar account with KBC Bank NV, New York Branch during the period of 2007 to 2014. We were able to retrieve and provided the ADB account statements for every year except for 2009. We were not able to retrieve the ADB's account statements for 2009 is because the database where we store account statements for our customers, including ABD, for that year was corrupted.

Please feel free to contact me with any questions or concerns regarding the foregoing.

Regards

**Atul Nandankar**
*Director – ICT Applications Support*
KBC Bank - New York Branch
1177 Avenue of the Americas, 8th Floor
New York, NY 10036
Tel: +1212-541-0625
Fax: +1212-541-0785