# EXHIBIT 15



2

**Politie**

**FEDERALE GERECHT. POLITIE ARR BRUSSEL-HOOFDSTAD - 6458**
**Onderzoeksafdeling 4**
Koningsstraat 202A, Bus 1
1000 Brussel
(T) 02/223.91.97
(F) 02/223.90.40
(Email)
PJFGP.Bru.Dirops@police.belgium.eu

PRO JUSTITIA

# NAVOLGEND PROCES-VERBAAL

**006517/2018** – 16-02-2018

**Notitie BR.70.99.001748/2016**

Dossier Onderzoeksrechter: 113/2016 - Onderzoeksrechter - Brussel (Brussel-Hoofdstad) Dhr Gaudius - 10-11-2016

| | |
|---|---|
| Bestemmeling(en) | Onderzoeksrechter - Brussel (Brussel-Hoofdstad) - Dhr Gaudius<br>Andere - FGP BRUSSEL OA4 (kopie) |
| Onderwerp v.h. PV | Vaststellingen verslagen raad van bestuur ADB van 2009 |
| Feiten | **Misbruik van vertrouwen** plaatsgevonden tussen 01-01-2007 om 00u00 en 31-12-2014 om 23u59<br>**Verduistering en/of opzettelijke vernietiging van gelden, papieren, enz.** plaatsgevonden tussen 01-01-2007 om 00u00 en 31-12-2014 om 23u59<br>**Witwassen** plaatsgevonden tussen 01-01-2007 om 00u00 en 31-12-2014 om 23u59<br>**Diefstal, zonder geweld of bedreiging, zonder verzwarende omstandigheden (Gewone diefstal)** plaatsgevonden tussen 01-01-2007 om 00u00 en 31-12-2014 om 23u59 |
| Betrokkenen | <u>Inzake</u><br>KBC BANK (NV (Handelsvenn))<br>ANTWERPSE DIAMANTBANK (NV (Handelsvenn))<br><u>Benadeelden</u><br>LAZARE KAPLAN INTERNATIONAL INC (Buitenlandse rechtsvorm met rechtspersoonlijkheid)<br>LAZARE KAPLAN BELGIUM (NV (Handelsvenn)) |

Toegezonden op 22/02/2018
Geviseerd :
C. LINK

Voorbehouden bestemmeling

Aantal bijlagen : 10

...ERALE GERECHT. POLITIE ARR BRUSSEL-HOOFDSTAD - 6458
...nderzoeksafdeling 4
Koningsstraat 202A, Bus 1 - 1000 Brussel

PV nr. 006517/2018
Notitie BR.70.99.001748/2016
(T) 02/223.91.97 - (F) 02/223.90.40

**PRO JUSTITIA**

Op vrijdag 16 02 2018 om 11u15,
Wij, VAN DE GUCHT ANDRE, rechercheur, Officier van Gerechtelijke Politie, STINKENS ELLEN, rechercheur, Officier van Gerechtelijke Politie,

brengen volgende inlichtingen ter kennis aan uw ambt,

## REFERTES

Dossier **113/2016** - Onderzoeksrechter GAUDIUS te BRUSSEL
Notitienummer BR.70.99.001748/2016 - Parket BRUSSEL

## INLICHTINGEN

✓ Op 27/12/2017 werden de notulen van de RvB door ons opgehaald bij de **Antwerpse Diamantbank** --zie proces-verbaal 049796/2017.

✓ Na het afhalen van de verslagen hebben wij vastgesteld dat:

--de kopies van de notulen in verschillende dozen (vijf) werden gestopt door de mensen van de Antwerpse Diamantbank, dit zonder een inventaris bij te voegen;

--de kopies niet per jaartal in de dozen werden gestoken, zodat het heel wat tijd heeft gevergd om een beeld te krijgen van welke notulen in kopie werden overhandigd;

--bij de notulen (veelal) de bijlagen werden gevoegd, zijnde documenten die bij de vergaderingen werden besproken. Ook deze bijlagen zitten niet altijd in een logische volgorde geklasseerd. Sommige bijlagen blijken dubbel voorhanden te zijn. Op deze manier hebben wij natuurlijk ook geen beeld van de volledigheid van de aangereikte documentatie.

