# EXHIBIT 17

BIJLAGE 2
PV    /18
FGP BRUSSEL OA4

## MEMO AAN DE RAAD VAN BESTUUR ADB

Betreft: Aanpassing van raamovereenkomst KBC-ADB waarbij KBC de kredietbedragen boven de lending limit van ADB (EUR 45.803.283) garandeert.

### 1 Probleemstelling

De bestaande overeenkomst dd. 30 december 1999 is op bepaalde punten "verouderd". Tevens bood herwerking van de overeenkomst de mogelijkheid om de bestaande procedures ivm vastlegging en administratieve verwerking van de borgstelling vanwege KBC, onder de loep te nemen en aan te passen.

### 2 Aanpassingen aan de overeenkomst

2.1 In de vroegere overeenkomst werd voorzien in een procedure waarbij goedkeuring door Raad van Bestuur ADB vereist was van de kredietzaken boven de lending limit.

In de nieuwe overeenkomst wordt in art. 2 en 3 voorzien dat kredieten en overschrijdingen zullen gewaarborgd zijn boven de lending limit wanneer deze kredieten door ADB werden toegestaan na beslissing overeenkomstig de IKB Counterparty Delegations. Ook toegestane overschrijdingen worden in de nieuwe overeenkomst uitdrukkelijk vermeld.

2.2 Het voorwerp van de borgstelling van KBC en de manier van berekening en toerekening zoals bepaald in art. 5 a werd niet gewijzigd.
In art. 5 b werd in tweede alinea toegevoegd dat nav de betaling door KBC de partijen de nodige overeenkomsten zullen ondertekenen om het verder verhaal tegen debiteur en/of zekerheidsstellers formeel te regelen.

2.3 In art. 5 c wordt de vergoeding bepaald: ongewijzigd gehouden op 0.5 % per annum op het verschil tussen het door ADB verstrekte kredietbedrag (inclusief overschrijdingen zoals toegevoegd in nieuwe overeenkomst) en de lending limit.
De vergoeding wordt berekend op het lijnbedrag.

Er is nu wel geopteerd om af te rekenen op het einde van ieder trimester omwille van de meest adequate verwerking bij KBC en ter vermijding van rechtzettingen na trimestereinde (nl.: geprorateerde terugbetaling van commissie voor tijdens een trimester beëindigde kredieten, voorzien in de oude overeenkomst art. 3 c werd niet weerhouden).

2.4 er wordt voorgesteld de overeenkomst retroactief te laten ingaan vanaf 1 januari 2009. Op deze wijze wordt de verhouding ADB-KBC op dit vlak correct afgedekt voor het gehele lopend boekjaar.

GS - 29.05.09

Bijlage : nieuw ontwerp van overeenkomst

BIJLAGE o̷$3$
PV oo6517 /18
FGP BRUSSEL OA4

## RAAMOVEREENKOMST VOOR DE KREDIETVERLENING DOOR ANTWERPSE DIAMANTBANK NV MET WAARBORGVERLENING DOOR KBC BANK NV

ONDERGETEKENDEN

- De naamloze vennootschap KBC Bank, waarvan de maatschappelijke zetel gevestigd is te 1080 Brussel, Havenlaan 2, ingeschreven in het rechtspersonenregister onder nummer 0462.920.226,
  hierna 'KBC Bank' genoemd en vertegenwoordigd door [...]

- De naamloze vennootschap Antwerpse Diamantbank, waarvan de maatschappelijke zetel gevestigd is te 2018 Antwerpen, Pelikaanstraat 54, ingeschreven in het rechtspersonenregister onder nummer 0404.465.551,
  hierna 'ADB' genoemd en vertegenwoordigd door [...]

KOMEN ALS VOLGT OVEREEN:

### Artikel 1

Onder verwijzing naar het Besluit van 17 oktober 2006 van de Commissie voor het Bank-, Financie- en Assurantiewezen over het reglement op het eigen vermogen van kredietinstellingen en beleggingsondernemingen, zal KBC Bank zich op de wijze en onder de voorwaarden zoals hierna bepaald borg stellen voor (en aldus het risico dragen van) de kredieten (met inbegrip van overschrijdingen daarvan) die door ADB aan derden worden toegestaan en in de mate dat het bedrag één of meerdere normen ter begrenzing van de risicoconcentratie op eenzelfde wederpartij, zoals gedefinieerd in voormeld Besluit, overschrijdt.

Het maximum kredietbedrag dat ADB normalerwijze, i.e. zonder de borgstelling door KBC Bank, aan eenzelfde wederpartij kan toestaan in toepassing van bedoelde normen inzake de maximale risicoconcentratie op eenzelfde wederpartij wordt hierna aangeduid als de 'lending limit'.

### Artikel 2

Onderhavige overeenkomst is enkel van toepassing inzoverre de kredieten en de overschrijdingen daarvan door ADB werden toegestaan met inachtname van de IKB Counterparty Delegations op niveau van (2led)KC, UKC of CCC. Indien ADB kredieten zou toestaan met miskenning van voormelde delegatieregelen is KBC Bank geenszins ertoe gehouden zich borg te stellen voor die kredieten.

