UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-4-20

------------------------------------------------------------ x

LAZARE KAPLAN INT'L INC.,

        **Plaintiff,**

-against-

KBC BANK N.V.,

        **Defendants.**

1:11-CV-9490 (ALC)

<u>ORDER</u>

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

    On September 27, 2018, Plaintiff Lazare Kaplan International Inc. filed a letter motion requesting a pre-motion conference on an anticipated motion pursuant to Fed. R. Civ. P. 60(b)(2) and (3) for relief from this Court's Opinion and Order granting Defendant KBC Bank N.V.'s motion to dismiss Plaintiff's First Amended Complaint. Defendant responded on October 2, 2018. Plaintiff's motion for a pre-motion conference is DENIED and the Court sets the following briefing schedule:

    Plaintiff's Motion:                        March 4, 2020

    Plaintiff's Opposition:                April 1, 2020

    Plaintiff's Reply, if any:            April 15, 2020

**SO ORDERED.**

**Dated:**   February 4, 2020

           New York, New York

                                                                     **ANDREW L. CARTER, JR.**
                                                                       **United States District Judge**