✓ Wij trachten dan ook van systematisch te werk te gaan bij onze opzoekingen en bij de bespreking van de notulen. Onder huidig proces-verbaal gaan wij over tot de analyse van de inhoud van de notulen van de RvB van 2009.

In 2009 zijn er vergaderingen van de Rvb van de **Antwerpse Diamantbank NV** gehouden op de volgende data:

| 19-01-2009 |
|---|
| 09-03-2009 |
| 15-04-2009 |
| 12-10-2009 |

[...]ALE GERECHT. POLITIE ARR BRUSSEL-HOOFDSTAD - 6458
[...]erzoeksafdeling 4
[...]oningsstraat 202A, Bus 1 - 1000 Brussel

PV nr. 006517/2018
Notitie BR.70.99.001748/2016
(T) 02/223.91.97 - (F) 02/223.90.40

# Notulen RvB 19/01/2009

Bijlage 01: Notulen Raad van bestuur 19 januari 2009

Bij deze vergadering werden de notulen van de RvB van 14/11/2008 goedgekeurd. Verder werd de financiële toestand van de **Antwerpse Diamantbank** besproken. Dit item werd becommentarieerd door de heer De Bosscher **Pierre** (gedelegeerd bestuurder en lid van het directiecomité).

Onder de rubriek 'Kredieten' werd ondermeer de toestand van de kredietdossiers boven de 20 miljoen $ overlopen. De heer **Snoeks Guy** heeft daarbij de laatste stand van zaken toegelicht in het dossier **DD Manufacturing**, dossier dat op dat ogenblik het hoogste tekort aan dekking vertoonde (zie bijlage 02).

Bijlage 02: Overzichtlijst 'Group risks' >20 miljoen $

Ter voorbereiding van de Raad van bestuur van 19 januari 2009 werd dit overzicht overgemaakt aan de deelnemers. Tijdens de vergadering werd de lijst besproken door de heer **Guy Snoeks**.

Zowel **Lazare Kaplan Group** als **DD Mfg/KT Collection Groep** staan vermeld in het overzicht:

① **Lazare Kaplan:**

-**Lazare Kaplan International Inc** staat vermeld met een PD rating van 4B; **Lazare Kaplan Belgium** staat vermeld met een PD rating van 5A.

-**LKI** heeft een operationele kredietlijn van 45.000.000 $, **LKB** heeft een operationele kredietlijn van 25.000.000 $.

-Voor **LKI** is de debetstand 41.743.000$. Voor **LKB** is de debetstand 2.621.000$.

-Solvabiliteit: 41% voor **LKI** en 3% voor **LKB**.

-Er wordt een specifieke garantie van **LKI Inc** vermeld.

② **DD Mfg /KT Collection groep:**

-Staat vermeld met een PD rating van 11.

-De groep heeft een operationele kredietlijn van 120.000.000 $.

-De debetstand bedraagt 105.762.000 $.

Bij dit overzicht moeten wij melden dat de betekenis van bepaalde gebruikte termen en afkortingen niet duidelijk is voor ons. Zo kennen wij de basis en de betekenis van de 'PD Rating' niet. Navraag zal worden gedaan (tijdens de eventuele verhoren) naar de exacte betekenis en inhoud van deze punten.

## Notulen RvB 19/03/2009

□ Bijlage 03: Notulen Raad van bestuur 19 maart 2009

Bij deze vergadering werden de notulen van de RvB van 19/01/2009 goedgekeurd. De jaarrekening (op vennootschappelijke basis) en het voorstel tot winstverdeling 2008 werden goedgekeurd. De heer De Bosscher (gedelegeerd bestuurder en lid van het directiecomité) heeft hierbij de nodige toelichtingen verschaft;

Onder de rubriek 'Kredieten' werd door de heer Snoeks de stand van zaken in de meest relevante individuele dossiers boven de 20 miljoen $ toegelicht. (zie bijlage 04).