### Artikel 3

Kredieten en overschrijdingen daarvan die voldoen aan de voorwaarden gesteld in artikel 2 genieten van de borgstelling door KBC Bank voor de bedragen boven de lending limit van ADB zoals hierna bepaald in artikel 5.

### Artikel 4

1

iedere kredietbeslissing (met inbegrip van beslissingen inzake overschrijding) dient ADB onmiddellijk een kopie over te maken aan IBR voor registratie- en afrekeningsdoeleinden.

BIJLAGE 4
PV 006517/18
FGP BRUSSEL OA4

### Artikel 5

Borgstellingen door KBC Bank verleend in toepassing van onderhavige raamovereenkomst worden beheerst door volgende bepalingen:

a. KBC Bank stelt zich borg voor het bedrag van het restsaldo in hoofdsom, intresten en toebehoren lastens de kredietnemer (uitstaand kredietbedrag - met inachtname van een eventuele overschrijding - in hoofdsom, intresten en toebehoren op datum van de beëindiging van het gewaarborgd krediet) dat het bedrag van de - op dat ogenblik geldende - lending limit ten aanzien van de betreffende wederpartij overschrijdt. De opbrengst van de eventueel door ADB bedongen zekerheden wordt niet voorafgaandelijk in mindering gebracht van het bedrag van voormeld restsaldo.

   *voorbeeld*
   - lending limit (op het ogenblik van de beëindiging van het krediet): 40 mio USD
   - toegestaan krediet: 100 mio USD
   - uitstaand krediet op datum beëindiging: 75 mio USD
   - opbrengst waarborgen (realisatie door ADB): 20 mio USD
   - bedrag verschuldigd door KBC Bank aan ADB: 75 - 40 = 35 mio USD
   - 'verlies' ADB: 40 - 20 = 20 mio USD

b. Indien ADB en/of KBC Bank na de betaling door KBC Bank van de door haar uit hoofde van voormelde borgstelling verschuldigde bedragen nog bedragen van de kredietnemer en/of, in voorkomend geval, de derde-waarborgverstrekker(s) recupereren, zullen deze bedragen eerst aan ADB toekomen ter aanzuivering van haar 'verlies'. Voormelde bedragen die het 'verlies' van ADB overtreffen, komen vervolgens toe aan KBC Bank.

   Na de betaling van KBC Bank aan ADB en realisatie van de waarborgen door ADB, zal de recuperatie van de door de kredietnemer verschuldigde bedragen in onderling overleg tussen beide banken geschieden. Naar aanleiding van de betaling door KBC zullen de partijen alle nodige overeenkomsten ondertekenen in het licht van de subrogatie van KBC en de verderzetting van verhaal tegen debiteuren en waarborgverstrekkers.

c. Voor elk in toepassing van deze overeenkomst door KBC Bank gewaarborgd krediet zal ADB trimestrieel een commissie verschuldigd zijn aan KBC Bank. Deze commissie is verschuldigd te rekenen vanaf de datum dat het krediet opneembaar is en wordt bepaald op 0,5% *per annum* op het verschil tussen enerzijds het door ADB verstrekte kredietbedrag, in voorkomend geval te verhogen met overschrijdingen, en anderzijds de op dat ogenblik geldende lending limit t.a.v. desbetreffende wederpartij.

   KBC Bank zal de [tweede] bankwerkdag volgend op elk afgelopen kwartaal aan ADB een afrekening bezorgen van de commissie ten belope van 0,125% die betrekking heeft op het afgelopen kwartaal. ADB verbindt zich ertoe deze commissie te betalen uiterlijk [drie] bankwerkdagen na ontvangst van de afrekening. In onderling overleg zullen nadere afspraken terzake worden gemaakt.[1]

   Voormelde commissie is verschuldigd tot op het ogenblik van vrijgave van de borgstelling door ADB of tot op het ogenblik dat KBC Bank uit hoofde van haar borgstelling bedragen aan ADB verschuldigd is.

### Artikel 6

Partijen kunnen onderhavige overeenkomst beëindigen met een voorbericht van één maand. Deze opzegging geldt slechts voor de toekomst, zodat onderhavige overeenkomst ten volle haar uitwerking behoudt voor de borgstellingen die door KBC Bank vóór het verstrijken van de opzeggingstermijn in uitvoering van deze overeenkomst werden afgeleverd.

### Artikel 7

Alle kennisgevingen in het kader van deze overeenkomst zullen gebeuren t.a.v. de personen die verder in onderling overleg zullen worden aangeduid.

### Artikel 8

Onderhavige overeenkomst vervangt integraal de bestaande raamovereenkomst zoals ondertekend op 30 december 1999, met ingang van 01/01/2009.

Deleted: 4

Opgemaakt te Brussel op [../..../....] in twee exemplaren van elk 3 blz.

Antwerpse Diamantbank NV         KBC Bank NV

BIJLAGE 25
PV 006549/18
FGP BRUSSEL OA4

3