□ Bijlage 04: Overzichtlijst 'Group risks' >20 miljoen $

Ter voorbereiding van de Raad van bestuur van 19 maart 2009 werd dit overzicht overgemaakt aan de deelnemers. Tijdens de vergadering werd de lijst besproken door de heer Guy Snoeks.

Zowel **Lazare Kaplan Group** als **DD Mfg /KT Collection Groep** staan vermeld in het overzicht:

① **Lazare Kaplan:**

-**Lazare Kaplan International Inc** staat vermeld met een PD rating van 5B; **Lazare Kaplan Belgium** staat vermeld met een PD rating van 5A.

-**LKI** heeft een operationele kredietlijn van 45.000.000 $, **LKB** heeft een operationele kredietlijn van 25.000.000 $.

-Voor **LKI** is de debetstand 43.752.000$. Voor **LKB** is er geen debetstand.

-Solvabiliteit: 41% voor **LKI** en 3% voor **LKB**.

-Er wordt een specifieke garantie van **LKI Inc** vermeld.

-Solvabiliteitsvermelding 34%.

-In de kolom 'Remark' staat vermeld: BWB 20.000$ + PHZ 28.500$ + Volm HZ 76.500$ + PGOE 47mio USD DV.

Bij dit overzicht moeten wij melden dat de betekenis van bepaalde gebruikte termen en afkortingen niet duidelijk is voor ons. Zo kennen wij de basis en de betekenis van de 'PD Rating' niet. Navraag zal worden gedaan (tijdens de eventuele verhoren) naar de exacte betekenis en inhoud van deze punten.

## Notulen RvB 19/03/2009

<u>Bijlage 03: Notulen Raad van bestuur 19 maart 2009</u>

Bij deze vergadering werden de notulen van de RvB van 19/01/2009 goedgekeurd. De jaarrekening (op vennootschappelijke basis) en het voorstel tot winstverdeling 2008 werden goedgekeurd. De heer **De Bosscher** (gedelegeerd bestuurder en lid van het directiecomité) heeft hierbij de nodige toelichtingen verschaft;

Onder de rubriek 'Kredieten' werd door de heer **Snoeks** de stand van zaken in de meest relevante individuele dossiers boven de 20 miljoen $ toegelicht. (zie bijlage 04).

<u>Bijlage 04: Overzichtlijst 'Group risks' >20 miljoen $</u>

Ter voorbereiding van de Raad van bestuur van 19 maart 2009 werd dit overzicht overgemaakt aan de deelnemers. Tijdens de vergadering werd de lijst besproken door de heer **Guy Snoeks**.

Zowel **Lazare Kaplan Group** als **DD Mfg /KT Collection Groep** staan vermeld in het overzicht:

① **Lazare Kaplan:**

-**Lazare Kaplan International Inc** staat vermeld met een PD rating van 5B; **Lazare Kaplan Belgium** staat vermeld met een PD rating van 5A.

-**LKI** heeft een operationele kredietlijn van 45.000.000 $, **LKB** heeft een operationele kredietlijn van 25.000.000 $.

-Voor **LKI** is de debetstand 43.752.000$. Voor **LKB** is er geen debetstand.

-Solvabiliteit: 41% voor **LKI** en 3% voor **LKB**.

-Er wordt een specifieke garantie van **LKI Inc** vermeld.

② **DD Mfg /KT Collection** groep:

-Staat vermeld met een PD rating van 11.

-De groep heeft een operationele kredietlijn van 120.000.000 $.

-De debetstand bedraagt 97.651.000 $.

-Solvabiliteitsvermelding 34%.

-In de kolom 'Remark' staat vermeld: BWB 20.000$ + PHZ 63.500$ + Volm HZ 41.500$ + PGOE 50.886 $ DV(additional securities have been negotiated).

## Notulen RvB 15/04/2009

Bijlage 05: Notulen Raad van bestuur 15 april 2009

Bij deze vergadering werden de notulen van de RvB van 19/03/2009 goedgekeurd.

De heer **De Bosscher** heeft de financiële situatie per 31/03/2009 becommentarieerd.

Onder de rubriek 'Kredieten' werd door de heer **Snoeks** de stand van zaken in de meest relevante individuele dossiers boven de 20 miljoen $ toegelicht. Er was slechts 1 nieuw dossier met significant tekort aan dekking. (zie bijlage 06).

Bijlage 06: Overzichtlijst 'Group risks' >20 miljoen $

Tijdens de vergadering werd de lijst besproken door de heer **Guy Snoeks**.

Zowel **Lazare Kaplan Group** als **DD Mfg /KT Collection Groep** staan vermeld in het overzicht:

① **Lazare Kaplan:**

-**Lazare Kaplan International Inc** staat vermeld met een PD rating van 5B; **Lazare Kaplan Belgium** staat vermeld met een PD rating van 5A.

-**LKI** heeft een operationele kredietlijn van 45.000.000 $, **LKB** heeft een operationele kredietlijn van 25.000.000 $.

-Voor **LKI** is de debetstand 43.893.000$. Voor **LKB** is er geen debetstand.

-Solvabiliteit: 38% voor **LKI** en 2% voor **LKB**.

-Er wordt een specifieke garantie van **LKI Inc** vermeld.

DD Mfg /KT Collection groep:

-Staat vermeld met een PD rating van 11.

-De groep heeft een operationele kredietlijn van 120.000.000 $.

-De debetstand bedraagt 95.324.000 $.

-Solvabiliteitsvermelding 34%.

-In de kolom 'Remark' staat vermeld: BWB 20.000$ + PHZ 63.500$ + Volm HZ 41.500$ + PGOE 50.067 $ DV + assignment of consignment filing from D.D. Manufacturing nv for consignement goods of DD Manufacturing nv with Daniel K Inc + pledge on art collection for a declared value of 28.000 USD.

Benadrukken hier dat het gaat over een 'declared value', een verklaarde waarde voor de kunstcollectie. Deze waarde werd dus opgegeven door de heer Daleyot. De effectieve waarde van deze kunstcollectie kon dus hoger of lager liggen.

## Notulen RvB 29/05/2009

Bijlage 07: Notulen beslissing Raad van bestuur per circulatie 29 mei 2009

Het betreft een beslissing die door de Raad van bestuur werd genomen 'bij circulatie'.

De raamovereenkomst voor de kredietverlening door Antwerpse Diamantbank met waarborgverlening door KBC werd goedgekeurd.

De raad heeft een ontwerp tot aanpassing van de bestaande raamovereenkomst KBC-Antwerpse Diamantbank dd. 30/12/1999 goedgekeurd. In die raamovereenkomst was bepaald dat KBC de kredietbedragen boven de lending limit van Antwerpse Diamantbank garandeerde.

Deze bestaande raamovereenkomst werd dus aangepast wegens het 'verouderd' zijn van bepaalde punten.

In artikel 5 van de raamovereenkomst wordt bepaald onder welke bepalingen de borgstellingen door KBC Bank worden verleend:

[illegible]

Het feit dat er reeds sinds 1999 een raamovereenkomst bestond toont aan dat **KBC Bank** sedert dan betrokken werd bij het verlenen van bepaalde kredieten die werden toegestaan door **Antwerpse Diamantbank**. De nieuwe overeenkomst van 2009 bevestigt dit gegeven.

Er dient nagegaan te worden in welke mate de kredieten toegekend aan **DD Manufacturing/ Kt Collection en/of Lazare Kaplan International/België** vallen onder de borgstelling voorzien in deze raamovereenkomst.

## Notulen RvB 12/10/2009

- Bijlage 08: Agenda Raad van bestuur 12 oktober 2009

Deze agenda werd voorafgaand aan de vergadering overgemaakt aan de deelnemers. Aan deze agenda werden een aantal documenten gevoegd die tijdens de vergadering ten berde zouden worden gebracht.

Bij deze vergadering werden de notulen van de RvB van 15/04/2009 goedgekeurd. Een kopie van deze notulen werd reeds gevoegd aan proces-verbaal 006025/2018 *(Vaststellingen verslagen raad van bestuur ADB van 2010).*

De heer De Bosscher heeft tijdens de vergadering de financiële situatie per 30/09/2009 becommentarieerd.

Onder de rubriek 'Kredieten' werd door de heer Snoeks de stand van zaken in de meest relevante individuele dossiers boven de 20 miljoen $ toegelicht.

Tevens heeft de heer Snoeks nadere uitleg verstrekt bij alle dossiers met PD rating hoger dan 10. In het verslag van de vergadering werd daarbij vermeld dat ondanks onderzoek

door forensic auditors het bewijs van fraude in 2 aanverwante probleemdossiers niet kon worden aangetoond.

Wij kunnen niet achterhalen:

--over welke 2 probleemdossiers hier werd gesproken;
--wie de forensic auditors waren die het onderzoek hebben gevoerd;
--wat uit het verslag van die forensic auditors was gebleken.

□ Bijlage 09: Overzichtlijst 'Group risks' >20 miljoen $

Tijdens de vergadering werd de lijst besproken door de heer **Guy Snoeks**.

Zowel **Lazare Kaplan Group** als **DD Mfg /KT Collection Groep** staan vermeld in het overzicht:

① **Lazare Kaplan:**

-**Lazare Kaplan International Inc** staat vermeld met een PD rating van 11; **Lazare Kaplan Belgium** staat vermeld met een PD rating van 5B.

-**LKI** heeft een operationele kredietlijn van 45.000.000 $, **LKB** heeft een operationele kredietlijn van 25.000.000 $.

-Voor **LKI** is de debetstand 43.170.000$. Voor **LKB** is er een debetstand van 194.000$.

-Solvabiliteit: 36% voor **LKI** en 2% voor **LKB**.

-Er wordt een specifieke garantie van **LKI Inc** vermeld.

② **DD Mfg /KT Collection** groep:

-Staat vermeld met een PD rating van 11.

-De groep heeft een operationele kredietlijn van 63.000.000 $.

-De debetstand bedraagt 60.190.000 $.

-Solvabiliteitsvermelding 47%.

-In de kolom 'Remark' staat vermeld: HYP 5.000 EUR + PHZ 63.500$ + Volm HZ 41.500$ + PGOE 38.425 $ DV + assignment of consignment filing from D.D. Manufacturing nv for consignement goods of DD Manufacturing nv with Daniel K Inc + pledge on art collection for a declared value of 28.000 USD.

Wijzen erop dat kort nadien (28/12/2009) door **Antwerpse Diamantbank** een aangetekend schrijven werd gericht aan **LKI** om de kredieten op te zeggen.

...RALE GERECHT. POLITIE ARR BRUSSEL-HOOFDSTAD - 6458
...derzoeksafdeling 4
...oningsstraat 202A, Bus 1 - 1000 Brussel

PV nr. 006517/2018
Notitie BR.70.99.001748/2016
(T) 02/223.91.97 - (F) 02/223.90.40

□ Bijlage 10: Nota voor de Raad van bestuur van 12 oktober 2009 - Kapitaalbeslag

Deze nota werd als bijlage 5 van de agenda aan de deelnemers van de vergadering overgemaakt. Tijdens de vergadering heeft de heer **Vinogradoff Stephane** het lopende actieplan om het reglementair eigen vermogentekort per 31/03/2009 te regulariseren, besproken.

Er werd vermeld dat garanties vanwege **KBC** en/of versterking van de kapitaalsbasis door winstreservering of achtergestelde leningen alsnog dienden overwogen te worden.

---

**HIERBIJGEVOEGD**

Bijlage 01 tot 10 : Zoals hiervoor omschreven.

---

Waarvan akte,